**LAWRENCE G. WASDEN**
**ATTORNEY GENERAL**

MICHAEL J. KANE
SPECIAL DEPUTY ATTORNEY GENERAL
MICHAEL KANE & ASSOCIATES, PLLC
4355 West Emerald Street, Suite 190
Post Office Box 2865
Boise, Idaho 83701-2865
Telephone: (208) 342-4545
Facsimile: (208) 342-2323
Email: mkane@ktlaw.net
Idaho State Bar No. 2652

ATTORNEYS FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| DANIELLE DORSCH,<br><br>                    Plaintiff,<br><br>          vs.<br><br>STATE OF IDAHO DEPARTMENT OF FISH AND GAME, a political subdivision of the State of Idaho; JOHN/JANE DOES I through X whose true identities are presently unknown;<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:17-cv-00428-BLW<br><br>SECOND AFFIDAVIT OF MICHAEL KANE IN SUPPORT OF DEFENDANT'S MOTION IN LIMINE RE RECORDINGS AND SCOPE OF CLAIMS |

STATE OF IDAHO   )
                 : ss.
County of Ada    )

          I, MICHAEL KANE, being first duly sworn, depose upon oath and states that:

1.     I am the attorney for Defendant, STATE OF IDAHO DEPARTMENT OF FISH AND GAME ("IDFG" or "Department"), and the following information is true and correct to the best of my knowledge and belief.

2.     In addition to Exhibits A through C of the undersigned's previous affidavit filed regarding this matter, attached hereto find true and correct copies of the following transcripts:

Exhibit D:     Recording No. 1 -- A recording of a conversation between Hatchery Manager Doug Engemann  and Assistant Manager Brandon Filloon that Plaintiff has designated as "Talking about my schedule time off and manager Doug mentions the 200-Volt extension cord";

Exhibit E:     Recording No. 2 -- A recording of a conversation between Hatchery Manager Engemann and Assistant Manager Filloon that Plaintiff has designated as "Comments Doug Made Not the Right Tool";

Exhibit F:     Recording No. 3 -- A recording of conversations among Engemann, Brandon Filloon and Fish Technician Leah Schultz that Plaintiff has designated as "4-6-15";

Exhibit G:     Recording No. 4 -- A recording of Engemann, Filloon and Bryan Grant that Plaintiff has designated as "New Recording 5";  and,

Exhibit H:     Recording No. 5 -- A recording of Engemann speaking into a telephone, followed by a conversation between Engemann and Fish Technician Jacob Rook that Plaintiff has designated as "Feeding Fish 1_30."

Further your Affiant sayeth not.

DATED this ___4th___ day of September, 2019.

_MICHAEL KANE_
MICHAEL KANE

SUBSCRIBED AND SWORN before me this ___ day of September, 2019.

_____
Notary Public for State of Idaho
Residing at:_____
My Commission Expires: ___5-16-21___

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the ___ day of September, 2019, I electronically filed the foregoing document with the U.S. District Court.  Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court's CM/ECF System for this action:

- **Chad M. Nicholson**
  nicholson@mwsslawyers.com; white@mwsslawyers.com; shippy@mwsslawyers.com

- **Michael J. Kane**
  mkane@ktlaw.net; tpresler@ktlaw.net

_____/s/ Michael J. Kane_____

SECOND AFFIDAVIT OF MICHAEL KANE IN SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT – P. 3

Audio Transcription                                                          1

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF IDAHO

DANIELLE DORSCH,                    ) Case No.

        Plaintiff,                  ) 1:17-cv-00428-BLW

vs.                                 )

STATE OF IDAHO                      )

DEPARTMENT OF FISH AND GAME,        )

a political subdivision             )

of the State of Idaho;              )

JOHN/JANE DOES I through X          )

whose true identities               )

are presently unknown;              )

        Defendants.                 )

_____   )


TRANSCRIPT OF TALKING ABOUT MY SCHEDULE TIME OFF

AND MANAGER DOUG MENTIONS THE 200-VOLT EXTENSION CORD


TRANSCRIBED BY:

KAMRA TOALSON, CSR No. 756

Notary Public


EXHIBIT
D

**Page 2**

1    DOUG ENGEMANN: Hey, Brandon?
2    BRANDON FILLOON: Yes.
3    DOUG ENGEMANN: I need to run to my house to
4 take care of that other little bit of business, if you
5 know what I mean.
6    BRANDON FILLOON: Go pronto.
7    DOUG ENGEMANN: I just got the final draft of
8 that letter, so...
9    BRANDON FILLOON: How is that draft? Good?
10    DOUG ENGEMANN: I got your narrative draft. I
11 think -- I mean, he's going to ink it up anyway, but
12 it's the product I can provide.
13    BRANDON FILLOON: Yeah.
14    DOUG ENGEMANN: I elaborated a little on some
15 things, and I don't like -- I'd rather write a book
16 because that's just -- that's just me. The bulleted
17 stuff works great. Why did we do certain things along
18 the (unintelligible)? You know, here's why we did
19 certain things. What is the upshot of all this that we
20 just heard? Am I not going now?
21    BRANDON FILLOON: I --
22    DOUG ENGEMANN: Like now I'm wondering, is the
23 alarm -- because that's all I need is the alarm card.
24    BRANDON FILLOON: I remember that conversation
25 about her wanting to go to her mom's surprise party. I

**Page 3**

1 remember that.
2    DOUG ENGEMANN: Yeah.
3    BRANDON FILLOON: So I don't remember a day,
4 and --
5    DOUG ENGEMANN: I don't remember seeing
6 anything.
7    BRANDON FILLOON: -- I thought Friday was for
8 something else.
9    DOUG ENGEMANN: Yes, correct. Yeah. Yeah.
10 She says she's going to work. I mean, I'll just -- I
11 mean, it may come down to -- I don't know if I'm going
12 to flex on this one. I might just say, "You know what?
13 Sorry, kid. I need you to be here until three, you
14 know. I'll be back by three, but I need you to be here
15 to cover it." And this might be the bottom line.
16    I've got one day between now and -- one day
17 off between now and the time the kids go back to school,
18 and Sheila and I need that day.
19    BRANDON FILLOON: Okay.
20    DOUG ENGEMANN: You know what? It just
21 ain't --
22    BRANDON FILLOON: Well, I'm going to let you
23 solve that.
24    DOUG ENGEMANN: Sure. Give me -- I need a
25 200-volt extension cord.

**Page 4**

1    BRANDON FILLOON: I'm going to go home.
2 But --
3    DOUG ENGEMANN: New headrest here.
4    BRANDON FILLOON: I guess would you please let
5 me know if --
6    DOUG ENGEMANN: Because you're not planning on
7 hanging out. I mean, you're --
8    BRANDON FILLOON: I'm not at the moment, no.
9    DOUG ENGEMANN: No, we can't -- you know, we
10 just can't continue to circle around. And I'm not
11 saying I didn't miss it on the calendar, but I just -- I
12 do know I sure as hell haven't seen it up there. Or
13 maybe I missed it.
14    BRANDON FILLOON: Yeah, I don't know.
15    DOUG ENGEMANN: But, you know, all of a sudden
16 there it was, there it was. So whatever. You know, if
17 I have to be back by -- she said two? We leave at
18 eight. Be there at 9, 10, 11, 12. You know, we might
19 be able to get what she needs. (Unintelligible). Or I
20 may not flex at all and just say, "I'm sorry. You know
21 what?"
22    And I didn't -- I didn't give anyone any
23 notice either. I was there when Bryan was talking about
24 time off. I says, "Oh, I can have Friday," thinking
25 it's spring break, I need a day, you know.

**Page 5**

1    I mean, goddamn it. It's the first we have
2 with that, and Mike and her are broken up, and Mike and
3 her are getting back together, and Mike and her need
4 couple's counseling. Oh, no, Mike is moving out. Oh,
5 no, wait a minute. My vet's thing is coming due. Come
6 on. I mean, pick one.
7    BRANDON FILLOON: Yeah.
8    DOUG ENGEMANN: She keeps circling around.
9 And just, oh, now it's this surprise thing, which I
10 guess I had heard about with her mom, and I don't care.
11 I mean, she might have. But, you know, Christ, how many
12 different scenarios can you invent to try to get a
13 four-day weekend?
14    BRANDON FILLOON: Yeah.
15    DOUG ENGEMANN: She's already getting a
16 three-day weekend. Fucking make it work. You know
17 what? I'm sorry, but I don't get three days in a row,
18 and I can't remember the last time I've had three days
19 in a row. I'd be hard pressed to come up with that.
20    So, anyway, I'm going to go dwarf. I'll be at
21 my place. We can work on that, my last set of eyes on
22 that (unintelligible), so...
23    Sounds like he's making -- oh, and there's not
24 going to be an employee improvement plan with this.
25 They don't do that anymore. I kind of thought that was

Talking about my schedule time off and manager          Audio Transcription          Dorsch v. State of Idaho, Dept of Fish & Game
Doug mentions the 200-volt extension cord                                                                                     April 9, 2019

Page 6

1  a legal band-aid, you know.
2         But, no, there's not going to be an employment
3  improvement plan because what they've found happens is
4  that the employee gets really good during that time
5  period.  As soon as that review period is over with,
6  they go right on back to the same old shit.  So it's no
7  longer an option.
8         What follows this, if it doesn't change, is
9  that there will be the one final letter.  And she said
10  it's pretty hard.  This girl working with Crystal
11  Moerles or whatever, she has no sympathy, not one iota
12  of pity for anybody or anything.  She's all, "You know
13  what?  Personal issues I sympathize with, but this is a
14  performance issue.  So that's how -- that's how it's
15  cloaked, and we don't care about what's causing it."
16         And, therefore, she said -- now this is -- so
17  this is coming from Crystal from that mindset.  She
18  said, "On the tail side of the coin -- this comes from
19  Bryan -- if I ever receive that second letter, I'd be
20  crying, because the second letter is pretty hard-ass."
21  This first letter, to me, is pretty harsh because, oh,
22  no, that's nothing like if they're asked to
23  (unintelligible).  That second letter is a bitch, so...
24         "You're a disgrace, soldier, to your God, to
25  country, to your unit."

Page 7

1         No, and it just continues circular, you know.
2  (Unintelligible).
3         (End of audio.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 8

1                 REPORTER'S CERTIFICATE
2
3         I, KAMRA TOALSON, CSR No. 756, Certified
4  Shorthand Reporter, certify:
5         That the audio recording of the proceedings were
6  transcribed by me or under my direction.
7         That the foregoing is a true and correct
8  transcription of all testimony given, to the best of my
9  ability.
10         I further certify that I am not a relative or
11  employee of any attorney or party, nor am I financially
12  interested in the action.
13         In witness whereof, I set my hand and seal this
14  29th day of April, 2019.
15
16
17
18
19             KAMRA TOALSON, CSR NO. 756
20                 Notary Public
21                 Post Office Box 2636
22                 Boise, Idaho 83701-2636
23  My commission expires May 23, 2024
24
25

Talking about my schedule time off and manager
Doug mentions the 200-volt extension cord

**Audio Transcription**

Dorsch v. State of Idaho, Dept of Fish & Game
April 9, 2019

## A

able (1)
 4:19
ain't (1)
 3:21
alarm (2)
 2:23,23
along (1)
 2:17
anymore (1)
 5:25
around (2)
 4:10;5:8
audio (1)
 7:3

## B

back (5)
 3:14,17;4:17;5:3;6:6
band-aid (1)
 6:1
bit (1)
 2:4
bitch (1)
 6:23
book (1)
 2:15
bottom (1)
 3:15
Brandon (17)
 2:1,2,6,9,13,21,24;3:3,7,19,
 22;4:1,4,8,14;5:7,14
break (1)
 4:25
broken (1)
 5:2
Bryan (2)
 4:23;6:19
bulleted (1)
 2:16
business (1)
 2:4

## C

calendar (1)
 4:11
can (4)
 2:12;4:24;5:12,21
card (1)
 2:23
care (3)
 2:4;5:10;6:15
causing (1)
 6:15
certain (2)
 2:17,19
change (1)
 6:8
Christ (1)

circle (1)
 5:11
circling (1)
 4:10
circular (1)
 5:8
cloaked (1)
 7:1
coin (1)
 6:15
coming (2)
 6:18
continue (1)
 5:5;6:17
continues (1)
 4:10
conversation (1)
 7:1
cord (1)
 2:24
counseling (1)
 3:25
country (1)
 5:4
couple's (1)
 6:25
cover (1)
 5:4
crying (1)
 3:15
Crystal (2)
 6:20
 6:10,17

## D

day (5)
 3:3,16,16,18;4:25
days (2)
 5:17,18
different (1)
 5:12
disgrace (1)
 6:24
DOUG (17)
 2:1,3,7,10,14,22;3:2,5,9,20,
 24;4:3,6,9,15;5:8,15
down (1)
 3:11
draft (3)
 2:7,9,10
due (1)
 5:5
during (1)
 6:4
dwarf (1)
 5:20

## E

eight (1)
 4:18
either (1)

4:23
elaborated (1)
 2:14
else (1)
 3:8
employee (2)
 5:24;6:4
employment (1)
 6:2
End (1)
 7:3
ENGEMANN (17)
 2:1,3,7,10,14,22;3:2,5,9,20,
 24;4:3,6,9,15;5:8,15
extension (1)
 3:25
eyes (1)
 5:21

## F

FILLOON (16)
 2:2,6,9,13,21,24;3:3,7,19,22;
 4:1,4,8,14;5:7,14
final (2)
 2:7;6:9
first (2)
 5:1;6:21
flex (2)
 3:12;4:20
follows (1)
 6:8
found (1)
 6:3
four-day (1)
 5:13
Friday (2)
 3:7;4:24
Fucking (1)
 5:16

## G

gets (1)
 6:4
girl (1)
 6:10
God (1)
 6:24
goddamn (1)
 5:1
Good (2)
 2:9;6:4
great (1)
 2:17
guess (2)
 4:4;5:10

## H

hanging (1)
 4:7
happens (1)

6:3
hard (2)
 5:19;6:10
hard-ass (1)
 6:20
harsh (1)
 6:21
headrest (1)
 4:3
heard (2)
 2:20;5:10
hell (1)
 4:12
here's (1)
 2:18
Hey (1)
 2:1
home (1)
 4:1
house (1)
 2:3

## I

improvement (2)
 5:24;6:3
ink (1)
 2:11
invent (1)
 5:12
iota (1)
 6:11
issue (1)
 6:14
issues (1)
 6:13

## K

keeps (1)
 5:8
kid (1)
 3:13
kids (1)
 3:17
kind (1)
 5:25

## L

last (2)
 5:18,21
leave (1)
 4:17
legal (1)
 6:1
letter (6)
 2:8;6:9,19,20,21,23
line (1)
 3:15
little (2)
 2:4,14
longer (1)

Talking about my schedule time off and manager   **Audio Transcription**   Dorsch v. State of Idaho, Dept of Fish & Game
Doug mentions the 200-volt extension cord   April 9, 2019

6:7

## M

making (1)
5:23
many (1)
5:11
may (2)
3:11;4:20
maybe (1)
4:13
mean (8)
2:5,11;3:10,11;4:7;5:1,6,11
might (4)
3:12,15;4:18;5:11
Mike (4)
5:2,2,3,4
mindset (1)
6:17
minute (1)
5:5
miss (1)
4:11
missed (1)
4:13
Moerles (1)
6:11
mom (1)
5:10
moment (1)
4:8
mom's (1)
2:25
moving (1)
5:4

## N

narrative (1)
2:10
need (8)
2:3,23;3:13,14,18,24;4:25;
5:3
needs (1)
4:19
New (1)
4:3
notice (1)
4:23

## O

off (2)
3:17;4:24
old (1)
6:6
one (6)
3:12,16,16;5:6;6:9,11
option (1)
6:7
out (2)
4:7;5:4

over (1)
6:5

## P

party (1)
2:25
performance (1)
6:14
period (2)
6:5,5
Personal (1)
6:13
pick (1)
5:6
pity (1)
6:12
place (1)
5:21
plan (2)
5:24;6:3
planning (1)
4:6
please (1)
4:4
pressed (1)
5:19
pretty (3)
6:10,20,21
product (1)
2:12
pronto (1)
2:6
provide (1)
2:12

## R

rather (1)
2:15
really (1)
6:4
receive (1)
6:19
remember (5)
2:24;3:1,3,5;5:18
review (1)
6:5
right (1)
6:6
row (2)
5:17,19
run (1)
2:3

## S

same (1)
6:6
saying (1)
4:11
scenarios (1)
5:12

school (1)
3:17
second (3)
6:19,20,23
seeing (1)
3:5
set (1)
5:21
Sheila (1)
3:18
shit (1)
6:6
side (1)
6:18
soldier (1)
6:24
solve (1)
3:23
soon (1)
6:5
Sorry (3)
3:13;4:20;5:17
Sounds (1)
5:23
spring (1)
4:25
stuff (1)
2:17
sudden (1)
4:15
Sure (2)
3:24;4:12
surprise (2)
2:25;5:9
sympathize (1)
6:13
sympathy (1)
6:11

## T

tail (1)
6:18
talking (1)
4:23
therefore (1)
6:16
thinking (1)
4:24
thought (2)
3:7;5:25
three (4)
3:13,14;5:17,18
three-day (1)
5:16
together (1)
5:3
try (1)
5:12
two (1)
4:17

## U

unintelligible (5)
2:18;4:19;5:22;6:23;7:2
unit (1)
6:25
up (4)
2:11;4:12;5:2,19
upshot (1)
2:19

## V

vet's (1)
5:5

## W

wait (1)
5:5
weekend (2)
5:13,16
what's (1)
6:15
wondering (1)
2:22
work (3)
3:10;5:16,21
working (1)
6:10
works (1)
2:17
write (1)
2:15

## 1

10 (1)
4:18
11 (1)
4:18
12 (1)
4:18

## 2

200-volt (1)
3:25

## 9

9 (1)
4:18

4-6-15 COMMENTS DOUG MADE NOT THE RIGHT TOOL
IN RE:  DANIELLE DORSCH

TRANSCRIBED BY:
Tamara A. Weber, CSR
P.O. Box 387
Caldwell, Idaho 83606

Proceedings recorded by electronic sound recording.
Transcript prepared by transcription service.

EXHIBIT

_E_

1                      (Recording begins.)

2              MR. ENGEMANN:  -- going there, Jacob says they'll

3      -- this is the way I prefer it by the way.  You already

4      know this.  Jacob's like I knew there was a little fungus

5      right below the head screens on the upstream end of the

6      fish.  Yeah, there was.  I missed some of that.  Some of it

7      I found and couldn't refind it.  Anyway, that's me.  Okay.

8      I like that way but these look like shit.  You know, I'm

9      not going to pull a door and say, fine, I'm not doing the

10     weekends.  I'm not wired that way.  Thank you for calling

11     that out.  I'll go a little slower.

12             What she does, in the little comment section there

13     in the little worksheet, I think it was vat 20.  20 dirty

14     tail screen.  Okay.  But it's written down on (inaudible).

15     There's always got to be a little poke and it's like really

16     getting tired --

17             MR. FILLOON:  Dirty tail screen.  Doug's weekend.

18             MR. ENGEMANN:  Right.  I mean that's the

19     correlation, right?  But in all likelihood, if I had been

20     looking specifically at numbers, I wouldn't have even seen

21     the comment.  So again, it's more of a fish swimming in

22     their own thing.  Need taller standpipes.  Fucking do it

23     but don't bitch about pinheading.

24             MR. FILLOON:  Right.

25             MR. ENGEMANN:  You know, we left them on the

1    shorties because they're supposed to be pelagic.  Well --

2         MR. FILLOON:  Are they at lunch?

3         MR. ENGEMANN:  I don't think -- I don't think

4    Danielle has.  I know Jacob's doing lunch now.  Sock-eye

5    fry in Red Fish Lake are pelagic.  Right?  They're not

6    surface feeders.

7         MR. FILLOON:  No.  It would be hard to feed on the

8    surface with, what, 10 inches of ice?

9         MR. ENGEMANN:  Right.  It would be a little tough.

10   It wouldn't be -- it wouldn't be advantageous.  However,

11   here in the hatchery at 50 degrees, I mean you can go --

12   they're 99 percent surface feeders.  I mean yeah, there's a

13   few fish that might be 3 or 4 inches below their buddies.

14   They're still eating.  But once they're up and trained,

15   they're surface feeders, dude.  I mean imitating fish

16   feeding.  They're all over it.  And you know, you

17   accommodate -- okay.  Here's -- let's keep them on the

18   short ones then.  They're pelagic feeders.

19        Oh, they're swimming in their own poop.  Okay.

20   It's time to -- but no, document, document, document.  Work

21   diary, work diary.  You know, give me something positive.

22   Give me something I can implement.  They're pinheading.

23   Okay.  How many?  Crowd them up, glass them.  That's the

24   stuff that just drives me crazy.  I'm like crowd them and

25   glass them.  Show me.

3

1          MR. FILLOON:  Yeah.

2          MR. ENGEMANN:  You know.

3          MR. FILLOON:  Factual information.  Our morts are

4    looking killer, man.

5          MR. ENGEMANN:  Pretty good.  I cleaned pretty

6    gently on those last -- the northern-most tanks.  And so

7    the morts came way up in those but they're all pin heads.

8    She's actually doing them a favor by getting them out of

9    there.  I had like a third as many but that doesn't mean

10   she's cleaning wrong.  It just means she's getting -- she's

11   getting them up on the screens and getting them out.

12         Actually the tanks look good and I like, what, all

13   the way from 14 to 22 honestly look good to me.  11 through

14   13 still have too many but another couple weeks, there

15   won't be.

16         MR. FILLOON:  Well, two weeks.

17         MR. ENGEMANN:  You know.

18         MR. FILLOON:  So were you on the phone when I

19   e-mailed him?

20         MR. ENGEMANN:  Yes.

21         MR. FILLOON:  So did he understand what I was

22   trying to say?

23         MR. ENGEMANN:  I think so.  Yeah.

24         MR. FILLOON:  All right.  I didn't send it via

25   attachment so I figured I was going to get ripped a new one

1    there.   But if he really wants it, I can send it to him.

2              MR. ENGEMANN:  Yeah.

3              MR. FILLOON:  I sent him two e-mails.  I better not

4    send him a third one but it's hard to distinguish.

5              MR. ENGEMANN:  And, you know, I said the thing you

6    got to remember is if the initial number is wrong and the

7    mortality is wrong and all that and the whole thing is

8    wrong, it doesn't mean that that individual specifically

9    entered erroneous data into all the subsequent rows.  Those

10   are auto calcted but that's the problem.  If this is wrong,

11   then all of that's wrong.

12             MR. FILLOON:  Sure.

13             MR. ENGEMANN:  And then the HPS is wrong if you

14   were actually running that.

15             MR. FILLOON:  I changed the volume for the NOAA

16   group.

17             MR. ENGEMANN:  Okay.

18             MR. FILLOON:  The other one's right.

19             MR. ENGEMANN:  Yeah.

20             MR. FILLOON:  Just the NOAA group was not 110.  It

21   was 220.

22             MR. ENGEMANN:  That's on the in-house?

23             MR. FILLOON:  That's on the state.

24             MR. ENGEMANN:  On the state, okay.  So that was one

25   I missed because I changed -- I changed the volume for the

1   Eagle group because it was just based on -- the volume that

2   was entered was one tank.  So the density index came -- you

3   know, is like --

4        MR. FILLOON:  Oh, only one tank?

5        MR. ENGEMANN:  Yeah, I've done -- I showed

6   Danielle.  I says no, you know.  Just take, you know --

7        MR. FILLOON:  Oh, so you corrected and I corrected

8   it again.

9        MR. ENGEMANN:  Correct, yeah.  So I'm glad you did

10  it.  I told Brian I'm -- you know, let me look at the whole

11  package again before I send it to you because, you know,

12  the last thing you need is that.  About 9:30 tomorrow

13  morning.

14       MR. FILLOON:  Yeah.  I figured that would -- you

15  were looking for us to stay together and we could all take

16  vehicles in this morning.

17       MR. ENGEMANN:  And, you know, he actually wanted to

18  do it today since she was here.  I need a day.  I just need

19  -- maybe I was wrong but -- hope you're not having second

20  thoughts.  I said, oh, no.  I dread it but, no, it's still

21  the right thing to do.

22       MR. FILLOON:  Yeah.  I mean it goes back to that

23  whole communication.  I tell Brian she's not here.  She

24  shows up.

25       MR. ENGEMANN:  Yeah.

1      MR. FILLOON:  This was on Friday so when did she

2  make that decision?

3      MR. ENGEMANN:  She has a good street sense or

4  something.  She doesn't know specifics.  I think she has a

5  feeling that whether based on your conversation or just she

6  does seem to have a really good feel for that that

7  something ain't quite right.  Something's coming down and

8  that's the reason I'm going to work -- stay here and do

9  stuff because tomorrow after that, I doubt there's going to

10  be much work getting done.

11      MR. FILLOON:  Do you know who said something about

12  her?  About to her?

13      MR. ENGEMANN:  No.  No.  He thought -- and I would

14  have played it the same way.  Maybe she should know.

15  Crystal said huh-uh.  Don't give it to him to back-peddle

16  and change this.  I don't know.

17      MR. FILLOON:  It's just going to show more --

18      MR. ENGEMANN:  I don't like it.

19      MR. FILLOON:  -- inability.

20      MR. ENGEMANN:  Yeah.  I don't like it at all but I

21  don't like the fact that it was allowed to go on this many

22  years either.  You can't change that.

23      MR. FILLOON:  She's recording.

24      MR. ENGEMANN:  Probably.  Voice-activated.

25      MR. FILLOON:  (Inaudible.)

1          MR. ENGEMANN:  Well, it was there on the desk over

2     the weekend and then, you know, you get paranoid.  At least

3     I do.  I shouldn't say -- I mean me.  So I'm in there

4     cleaning and stuff going is there a Go Pro in here or

5     something?  You know, you just don't -- it isn't the tool

6     that I need for the job.  It's not the right tool for this

7     place at this time.  It's -- I need someone that is

8     collaborative in nature and can go this is what I saw.

9     Fair enough.  So what if we do it this way?  Okay.  Well,

10    go do it that way.  Yeah, but then what if.  No.  If you

11    want to do it that way, do it that way.  Yeah, but then

12    what if?  No.  If you want to do it that way, do it that

13    way.  Just document.  If it doesn't work, then go back to

14    what you were doing before.  Try -- try plan C.

15         I don't have that.  I don't have that staff member.

16    I don't have that tool in my arsenal.  That comment on the

17    tail of that tank doesn't -- wouldn't in itself be all that

18    big of deal but why even invest the time -- what's it going

19    to be?  Look at this.  On this day.  Really?  I mean -- but

20    changing behavior is tough.  Changing underlying

21    assumptions is tougher yet.

22         MR. FILLOON:  (Inaudible.)

23         MR. ENGEMANN:  I wish Rick would have grown him a

24    pair.  I like Rick but I wish he would have grown a pair a

25    littler earlier in the game.

1          MR. FILLOON:  Unfortunately, it's not Rick's style.

2          MR. ENGEMANN:  Huh-uh.  It ain't mine either but I

3    just -- you know, like I said, I probably compromised

4    myself at various conversations here and it's, you know

5    what?  It doesn't matter.  You're right.  Worst thing, I'm

6    going to have one of those in mind, I accept it.  I did it.

7    I'm sorry.  You're right.  It's unacceptable.  Dead right.

8    But I can't continue -- this stuff can't continue.  I can't

9    just sit here and go, okay, never mind now.  It's cool.

10   You know, I can't do that anymore.  It's not fair to you.

11         MR. FILLOON:  You may have said this.  At one

12   time -- all right.  Well, maybe I'll just grab Jacob and --

13         MR. ENGEMANN:  Yeah.  You could -- I mean, yeah,

14   I'm just going to -- I'm going to get Lea's stuff in.  I

15   need to get -- I'm going to proof those monthlies one last

16   time.

17         MR. FILLOON:  Okay.

18         MR. ENGEMANN:  And just make sure, particularly the

19   narrative again.  Just -- I can't see the stuff.  I can't

20   see the stuff that he sees.  I mean he's right.  He should

21   have been an editor.  He's told me that and I agree with

22   him.  He'd make a good one.  He'd make an excellent editor.

23         I don't see it and apparently -- you know, he

24   didn't name names.  He didn't name facilities but

25   apparently when we all checked each other's stuff, there

were some, in his words, front and center errors that were
missed so, you know, you do have to at some point -- I mean
I'm not disrespecting him at all here.  I'm just saying at
some point though it still has to be good enough.

MR. FILLOON:  There is another game to that though.
You guys aren't as good as I am so --

MR. ENGEMANN:  Oh, maybe, yeah.  He is good.  I've
never -- Paul Abbott is a good editor and I think I put
Brian up neck and neck with him.  He's good.  I mean he can
see things that I -- I could review that document ten times
and not see some of the things that Brian sees and that's
great.  I mean I'm glad.  I mean just I don't want it
rubbed in my nose though.  It's like, no.  Good eye.  I'm
glad you could do it.  Thank you by the way because my
reports are going to be better but --

MR. FILLOON:  There is a little bit of preference
though in his corrections.

MR. ENGEMANN:  There is.  There is.  I agree.  And
I think if we can be -- if we be consistent in the way we
say things, then it's probably -- you know, I don't know.
I'm sure I'm going to miss things here.  I don't know,
dude.  I used to think I was pretty good that way.  You
know, now I'm starting -- I'm starting to wonder.  I'm
going --

MR. FILLOON:  Bring you down a notch, huh?

1          MR. ENGEMANN:  Yes.  Well, I try to take it

2     constructively and think it will make me better.  I think

3     it has because I see a ton of errors that I would have

4     missed a year ago but I'm still not the writer or editor

5     that Mr. Grant is.  He is better than me in that regard.

6                    (Recording ends.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
STATE OF IDAHO         )
                       )  SS
COUNTY OF CANYON       )
```

     I, TAMARA A. WEBER, State-certified and licensed transcriber, do hereby certify:

     That the foregoing transcript is a transcript of an audio file made of the proceedings in the matter of 4-6-15 Comments Doug Made_Not The Right Tool, In Re:  Danielle Dorsch; that the foregoing pages 1 through 11 of this transcript contains as accurate and complete a transcription of said audio file as I was able to make.

     IN WITNESS WHEREOF, I have hereunto set my hand this 18th day of September, 2018.

```
                    /s/ Tamara A. Weber_____
                       TAMARA A. WEBER, CSR
                       Idaho CSR License No. 278
                       Transcriber
```

# AUDIO TRANSCRIPTION

1

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DANIELLE DORSCH, | ) Case No. |
|       Plaintiff, | ) 1:17-cv-00428-BLW |
| vs. | ) |
| STATE OF IDAHO | ) |
| DEPARTMENT OF FISH AND GAME, | ) |
| a political subdivision | ) |
| of the State of Idaho; | ) |
| JOHN/JANE DOES I through X | ) |
| whose true identities | ) |
| are presently unknown; | ) |
|       Defendants. | ) |
| ———————————————————— | ) |

TRANSCRIPT OF 04-06-15

TRANSCRIBED BY:

KAMRA TOALSON, CSR No. 756

Notary Public



**Page 2**

1     JACOB ROOK: Is Brandon taking the day off?
2     DANIELLE DORSCH: I don't know.  I think he
3 was still at his house when I --
4     JACOB ROOK: Oh, okay.  It's so much fun
5 (unintelligible).  There we go.
6     DANIELLE DORSCH: Oh, I know.
7     DOUG ENGEMANN: I'll wait for Leah to come,
8 and we'll just do our morning coffee pot.
9     DANIELLE DORSCH: Okay.
10     DOUG ENGEMANN: (Unintelligible).  Here's your
11 copy.
12     DANIELLE DORSCH: Thank you.
13     DOUG ENGEMANN: I had to look for that.
14 Sorry.
15     JACOB ROOK: I was just wondering how the
16 weekend went, how your weekend was.
17     DOUG ENGEMANN: You know what?  It takes a bit
18 to do the 12 tanks, but it went well.
19     JACOB ROOK: Yeah.
20     DOUG ENGEMANN: We upped that feed on those
21 last three northern-most tanks.  And, you know, there's
22 just a skosh of wasted feed, very little.  And they
23 aren't reacting badly in their guts to it.  So, you
24 know, I'm kind of like, oh, there's still time.  But I'm
25 like, so far, you know, so good.

**Page 3**

1     JACOB ROOK: Yeah.
2     (Knock on the door.)
3     DOUG ENGEMANN: Just leave them on that unless
4 they start to struggle, you know.  I take my time, you
5 know.  I'm like grinding it up my fingers.  And I'm
6 looking.  And the pinheads are pinheads, and they're --
7 you know, once in a while a pinhead might (makes sound),
8 you know, but...
9     DANIELLE DORSCH: Yeah.
10     JACOB ROOK: Uh-huh.
11     DANIELLE DORSCH: I know.
12     DOUG ENGEMANN: The worst part were the
13 dropouts.  The pinheads, like, you know, okay, because
14 we knew that.  It's the little guys about pinheads that
15 are still 8,000 to the pound.  I'm like (makes sound).
16 "I'm so sorry we had to do that to you.  Like,
17 oh.  I had to save 8,000 of your brethren.  You're
18 taking one for the team."
19     JACOB ROOK: Yeah.
20     DOUG ENGEMANN: (Unintelligible).  We've got
21 to give Brandon crap because he's here like 7:05 most
22 days.
23     JACOB ROOK: Yeah.
24     DOUG ENGEMANN: He beats me to work by about
25 five minutes.  Man, I do -- I do not like those

**Page 4**

1 (unintelligible).
2     (Unintelligible.)
3     DOUG ENGEMANN: Whoa.  What happened to you,
4 Mr. Early Birdy?
5     BRANDON FILLOON: Collie's (phonetic) sick.
6     DOUG ENGEMANN: You were sick?
7     BRANDON FILLOON: No.  Collie's sick.
8     DOUG ENGEMANN: Oh, Collie's sick.  Did she
9 have to go back to school today normally or --
10     BRANDON FILLOON: No, she stayed -- well, yes.
11     DOUG ENGEMANN: Yeah, I mean, if she weren't
12 ill.
13     BRANDON FILLOON: Is Danielle here?
14     DOUG ENGEMANN: Yes.  So is Jacob.
15     BRANDON FILLOON: I thought she was not coming
16 in today.
17     DOUG ENGEMANN: She rescheduled so that it
18 wouldn't interfere with work.
19     BRANDON FILLOON: Well...
20     DOUG ENGEMANN: Here comes Leah.  Who is that
21 masked man?
22     BRANDON FILLOON: Holy moly.
23     DOUG ENGEMANN: Sorry.  I just blotted it out.
24 I guess I could have erased it, but I'm a slob.
25 Instead, I just took and blotted it out.

**Page 5**

1 Here comes Princess Leah.
2     Okay.  Yeah, okay.  I figured one or the
3 other.  But, you know, she's...
4     (Unintelligible.)
5     BRANDON FILLOON: Is she off today?
6     DOUG ENGEMANN: Not today.  Well, maybe.  But
7 I don't -- it's supposed to be Tuesday, which is fine,
8 because it's Leah's first day back, and it probably is a
9 better time frame to get her back in the groove on a
10 positive note.
11     Well, you know, I mean, I know.  What am I
12 thinking?  Hey.
13     LEAH SCHULZ: Good morning.
14     DOUG ENGEMANN: My gosh.
15     BRANDON FILLOON: How's it going?
16     DOUG ENGEMANN: Who is that masked man?
17     BRANDON FILLOON: You didn't forget how to get
18 here?
19     LEAH SCHULZ: Do what?
20     BRANDON FILLOON: You didn't forget how to get
21 here?
22     LEAH SCHULZ: I had someone ask for
23 directions.
24     BRANDON FILLOON: Oh.
25     DOUG ENGEMANN: Would anybody voluntarily just

---

Page 6

1 like not come here, I mean, with a crew like ours?  I
2 mean, this is like free entertainment.  Actually, it's
3 even better because you actually do get paid a little
4 something-something.  I think, you know.
5      DANIELLE DORSCH: Hey.
6      DOUG ENGEMANN: I need another couple of
7 copies (unintelligible).
8      BRANDON FILLOON: Decided not to take the pets
9 in, huh?
10      DANIELLE DORSCH: No.  I didn't want it to
11 interfere with work.  Plus, I'm on alarm duty.  If she's
12 pregnant, we'll just shoot her.
13      DOUG ENGEMANN: Oh.
14      DANIELLE DORSCH: Just kidding.
15      DOUG ENGEMANN: Awe.
16      DANIELLE DORSCH: Just kidding.
17      DOUG ENGEMANN: Priscilla P. Dorsch is too
18 cute to shoot.
19      DANIELLE DORSCH: I know.  I'd never let that
20 happen.
21      DOUG ENGEMANN: Yeah, I was going to get right
22 to -- yeah, let's do our morning coffee pot here in a
23 second.
24      DANIELLE DORSCH: Okay.
25      DOUG ENGEMANN: Get everybody situated.

Page 7

1 There's a lot to talk about.  Most of it you guys know.
2 But Leah's coming back is kind of what --
3      BRANDON FILLOON: Well, she came back.
4      DOUG ENGEMANN: Came back, yeah.
5      BRANDON FILLOON: She's here.
6      DOUG ENGEMANN: She's here.
7      Another copy for you, sir.  How many do you
8 need?  Two more?  (Unintelligible).
9      BRANDON FILLOON: Are these --
10      DOUG ENGEMANN: Here, I'll give you this one,
11 Leah.
12      BRANDON FILLOON: Are these the copies?
13      LEAH SCHULZ: Thank you.
14      DOUG ENGEMANN: (Unintelligible).  Yeah.
15      LEAH SCHULZ: How is it going?
16      DANIELLE DORSCH: It's good.  It's good.  How
17 are you?
18      LEAH SCHULZ: Good.
19      DOUG ENGEMANN: Oh, yeah.  I'm just -- I'm
20 just -- holy smokes.  I must have selected two.  Yeah, I
21 guess I did.  Well, here's like eight.  If you lose one,
22 take an extra.  There's more.
23      DANIELLE DORSCH: Where's Jacob?
24      DOUG ENGEMANN: I don't know.
25      DANIELLE DORSCH: Oh.

Page 8

1      DOUG ENGEMANN: He disappeared into the
2 bathroom.  I'll have to --
3      DANIELLE DORSCH: Oh, oh.
4      DOUG ENGEMANN: Leah's making him nervous.
5      LEAH SCHULZ: I am?  Is that what you said?
6      DOUG ENGEMANN: Yep.  Hah?
7      DANIELLE DORSCH: I didn't know if he went and
8 started in on the vat room.
9      DOUG ENGEMANN: Now I'll do our morning at a
10 glance here real quick.
11      BRANDON FILLOON: Do you want to move into the
12 meeting area?
13      DOUG ENGEMANN: Well, actually we can.
14      BRANDON FILLOON: Well, have you got -- have
15 you got everybody --
16      DOUG ENGEMANN: There's a coffee pot in there.
17 I don't know where -- I heard -- I heard the royal
18 flush.  I don't know where -- yeah.  Whoa, she must have
19 really made it (unintelligible).  There's a second one.
20      Collie got the flu?
21      BRANDON FILLOON: Don't know for sure.  She
22 was throwing up yesterday.
23      DOUG ENGEMANN: Oh, dear.
24      BRANDON FILLOON: I know.  It was like, Well,
25 we could drop her off at 8:30.  It was like, Well, you

Page 9

1 can just keep her for the night.
2      DOUG ENGEMANN: All right.  We're about to
3 (unintelligible).  Let me use the restroom, and we'll
4 have our Monday morning...
5      JACOB ROOK: Hey, Leah.
6      LEAH SCHULZ: Hey.
7      JACOB ROOK: How's it going?
8      DOUG ENGEMANN: Well, did everybody have a
9 good Easter?  Kind of, sort of?  Dinner?  Anything fun?
10 Nothing?  Jesus, you guys.  Come on.  Let's go.  It's
11 Monday.  Hup.  Gee.  Nothing?
12      DANIELLE DORSCH: Went on a hike.
13      DOUG ENGEMANN: Well, yeah.
14      LEAH SCHULZ: Where did you go?
15      DANIELLE DORSCH: We went up Idaho Falls, Swan
16 Valley area.
17      DOUG ENGEMANN: Oh, okay.
18      DANIELLE DORSCH: And the elk had dropped
19 their antlers.
20      DOUG ENGEMANN: Do you horn-hunt?
21      DANIELLE DORSCH: Yeah.  Well, there's no way
22 we were going to get where they are.
23      DOUG ENGEMANN: Oh.
24      DANIELLE DORSCH: During like really fad
25 winters, they'll drop really low, and so it's pretty

**Page 10**

1 easy. But now because it wasn't a bad winter --
2 DOUG ENGEMANN: It wasn't a bad winter at all.
3 DANIELLE DORSCH: -- they're pushing the tree
4 lines.
5 DOUG ENGEMANN: Oh, okay. Yeah.
6 DANIELLE DORSCH: Still fun, though. It was a
7 good time.
8 DOUG ENGEMANN: I worked the weekend but had a
9 good Easter dinner at least.
10 DANIELLE DORSCH: Well, good.
11 DOUG ENGEMANN: Sheila spent all day cooking
12 when she got back, so...
13 BRANDON FILLOON: How did the weekend go for
14 you?
15 DOUG ENGEMANN: It was good. Yeah. I mean,
16 the situation in the vat room is just way better than it
17 was when we were losing all those fish each day, I mean,
18 which was real -- were you here? Help me out. Refresh
19 me. So --
20 BRANDON FILLOON: She was not here.
21 DOUG ENGEMANN: Do you remember the white spot
22 that we had in the --
23 LEAH SCHULZ: Uh-huh.
24 DOUG ENGEMANN: We kind of had hoped that we
25 had got that bullet. Well, we didn't, and we lost about

**Page 11**

1 30,000 fry, before it was all said and done, in the
2 tanks. We got them out to the tanks all right, started
3 on feed and feed-trained, and about the time we got
4 ready to pull the coals (phonetic) to them, they started
5 to croak. So we ran around in circles.
6 And Doug came here, and he couldn't culture
7 anything. He couldn't find a bacteria or virus than he
8 figured was causing it. So he took a second set of
9 samples, sent them to the Washington Disease Diagnostics
10 Lab, and they confirmed -- because they're the histopath
11 people, and we don't have a histopath person in our lab.
12 So he confirmed Phoma, which is that fungus.
13 Phoma can be caused, and often is caused, by
14 feeding too early. The fish comes up for that fish gulp
15 of air to inflate the swim bladder, but there's feed up
16 there. And then that then goes through the pneumatic
17 duct and into the swim bladder. And that's -- they
18 didn't find it there, but they found it in the gut,
19 which we still might do a feed thing to wattle. But
20 right now they're buried in avian -- whatever that is
21 that's killing those birds.
22 DANIELLE DORSCH: Oh, yeah.
23 DOUG ENGEMANN: So, anyway, it's probably not
24 going to be their first priority, is to look at our
25 feed. But either way, it does seem to be -- we had

**Page 12**

1 really high losses. We had 600-plus in some of the
2 tanks. And we had to hand-count them, so you can
3 imagine 12 tanks, nine of which are affected.
4 DANIELLE DORSCH: Uh-huh.
5 DOUG ENGEMANN: You know, we just spent a good
6 part of our efforts -- and I think Danielle and Brandon
7 will attest to this -- compiling the data and trying to
8 go, Okay, what is it, you know, compared against brood
9 year '13, which went so well.
10 And the TU's just aligned so perfectly. It
11 was -- you know, it was very, very consistent with
12 Phoma. But the pictures didn't look the same as the
13 Alaska pictures of Phoma, so I don't know, something
14 else. We may never know. We know what it is. We don't
15 really know, did it come through the feed? Did it come
16 through the water? Did it -- where -- where in the
17 world did these -- this fungal business, you know -- we
18 just know it was in the gut, and it killed the hell out
19 of a lot of fish. That, we know.
20 So in an attempt to -- real briefly, because
21 this stuff will make more sense, in an attempt to reduce
22 the mortality, we dropped the feed. Mortality went down
23 right away. Subsequently, however, the pinheads and
24 dropouts (makes sound) increased.
25 LEAH SCHULZ: Uh-huh.

**Page 13**

1 DOUG ENGEMANN: So basically tanks 15 through
2 22 are looking pretty good. 11 through 14, still a
3 little rough. Not like hundreds of fish a day rough,
4 but rough. More than you'd like to see. So that's the
5 background for all that. Brood year '14 doesn't
6 (unintelligible) -- not our best year. Got a little bit
7 of a setback.
8 Nobody downtown is particularly worried about
9 it. It's just -- so, okay. Brood year '14, feed
10 schedule working. Please keep an eye on 11 through 13
11 anyway. They are fed. We're feeding those fish because
12 they're the laggers. We're trying to catch them up to
13 the leaders, so we're feeding them at a pretty
14 aggressive feed schedule. They are taking it, and very
15 little wasted feed and a whole bunch of poop. So other
16 than dirty tanks for them at least, no issues yet.
17 I just want to make sure if it came in through
18 the feed and we're feeding a whole bunch, if we start to
19 see that hemorrhaging again and the gut issues and
20 the -- oh, they also had feces, Leah, hanging out of
21 their behinds, which was a very -- most of them I think
22 had that and the hemorrhaging in the belly. You could
23 see it. If that begins again, somebody scream hard.
24 But we'll know now. I suspect we're past the issue.
25 But, anyway, it wasn't too bad.

**Page 14**

1      Let's see.  Thursday, April 19th -- April
2 19th?  April 9th, this Thursday, biosecurity audit,
3 brood year '13 prelims (phonetic).  Feed room needs to
4 be cleaned up, trash removed, spilled feed swept up.
5 Munson will note that.  Virkon mats recharged.
6      I forgot, guys.  Where -- do we have a sheet
7 when we recharged those guys, which Virkon changed and
8 somebody's initials?
9      BRANDON FILLOON: (Unintelligible) chemical.
10      DOUG ENGEMANN: In the chemical room?
11      BRANDON FILLOON: Or the chemical storage
12 cabinet.
13      DOUG ENGEMANN: Okay.  I did not recharge them
14 yesterday, so blast the brooms.  Give them a freshwater
15 rinse and hit them with the Virkon again.  Recharge the
16 Virkon and initial the thing.  We just -- I just didn't
17 remember where in the devil that was, and I didn't have
18 time to do it.  And --
19      JACOB ROOK: The Virkon buckets?
20      DOUG ENGEMANN: Yeah, the buckets with the
21 brooms and everything.  And the mats, too.
22      JACOB ROOK: Yeah.
23      DOUG ENGEMANN: There's a Virkon mat right in
24 front of our feed room in there.
25      JACOB ROOK: Yeah.

**Page 15**

1      DOUG ENGEMANN: If we're going to have that
2 mat, it needs Virkon-ing.
3      BRANDON FILLOON: Can we test the buckets?
4      DOUG ENGEMANN: Yes.
5      BRANDON FILLOON: And make sure they're still
6 at 1 percent?
7      DOUG ENGEMANN: That's fine.
8      BRANDON FILLOON: Or close to being even.
9      DOUG ENGEMANN: We can.
10      BRANDON FILLOON: Okay.  And then definitely
11 the mats.
12      DOUG ENGEMANN: Yeah.
13      JACOB ROOK: The mat in the feed room should
14 have it.
15      DOUG ENGEMANN: Okay.  There just -- there
16 isn't much left.
17      JACOB ROOK: Okay.
18      DOUG ENGEMANN: It's dirty, and there's very
19 little Virkon left.  The dirt -- the dirt defeats the
20 Virkon, by the way.  So, I mean, prepare --
21      BRANDON FILLOON: Fish off feed Tuesday,
22 Wednesday?
23      DOUG ENGEMANN: Yeah.  I -- down here, brood
24 year '13 section.  We do not need to pull brood year '14
25 off feed.  He's not going to do anything with those.

**Page 16**

1      So synthetic wedges, we like them.  They
2 worked, whereas Leah knows we're trying to get rid of
3 wood per the last inspection.
4      JACOB ROOK: How was 19?  Was there fish
5 above?
6      DOUG ENGEMANN: I didn't see any.
7      JACOB ROOK: Okay.
8      DOUG ENGEMANN: So doesn't mean there won't
9 be.
10      JACOB ROOK: Yeah.
11      DOUG ENGEMANN: Yeah.
12      JACOB ROOK: The wedges worked for the most
13 part, except for 19.  I think it's just the strain on
14 the vac or something, so...
15      DOUG ENGEMANN: We might want to tag it next
16 year before we install, and those are the ones that are
17 rough that just ain't sealing very good and you have to
18 double-wedge.
19      JACOB ROOK: Yeah.
20      DOUG ENGEMANN: Put a little "X" on them or
21 something, and we'll haul them up to the shop and put
22 some aluminum lath or something on the back to make up
23 that difference.
24      JACOB ROOK: Okay.
25      DOUG ENGEMANN: We can do stuff to get around

**Page 17**

1 that.  I don't like double-wedging either because the
2 darn things tend to pop out when you're pounding them --
3      JACOB ROOK: Yes.
4      DOUG ENGEMANN: -- at least in my experience.
5 Not much fun.
6      JACOB ROOK: Yeah.
7      DOUG ENGEMANN: The wood wedges that are still
8 in place -- it's not on this list.  The wood wedges that
9 are still in place that are fungused up, either could we
10 hit them with the broom or pop them and put some new
11 ones in?
12      JACOB ROOK: Okay.
13      DOUG ENGEMANN: Because it's just kind of down
14 there.  Again, Thursday, that will be -- Doug will take
15 note of that.
16      JACOB ROOK: Okay.
17      DOUG ENGEMANN: And we need to get -- since
18 the synthetic wedges were -- did you make another order?
19      BRANDON FILLOON: (Unintelligible).
20      DOUG ENGEMANN: Are you going to do that?
21 Okay.  So let's get those on the way.  02 system, by now
22 Mark should have a vendor.  I don't know where we're at
23 with it.  I haven't heard back from anybody for the
24 emergency 02 thing.  Once I get the green light, we'll
25 need to call those folks up and schedule a site visit.

Page 18

1   April 23rd, McMillen with Gene McGaw
2 (phonetic) on site to once again examine and amend the
3 amendment of the appended appendices of the revised
4 revision.
5   BRANDON FILLOON: Is that up there on the
6 board?
7   DOUG ENGEMANN: No, it's on your list.
8   BRANDON FILLOON: So is that an official date?
9   DOUG ENGEMANN: Yep.
10   BRANDON FILLOON: Okay.
11   DOUG ENGEMANN: Other input?
12   BRANDON FILLOON: How was the --
13   DOUG ENGEMANN: Monday morning.  Hup.
14   BRANDON FILLOON: How was the weekend?
15   DOUG ENGEMANN: Busy for me.  I don't know,
16 dude.  I'm slowing down, honestly.  It's -- I -- I
17 have -- I -- I did fine Saturday.  By Sunday, I was
18 struggling, but I can't tell you why.  I don't know why.
19 I just was slowing down.  Maybe that's just me.
20   BRANDON FILLOON: Yeah.
21   DOUG ENGEMANN: It was very straightforward.
22 Very straightforward.  The fish looked good.
23   BRANDON FILLOON: Just, if there's a need to
24 go back to two people --
25   DOUG ENGEMANN: I don't think so.  But just

Page 19

1 know that unless we get another (unintelligible), no, we
2 don't need to go back to two.
3   BRANDON FILLOON: Yeah.
4   DOUG ENGEMANN: But the thing you have -- just
5 know that if you go in and do the weekend shift -- and
6 this is just Doug talking.  You might -- you might be a
7 little faster at it than me and probably are.  But if
8 you go in and do weekend shift, it's pretty much fish
9 chores.  There's not admin much.
10   Now, I did a little bit but not as much as
11 I -- you know, because like when I make my list, they
12 look like this, you know.  So I'm going, Okay, I'm going
13 to do fish chores, and then I'm going to hire a
14 bio-aide, and then I'm going to submit a BA-30 under
15 process six (phonetic).  No, I'm not.  I did the fish
16 chores and maybe made two phone calls.
17   BRANDON FILLOON: Yeah, you've got about three
18 hours in the afternoon you can play with.
19   DOUG ENGEMANN: Yeah.  There ain't much.
20 There ain't much.
21   The fish in brood year '13 are pooping
22 heavily, and they are pushing the tail screens.  That
23 slows down the cleaning a little bit, because you have
24 to continue to re-scare the fish away from those tail
25 screens, or you will nuke them.

Page 20

1   BRANDON FILLOON: Yeah.
2   DOUG ENGEMANN: You will have gill disease by
3 the end of the afternoon.  You've got to get them up and
4 away from that cloud of poop.
5   BRANDON FILLOON: Yeah.
6   DOUG ENGEMANN: They're smolting, and they're
7 smolting a lot more than they were a week ago.  They're
8 jumping a lot more.  They're descaling a lot more.  And
9 there was a few rough characters in each -- I might have
10 even written it that way.  I don't know.
11   Plenty of time for things to go wrong.  We're
12 about a month away from liberation on those fish.  Lots
13 of time for stuff to go south yet.  So let's keep a real
14 sharp non-presumptive set of eyes on those fish.  We're
15 almost to the home plate.  We're sliding into home.
16   So, again, what I noticed was a lot more
17 jumping.  None of them have made it over the walls for
18 anything or any screens, as far as I can see.  But
19 they are -- some fish are looking a little bit rough.
20 And I'm just talking individual fish.  I'm not talking
21 hundreds of fish or nothing.  And that makes sense,
22 because their scales are getting nice and loose.
23 They're getting ready to haul.
24   They are acting differently, and it's -- for
25 me, just for Doug, they -- it took me a little longer to

Page 21

1 clean the raceways than it has in the past because of
2 that.  I can't get the darn things -- get -- banging the
3 broom on the screens helps a lot, more so than just
4 splashing the water.  But they are a pain.  And they're
5 probably going to become more so.
6   So let's pull these fish off feed April 8th.
7 I don't think Munson needs 48 for this.  I'll
8 double-check.  As far as I know, he is indeed coming the
9 9th.
10   BRANDON FILLOON: Okay.
11   DOUG ENGEMANN: New Zealand mud snail gut
12 inspection will be a part of that.  I'm assuming Doug
13 will do his usual viral/bacti.  We'll probably end up
14 having to pull some guts and squeeze the contents out
15 and make sure you don't have snails in those guts.  If
16 they are, then we'll have to set them up for ID.
17   Does anyone know?  Because I haven't done it?
18 Where do they send the snails if they do find for --
19   BRANDON FILLOON: I think it's just a visual.
20   DOUG ENGEMANN: Okay.  It looks like
21 (unintelligible).
22   BRANDON FILLOON: It was a visual at American
23 Falls.
24   DOUG ENGEMANN: Okay.  That's right.  You guys
25 had that, didn't you, right next to your discharge

Case 1:17-cv-00428-BLW   Document 32   Filed 09/04/19   Page 27 of 123

Dorsch v.
State of Idaho, Dept of Fish & Game

AUDIO TRANSCRIPTION

4-6-15
April 6, 2015

Page 22

1 anyway, right?
2 BRANDON FILLOON: Well, we did it with the
3 live fish.
4 DOUG ENGEMANN: Uh-huh.
5 BRANDON FILLOON: So we actually flushed their
6 guts with a (unintelligible).
7 DOUG ENGEMANN: Oh. Oh, yeah.
8 BRANDON FILLOON: I don't know how successful
9 it was, but we never got any. We got rocks.
10 DOUG ENGEMANN: Yeah.
11 BRANDON FILLOON: (Unintelligible) but no
12 (unintelligible).
13 DOUG ENGEMANN: I always feel bad for a fish
14 that has -- you know, has to eat snails. I've mortally
15 wounded fish in Springfield Lake that I intended to
16 release so they wouldn't revive, and took them home to
17 eat them, and they're full of snails.
18 I just feel really bad, because that's like --
19 that is the fish's -- I've heard that's the fish's last
20 ditch, you know, effort. There's not that much good
21 stuff in a snail. You can -- you know, you've got to
22 get past the shell and all of that. It's like, you
23 know, kind of like eating -- for us, it would be like
24 eating celery. But you can do it. It's okay. But put
25 a little cream cheese in there. Sprinkle a little

Page 23

1 parsley. Give me something I can -- you know, I don't
2 know.
3 So in that light, biosecurity audit again. I
4 put in both brood years. Jacob, I know you've already
5 done the list, Munson's. But since he's coming, he
6 postponed it. Look again. Look one more time, please.
7 JACOB ROOK: Yeah. No, I am.
8 DOUG ENGEMANN: Yeah.
9 JACOB ROOK: He's coming Thursday, right?
10 DOUG ENGEMANN: Correct.
11 JACOB ROOK: Okay. Or Wednesday night?
12 DOUG ENGEMANN: Yeah. He'll be here Wednesday
13 night, yeah. Yeah.
14 BRANDON FILLOON: Yeah. Is he staying at the
15 dorm? Because that's something Jacob --
16 DOUG ENGEMANN: Yeah.
17 BRANDON FILLOON: Have you got -- you guys got
18 that figured out?
19 JACOB ROOK: Yeah.
20 BRANDON FILLOON: I think we have enough staff
21 now. Let's just -- let's just -- one person can go
22 outside.
23 DOUG ENGEMANN: Uh-huh.
24 BRANDON FILLOON: And we have four people
25 sweeping in there inside -- the bottom of that drain.

Page 24

1 JACOB ROOK: So vacuum inside and outside, you
2 think?
3 DOUG ENGEMANN: The outside definitely needs
4 vacuuming. The inside --
5 BRANDON FILLOON: Decide how we want to do it.
6 If you guys want to figure it out or you just want to --
7 want us to give you the go-ahead. But, Danielle, you
8 can either line them out or not.
9 DANIELLE DORSCH: Yeah.
10 BRANDON FILLOON: It's your choice here.
11 DOUG ENGEMANN: Grab --
12 (Speakers talking over each other.)
13 DANIELLE DORSCH: No, absolutely.
14 DOUG ENGEMANN: -- a couple --
15 DANIELLE DORSCH: I'll -- what do you guys
16 prefer? Somebody take inside. Somebody take outside.
17 I'll -- we can do feed. I can do feed.
18 BRANDON FILLOON: Okay.
19 DANIELLE DORSCH: I was going to get the
20 standpipes that haven't been cleaned and stuff and try
21 to clean them --
22 DOUG ENGEMANN: Yeah.
23 DANIELLE DORSCH: -- in the vat room a little
24 bit, put it in the cleaning vac.
25 DOUG ENGEMANN: Yeah.

Page 25

1 DANIELLE DORSCH: Maybe get those cleaned up.
2 DOUG ENGEMANN: I took a lot of time --
3 DANIELLE DORSCH: We have three or four
4 screens that need to be thrown in there, also --
5 DOUG ENGEMANN: Yeah.
6 DANIELLE DORSCH: -- to get cleaned up. I
7 didn't know what you guys wanted to do as far as we just
8 pressure-wash those, and then are we going to disinfect
9 them? What's your --
10 DOUG ENGEMANN: Pressure-wash them.
11 BRANDON FILLOON: All we did last year is
12 steam-cleaned them.
13 DANIELLE DORSCH: Okay.
14 BRANDON FILLOON: So you steam-clean them at
15 that hundred -- do you remember what it was, Leah, when
16 it was melting the --
17 DOUG ENGEMANN: 140? 180?
18 LEAH SCHULZ: I don't remember what it was.
19 Too high.
20 BRANDON FILLOON: It wasn't 165. It was like
21 120 maybe.
22 DOUG ENGEMANN: It was melting, but was it
23 melting at 120?
24 BRANDON FILLOON: We turned it -- we turned it
25 way down.

Page 26

1    DOUG ENGEMANN: Yeah.
2    BRANDON FILLOON: And she said, yeah, I think
3 that's --
4    DOUG ENGEMANN: It's not -- and, you know,
5 that's -- if it starts that again, would somebody write
6 it down and the temperature at which it starts to
7 happen?  Because I'll talk to Reef.  Because I don't
8 think that's to spec.  I don't think the gel coat is
9 supposed to go away at that temperature.
10    DANIELLE DORSCH: Okay.
11    DOUG ENGEMANN: I mean, that's one of the
12 beauties of having, you know, gel coat seal fiberglass
13 rearing units.  If you can't steam-clean them, that's
14 kind of weird.
15    BRANDON FILLOON: So I know we're not through
16 this list yet, but we've got to keep busy.  The weather
17 sucks today.
18    DOUG ENGEMANN: Yeah.
19    BRANDON FILLOON: We're not probably going to
20 get most of the stuff done.  But we have the ability now
21 we can really start hammering out the other stuff,
22 getting all our stuff together.  So it's on all of us to
23 keep busy, but it's -- individually keep yourselves
24 busy.
25    DOUG ENGEMANN: You've got a supplemental

Page 27

1 list, too, of yard work kinds of items.
2    DANIELLE DORSCH: Yeah.  I don't know why --
3    DOUG ENGEMANN: And we passed that out last
4 week.
5    DANIELLE DORSCH: Can you grab -- can you make
6 two more copies so Leah and I can have it?
7    DOUG ENGEMANN: Yeah.  They were good.  But
8 I'll go ahead -- go ahead and do that.  Then I'll wait,
9 and we'll continue the list.
10    DANIELLE DORSCH: Did we -- did you ever order
11 that filter for the Shop-Vac?
12    BRANDON FILLOON: It's in the Shop-Vac
13 currently.
14    DOUG ENGEMANN: Cool.
15    DANIELLE DORSCH: Sweet.  I'll go ahead and
16 sweep and clean the feed room, too.
17    DOUG ENGEMANN: Safety stuff real quick.  Fire
18 extinguishers, I know you've made up -- you've initialed
19 some of them.
20    DANIELLE DORSCH: Uh-huh.
21    DOUG ENGEMANN: Walk around and make sure you
22 got them all at least.
23    DANIELLE DORSCH: Okay.  Uh-huh.
24    DOUG ENGEMANN: I went in the electrical room,
25 and there's --

Page 28

1    DANIELLE DORSCH: Okay.
2    DOUG ENGEMANN: That one doesn't have any --
3 and one of them you've actually transcended space and
4 time and initialed as May 1, which I commend you for.
5 But you can't (unintelligible).  It's mine.
6    BRANDON FILLOON: That was last May.
7    LEAH SCHULZ: I don't know.
8    DOUG ENGEMANN: It actually said May 1 to 15,
9 so I just figured -- you know, I -- I mean, I commend
10 you --
11    DANIELLE DORSCH: Yeah, no.
12    DOUG ENGEMANN: If I could do that, I would.
13 But I've been so far ahead of my reports.
14    DANIELLE DORSCH: Yeah.  I'll make sure that
15 we get everything.  Absolutely.
16    DOUG ENGEMANN: I washed stations.  Give them
17 a poke.
18    DANIELLE DORSCH: Yeah.
19    BRANDON FILLOON: It's a little late.
20    DANIELLE DORSCH: I think --
21    DOUG ENGEMANN: I don't know if maybe you've
22 already been doing that.
23    DANIELLE DORSCH: I do -- yeah.
24    DOUG ENGEMANN: As much sand --
25    DANIELLE DORSCH: I do it every time.

Page 29

1    DOUG ENGEMANN: As much sand as is in that
2 water, that's really a good idea, because I would hate
3 like mad to actually need it and then go, you know, pull
4 a handle and get an eye full of mud.  That wouldn't
5 be -- I mean, we don't use formalin.  But, still...
6    DANIELLE DORSCH: Do we have any access or --
7 access?  Those extra tags?
8    DOUG ENGEMANN: We can get some.
9    DANIELLE DORSCH: Okay.
10    DOUG ENGEMANN: Yeah.
11    DANIELLE DORSCH: We have the stickers, but I
12 know you like the tags, so...
13    DOUG ENGEMANN: I like the tags.
14    DANIELLE DORSCH: Okay.
15    DOUG ENGEMANN: But I'm good, as long as --
16    BRANDON FILLOON: (Unintelligible).
17    DANIELLE DORSCH: Okay.
18    DOUG ENGEMANN: Some got stickers, and some
19 got stickers and tags.  And, you know.  But, yeah, just
20 make sure because, you know, every now and then, you
21 know, what's-his-name comes through here.  Russ or
22 somebody.
23    DANIELLE DORSCH: Okay.
24    DOUG ENGEMANN: And they'll start looking.
25 And it's like, you know, usually they used to give kind

Page 30

1  of a warning.
2      DANIELLE DORSCH: Okay.
3      DOUG ENGEMANN: But, you know, same thing.
4  There's extinguishers in the vehicles, too.  Make sure
5  that --
6      DANIELLE DORSCH: Yeah.  Got those.
7      DOUG ENGEMANN: Okay.
8      DANIELLE DORSCH: Jacob and I got those when
9  we did BA-4.
10     DOUG ENGEMANN: Someone's --
11     BRANDON FILLOON: But they're full.
12     DANIELLE DORSCH: They're full?
13     DOUG ENGEMANN: -- got --
14     BRANDON FILLOON: Those --
15     DANIELLE DORSCH: Those tags are --
16     (Speakers talking over each other.)
17     BRANDON FILLOON: Yeah.
18     DANIELLE DORSCH: Okay.
19     DOUG ENGEMANN: It's really a different world,
20  Leah.  It's like so much a different gig than we had the
21  previous brood year.  It's just so much more time, the
22  difference between the twelve tanks versus the four and
23  then having the concurrent twelve in there and the four
24  out there.  It's just kind of like, Wow, it really is a
25  (unintelligible).

Page 31

1      We ran out of time.  And then, you know,
2  particularly what really drilled us is when they got
3  sick.  That really sucks bad.  That was -- that was a
4  lot of hours a day spent, you know, "1, 2, 3, 4, 5," and
5  now "601, 603," and you're only on one tank.  You're
6  like (makes sound).
7      DANIELLE DORSCH: Yeah.
8      DOUG ENGEMANN: You know, I don't know.  So,
9  no, I think one person still -- I did okay with it.  But
10  it's a time-buster.  There's no question about it.
11     BRANDON FILLOON: You have to be on top of it.
12     DOUG ENGEMANN: You've got to move right
13  along.  There was a point where I'm like, I think I'll
14  make some coffee.  And I'm like, No, I think I'm going
15  to keep sleeping, you know.  You know me and my
16  nicotine.  No, I think I'll keep sleeping.
17     But, anyway, yeah, I was able -- I fed from
18  10.  I started both days.  I was done with the cleaning
19  part and could start the feeding by 10 a.m., but I wish
20  I could -- I wish I could have moved faster.  I just
21  can't.  But maybe you guys could.  That's just me.
22     Fish-hauling, it's nearly here.  Power Pack
23  should arrive this week.  (Unintelligible).  And when
24  she comes, Mr. Filloon and I will check this operation.
25  If they don't work, we'll call them and say, "Oh, you're

Page 32

1  coming to site now."
2      Final delivery date, I know they were making
3  it for us.  I know it was on their to-do list up on
4  their -- they have a board like this, I guess.  They
5  just write down their stuff.  Anyway, we'll slap it all
6  together when it's here and give it a test.
7      Steam cleaner out in the shop, that's for
8  disinfecting the trucks.  Let's hook it up and use it.
9  Make sure it's working.  I've got to rerun the calces of
10  the chlorine and sodium thio.  Make sure we have enough
11  of both.
12     BRANDON FILLOON: Probably don't have enough
13  sodium thio.
14     DOUG ENGEMANN: Well, a little of that goes a
15  long way.  It's 5.6 grams for every gallon of chlorine.
16  Let's run the math and do --
17     BRANDON FILLOON: Okay.
18     DOUG ENGEMANN: -- get what we need.  I've got
19  a couple different ways to use the powder.  Bryan uses a
20  warm water solution, makes a stock with it.  Chapman, on
21  the other hand, dumps her in, which is my preferred
22  method, because that avoids us splashing around in
23  chlorine, which is the whole reason for using the
24  powder.  But, anyway...
25     BRANDON FILLOON: We need to confirm that our

Page 33

1  masks are --
2      DOUG ENGEMANN: Yeah.
3      BRANDON FILLOON: -- the filters are rated for
4  that.
5      DOUG ENGEMANN: Correct.  I believe they are,
6  but you're right.
7      BRANDON FILLOON: (Unintelligible).
8      DOUG ENGEMANN: Yeah.  I usually just inhale
9  the stuff.  Well, okay, I did once.  Oh, okay, fine.
10  Don't laugh at my jokes.
11     All right.  I did send you guys an e-mail on
12  confirmed -- well, it's not confirmed, but either the --
13  what did I say?  6th, 7th?  Or 7th, 8th?  Those are the
14  two days they're going to roll.  We don't know which two
15  yet.
16     BRANDON FILLOON: May 1?  Get them all out.
17     DOUG ENGEMANN: Yeah, they think they can.
18  They probably can if they have the right drivers and the
19  right rigs.
20     BRANDON FILLOON: Well, I hope they're going
21  to -- I just didn't know how many trucks.
22     DOUG ENGEMANN: Yeah, I know.  Six trips
23  total.  Might be some long days there, guys.
24     BRANDON FILLOON: So your next bullet point --
25     DOUG ENGEMANN: Chiller.

Case 1:17-cv-00428-BLW  Document 32  Filed 09/04/19  Page 30 of 123

Dorsch v.
State of Idaho, Dept of Fish & Game

AUDIO TRANSCRIPTION

4-6-15
April 6, 2015

<hr/>

Page 34

1 BRANDON FILLOON: Did what's-his-name ever --
2 DOUG ENGEMANN: Nope.
3 BRANDON FILLOON: -- come out?
4 DOUG ENGEMANN: Not that I know of.  Give him
5 a ring.
6 BRANDON FILLOON: Called him, and he said he
7 was going to come out.
8 DOUG ENGEMANN: Uh-huh.  Yeah, he's been kind
9 of off the radar, hasn't he, come to think of it.
10 Other?
11 BRANDON FILLOON: Well, we kind of --
12 DOUG ENGEMANN: (Unintelligible).
13 BRANDON FILLOON: We kind of need all that
14 other stuff done.
15 DOUG ENGEMANN: Uh-huh.
16 BRANDON FILLOON: Testing.
17 DANIELLE DORSCH: What do you guys want to do
18 about the garage door near vat 22?  Do we want to paint
19 it, or do -- I was just thinking the tape and the
20 plastic is falling off.  I was just going to take it off
21 and then --
22 BRANDON FILLOON: Honestly, I don't think it's
23 an issue.
24 DANIELLE DORSCH: Okay.  I'll take it off.
25 BRANDON FILLOON: It might have been.

Page 35

1 DANIELLE DORSCH: Okay.
2 BRANDON FILLOON: As far as feed, I don't
3 think those fish care.
4 DANIELLE DORSCH: Okay.
5 BRANDON FILLOON: And if they do, they have --
6 DANIELLE DORSCH: Okay.
7 BRANDON FILLOON: -- 13 more feet to play
8 with.
9 DANIELLE DORSCH: Yeah.  I was just thinking
10 about things to clean up before Munson gets here.
11 DOUG ENGEMANN: Yeah, I'm sure Bryan is going
12 to be along in that tour, too, so...
13 DANIELLE DORSCH: Okay.
14 DOUG ENGEMANN: Put it through that filter,
15 please.
16 JACOB ROOK: Do I want to try and vacuum
17 Wednesday?
18 DOUG ENGEMANN: Yeah.
19 JACOB ROOK: Inside and outside?  Should I
20 just leave inside --
21 DOUG ENGEMANN: Yeah.  Well, you know, the
22 inside is just sand.  I mean, it's something I intend to
23 talk to Bryan about today, is that issue, you know.
24 We've got sand coming in.  If they can come up with a
25 filter and sand separator, if they can make this work

Page 36

1 over on well 10, I'd like to get a few of the duplicate
2 units, even.  I know -- I know we're going to have to
3 end up paying for that.  But, you know, I think we need
4 them.  I don't like that quantity of sand.
5 JACOB ROOK: Was there sand in the fish?
6 DOUG ENGEMANN: No.
7 JACOB ROOK: Okay.
8 DOUG ENGEMANN: But that's because we started
9 the fish down at the fourth section.  We would be in --
10 JACOB ROOK: Oh.
11 DOUG ENGEMANN: Yeah.
12 JACOB ROOK: I just meant like 18 has a little
13 bit of sand, too, and their screen is right up there
14 next to it, so...
15 DOUG ENGEMANN: It's pretty close, but I
16 haven't -- it's not, to my knowledge, gotten in the
17 fish.
18 JACOB ROOK: Okay.  Who has -- is 11 -- is it
19 getting past the screen that I put in?
20 DOUG ENGEMANN: Huh-uh.
21 JACOB ROOK: Okay.
22 DOUG ENGEMANN: Nope.  The only -- the only
23 thing I can discern in that tank is poop.
24 DOUG ENGEMANN: Okay.
25 DOUG ENGEMANN: And a lot of it.  They are

Page 37

1 definitely eating the stuff, yeah.
2 JACOB ROOK: I meant the screen that I put
3 where we're going to extend it, are they getting past
4 that screen?
5 DOUG ENGEMANN: Yeah, that didn't work, dude.
6 JACOB ROOK: Okay.
7 DOUG ENGEMANN: I was just moving it down the
8 road trying to get them clean.
9 DANIELLE DORSCH: It is.  It is.
10 JACOB ROOK: Okay.
11 DOUG ENGEMANN: But we need to -- yeah.  I
12 mean, that's something long-term we've got to fix.  We
13 would be into trouble big time with these fish.  If you
14 think we have losses now, if those fish were up there
15 where most people start their fish, wow.
16 Pisces was more of a budget thing.  But, yeah,
17 Pisces has kind of gone to the web versus an intranet,
18 and so every user that has a Pisces account has to
19 install the new software.  And then once -- I'm going to
20 do that on this machine, and then we'll do the quarterly
21 status report.  Brandon, I might have you sit in on
22 that.  It's not very technical, but it's -- it will
23 catch us up.
24 Personnel.  So I did have time to call our --
25 I don't remember their names anymore, which is very sad.

Page 38

1 But either way, our top pick was not available. He had
2 already been snatched up by another project, the guy
3 John Chowell (phonetic) or whatever.
4 　　　BRANDON FILLOON: (Unintelligible).
5 　　　DOUG ENGEMANN: Yeah. Palloup (phonetic),
6 Challoup (phonetic).
7 　　　DANIELLE DORSCH: The BYU student?
8 　　　DOUG ENGEMANN: No.
9 　　　DANIELLE DORSCH: No?
10 　　　BRANDON FILLOON: He was at the University of
11 Caldwell.
12 　　　DANIELLE DORSCH: Oh.
13 　　　DOUG ENGEMANN: So he got snatched up on a
14 research project. The applicant pool this year, either
15 they're good but not available when we'd like them, not
16 until May, although we're pretty close to that now
17 anyway, or -- and I just throw this out as an idea to
18 chew on -- we can either try to continue to go down that
19 and say, All right, we'll wait until May. We'll take
20 some off the existing list. Or we could try to get some
21 alternative apps from other hatcheries who have good
22 applicants but couldn't hire everybody that was a good
23 applicant.
24 　　　BRANDON FILLOON: I think if we hired someone
25 who's more of a -- who can handle some

Page 39

1 (unintelligible) --
2 　　　DOUG ENGEMANN: Uh-huh.
3 　　　BRANDON FILLOON: -- we have enough work for
4 them to do. We're not going to be able to hire until
5 after he moves in there, so...
6 　　　DOUG ENGEMANN: Uh-huh. Unfortunately
7 we've -- yeah, that window is closing, so...
8 　　　BRANDON FILLOON: So that B -- the one BYU guy
9 that stopped in here lives up the road.
10 　　　DOUG ENGEMANN: Is that the guy that was here
11 last year, the one you were talking about?
12 　　　BRANDON FILLOON: Not that I know of.
13 　　　DOUG ENGEMANN: Okay.
14 　　　BRANDON FILLOON: He's a younger guy, I think.
15 I don't know how old he is.
16 　　　DOUG ENGEMANN: Let's go through those,
17 Brandon, this morning.
18 　　　JACOB ROOK: Probably more like 20.
19 　　　BRANDON FILLOON: Yeah. Mid twenties maybe.
20 　　　DOUG ENGEMANN: Okay.
21 　　　BRANDON FILLOON: He's done a lot of
22 irrigation work.
23 　　　DOUG ENGEMANN: Okay. Let's pull him out and
24 see if he's -- I mean, we'll just have to struggle along
25 for another month. It's like, well...

Page 40

1 　　　This was brought up at the meeting that
2 Brandon and I were at, but apparently they're just
3 wiping the slate clean on seasonal employees for
4 budgeting purposes and asking us to justify those again.
5 If you need another one, put it in the budget so that we
6 can get a PCN for that position established.
7 　　　Anyway, Gary Byrne is driving that show. He
8 wanted us to begin that work. Then they hit something,
9 some snag on there. And he said, "Hold off until I give
10 you the green light." But I put it in there so I'd
11 remember.
12 　　　So NPDES, we were going to go get our mid-month
13 sample this month for our TMDL stuff.
14 　　　BRANDON FILLOON: 16th or something on the
15 board there?
16 　　　DOUG ENGEMANN: Yeah. I'll let you set a
17 date. And Danielle has already got the sampling gear.
18 　　　DANIELLE DORSCH: Okay.
19 　　　BRANDON FILLOON: Just keep that date.
20 　　　DANIELLE DORSCH: I was going to go ahead and
21 do water samples today, also, just to see what -- just
22 because we have a front that moved through.
23 　　　DOUG ENGEMANN: Yep.
24 　　　DANIELLE DORSCH: Just to see if there's --
25 　　　BRANDON FILLOON: You mean water quality?

Page 41

1 　　　DANIELLE DORSCH: Yeah.
2 　　　BRANDON FILLOON: So you guys are all here.
3 Let's start working off the Drobo. If the document that
4 you're working on is not on the Drobo, let's get it on
5 the Drobo, and let's work on the Drobo. You need to
6 have a backup copy somewhere, if you can, but let's have
7 the working copy on the Drobos. Your water chemistry
8 stuff is on the Drobo. That way, if anyone here needs
9 whatever, we can just go find it there.
10 　　　DANIELLE DORSCH: Okay.
11 　　　BRANDON FILLOON: That being said, let's not
12 clutter the Drobo to where we can't find stuff.
13 　　　DOUG ENGEMANN: I don't mind you guys doing
14 like the -- it works for me. If you want to just put --
15 as a folder "Danielle," as a folder "Brandon."
16 　　　DANIELLE DORSCH: Yeah.
17 　　　DOUG ENGEMANN: But now the caveat there is
18 the adjective "working." "Working copy." So let's say,
19 Danielle, that you're going down and you're doing your
20 feed stuff.
21 　　　DANIELLE DORSCH: Uh-huh.
22 　　　DOUG ENGEMANN: And you're tweaking formulas,
23 and you're not sure if it's right. You're messing with
24 it. You're in there. Okay. What if I do this? What
25 if I do that?

Page 42

1    That copy can be on your hard drive until you
2  make -- until you -- now, when you say, Okay, this --
3  you know, you've checked it out.  Brandon -- it's
4  Brandon-approved, it's Engemann-endorsed.  "Yeah, I like
5  this final.  Let's call this the final one."  Then at
6  that juncture she goes on the Drobo.
7    DANIELLE DORSCH: Okay.
8    DOUG ENGEMANN: But, yeah, it's been -- like
9  Brandon -- it's been a time-buster for me trying to --
10  is it on Danielle's machine?  Is it on his machine?  Is
11  it on my machine?  And then sometimes it's the same file
12  name but different copies.
13    DANIELLE DORSCH: Uh-huh.
14    DOUG ENGEMANN: Like this is what happens at
15  every new hatchery.  It is.  It's just -- it's not a bad
16  thing.  It's just it happens at every new hatchery.
17  It's like, All right, we've got new positions.
18  Everyone's got another computer.  Everyone is working on
19  different stuff.  It's, at the end of the day, still the
20  only place you can pull them from and go, Here it is.
21    So, yeah, thank you.  I didn't put that on the
22  list.  But thank you.  That -- that is going to be,
23  believe me, a real time-saver.
24    Other.  Changing Seasons.  I was on the phone
25  with that dude last week.  They said they'd be here

Page 43

1  sometime this week to activate the sprinkler system.
2  Don't hold your breath.  You know their track record.
3  If it becomes hot and dry, we'll activate it ourself.
4  Keep that option open.
5    Moxie.  I had a real long discussion with
6  Moxie Joe and said, "You know, your rodent reductions
7  hit kind of a roadblock here, and I've got infestation
8  in my home that I didn't have before.  The yards are
9  torn up.  The shrubs are eaten.  The trees are dying.
10  Yo Bro, what up?"
11    And his response was, "Not on my watch.  It
12  reflects badly on my business."
13    I said, "Well, good.  Let's come here, and
14  we'll talk turkey, because I ain't paying -- you may
15  double your efforts, but I'm not paying double.  My boss
16  is already looking at $358 a month very critically.
17  And, you know, I can defend that cost because we have a
18  13 and a half million dollar investment here, but we
19  expect something for the 358, Bro."
20    And he's going to come sometime this week.  If
21  I'm for some reason not here, that's going to be the
22  driving force, is, A, how do we do -- I think he's going
23  towards more bait boxes, not more visits, but more bait,
24  more boxes.  That's what I got out of the phone
25  conversation.  On the other hand, I don't expect my cost

Page 44

1  to double.
2    DANIELLE DORSCH: Okay.
3    DOUG ENGEMANN: So just so everyone here is
4  aware.  We -- I want to get back in that game before
5  they eat us out of house and home.  Some of this is on
6  Brandon's stuff, too.  Weeds need to be sprayed.  We
7  need to track the herbicide we apply.  We've got that
8  folder with that tracking form on it.
9    BRANDON FILLOON: (Unintelligible).
10    DOUG ENGEMANN: Okay.  Sand.  Increase sand.
11  Yeah, we already talked about that.
12    April 16th, Friends of Learning.
13    BRANDON FILLOON: Is that on there?
14    DOUG ENGEMANN: Yes.
15    BRANDON FILLOON: Okay.
16    DOUG ENGEMANN: Here on April 16th.  I think
17  she said 40 people is what she figured.
18    DANIELLE DORSCH: I already changed the alarm
19  dialer --
20    DOUG ENGEMANN: Oh.
21    DANIELLE DORSCH: -- this morning.
22    DOUG ENGEMANN: This morning?  Okay.  So
23  you're -- okay.  So mine is off the top two.  You're on
24  the top two.  Okay.
25    And the last thing, just to remind your fat

Page 45

1  old manager that, you know, I entitle that "blast from
2  past," and I need to bring it into the present and get
3  'em done.  So some stuff I've hit a roadblock on trying
4  to get some reports finished up.
5    That's all Mike's stuff, mostly it looks like.
6  Yeah.
7    BRANDON FILLOON: So you're good?
8    DOUG ENGEMANN: Yeah.  That's it for me, guys.
9    BRANDON FILLOON: What have we got this week
10  as far as -- we need to sit down with Leah.  We need to
11  get her work schedules figured out.
12    LEAH SCHULZ: Okay.
13    BRANDON FILLOON: What days she's working,
14  whatnot.  But you're going to be here all week, I mean,
15  every -- I have to take off --
16    LEAH SCHULZ: I assume so.
17    BRANDON FILLOON: Okay.
18    LEAH SCHULZ: Unless you tell me different.
19    BRANDON FILLOON: I do have to pick up my mom
20  at the airport on Friday, so I will be leaving probably
21  at 10:00 again to go pick her up.  But other than that,
22  anyone else need time off?
23    DOUG ENGEMANN: April is a good month.  I
24  mean, we're busy, as you can see from the list.  But if
25  you want a day here or a day there, this is a good time.

Page 46

1 Kind of think about it throughout the day or throughout
2 the week, whatever. I mean, hell, we're already what a
3 weekend? But May is not a good month.
4        Once the fisheries retreat is done in June,
5 June would also be a pretty good month until the last
6 week where we go to mark our fish. I'm just saying
7 there's a window. Maybe start thinking about vacation
8 time.
9        I did get the statewide e-mail about people on
10 time-and-a-half status, which is every one of you. And
11 if you have previous six months' comp, I don't remember,
12 there was a drop-dead date where that's supposed to be
13 burned by.
14       DANIELLE DORSCH: Okay.
15       DOUG ENGEMANN: So please check your -- I
16 don't care about your total comp balance. I care about
17 your previous six-month, if any, comp balance. That's
18 the stuff we've got to get off the books.
19       DANIELLE DORSCH: I was just hoping to get the
20 17th off since I worked the -- I'll be working this
21 weekend.
22       DOUG ENGEMANN: Yep.
23       DANIELLE DORSCH: If that's okay.
24       DOUG ENGEMANN: My goal is to get people back
25 on a ten-on, four-off thing where if you work the

Page 47

1 weekend and you work through Wednesday the following
2 week, that you can have your days. That is -- I mean, I
3 want to get to that point. We may not get there as
4 quickly as I'd like. But that isn't really going to
5 help much with existing comp, but it's going to keep us
6 from earning more.
7        BRANDON FILLOON: Correct.
8        DOUG ENGEMANN: And I need to use the
9 restroom, and I know you're still talking. Let me --
10 I'll be right back, and then we can -- but, yeah.
11 That's -- I don't remember, guys. But there was a
12 drop-dead date on the previous six months. You'll have
13 to check that web-mail and see.
14       DANIELLE DORSCH: Okay. I was just thinking
15 so that if I did have appointments or something --
16       DOUG ENGEMANN: Yep.
17       DANIELLE DORSCH: -- I could schedule it on
18 that day.
19       BRANDON FILLOON: The 16th and 17th off.
20       DOUG ENGEMANN: Yeah, take your days. I mean,
21 we -- I'm trying to get back to that. It's doable. And
22 it's -- I know --
23       BRANDON FILLOON: Unless something comes up
24 that you have to be here --
25       DOUG ENGEMANN: Yeah.

Page 48

1        BRANDON FILLOON: -- I think we should plan on
2 whoever is working the previous weekend will be
3 taking --
4        DOUG ENGEMANN: Take the four.
5        BRANDON FILLOON: -- Thursday and Friday off.
6        DANIELLE DORSCH: Okay.
7        BRANDON FILLOON: It's just -- we'll just plan
8 on it.
9        DANIELLE DORSCH: Well, do you want -- I
10 can -- we have --
11       BRANDON FILLOON: Doug and I can handle it.
12       DANIELLE DORSCH: Are you sure? Yeah.
13       BRANDON FILLOON: Four people. Split it by
14 two. We can handle it.
15       DANIELLE DORSCH: If something comes up. This
16 one I do need off, though, because I tried to schedule
17 it. Okay.
18       BRANDON FILLOON: You just need to get --
19       JACOB ROOK: I have plans for the 15th, right?
20       BRANDON FILLOON: Yep. I've got enough people
21 here we can get a lot of the miscellaneous list done --
22       DANIELLE DORSCH: Yeah.
23       BRANDON FILLOON: -- the first three days, and
24 the last two days can be fish chores. It's not a
25 problem. We just have to keep busy.

Page 49

1        JACOB ROOK: Yeah.
2        BRANDON FILLOON: I can't -- I can't emphasize
3 that enough.
4        JACOB ROOK: Okay. But if there's anything
5 priority on this list, let me know.
6        BRANDON FILLOON: We've got enough help.
7 We've got to go out there and help them.
8        JACOB ROOK: Yeah.
9        DOUG ENGEMANN: Filloon and Rook -- not
10 Filloon and Rook. Dorsch and Rook, outstanding job on
11 the office cleaning.
12       DANIELLE DORSCH: Oh, it was all him.
13       DOUG ENGEMANN: Well, wow. I mean, just holy
14 smokes. We will try to, I mean, to the best that we
15 can, get to where one person doesn't always do the
16 cleaning. I know that's fallen heavily in the past on
17 you and Leah. Thank you, by the way.
18       And we'll try to make sure that one person
19 doesn't always end up doing that because that is, over
20 the long haul, not very -- (unintelligible). It's damn
21 important. But, nonetheless, you know, I kind of
22 enjoyed working the weekend and getting to play with my
23 fish again. Let me grab my coffee, and then we'll
24 visit.
25       A lot going down, but kind of some happy

Dorsch v.
State of Idaho, Dept of Fish & Game

AUDIO TRANSCRIPTION

4-6-15
April 6, 2015

Page 50

1  milestones, too.  I mean, we got over our gut fungus,
2  knock on wood.  We're ready to get rid of brood year
3  '13.  I mean, kind of a neat moment.  Watch them as they
4  smolt.  I don't know what -- I don't know what sockeye
5  smolts do as they smolt.
6      So, you know, I've heard people say be
7  prepared for a little stress-related blip in mortality.
8  What a little blip in mortality means I am unsure of.
9  So I get weird when they go "little blip."  Well, what
10 is a little -- I mean, you know, it's kind of relative.
11     You know, make sure they don't start clearing
12 the walls and clearing the screens and stuff as they
13 jump.  And they are becoming visibly more agitated.
14 They're like -- they're going, "Hey, hey.  Red Fish
15 Lake.  Come on.  Let me out of here.  I don't like this
16 part any longer."
17     DANIELLE DORSCH: Has anybody seen them do the
18 wave?
19     DOUG ENGEMANN: They haven't done the wave,
20 but I wouldn't be surprised within a week or two if I
21 didn't see the wave.
22     DANIELLE DORSCH: That's where you might
23 get --
24     DOUG ENGEMANN: One of you guys saw the wave.
25     JACOB ROOK: I saw it.

Page 51

1      DOUG ENGEMANN: Was it you, Jacob?  Who saw
2  the wave?  You saw the wave.
3      JACOB ROOK: I saw the wave.
4      DOUG ENGEMANN: So...
5      DANIELLE DORSCH: Do you see a lot of
6  mortality because of that?  No?
7      DOUG ENGEMANN: There are some fish that are
8  in really bad shape, and they're going to die.
9  They're -- I mean, in those raceways.  But these are --
10 I'm just not -- I'm not saying panic, but it isn't --
11 it's individual fish.  But it's like -- but they stand
12 out enough because they're ugly enough.  Poor things.
13 It doesn't take much once you start to descale.  You
14 know, you're pretty compromised at that point.  And
15 these guys are no exception.
16     DANIELLE DORSCH: But, yeah, I was just
17 thinking like if you have priorities on this to-do list
18 for the 3-19, let's make sure to star those so that
19 we're not working on something that doesn't necessarily
20 need to be done.
21     DOUG ENGEMANN: I didn't delegate this to
22 people either, and I didn't actually do it in order of
23 importance.  This is -- in fact -- and I'm sorry.  I
24 should have started with this.  I just said April work
25 list.  I didn't go like week of this --

Page 52

1      DANIELLE DORSCH: Okay.
2      DOUG ENGEMANN: -- like I used to do.  I
3  just -- I just started typing as the thoughts crossed my
4  mind, guys.  So I figure there is -- between this and
5  the yard work, there is a lot.  There is a lot.
6      BRANDON FILLOON: There's lot of stuff on that
7  list that can be done at any time, any moment, and it
8  can be done the next month.
9      DOUG ENGEMANN: I did not clean the feed room
10 out there.  I swept it, and I need to sweep it again.
11 But it's like just if you take a look at the rooms --
12 you know, look at the vehicles.  The vehicle -- I didn't
13 put it on this list, but the vehicles still need service
14 in town.  There's just a ton of things, all of them
15 small.  Well, most of them small.
16     BRANDON FILLOON: There's a ton of things.
17     DOUG ENGEMANN: It is.  And that's the thing,
18 you know.  You've got an hour just in the travel, let
19 alone the wait time to get a vehicle serviced.  So, you
20 know, you've got an hour in the afternoon.  Get her
21 right to town.  Oil, lube.  Got an hour in the morning,
22 take the vacuum cleaner and get rid of the feed that's
23 laying on the floor on the skid, stuff like that.
24     It's, for me, been a real education, because
25 for four years I've been a construction guy now, and not

Page 53

1  a very good one.  But it's like, Wow.
2      LEAH SCHULZ: I'm going to go to the bathroom
3  real quick.
4      DOUG ENGEMANN: Yeah, I have to, too.
5  Brandon, you wanted to say -- you were still going,
6  weren't you?  I'm sorry.
7      BRANDON FILLOON: Yeah, just whenever you're
8  done, whenever we're done here.  Leah came back.  Talk
9  about, well, you need to fill out a few forms.
10     DOUG ENGEMANN: Yeah.
11     BRANDON FILLOON: I was trying to figure out
12 what forms she did fill out.
13     DOUG ENGEMANN: I think there's a packet.  I
14 might --
15     LEAH SCHULZ: Aren't those the same?
16     BRANDON FILLOON: There's --
17     DOUG ENGEMANN: Yeah.
18     BRANDON FILLOON: Well, there's a non --
19     DOUG ENGEMANN: Right.
20     BRANDON FILLOON: Non-benefit packet.
21     DOUG ENGEMANN: Yeah.  Yep.
22     BRANDON FILLOON: Look, I know you need your
23 direct deposit, your W-4, and your (unintelligible)
24 today.  So fill that out.  We'll talk about --
25     DOUG ENGEMANN: Weekend duties and things.

Page 54

1   BRANDON FILLOON: -- options here for you, what
2  we're going to do. We're going to try to keep you at
3  that 1385 for the year --
4   LEAH SCHULZ: Uh-huh.
5   BRANDON FILLOON: -- which means you're
6  working three days, four days. I don't know that it's
7  going to be consistent. But you'll know ahead of time.
8   DOUG ENGEMANN: No surprises.
9   BRANDON FILLOON: I know you have to get your
10 schedule. How far out do you need notice of weekend and
11 stuff like that?
12   LEAH SCHULZ: Probably a month.
13   BRANDON FILLOON: Okay. So we can start
14 looking at June for you?
15   LEAH SCHULZ: Yeah, because I already --
16   BRANDON FILLOON: For weekend.
17   LEAH SCHULZ: -- have my Saturdays for May, so
18 I can tell you.
19   DOUG ENGEMANN: Because it's like you've
20 got -- at some juncture we're going to have two
21 bio-aides and a technician and then us three permanent.
22 So it's like you'll get looking at the calendar, you
23 know, "Doug, Danielle, Brandon. Doug, Danielle,
24 Brandon."
25   I'm going, "Well, wait a minute." You know,

Page 55

1  we're going, "We're burning out." You know, we're like,
2  "We don't get any days off."
3   BRANDON FILLOON: So the weekend you'll work,
4  you'll probably only work Monday, Tuesday, and Wednesday
5  and Thursday off. Work the weekend, and then you'll
6  work all the way through Wednesday. We can talk about
7  that. So if we're --
8   DOUG ENGEMANN: Yeah, we're down to one person
9  weekends right now at least. I don't know what's going
10 to -- in June, you know -- after June, if we get those
11 fish into those raceways, that's 12 raceways. Yeah. I
12 am -- the only thing that slowed me down on the four was
13 just the quantity of poop, honestly. There's so much of
14 it.
15   BRANDON FILLOON: You have to sweep the full
16 entire --
17   DOUG ENGEMANN: Yep. It's a lot of linear
18 distance to move a very heavy cloud of poop. And the
19 fish have grown to the extent where they don't have all
20 that much empty space anymore and they can just swim
21 around it. You know, so you end up with thousands,
22 literally, below you that you have to scare up and away
23 from it multiple times. Eight -- for some reason, eight
24 was always my favorite pond until now.
25   JACOB ROOK: Yeah, they're super active.

Page 56

1   DOUG ENGEMANN: Those fish in eight are hard
2  to move. They -- they would rather sit there in that
3  cloud of Hershey's syrup than get out of the way, which
4  is not good for their little gills. So -- and that's
5  what -- that slowed me down more -- I mean, that was
6  like, Why is this so hard? "Dum-dum, don't you remember
7  how to clean a raceway?"
8   Well, before the fish were -- you know, eight
9  was my (unintelligible). Eight was my favorite. You
10 know, which one do you want to clean? I'll clean eight.
11 Not anymore.
12   So, yeah, that, and Brandon was just saying
13 Danielle will probably at some point sit down and go --
14 try to figure out weekend shifts as we get people hired
15 in and trained.
16   DANIELLE DORSCH: Okay.
17   DOUG ENGEMANN: Permanent staff are still on
18 alarm duty. But at least it's one thing to hang out at
19 the house and another thing to work 18 days in a row
20 without a day off. (Makes sound.) I'm done. Out of
21 breath. Need a smoke.
22   What did I miss? Because I must -- I mean,
23 you know, I always get that --
24   BRANDON FILLOON: We got -- we got the staff
25 now. If you need to take time off, Danielle --

Page 57

1   DANIELLE DORSCH: Yeah.
2   BRANDON FILLOON: -- take time off. If you
3  could give us the heads up --
4   DANIELLE DORSCH: Okay.
5   BRANDON FILLOON: -- please do.
6   DANIELLE DORSCH: Yeah. Okay.
7   BRANDON FILLOON: Like maybe not today,
8  because --
9   DANIELLE DORSCH: Okay. Yeah.
10   BRANDON FILLOON: -- the days that we're not
11 sweeping and we're not vacuuming --
12   DANIELLE DORSCH: Yeah. Nope, I'm here.
13   BRANDON FILLOON: -- I'm going to take the
14 afternoon off. You know what I'm saying?
15   DANIELLE DORSCH: Yeah.
16   BRANDON FILLOON: Because you have a lot of
17 comp time.
18   DANIELLE DORSCH: Yeah.
19   BRANDON FILLOON: What? 100 and --
20   DOUG ENGEMANN: She was up to 140 --
21   BRANDON FILLOON: You have to burn that.
22   DANIELLE DORSCH: Okay.
23   DOUG ENGEMANN: We've got to get to the -- the
24 previous six months has got to go. That's -- Bryan, the
25 last time I spoke with him -- and I thought we had a big

Dorsch v.
State of Idaho, Dept of Fish & Game

AUDIO TRANSCRIPTION

4-6-15
April 6, 2015

Page 58

1 balance. Then all along we all have too much comp. He
2 wasn't the least bit perturbed. But that conversation
3 happened about a month ago. So we've had a lot more
4 comp accrued since.
5         I've been on the road more. And I'm a
6 notorious under-charger. You know, when I say I have
7 120, you can probably really about double that. But,
8 you know, yeah. Let's try to get people to where
9 they're not burned out. And part of it's a challenge of
10 getting a new place up and going, too.
11        BRANDON FILLOON: Even if it's an afternoon,
12 you're still --
13        DOUG ENGEMANN: It helps. It helps. You
14 know, it's not going to completely recharge your
15 batteries. But, I mean, after, you know, four hours off
16 in an afternoon that's pleasant is still nice, you know.
17 Take what you can. Same thing with you, Filloon.
18        DANIELLE DORSCH: Yeah. Doug, do you want
19 to --
20        BRANDON FILLOON: I'm more of an afternoon-off
21 kind of guy.
22        DOUG ENGEMANN: Yeah. You are. You are. So
23 same to you, Engemann. I'm taking off in June, though,
24 or May, so that's going to help me considerably with
25 that.

Page 59

1        DANIELLE DORSCH: The only real date that I
2 have is the 28th and 29th of May. And then just in
3 August the -- that's a longer one. But the 21 -- 21st
4 through the 29th, that's my sister's wedding and
5 backpacking trip to Glacier.
6        DOUG ENGEMANN: There's a brief window those
7 first -- not the first week of June, but subsequently
8 it's in June. Not the last week either, because that's
9 when they're probably going to be marking fish.
10        I have to get up close because I can't see it.
11 But the week of the 8th, right? Yeah. Yeah. The week
12 of the 8th -- I can see it -- and the week of the 15th,
13 those would be opportune times for people to take off,
14 too.
15        I'm not saying what days you've got to take
16 your leave, but those would be -- there's a window in
17 the early part of June that wouldn't be too bad either.
18 Brandon, if you wanted a vacation and wanted to at least
19 burn some comp -- I know what you use your vacation
20 leave for, so that's --
21        BRANDON FILLOON: I just want to leave in
22 November through February.
23        DOUG ENGEMANN: Oh, sure. Sure. November
24 through February. Hum, let's see. What do we have
25 happening in November?

Page 60

1        BRANDON FILLOON: So that's the other thing,
2 Leah, with your time.
3        DOUG ENGEMANN: (Unintelligible).
4        BRANDON FILLOON: If you're no longer going to
5 move here, it's not a vacation, so...
6        LEAH SCHULZ: It's a little rough.
7        BRANDON FILLOON: If you have something come
8 up, let us know.
9        DOUG ENGEMANN: But you do get holidays and
10 stuff now that you're a benefit person, so...
11        Pretty cool.
12        BRANDON FILLOON: Other than that, if you guys
13 want to start going --
14        LEAH SCHULZ: Yep.
15        BRANDON FILLOON: -- we'll get Leah squared
16 away with her paperwork.
17        LEAH SCHULZ: Okay.
18        BRANDON FILLOON: Should I take it outside?
19        UNIDENTIFIED SPEAKER: Do whatever you want to
20 do.
21        BRANDON FILLOON: Okay. Today --
22 (Unintelligible.)
23        BRANDON FILLOON: We might be an hour here.
24        JACOB ROOK: Okay.
25        DANIELLE DORSCH: Okay.

Page 61

1        LEAH SCHULZ: An hour? Dude, what are you
2 doing to me?
3        BRANDON FILLOON: It's going to take you 20
4 minutes to figure out what forms.
5        DOUG ENGEMANN: Yeah. We might end up having
6 to call Connie, which is fine. I don't mind doing that.
7 I mean, I get the answer right then and right there.
8        BRANDON FILLOON: I can probably e-mail her,
9 and she'll e-mail me right back.
10        DOUG ENGEMANN: Yeah, true.
11        Sorry it took so long for the morning meeting.
12 There was a lot.
13        DANIELLE DORSCH: When I have time, I have to
14 call Jamie Mitchell and just make sure that, excuse me,
15 we're on the same page, as far as with we've been tasked
16 to do something for the career development document,
17 so...
18        But that's not a priority. I'll -- when we're
19 not busy, I'll get back to them with it.
20        DOUG ENGEMANN: And there's little blocks of
21 time, you know, that make themselves available
22 throughout the day, too.
23        DANIELLE DORSCH: Yeah.
24        DOUG ENGEMANN: You know, there's just that
25 moment that I try to seize. Sometimes I get it.

Page 62

1    You want to pull the stuff she needs? I'm
2 going to go do the wells.
3    So you're of the opinion we ought to just go
4 with the existing application pool and pick a person out
5 of there. "Like yard work? You're in."
6    I did give Eagle a call and asked Baker --
7 left a message on his voicemail and said, "You know, if
8 you've got any apps that you really like but couldn't
9 hire, send them my way." But anyway...
10    DANIELLE DORSCH: Welcome back.
11    LEAH SCHULZ: Thank you. When you get hungry,
12 I have something for you.
13    DANIELLE DORSCH: (Unintelligible).
14    LEAH SCHULZ: There's no such thing.
15    DANIELLE DORSCH: I know, right?
16    LEAH SCHULZ: You must have left them in there
17 too long, though.
18    DANIELLE DORSCH: You know what? Too many
19 chia seeds will make chia green pudding for your
20 morning. That is thick.
21    LEAH SCHULZ: It is a little dry. It's like
22 you might need a spoon for that.
23    DANIELLE DORSCH: Just trying to gulp it. I
24 can feel it running down my throat. I'm like, Yuck.
25 All those chia seeds.

Page 63

1    DOUG ENGEMANN: You write Ms. Connie?
2    BRANDON FILLOON: I should have cc'd you.
3    DOUG ENGEMANN: Huh?
4    BRANDON FILLOON: I should have cc'd you.
5    DOUG ENGEMANN: No, that's okay. Did you send
6 one to Connie?
7    BRANDON FILLOON: Yeah.
8    DOUG ENGEMANN: Okay. That's just the
9 fastest.
10    BRANDON FILLOON: These are the main ones that
11 I know you need to fill out and have in. Same old, same
12 old.
13    LEAH SCHULZ: Okay. Didn't you used to have a
14 cancelled check on file for me?
15    DANIELLE DORSCH: You saw that. I didn't even
16 know.
17    (Speakers talking over each other.)
18    DOUG ENGEMANN: It wasn't. I don't think it
19 got in there ever.
20    DANIELLE DORSCH: Yeah, I didn't even know.
21    DOUG ENGEMANN: Yeah. I didn't --
22    (Speakers talking over each other.)
23    DOUG ENGEMANN: Didn't you even have a list of
24 locations of extinguishers?
25    DANIELLE DORSCH: No.

Page 64

1    (Speakers talking over each other.)
2    DOUG ENGEMANN: Okay. I mean, that was back
3 in design, maybe.
4    DANIELLE DORSCH: Friday, I thought I had gone
5 through them all, but I couldn't...
6    BRANDON FILLOON: So does that work for you?
7    LEAH SCHULZ: What?
8    BRANDON FILLOON: What we talked about.
9    LEAH SCHULZ: Yes.
10    BRANDON FILLOON: Monday through Wednesday.
11 Like this week we have something going on Thursday.
12 Come in Thursday, if you want to.
13    LEAH SCHULZ: If I want to? But do you
14 need -- like tell me what you want.
15    BRANDON FILLOON: Well --
16    LEAH SCHULZ: I mean, like --
17    BRANDON FILLOON: It's going to be hard. So I
18 don't want to overshoot that 1385.
19    LEAH SCHULZ: Yeah.
20    DOUG ENGEMANN: Well, we can't.
21    BRANDON FILLOON: Yeah. So -- and I don't
22 want to shoot ourselves in the foot here when we need
23 you in December.
24    LEAH SCHULZ: Right. And the 1385 starts
25 today through December?

Page 65

1    BRANDON FILLOON: No.
2    LEAH SCHULZ: Or from today until --
3    DOUG ENGEMANN: From your anniversary date.
4    BRANDON FILLOON: From today to today.
5    LEAH SCHULZ: Today, okay.
6    BRANDON FILLOON: Well, actually, no. Your
7 anniversary date is April 2nd.
8    LEAH SCHULZ: Is the 2nd, yeah.
9    DOUG ENGEMANN: Now, is that correct? I may
10 be wrong. Is that -- is that -- so I -- because she was
11 now coming in as a benefited temp, I don't know. That
12 might be a good question for Connie. Can we reset the
13 clock on this anniversary date business, or is it
14 still --
15    BRANDON FILLOON: Well, it's either the 2nd or
16 the 6th.
17    DOUG ENGEMANN: Oh, okay. I've got it in the
18 folder.
19    BRANDON FILLOON: Yeah. So, yeah. So it's
20 going to be 1385. You're cleared out now, because
21 you're zeroed out, because you started April 2nd.
22    LEAH SCHULZ: Right.
23    BRANDON FILLOON: So you have 1385 to work
24 with. So if you divided that by 52, that's how many
25 hours a week you could average.

Page 66

1   LEAH SCHULZ: Okay.
2   DOUG ENGEMANN: Yeah, April 2nd, Brandon.
3   BRANDON FILLOON: So we just need to kind of
4   play it by ear.
5   LEAH SCHULZ: Uh-huh.
6   BRANDON FILLOON: Now, you're not going to
7   take the health insurance; is that correct?
8   LEAH SCHULZ: Correct.
9   BRANDON FILLOON: Okay.  So --
10  DOUG ENGEMANN: I like you.
11  BRANDON FILLOON: There's different tiers --
12  there's different tiers that you would be in.  So if
13  like you're in tier number 2, you'd actually pay more
14  insurance.
15  LEAH SCHULZ: Uh-huh.
16  BRANDON FILLOON: But I don't think, since
17  you're declining that --
18  DOUG ENGEMANN: Yeah.
19  BRANDON FILLOON: -- you have to worry about
20  it.
21  LEAH SCHULZ: Okay.
22  DOUG ENGEMANN: And the reason I said that was
23  because the money that that is saving -- and that's no
24  pressure coming from me.  But the money that's in a
25  budget for benefited temporaries is like 70 percent of

Page 67

1   the total temporary salary.  So when people decline
2   those benefits --
3   LEAH SCHULZ: Uh-huh.
4   DOUG ENGEMANN: -- or we just don't have the
5   authority to fill them -- like Jacob.  I don't have the
6   authority for a benefited bio-aide, even though I have
7   the budget.  That's like $12,000 more, which now pays
8   for another non-benefited bio-aide.  So it's -- I don't
9   have to do a line-item transfer or nothing.  It's just
10  -- it's so --
11  LEAH SCHULZ: Could you put the difference in
12  a bonus check?
13  DOUG ENGEMANN: Okay.
14  BRANDON FILLOON: Yeah, no.
15  DOUG ENGEMANN: She's on the take.  I told you
16  I liked this girl.  She's as corrupt as I am.  I love
17  it.
18      Can I haul, or do you need me?  You got the
19  forms, and you sent Connie the e-mail?  Like, hey, what
20  do you need?
21  BRANDON FILLOON: Do you want to --
22  DOUG ENGEMANN: Let's do the I-9, W-4.
23  BRANDON FILLOON: Well, discussion or no?
24  DOUG ENGEMANN: No.
25  BRANDON FILLOON: Okay.

Page 68

1   DOUG ENGEMANN: No.  In terms of -- yeah,
2   because we're going to have to play the weekend duty
3   stuff by ear a little bit.  All we need is, like every
4   other month or something, I need a weekend from you.
5   LEAH SCHULZ: Okay.
6   BRANDON FILLOON: Well, because we talked
7   about -- no on that?
8   DOUG ENGEMANN: No.
9   BRANDON FILLOON: Okay.
10  DOUG ENGEMANN: No.
11  BRANDON FILLOON: Okay.  So probably June, if
12  you've already got your Mays done.
13  LEAH SCHULZ: I already have my Mays done.  So
14  if you want to fill in -- I mean, I can do a May one.
15  DOUG ENGEMANN: Okay.
16  LEAH SCHULZ: I can tell you right now what it
17  is.
18  DOUG ENGEMANN: Because May is going to be a
19  busy month, and I'm leaving for a week.
20  BRANDON FILLOON: (Unintelligible).
21  LEAH SCHULZ: You made that sound permanent.
22  "And I'm leaving."
23  DOUG ENGEMANN: Maybe.  Who knows.
24  BRANDON FILLOON: It's probably going to be
25  really busy this week.

Page 69

1   DOUG ENGEMANN: Yeah, and after that.  I mean,
2   you still don't have fish being marked yet.  I mean,
3   you've still got all -- and, you know, in May those fish
4   in there are just about self-rearing.  I mean, those
5   guys are far easier to culture than --
6   BRANDON FILLOON: Yeah.
7   DOUG ENGEMANN: But, yeah, there's -- so bear
8   with us because, you know, full-time -- full-time tech,
9   variable hours, we're learning.
10  LEAH SCHULZ: Uh-huh.
11  BRANDON FILLOON: I really can't emphasize
12  enough stay busy, though.
13  LEAH SCHULZ: Well, it sounds like by the list
14  you've got, that's not a problem.
15  BRANDON FILLOON: We can't --
16  DOUG ENGEMANN: No.
17  BRANDON FILLOON: We cannot revisit last year,
18  and you know what I'm talking about.  We can't do that.
19  DOUG ENGEMANN: We've learned a lot this year,
20  and a lot of it we've learned the hard way.  But, yeah,
21  it's -- and I, you know -- it's not -- productivity has
22  been an area that we're going to be addressing.
23  BRANDON FILLOON: Please put that on your own
24  self.
25  DOUG ENGEMANN: No pressure.

Case 1:17-cv-00428-BLW   Document 32   Filed 09/04/19   Page 39 of 123

Dorsch v.
State of Idaho, Dept of Fish & Game

AUDIO TRANSCRIPTION

4-6-15
April 6, 2015

**Page 70**

1  BRANDON FILLOON: Not to be -- not to be a
2 slave driver your first --
3  DOUG ENGEMANN: Have fun.
4  BRANDON FILLOON: -- hour and a half of coming
5 back.
6  LEAH SCHULZ: Yeah. Thanks a lot.
7 (Unintelligible).
8  DOUG ENGEMANN: Well, if we can keep people
9 and give them the days off they need, you know, I'm
10 trying -- we're trying not to burn anybody out. We're
11 just trying to go, you know -- by about your 12th day
12 on, you know, you have a visible slump in the shoulders
13 and a limp in the step and --
14  BRANDON FILLOON: How about for -- how about
15 for April and May, because you're not going to work any
16 weekends in April and May, you work Monday through
17 Thursday?
18  LEAH SCHULZ: Okay.
19  BRANDON FILLOON: And then in June we can
20 start cutting you back to three days a weekend. We'll
21 put you on three days through June through November,
22 probably. And then we'll put you back on for the four
23 days a week in December.
24  LEAH SCHULZ: Okay.
25  BRANDON FILLOON: That should work out with

**Page 71**

1 your time, because it's like 20 -- I think it's 25, 28
2 hours average.
3  LEAH SCHULZ: Uh-huh.
4  DOUG ENGEMANN: Yeah. All she has to do is,
5 as you know, 20 hours a week for five months, and she's
6 a -- that keeps her benefited status. So that's --
7 that's the caveat. You make sure we're here, other than
8 paid time off, but to retain the benefited thing you
9 have to be 20 hours a week. And that's pretty easy to
10 do around here.
11  LEAH SCHULZ: Uh-huh.
12  DOUG ENGEMANN: So that's not even something
13 you have to think about.
14  BRANDON FILLOON: So if you're -- if you're
15 good with that, that gives you April through May. Plan
16 on Monday through Thursday.
17  LEAH SCHULZ: Okay.
18  BRANDON FILLOON: And then we can readjust in
19 June.
20  LEAH SCHULZ: Okay.
21  BRANDON FILLOON: If it doesn't work, please
22 let us know, but...
23  LEAH SCHULZ: No, it should be fine.
24  BRANDON FILLOON: You're going to have paid
25 vacation time now, so you ought to build it up. The

**Page 72**

1 more hours you work, the more you build it up. Plus,
2 these next two months are probably some of the busiest
3 months.
4  DOUG ENGEMANN: Yeah.
5  BRANDON FILLOON: Then we slow pretty good
6 down until December.
7  DOUG ENGEMANN: Yeah, honestly, I think if we
8 could get through the second week of May -- I think, you
9 know, there's still a lot going on, but it's a lot of
10 small stuff, other than -- other than that excavation,
11 if they're still going to redo that head box plumbing
12 thing. That's why I've got to get something from Mark
13 and who's normally very good. They paid -- did we
14 select a vendor for the -- to -- so you were still part
15 of that conversation of the emergency oxygen delivery
16 thing in there?
17  LEAH SCHULZ: Uh-huh.
18  DOUG ENGEMANN: So, anyway, I started that on
19 November 2nd, for the record, and probably have about 40
20 e-mails. But to date, I don't have a, "Okay, you're at
21 (unintelligible), come in," or "You're in aquatic
22 ecosystems, come in. Do it."
23  You know, we don't have any of that yet. And
24 we need that in place before they can do that
25 excavation, because we're going to have to shut the

**Page 73**

1 water off.
2  LEAH SCHULZ: Yeah.
3  DOUG ENGEMANN: So it's not a theory anymore.
4 It's like, "Well, you can get that with a cheaper
5 system."
6  "Well, sign here as a disclaimer that if they
7 roll"...
8  LEAH SCHULZ: Yeah.
9  DOUG ENGEMANN: That brood year has been
10 through enough.
11  Yeah, Connie is usually pretty good about
12 getting right back with you. I'm going to use the
13 restroom. And then if you have a moment you can
14 walk with your Uncle Buddy to a pump house
15 (unintelligible).
16  Welcome back.
17  LEAH SCHULZ: Thanks.
18  DOUG ENGEMANN: Yeah. You happy to be back?
19 It's like, "Nah, it's a job."
20  LEAH SCHULZ: No, I'm happy to be back.
21  DOUG ENGEMANN: You get free entertainment,
22 Percy, that old clown that lives in the cubicle next
23 door.
24  LEAH SCHULZ: You know, my -- my diary entries
25 have been lacking for the past several weeks, so...

AUDIO TRANSCRIPTION

Page 74

1   DOUG ENGEMANN: No drama?  No excitement?
2   BRANDON FILLOON: How was your -- how was your
3   vacation?
4   LEAH SCHULZ: Good.
5   BRANDON FILLOON: Yes, I call it a vacation.
6   LEAH SCHULZ: It was.
7   BRANDON FILLOON: Did you have fun with your
8   mama?
9   LEAH SCHULZ: I did.  How are things around
10  here?
11  BRANDON FILLOON: You could tell by the phone
12  conversations that we had how well it was here, and I do
13  apologize greatly, but I --
14  LEAH SCHULZ: I could only assume that if you
15  felt the need to call me, it had to be bad.  And I was
16  like, Oh, thanks for the reminder of what I'm not
17  missing.
18  BRANDON FILLOON: Yeah.  Now, this stuff, I
19  don't know --
20  DOUG ENGEMANN: Dude, I wish --
21  BRANDON FILLOON: -- if you -- I think you
22  have to fill this out, but then I think you have to
23  say --
24  DOUG ENGEMANN: "I decline" or "decline" or
25  something.

Page 75

1   BRANDON FILLOON: But I don't know about your
2   life insurance policy.
3   LEAH SCHULZ: You guys are trying to take a
4   life insurance policy out on me?
5   DOUG ENGEMANN: You told her?
6   BRANDON FILLOON: You just need to fill it
7   out.  You have to do it.
8   LEAH SCHULZ: The section --
9   DOUG ENGEMANN: Did you show her the new
10  cement wading boots that we got just for her?  The
11  electric toaster --
12  BRANDON FILLOON: (Unintelligible).  You've
13  got to go up there to do it.
14  DOUG ENGEMANN: Have you ever made toast while
15  standing in a raceway before?  It's just an experience
16  everyone should have at least once.
17  LEAH SCHULZ: Well, that explains a lot.
18  DOUG ENGEMANN: Oh, touche.  Oh, I can feel
19  the love.  Whew.  She got me good.  All right.
20  BRANDON FILLOON: So have you --
21  LEAH SCHULZ: I've got a lot of them saying
22  that, Doug.  I'm sorry.
23  DOUG ENGEMANN: (Unintelligible).  Okay.  I
24  need -- I'm sorry, Brandon.  I'm going to run to the
25  house.  Then I'm going to run to the wells.

Page 76

1   BRANDON FILLOON: Okay.
2   DOUG ENGEMANN: And then --
3   BRANDON FILLOON: We'll print off the
4   whole temp packet.
5   DOUG ENGEMANN: Okay.  And then so she sent
6   you back a --
7   BRANDON FILLOON: So it's the temporary
8   packet, plus those documents.
9   DOUG ENGEMANN: Oh, cool.  Okay.  So it's just
10  kind of an addendum?
11  BRANDON FILLOON: Yes.
12  DOUG ENGEMANN: Okay.
13  BRANDON FILLOON: I think.  I don't know.
14  It's just kind of the first one, so...
15  DOUG ENGEMANN: Yeah.  This is -- this is
16  unchartered territory.  When I -- when I hired in, all
17  bio-aides were benefited.  I mean, it's just what we
18  did.  (Unintelligible).
19  BRANDON FILLOON: I'll give -- I'll give this
20  to her, and then I'm ready.
21  DOUG ENGEMANN: Okay.  Thank you.  No, I'll
22  just -- I've got to run to the house.  I'll meet you
23  back in here, and then we can assess some.  Let's look
24  at the generators today.  It's been weeks since we've
25  looked at the inside of the housings.

Page 77

1   BRANDON FILLOON: There is some European
2   starling starting to nest in the north generator.  I
3   don't know where they are, but I saw him climb up there
4   with his little stick.
5   DOUG ENGEMANN: Ew.
6   BRANDON FILLOON: And then his buddy came, and
7   then he flew off.
8   DOUG ENGEMANN: As long as they don't get in
9   that diesel exhaust drain.
10  BRANDON FILLOON: They're not in the exhaust.
11  I'll -- we'll go back out --
12  DOUG ENGEMANN: Okay.
13  BRANDON FILLOON: -- and look at it.
14  DOUG ENGEMANN: Yeah.  I -- that's all we
15  need.
16  BRANDON FILLOON: Hey, I hit "print."  Did I
17  not hit "print"?
18  Doug doesn't want to talk about it.  But I
19  just wanted to --
20  LEAH SCHULZ: Of course he doesn't.
21  BRANDON FILLOON: It's been an absolute shit
22  show for the last month and a half.
23  LEAH SCHULZ: Why is it ever, I guess?
24  BRANDON FILLOON: It just -- it will.
25  LEAH SCHULZ: I thought she was pretty quiet

Page 78

1 this morning.
2     (Unintelligible.)
3     BRANDON FILLOON: We're not going to get into
4 that. But that was directly affecting you, so...
5     LEAH SCHULZ: Yeah, which pisses me off,
6 because I literally hadn't talked to her, and that's
7 really inappropriate. And then all I could think was
8 like, Wow, I hope everyone would know I'm not a complete
9 fucking asshole that would take out their job and not
10 tell anyone. But apparently not.
11     BRANDON FILLOON: Well, it was a little of
12 maybe it is, maybe it is isn't. And it was just trying
13 to find out, and then it just so happened that you were
14 incognito, whatever that word is. So it created more
15 suspension (sic), and then it got blown out of
16 proportion, and then --
17     LEAH SCHULZ: As it always does.
18     BRANDON FILLOON: -- all hell was breaking
19 loose.
20     LEAH SCHULZ: I'm not even here, and I'm
21 causing trouble?
22     BRANDON FILLOON: Yeah. It's all you.
23     Some of this you haven't filled out. Yeah.
24 Here's your checklist. So that's those, if you recall.
25     LEAH SCHULZ: Why does there have to be so

Page 79

1 much paperwork? It's obnoxious.
2     BRANDON FILLOON: Oh, now you're going to
3 print my second one. Uh-huh.
4     Well, you were missed, although I know you
5 didn't -- you wouldn't have wanted to have been here.
6     LEAH SCHULZ: No. It was almost like I
7 didn't, and I wasn't even sure I wanted to come back, to
8 be honest with you.
9     BRANDON FILLOON: Let's see. Fun, fun, fun.
10 Fun, fun, fun (unintelligible).
11     LEAH SCHULZ: So same old bullshit. Nothing's
12 changed. A bunch of fish died. What else did I miss?
13     BRANDON FILLOON: The bullshit has increased
14 tenfold.
15     LEAH SCHULZ: I was pretty certain that would
16 not be possible.
17     BRANDON FILLOON: Ta-da. Yeah, there was --
18 there was a leak Jacob was leaving.
19     LEAH SCHULZ: He was what?
20     BRANDON FILLOON: Jacob applied for another
21 job.
22     LEAH SCHULZ: Well, yeah. But you knew he
23 wasn't coming back, though, right?
24     BRANDON FILLOON: Kind of changed.
25     LEAH SCHULZ: Oh.

Page 80

1     BRANDON FILLOON: And then he was going to
2 stay, and then it was like, "No, I'm out of here." But
3 I don't -- he's going to stay until May 8th, and then he
4 may even come back after that.
5     LEAH SCHULZ: Oh, really?
6     BRANDON FILLOON: May or may not. I don't
7 know. He's -- I think he's 100 percent on the fence.
8 Could go either way at anytime.
9     I'm glad you came back, Leah.
10     LEAH SCHULZ: Thanks for your vote. I'm still
11 not 100 percent sure I'm glad I came back.
12     BRANDON FILLOON: It's not that bad. It's
13 just hard to pick out the truth from the...
14     DOUG ENGEMANN: It's snowing.
15     BRANDON FILLOON: Snowing?
16     LEAH SCHULZ: What?
17     DOUG ENGEMANN: It's snowing. Well, you know,
18 southeastern Idaho.
19     BRANDON FILLOON: I've played many games in
20 April, baseball games in the snow.
21     DOUG ENGEMANN: I've had more than one Easter
22 with it. I've had 73 days on Easter, and I've had
23 Easters where it was snowing and blowing.
24     BRANDON FILLOON: We were all trying to round
25 up our old vats from the year before.

Page 81

1     DOUG ENGEMANN: Oh.
2     BRANDON FILLOON: This cold weather really
3 messes --
4     DOUG ENGEMANN: I can't even hardly --
5     BRANDON FILLOON: -- with the vats.
6     DOUG ENGEMANN: I can't even hardly walk on
7 days like this. I got up out of a nice, warm, heated
8 bed this morning and went out to the garage for a
9 cigarette. And by the time I finished the cigarette I
10 was just (makes sound).
11     You know, you'd think with all the MD's and
12 PhD's in this world that somebody could come up with
13 something, wouldn't you?
14     BRANDON FILLOON: You need to go into -- are
15 you ready?
16     DOUG ENGEMANN: Yeah, let's go ahead and take
17 a look. You can show me that thing. It's time, too. I
18 try -- I try to do the interior of the generator
19 housings every week, kind of just a quick spot-check.
20 Danielle said they did it that way at Sawtooth. I think
21 that's a good stroke. (Unintelligible.)
22     BRANDON FILLOON: If you want to fill these
23 out, I'll get the word from her that, yes or no, you
24 need to.
25     LEAH SCHULZ: Okay.

Dorsch v.
State of Idaho, Dept of Fish & Game

AUDIO TRANSCRIPTION

4-6-15
April 6, 2015

Page 82

1    BRANDON FILLOON: Then we can shred them.
2    DOUG ENGEMANN: Did you know that you
3  couldn't --
4    BRANDON FILLOON: (Unintelligible).
5    DOUG ENGEMANN: You can't ask somebody if
6  they're an illegal alien.  You can't phrase it that way.
7  "Are you licensed to work in the United States?"  You
8  can ask it that way.  You can't say -- you can't say,
9  "Do you use drugs?"
10    BRANDON FILLOON: Isn't it on the job app?
11    LEAH SCHULZ: It is.  I just saw that.
12    DOUG ENGEMANN: "Do you use illegal drugs?
13  Are you an illegal alien?"  Yeah, you can't ask it as
14  a --
15    BRANDON FILLOON: You can have them fill out
16  this form, though.
17    DOUG ENGEMANN: I was looking at how many --
18    BRANDON FILLOON: Yeah, you can ask drugs.
19    DOUG ENGEMANN: You can ask -- and it's not
20  even drugs.  It's illegal drugs.  "Do you use illegal
21  drugs?"
22    "No, man.  I take all kinds of oxycodone,
23  dude.  It's completely legal."
24    BRANDON FILLOON: It's legal --
25    LEAH SCHULZ: That's weird.

Page 83

1    BRANDON FILLOON: -- (unintelligible).
2    DOUG ENGEMANN: Illegal nothing.  I'm choking
3  down, other than being a lard ass.
4    LEAH SCHULZ: Illegal where?
5    DOUG ENGEMANN: 16 cheeseburgers before
6  breakfast were good.  I have lost 10 pounds, though.
7  And it helps a little.  It helps a little.  Not as much
8  as I'd...
9    (Unintelligible.)
10    (No conversation.)
11    (Phone ringing.)
12    (No conversation.)
13    DOUG ENGEMANN: Okay.
14    BRANDON FILLOON: Did you make some coffee?
15    DOUG ENGEMANN: I did.
16    (Unintelligible.)
17    BRANDON FILLOON: Surprise, surprise.  All
18  done?
19    LEAH SCHULZ: Mostly done.  I think this is
20  what I can give you today.
21    BRANDON FILLOON: 9:00.  You started at eight.
22  (Unintelligible).  You don't have a check?
23    LEAH SCHULZ: I don't.  I'm going to have to
24  look for that.  I don't remember the last time I wrote a
25  check.  It's somewhere in my house.

Page 84

1    BRANDON FILLOON: So what was the best thing
2  you did on your vacation?
3    LEAH SCHULZ: I don't know.
4    DOUG ENGEMANN: You did go to what?  Michigan?
5  Or did you go back home?
6    LEAH SCHULZ: I did.
7    DOUG ENGEMANN: Did you?
8    LEAH SCHULZ: I had a great time in Michigan
9  until I had to come back.
10    DOUG ENGEMANN: Oh.
11    LEAH SCHULZ: Because the weather was so awful
12  that every flight I was on --
13    DOUG ENGEMANN: Oh?
14    LEAH SCHULZ: Because I went from Grand Rapids
15  to Detroit to Salt Lake to --
16    DOUG ENGEMANN: Okay.
17    LEAH SCHULZ: I was supposed to fly into Idaho
18  Falls, but all of my flights were delayed or cancelled
19  and rescheduled.  By the time I got to Salt Lake, there
20  were no more flights out for the night.
21    DOUG ENGEMANN: Wow.
22    LEAH SCHULZ: So I had to spend the night
23  there.
24    DOUG ENGEMANN: That happened to me.  I got
25  snowed in, and there was a big power failure, too, in

Page 85

1  Salt Lake one night many years ago.  But, yeah, it was
2  the same thing.  I woke up to, you know, snowing and
3  blowing, and you could not see which exit to take
4  because the snow had stuck to all the signs.  They were
5  just -- they were green signs that are now all white.  I
6  just got lucky and got the right one.  Then the
7  four-wheel drive went out.  My transfer case went out in
8  my car, but I could still do it in two-wheel.
9    LEAH SCHULZ: Uh-huh.
10    DOUG ENGEMANN: But it was like black ice, and
11  we were like 30 miles an hour the whole way home from
12  Salt Lake to Challis, Idaho.  (Makes sound.)
13    LEAH SCHULZ: Wow.  That sounds miserable.
14    DOUG ENGEMANN: Actually, even that wasn't a
15  straight shot because the weather -- they had closed 26,
16  so we actually spent the night in Black Foot at the --
17  it was brand new then.  It was the Motel 8, the Super 8
18  hotel.
19    LEAH SCHULZ: Oh, yeah.
20    DOUG ENGEMANN: Brand new.  It was dumpy even
21  as a new hotel.  It was weird.
22    LEAH SCHULZ: Yeah, that place --
23    DOUG ENGEMANN: How can a new hotel be dumpy?
24  But it was.
25    LEAH SCHULZ: Yeah.

Page 86

1    DOUG ENGEMANN: They accomplished it.  So,
2 anyway...
3    LEAH SCHULZ: They have such an asinine way to
4 get into that place.  I don't know how people even find
5 it.
6    DOUG ENGEMANN: I don't either.
7    LEAH SCHULZ: Like you can see it on the
8 freeway.
9    DOUG ENGEMANN: Yeah.
10    LEAH SCHULZ: But you have to like circle back
11 around.
12    DOUG ENGEMANN: Like I know it's around here
13 because I took the exit.  I could see it from the exit.
14    LEAH SCHULZ: It's pretty sketchy.
15    DOUG ENGEMANN: But where is it?
16    Yeah.  That was odd.  That was not a fun trip.
17 That was not a fun trip.  And then the poor car was on
18 its last leg, and I was dirt broke.  I couldn't afford a
19 new one.  I couldn't afford even a better used one.
20    But I got a car that's now two-wheel drive.
21 And then it's -- got a two-wheel drive and three
22 cylinders out of four.  I'm like how much -- you know,
23 we're just at the end.  Now we're getting about eight
24 miles to the gallon on a car that used to get 30, and
25 I'm just like, You guys.  Anyway...

Page 87

1    Yeah, nothing much has changed with the
2 outside fish, other than they're just pooping because
3 their feed's been kicked up again this spring, and
4 they're just --
5    LEAH SCHULZ: Uh-huh.
6    DOUG ENGEMANN: And they're pooping so much
7 more than they were.  And they wanted to push the tail
8 screen.  And they've grown, so there's not as much space
9 for them to swim around you and get out of the way, you
10 know.
11    And if you approach the raceway, they do the
12 usual (makes sound).  "Oh, you're here to feed us," you
13 know.
14    "No, I'm here to" -- you know, "I'm here to
15 clean."
16    Anyhow...
17    Okay, dude.  I'm going to go do the south well
18 field, then I'll do the south generator while I'm out
19 there, Brandon.
20    BRANDON FILLOON: Okay.
21    DOUG ENGEMANN: (Unintelligible).
22    BRANDON FILLOON: I'll put this on your desk.
23    DOUG ENGEMANN: Okay.  I've got her signed
24 approved BA-30.  This is for her -- okay.  This has
25 already been scanned and sent?

Page 88

1    BRANDON FILLOON: No.
2    DOUG ENGEMANN: No, okay.
3    BRANDON FILLOON: She just gave it to me.
4    DOUG ENGEMANN: Okay.  Have it scanned, send,
5 and then I've got her -- in fact, they just sent her
6 signed approved BA-30.  And I need you (unintelligible).
7    That's only a formality.  But when you go to
8 do an exit, like when she's got -- the 1385, they'll
9 want that number on the BA-19.
10    And this will just stand.  That looks good.
11 That's for sockeye feed at Sawtooth.  This should be the
12 last time Sawtooth --
13    BRANDON FILLOON: For 1.5, I've got to go --
14    DOUG ENGEMANN: Really, one five?  I didn't
15 look.
16    BRANDON FILLOON: Yeah, 1.5.
17    DOUG ENGEMANN: Oh, yeah.  Those fish have 30
18 grams.  In the APR meeting Baker did say, you know, I
19 think they need a drag.  I think they may have
20 dry-labbed that number.
21    (No conversation.)
22    (Phone ringing.)
23    (No conversation.)
24    DOUG ENGEMANN: You're not going to believe
25 this, or maybe you might, but it's actually getting

Page 89

1 colder.  Significantly colder.
2    BRANDON FILLOON: That's crazy.
3    DOUG ENGEMANN: Like uncomfortable colder.
4 Oh, dude.
5    BRANDON FILLOON: Crazy, crazy, crazy.
6    DOUG ENGEMANN: I -- you know, we had that
7 conversation about the day of Friday off.  I just wanted
8 to again say thank you.  (Unintelligible).  I was really
9 proud of you, and you needed to hear that from me.  I
10 couldn't have been more proud of you.  I would take a
11 bullet for you, literally, and I appreciate it very
12 much.
13    BRANDON FILLOON: It's either you or me.  So,
14 I mean --
15    DOUG ENGEMANN: Well, I appreciate it.
16    BRANDON FILLOON: -- unfortunately.
17    DOUG ENGEMANN: No, I mean, the fact that you
18 did it.  And I was actually proud of everybody that day
19 the way they handled that awkward moment, you know.
20 Even me.  I was sympathetic but not embracing, and I
21 think that was a good -- good happy medium to have that
22 day.
23    BRANDON FILLOON: Well, thank you.
24    DOUG ENGEMANN: So appreciate it.
25    BRANDON FILLOON: So apparently we have an

Page 90

1  unpaid invoice.
2       DOUG ENGEMANN: Oh, good.  Only one?
3       BRANDON FILLOON: December 17th.
4       DOUG ENGEMANN: Oh.
5       BRANDON FILLOON: From (unintelligible).
6       DOUG ENGEMANN: Oh.  Oh, oh, this December.
7  Okay.
8       BRANDON FILLOON: Yeah.
9       DOUG ENGEMANN: Okay.  We can handle that.
10      BRANDON FILLOON: The wall scanner.
11      DOUG ENGEMANN: Yeah.
12      BRANDON FILLOON: It's -- I don't know if I
13  should stamp this.
14      DOUG ENGEMANN: Let me look at my invoice
15  thing.  I guess it's kind of moot if they didn't process
16  it, but I remember it.
17      BRANDON FILLOON: Oh, this part was only 232
18  bucks.
19      DOUG ENGEMANN: Yeah.
20      BRANDON FILLOON: Not too bad.
21      DOUG ENGEMANN: And I don't think I got behind
22  that one.  I mean, I haven't entered them all in my
23  spreadsheet, but I think I submitted everything that
24  needs processed.  So let me look.  But, yeah.  Anyway,
25  the lights work.

Page 91

1       BRANDON FILLOON: Actually -- well, thank you.
2  I think I'm just going to --
3       DOUG ENGEMANN: Yeah, might as well stamp, but
4  I will double-check because I have not -- I thought that
5  was on my form.  I like to do it just out of my hard
6  drive because Stars isn't -- Stars is really pretty good
7  for tracking invoices.  It's just not --
8       BRANDON FILLOON: I'll get it paid.  I'll just
9  call it in real fast.
10      DOUG ENGEMANN: Okay.  Well, wait a minute.
11  Let's -- let me make -- what's the invoice number?  Just
12  because I don't want them double-paid.  I mean, did that
13  come from accounts payable?
14      BRANDON FILLOON: No.  This came from Lane
15  himself.
16      DOUG ENGEMANN: Oh, okay.  Well, let me make
17  sure.  All right.  Just make real sure because -- I
18  mean, I believe that probably hasn't been paid, but
19  let's -- let's (unintelligible) just in case.
20      This is a handy tool.  It takes time to enter
21  stuff, but I like it.  Okay.  (Unintelligible).
22      Is that the one?  There it is.  Submitted
23  January 13th.  Purchased the (unintelligible).  Is it
24  just an invoice?  It was not a P-card?
25      I will -- so the next -- when this happens to

Page 92

1  me, I don't know if this is the most efficient way to do
2  it, Brandon, or not.  I just -- okay, I show it as being
3  sent in at least.  This doesn't mean it got paid.  It
4  just means it was sent in.
5       BRANDON FILLOON: Right.
6       DOUG ENGEMANN: I don't use the date paid
7  because I don't have time to go back and enter it from
8  (unintelligible), which is always a month out.  So the
9  next thing is I'll just look at my sent e-mails and then
10  see when it was sent.  Again, I'll do that right now.
11      BRANDON FILLOON: Would you look at that in
12  Stars?
13      DOUG ENGEMANN: Yeah.
14      BRANDON FILLOON: And then if it's not in
15  Stars, (unintelligible).
16      DOUG ENGEMANN: Yeah, it's weird.  Oh, the
17  29th.  There it is.  (Unintelligible).
18      Oh, okay.  That wasn't on the list.  Might as
19  well write it in on the calendar so we won't miss that,
20  too.
21      BRANDON FILLOON: (Unintelligible).
22      DOUG ENGEMANN: Okay.  (Unintelligible).
23      BRANDON FILLOON: There it is.
24      DOUG ENGEMANN: Now, that doesn't mean they
25  paid it.  It just means it went in.  Honestly, kid, I

Page 93

1  guess it doesn't really matter.  I don't know.  I'm not
2  willing to press it.  (Unintelligible).  We're good
3  there for a while.  So what I do now before I...
4       BRANDON FILLOON: (Unintelligible).
5       DOUG ENGEMANN: Yeah, not a problem.  But do
6  keep it -- yeah, you got it here?  Keep it -- would you
7  keep it on your desk, because you can see what a mess
8  mine is.
9       BRANDON FILLOON: Yeah.  Well, I'll pay the
10  other one.  I'll pay the other one --
11      DOUG ENGEMANN: Uh-huh.
12      BRANDON FILLOON: -- with my P-card.
13      DOUG ENGEMANN: Okay.
14      BRANDON FILLOON: And then this one can be
15  sent in, and we can figure that out.
16      DOUG ENGEMANN: Okay.
17      BRANDON FILLOON: This one, at least we're
18  showing that we're kind of (unintelligible).
19      (Dialing phone.)
20      BRANDON FILLOON: Hey, Lane.  This is Brandon
21  over at Springfield.
22      Not much.  Hey, just calling in to give you a
23  credit card for one of the invoices.
24      It's trying to.  There's like two or three
25  flakes coming down.  It's definitely gotten colder.

Page 94

1    Yeah, you sent me two. One of those we've
2 already submitted to our accounts payable. So we're
3 going to try and track that down on our end, but I will
4 pay this.
5    Yes, that would be the correct one. Correct.
6 Okay. That number is 4715291206970272. It is in my
7 name, Brandon. Last name F-I-L-L-O-O-N. 1015?
8    Oh, okay. 328-9945. (Unintelligible).
9    I do have it. Let me see. Zip code. Yeah,
10 203, okay. All right.
11    Yeah. And if we can't track that down and
12 they don't have it, I will call you back with that other
13 one.
14    Okay. Well, thank you, guys. Bye. You, too.
15 Bye.
16    (Unintelligible.)
17    DOUG ENGEMANN: Yeah, let's meet and go over
18 another applicant then. (Unintelligible). He sounded
19 like a real good applicant.
20    BRANDON FILLOON: So you actually did talk to
21 him?
22    DOUG ENGEMANN: Yeah, I actually had a nice
23 visit with him. He's really excited about -- I don't
24 remember where they're sending him. I think it's up by
25 McCall or perhaps Salmon, but he's going to be working

Page 95

1 on stream study stuff, which is cool. I'm just -- yeah,
2 good ambient, you know.
3    BRANDON FILLOON: (Unintelligible).
4    DOUG ENGEMANN: Nice. Yeah, I got tired of
5 waiting on Scott Wright, to be honest with you. I just
6 went and did it at a nursing home and are expert. Of
7 course most of those patients have (unintelligible) and
8 blood sampling.
9    I just can't get a joke out of this thing
10 today, can I? It must be a Monday.
11    BRANDON FILLOON: I'm just tired. You've been
12 going for all weekend.
13    DOUG ENGEMANN: I've enjoyed working with the
14 fish again, you know. I just was really slowing down,
15 and I think it was weather-related. Yesterday, my butt
16 was just dragging. Well, the work wasn't any harder. I
17 was just getting slower at it.
18    BRANDON FILLOON: Yeah.
19    DOUG ENGEMANN: I couldn't get feed into the
20 fry until -- I couldn't get those stupid tanks clean
21 until about -- well, it was all done. The fish were fed
22 by ten, but I would have rather been done by nine.
23    BRANDON FILLOON: Did you get all the food
24 out?
25    DOUG ENGEMANN: I did. There was just a skosh

Page 96

1 of wasted feed. I mean, not enough to cause concern,
2 but in 11 and 12, you really had to look for it, too. I
3 was actually scooping out the morts, and there were a
4 few granules of the starter in there. I think that
5 20,000 is about as far as we can go. I've not fed cokes
6 at that before, so...
7    You know, Danielle was right in terms of are
8 there more pinheads and/or dropouts than we'd like in a
9 couple of those last tanks. There are. The dropouts I
10 hate because those are fish that hadn't pinheaded, just
11 never -- probably got started on feed and then dropped.
12 Well, I don't even know why they dropped out.
13    BRANDON FILLOON: So I think this Anthony
14 Garrett is the one to talk to.
15    DOUG ENGEMANN: Pardon?
16    BRANDON FILLOON: This Anthony Garrett is the
17 one to talk to.
18    DOUG ENGEMANN: Oh, okay.
19    BRANDON FILLOON: He lives nearby.
20    DOUG ENGEMANN: Got you. No, if he sounds
21 like a good handle, I'll give him a shout, interview.
22    BRANDON FILLOON: I'm a little hesitant on the
23 LDS stuff.
24    DOUG ENGEMANN: Me, too.
25    BRANDON FILLOON: But I don't want to be --

Page 97

1    DOUG ENGEMANN: No. I know.
2    BRANDON FILLOON: -- negative to him.
3    DOUG ENGEMANN: No. I -- I -- the only thing
4 I found is that both the paid position and the intern
5 position, they just weren't good about following
6 directions, specifically when you tell them not to do
7 something. They'd do anything you ask. But if you say,
8 "Don't pick up that crowd rack" or, you know, "I need --
9 if you're not going to be able to work a weekend or
10 something, I need to know that up-front," they were
11 really bad about that kind of stuff. They were both
12 very hard workers.
13    BRANDON FILLOON: It's either that guy or your
14 Mary.
15    DOUG ENGEMANN: Mary is a good hand.
16    I did talk to Connie about misdemeanors,
17 violations. And basically it's sort of up -- even
18 felonies. It's kind of up to us. You know, like, you
19 know what? You were honest. It was on your app. You
20 know, if you -- say it was a DUI, which I think that
21 Mike dude had. Michael has a DUI.
22    Like, "Well, dude, you know, you're going to
23 be working with state equipment and possibly running
24 state trucks. I mean, do we -- is there something else
25 we need to know? Have you got a handle on this?"

**AUDIO TRANSCRIPTION**

Page 98

1  Because we can't risk...
2       Mary's thing, I completely understand what
3  Mary did, because as a grandparent I would have, too.
4  The only difference between me and her is I took it to a
5  court of law.  She took it into her own hands.
6       BRANDON FILLOON: Yeah.  Well, it's --
7       DOUG ENGEMANN: I get it.
8       BRANDON FILLOON: This Anthony, he's a big
9  dude.
10       DOUG ENGEMANN: Yeah.
11       BRANDON FILLOON: Like he's --
12       DOUG ENGEMANN: We need a big dude.
13       BRANDON FILLOON: So I think he'd be a good --
14  he'd be at least a good guard guy.
15       DOUG ENGEMANN: Yeah.  Well, we need --
16       BRANDON FILLOON: And I think he's got enough
17  interest to --
18       DOUG ENGEMANN: And, you know --
19       BRANDON FILLOON: He'd step in.
20       DOUG ENGEMANN: Let's give him --
21       BRANDON FILLOON: (Unintelligible).
22       DOUG ENGEMANN: Let's give him a -- when do we
23  want to set him up?  We were talking -- I mean, I'd
24  like -- if Bryan would let me slide, I would love to
25  have two bio-aides here.  Is it overkill, or would it be

Page 99

1  a good exercise for us?  Okay.  Now we've got two in
2  tech and we've got us three.
3       BRANDON FILLOON: I think as soon as we can
4  get them in, let's get them in.
5       DOUG ENGEMANN: Okay.  Because they're only
6  asking two weeks' notice in payroll.  It's Bryan that
7  wants the four.
8       BRANDON FILLOON: I mean, if we can start them
9  the 27th --
10       DOUG ENGEMANN: Yeah.
11       BRANDON FILLOON: -- that would be --
12       DOUG ENGEMANN: Huh, my dad's birthday.
13       BRANDON FILLOON: That would be --
14       DOUG ENGEMANN: Yeah.
15       BRANDON FILLOON: That would be a good day,
16  because that's one, two, three weeks.
17       DOUG ENGEMANN: Isn't that amazing?
18       BRANDON FILLOON: And the 4th would be not too
19  bad either.
20       DOUG ENGEMANN: Oh, yeah.  It would be good,
21  wouldn't it?
22       BRANDON FILLOON: So...
23       DOUG ENGEMANN: It would be good.  Yeah, it's
24  either one of those.  I'll try, if I can squeeze away
25  from the (unintelligible) one month.  Well, actually

Page 100

1  that's close enough to a month.  Bryan -- if we started
2  him May 4th, Bryan shouldn't have an issue with that.
3       BRANDON FILLOON: Yeah.
4       DOUG ENGEMANN: That would be -- he -- I know
5  he -- his preference, as you've pointed out, is for the
6  month.  I mean --
7       BRANDON FILLOON: Because we're going to be
8  lifting a heck of a lot of screens, and a big dude --
9       DOUG ENGEMANN: Yeah.
10       BRANDON FILLOON: -- would be nice.
11       DOUG ENGEMANN: I agree.
12       BRANDON FILLOON: A young muscular person
13  is --
14       DOUG ENGEMANN: Yep.
15       BRANDON FILLOON: -- not going to hurt us.
16       DOUG ENGEMANN: No, it isn't.  Okay.
17       BRANDON FILLOON: And if we go straight into
18  pressure-washing, we lose Jacob.
19       DOUG ENGEMANN: Yep.
20       BRANDON FILLOON: That's when we're going to
21  need --
22       DOUG ENGEMANN: Yep.
23       BRANDON FILLOON: -- six people.
24       DOUG ENGEMANN: Do we have Jacob's last day on
25  there?  Yeah, it is.  Man, my eyes are bad, even with

Page 101

1  readers.
2       Yeah, isn't that amazing?  Dad's been gone
3  since 1990.  Yeah, that's dad's birthday.  Huh.  You
4  never forget.
5       BRANDON FILLOON: My dad's is on Saint
6  Patrick's Day.
7       DOUG ENGEMANN: I hate being in my fifties.  I
8  hate -- I hate it not because I'm in my fifties but
9  because all of my loved ones -- that niece -- niece?
10  That cousin that was so sick finally passed away last
11  week.  And it's like -- you know, it's like I can't
12  even -- I can't go to the funeral.  There's too much to
13  do.  This is coming down.  It's like...
14       Her sister called me and said, "We know you
15  can't be there.  Diane would want you to go to work."
16  Okay.  That's the hard part about being in your middle
17  age, is that all people pass.  All the old dogs retire.
18       BRANDON FILLOON: Uh-huh.  Well, we can call
19  him back.
20       DOUG ENGEMANN: Let's give that dude a call.
21       BRANDON FILLOON: I walked around the hatchery
22  and talked to him.
23       DOUG ENGEMANN: Oh, good.  Okay.
24       BRANDON FILLOON: But I know you'd probably
25  want to talk to him --

Dorsch v.
State of Idaho, Dept of Fish & Game

AUDIO TRANSCRIPTION

4-6-15
April 6, 2015

Page 102

1    DOUG ENGEMANN: Well, you know --
2    BRANDON FILLOON: -- and have a more formal
3 interview, if you will.
4    DOUG ENGEMANN: Sure. You know what I did? I
5 dove into the weekend. I said I didn't get much done,
6 other than chores, and by Sunday I was really slow.
7    So Connie had sent out these things over the
8 years, questions to ask and ways to ask them. And I
9 thought, God, I just -- I don't want to dig through all
10 these things. So I got all those documents out, and I
11 put together -- and I want to edit this because I'm sure
12 this crap -- do you have just five minutes? Could you
13 take a look at that and see what I need to add to those
14 questions? Because I like having them in one place.
15    Now, I know you won't ask him -- if you're
16 just wanting a yard person, not all of those will apply.
17 But, you know, those are a handful of things I pulled
18 from Connie's stuff.
19    (No conversation.)
20    BRANDON FILLOON: I don't know how to say
21 this. "Are you willing to relocate?" Or "do you --
22 does that interest you?" Or something like that.
23    DOUG ENGEMANN: Uh-huh. Yeah.
24    BRANDON FILLOON: Then I guess, "Are you
25 willing to relocate?" That's not --

Page 103

1    DOUG ENGEMANN: It's not really negotiable, is
2 it?
3    BRANDON FILLOON: It's not a mandatory thing.
4    DOUG ENGEMANN: It isn't.
5    BRANDON FILLOON: (Unintelligible).
6    DOUG ENGEMANN: Nope. Nope. There's no alarm
7 duty requirement of temps, so...
8    BRANDON FILLOON: So I don't know. Maybe
9 reword that a little bit.
10    DOUG ENGEMANN: Yeah.
11    BRANDON FILLOON: Well, yeah, this looks good.
12    DOUG ENGEMANN: (Unintelligible). Is there an
13 issue in the dorm I need to know about? Because there
14 seems to be some inertia there as far as having people
15 come in.
16    BRANDON FILLOON: That sucks.
17    DOUG ENGEMANN: Dude, yeah, you ought to mark
18 that with a black Sharpie.
19    BRANDON FILLOON: Are you talking about a lady
20 friend?
21    DOUG ENGEMANN: Well, maybe. I don't know. I
22 thought she would have got her own place, and they just
23 visit each other on weekends or something, which is
24 fine. I'm not going to say don't do that. I'm just --
25 like, I mean, is there a reason that people

Page 104

1 (unintelligible) while Munson is staying the night or
2 him having a roommate? I mean, I'm just wondering,
3 because is the place trashed? I mean, do I need to
4 look?
5    BRANDON FILLOON: You were in there what? Two
6 weeks ago?
7    DOUG ENGEMANN: Looked okay then. Single
8 guy's dwelling, obviously. But...
9    BRANDON FILLOON: "Just heads-up, hey, if
10 you're going to have a --
11    DOUG ENGEMANN: Yeah.
12    BRANDON FILLOON: -- person staying there,
13 please clean it up."
14    DOUG ENGEMANN: Exactly. Yeah.
15    BRANDON FILLOON: But, no, I don't -- if it
16 is, then too bad, too sad.
17    DOUG ENGEMANN: Yeah. I'm just wondering
18 because I get -- I just caught a funny vibe every time
19 we brought that up, you know. Well, is it something I
20 need to know? I mean, you can tell me and --
21    BRANDON FILLOON: No, the heads-up has not
22 been given.
23    DOUG ENGEMANN: No.
24    BRANDON FILLOON: Yeah. So I think -- I think
25 this is fine.

Page 105

1    DOUG ENGEMANN: Okay. Yeah, let's give the
2 dude --
3    BRANDON FILLOON: I might change some
4 verbiage.
5    DOUG ENGEMANN: I actually just took it right
6 off Connie's. So, yeah, we can --
7    BRANDON FILLOON: Blood-related --
8    DOUG ENGEMANN: We offer a lot.
9 (Unintelligible). You don't have to use all those
10 questions. I just wanted to --
11    BRANDON FILLOON: I think you should say, "We
12 do offer dormitory staff housing --
13    DOUG ENGEMANN: Yeah.
14    BRANDON FILLOON: -- if you'd like."
15    DOUG ENGEMANN: Yeah.
16    BRANDON FILLOON: "If you'd like."
17    DOUG ENGEMANN: Exactly.
18    BRANDON FILLOON: (Unintelligible).
19    DOUG ENGEMANN: A lot of those were ways to
20 ask questions without addressing or being discriminatory
21 based on religious preferences or something. Because we
22 require weekend shifts. It don't matter what faith you
23 belong to. We require weekend shifts. "Can you
24 accommodate that?" If the answer is no, then, you
25 know...

Page 106

1    That's not being discriminatory saying, "Well,
2 you can't cover the job" with that person.
3    BRANDON FILLOON: Correct.
4    DOUG ENGEMANN: So it's like a very fine line,
5 you know, that you walk there.
6    BRANDON FILLOON: The only thing, and this
7 is -- this may sound bad.
8    DOUG ENGEMANN: Uh-huh.
9    BRANDON FILLOON: But is Mary going to be able
10 to lift screens --
11    DOUG ENGEMANN: Uh-huh.
12    BRANDON FILLOON: -- for a while?
13    DOUG ENGEMANN: Yeah, that's a good question.
14    BRANDON FILLOON: I mean, she is a little bit
15 burley of a girl.
16    DOUG ENGEMANN: Uh-huh.
17    BRANDON FILLOON: But she's not young.
18    DOUG ENGEMANN: Nope, she's not young.
19    BRANDON FILLOON: Screens are --
20    DOUG ENGEMANN: Well, they're --
21    BRANDON FILLOON: If you've done it a lot, you
22 know how to mount it so where they're not heavy.
23    DOUG ENGEMANN: Correct.
24    BRANDON FILLOON: But if you haven't done a
25 lot, you're going to hurt your back.

Page 107

1    DOUG ENGEMANN: Yeah.
2    BRANDON FILLOON: Because you're going to try
3 to muscle it out.
4    DOUG ENGEMANN: That's a good point.  I
5 mean...
6    BRANDON FILLOON: Works well for 20-year-olds,
7 but not for --
8    DOUG ENGEMANN: Yeah, there's a lot of parts
9 of hatchery work that -- you know, one of the things
10 you'll notice is that even as you travel and go to
11 meetings, you don't have field personnel that are 50
12 something or 60 something.
13    BRANDON FILLOON: (Unintelligible).
14    DOUG ENGEMANN: I know.  (Unintelligible).
15 Too bow-legged, man.  Can't do it.
16    BRANDON FILLOON: You know, I'd probably
17 change or combine some of those.  She said, "What do you
18 have to offer the agency?"
19    DOUG ENGEMANN: Uh-huh.
20    BRANDON FILLOON: "But what are your long-term
21 goals?"
22    DOUG ENGEMANN: Yeah.
23    BRANDON FILLOON: I mean, "Is it something
24 you're interested in?"
25    DOUG ENGEMANN: Yeah.

Page 108

1    BRANDON FILLOON: "This type of work?  Or are
2 you just looking for some cash?"
3    DOUG ENGEMANN: Uh-huh.
4    BRANDON FILLOON: Both ways.
5    DOUG ENGEMANN: Yeah.  There's no wrong
6 answer.  Yeah.  Just we're trying to find the best fit
7 we can get.  I mean, they've got to think -- I would
8 hope an applicant would understand that.  If not
9 (unintelligible).
10    BRANDON FILLOON: (Unintelligible).
11    DOUG ENGEMANN: Uh-huh.
12    BRANDON FILLOON: He doesn't know about going
13 back to school.
14    DOUG ENGEMANN: All right.  And he is -- let's
15 see.  He's available like asap, right?
16    BRANDON FILLOON: Yeah, I believe so.
17    DOUG ENGEMANN: So let's -- have you got the
18 folder yet, or did you put it back?
19    BRANDON FILLOON: I put it back.
20    DOUG ENGEMANN: Okay.  Let's give him a call.
21 "Do you want to come in?"
22    BRANDON FILLOON: And Mary lives what?  Lives
23 away, doesn't she?
24    DOUG ENGEMANN: Yeah, she's actually I think
25 in Rexburg, so she would have to live in the dorm, I

Page 109

1 believe.  Or should have.  Does haven't to, but I
2 wouldn't make that commute for that wage.
3    BRANDON FILLOON: Okay.  I just think a
4 young -- for the job that we're going to be having them
5 do --
6    DOUG ENGEMANN: Yeah.
7    BRANDON FILLOON: -- a young entry-level buck
8 would be better suited.
9    DOUG ENGEMANN: Yeah.  And, you know, there's
10 a lot to it.  There is.  I mean, you know, you go
11 from -- you're out there cleaning fish, you know,
12 feeding fish, cleaning raceways and runs.  You know,
13 that's done.  Okay.  Now it's time to do the yards, you
14 know.  You do need with stamina.  I mean, it's --
15    BRANDON FILLOON: You know, I think it's
16 something we talked about.  Yes or no on Jacob coming
17 back?  Because we'll probably have to get his BA-30
18 done.
19    DOUG ENGEMANN: Yeah, as far as I'm concerned.
20 I mean, he can go to ten/ten at that juncture if he
21 wants -- if he wants in.  So, yeah, definitely.  I mean,
22 I want him back.  He was -- he was one of those, you
23 know, applicants that came in kind of late in the game.
24    Okay.  So this isn't too far off.  What we
25 claim is, you know -- if this was me going to the feed

Page 110

1 room, I'm good with that. You know, okay. You know,
2 that's well within -- with that starter feed, you know,
3 as many times as...
4     Hello.
5     DANIELLE DORSCH: Hey. I was going to let you
6 guys know that I was going to have Jacob -- I was going
7 to start feeding inside. I was going to have Jacob and
8 Leah go outside --
9     DOUG ENGEMANN: Yeah.
10     DANIELLE DORSCH: -- sweep the raceways, get
11 the feed out, and then have Leah come back, and I'll
12 show her how to vacuum inside, and then I'll start on
13 one end, and then she can vacuum on the other end.
14     DOUG ENGEMANN: That sounds great.
15     DANIELLE DORSCH: And have Jacob vacuum
16 outside.
17     DOUG ENGEMANN: Sounds good to me.
18     DANIELLE DORSCH: Is that going to overload
19 the clarifier?
20     BRANDON FILLOON: Yes.
21     DOUG ENGEMANN: If you do it concurrently it
22 will.
23     DANIELLE DORSCH: Okay.
24     DOUG ENGEMANN: Yeah.
25     DANIELLE DORSCH: For -- so --

Page 111

1     DOUG ENGEMANN: I would put the emphasis
2 today -- and I know the weather was bad.
3     DANIELLE DORSCH: Yeah.
4     DOUG ENGEMANN: But then I moved a lot of poop
5 into those cube zones --
6     DANIELLE DORSCH: Okay.
7     DOUG ENGEMANN: -- over the weekend. I mean,
8 they are really pooping.
9     BRANDON FILLOON: It's going to take Jacob
10 45 minutes to do it.
11     DANIELLE DORSCH: Okay.
12     DOUG ENGEMANN: Yeah.
13     BRANDON FILLOON: That's it.
14     DANIELLE DORSCH: Okay.
15     BRANDON FILLOON: So if you're going to do
16 that, it would probably be better to either vacuum
17 inside, then go outside and vacuum.
18     DANIELLE DORSCH: Okay.
19     BRANDON FILLOON: That way you're not in
20 cross-contamination.
21     DANIELLE DORSCH: Uh-huh.
22     BRANDON FILLOON: Or kick Jacob outside. Let
23 him do his business.
24     DANIELLE DORSCH: Okay. And while he's
25 sweeping and feeding, we could be starting the vacuum?

Page 112

1     DOUG ENGEMANN: Uh-huh.
2     DANIELLE DORSCH: Okay.
3     DOUG ENGEMANN: That will work.
4     DANIELLE DORSCH: Okay.
5     DOUG ENGEMANN: Because it's going to take a
6 lot just to -- I do -- I did find over the weekend it
7 took me a bit longer, and it wasn't any harder.
8     DANIELLE DORSCH: Uh-huh.
9     DOUG ENGEMANN: But it did -- it did take
10 longer to clean them.
11     DANIELLE DORSCH: Okay.
12     DOUG ENGEMANN: And they're crapping the whole
13 91 feet that they're in there.
14     DANIELLE DORSCH: Yeah.
15     BRANDON FILLOON: I would only send one
16 outside --
17     DANIELLE DORSCH: Okay.
18     BRANDON FILLOON: -- to do outside fish
19 chores.
20     DANIELLE DORSCH: Okay.
21     BRANDON FILLOON: If they want to -- however
22 they want to play it.
23     DANIELLE DORSCH: Okay.
24     BRANDON FILLOON: But let's not have someone
25 outside vacuuming.

Page 113

1     DANIELLE DORSCH: Okay.
2     BRANDON FILLOON: And then -- or sweeping --
3     DANIELLE DORSCH: Okay.
4     BRANDON FILLOON: They can come inside and
5 vacuum.
6     DANIELLE DORSCH: Okay.
7     BRANDON FILLOON: Feeding is one thing, so you
8 have to. But --
9     DANIELLE DORSCH: Okay.
10     BRANDON FILLOON: -- you don't get that wet.
11     DANIELLE DORSCH: Yeah.
12     BRANDON FILLOON: You're going to get --
13 you're going to probably play with the mort.
14     DANIELLE DORSCH: Okay.
15     BRANDON FILLOON: You're going to get wet when
16 you vacuum because you have (unintelligible).
17     DANIELLE DORSCH: Okay.
18     BRANDON FILLOON: So I would kick one outside
19 and go (unintelligible).
20     DOUG ENGEMANN: It's ugly out there today.
21 You won't be doing any (unintelligible).
22     BRANDON FILLOON: There's shops to clean.
23     DANIELLE DORSCH: Yeah.
24     BRANDON FILLOON: There's feeders to clean.
25     DANIELLE DORSCH: Yeah.

Page 114

1    BRANDON FILLOON: There's --
2    DOUG ENGEMANN: Both feeders need cleaning.
3 That one's the worst, the one inside there.
4    DANIELLE DORSCH: Okay.
5    DOUG ENGEMANN: The one out there, I did sweep
6 it yesterday, but I didn't get everything.
7    DANIELLE DORSCH: Okay.
8    DOUG ENGEMANN: Probably the dry vac would
9 work really well for that.
10    DANIELLE DORSCH: Okay.
11    DOUG ENGEMANN: Just in the corners.  This
12 won't take a half an hour.
13    DANIELLE DORSCH: Okay.
14    DOUG ENGEMANN: But that kind of stuff,
15 because --
16    DANIELLE DORSCH: To get ready for --
17    DOUG ENGEMANN: Yeah, look at it through that
18 filter, Danielle, and say, you know, yeah, you've been
19 through one of these before with Munson.  And I'm sure
20 Bryan is going to be along for the ride.
21    DANIELLE DORSCH: Okay.
22    DOUG ENGEMANN: So get on it.
23    DANIELLE DORSCH: Okay.  Sounds good.
24    BRANDON FILLOON: (Unintelligible)?
25    DOUG ENGEMANN: What's that?

Page 115

1    BRANDON FILLOON: I thought we
2 (unintelligible).
3    DOUG ENGEMANN: Oh, not this kid.  I don't
4 have it (unintelligible).  So let's call this guy.
5 (Unintelligible).  There's questions you can ask him.
6 It's all scattered.  This was the dude that I wanted to
7 hire.  (Unintelligible).
8    BRANDON FILLOON: He's a little neurotic.
9    DOUG ENGEMANN: (Unintelligible).  I was
10 really bad.  (Unintelligible).
11    Okay, Bryan, just a quick update here.  Well,
12 McMillen had called and (unintelligible).  I want to
13 inquire about potential costs, assuming you can make the
14 existing well function with adding this technology to
15 existing wells.  We are currently (unintelligible).  We
16 are currently using wells 8 and -- yeah, well 8 and well
17 11 for production water supply and getting a large
18 influx of sand in the rearing units.  As we have
19 additional unit 20, they are in fact -- shouldn't say
20 "empty," right?  (Unintelligible).
21    BRANDON FILLOON: But it went a month and a
22 half to a month now.
23    DOUG ENGEMANN: Yeah.
24    BRANDON FILLOON: It's new development.
25    DOUG ENGEMANN: Anyway, let's call that out.

Page 116

1 This is a new development.  (Unintelligible).
2    At some point, I think there has to be a
3 bottom line.  Production staff is -- we're going to have
4 these done at least to the best of our ability.  We
5 can't (unintelligible).  Sorry.  I don't know what
6 else -- I don't know how much time a person is expected
7 to put into a monthly summary, but -- and we do think
8 there is a point where enough is enough.  It's like it's
9 good enough for a monthly narrative.  Okay.  Let's try
10 that and see.  All right.
11    BRANDON FILLOON: Did you get the monthly
12 narrative finalized?
13    DOUG ENGEMANN: I did not.  Well, I think --
14 well, I think I did.  I got -- I'm going to go back.
15 I'm going to do it again.  I did not.  I just it sent it
16 through for payment.  I'm going back through and
17 double-checking the other ones you sent to me
18 (unintelligible).  But I honestly don't know what
19 happened here.  She never does it that way.
20    (Unintelligible) confidentiality.  I don't
21 know if Bryan really understands that.  You know,
22 (unintelligible) looking for the element of surprise,
23 and we can't be called out leaving someone, you know --
24 I don't think he understands how the place works.  I
25 really don't.  I think he's been out of the field too

Page 117

1 long.
2    All right, Anthony Garrett.  We'll get there
3 eventually.
4    BRANDON FILLOON: He's only been out a year or
5 something.
6    DOUG ENGEMANN: Yeah.  Yeah, but I'll tell you
7 something.  This is -- this is not a (unintelligible)
8 headquarters, folks.  It's just what I've noticed.  It
9 doesn't take long.
10    (Cell phone ringing.)
11    DOUG ENGEMANN: Oops.
12    BRANDON FILLOON: Hello.  Oh, Hi.  Yes.  I'm
13 sorry about that.  Yeah, she -- she was sick yesterday,
14 so we...
15    (Someone checking voicemail.)
16    BRANDON FILLOON: I always forget to call.  I
17 actually did talk to the school bus driver, but I forgot
18 to call the school.  So nosy, aren't they?  Sorry.
19    DOUG ENGEMANN: No, I'm sorry.  I've got to
20 call Bryan, too.  Let's give this guy an interview,
21 because this is something that's going to need to be
22 done.  (Unintelligible).
23    So we might as well just change this to May
24 what?  May 5th would be the start date.  Because I'm
25 just going to give him the job.  There's no point --

Page 118

1 BRANDON FILLOON: 4th.
2 DOUG ENGEMANN: May 4th? Monday, May 4th.
3 (Unintelligible). Give them time to do the BA-30.
4 (Unintelligible).
5 BRANDON FILLOON: Another question is, how
6 have you -- have you registered with job search
7 (unintelligible)?
8 DOUG ENGEMANN: This one? Yeah. Yeah, this
9 has been posted, so...
10 BRANDON FILLOON: Right. But sometimes those
11 -- they don't post --
12 DOUG ENGEMANN: Oh.
13 BRANDON FILLOON: -- on job searches.
14 DOUG ENGEMAN: Oh, oh. Gotcha. Gotcha.
15 Even though it's in the instructions. But, yeah, that's
16 a good question. I've probably been in violation of
17 that inadvertently more than once.
18 BRANDON FILLOON: (Unintelligible).
19 DOUG ENGEMANN: Yeah. Anthony Garrett.
20 And here's another question along those same
21 lines. If the position closes and they've got --
22 they've got a specific job announcement number here, can
23 they register after the fact?
24 BRANDON FILLOON: I think so.
25 DOUG ENGEMANN: Okay. So Anthony Garrett.

Page 119

1 (Unintelligible).
2 (Dialing phone.)
3 (Phone recording.)
4 (Dialing phone.)
5 DOUG ENGEMANN: Next.
6 ANTHONY GARRETT: Hello.
7 DOUG ENGEMANN: Hello, Anthony?
8 ANTHONY GARRETT: Yes.
9 DOUG ENGEMANN: Hi. This is Doug Engemann
10 with Fish and Game at Springfield Hatchery. How are
11 you, sir?
12 ANTHONY GARRETT: I'm pretty good. How about
13 you?
14 DOUG ENGEMANN: Good, man. Hey, are you still
15 interested in the bio-aide position here at Springfield?
16 ANTHONY GARRETT: Yeah.
17 DOUG ENGEMANN: Very good. You walked the
18 grounds with our assistant manager, Brandon?
19 ANTHONY GARRETT: Uh-huh.
20 DOUG ENGEMANN: Very good. Yeah, we'd like to
21 pick you up for this position. Just wanted to talk to
22 you a little bit about it.
23 ANTHONY GARRETT: All right.
24 DOUG ENGEMANN: So, you know, one of the
25 things is, we're trying to rotate staff for weekend

Page 120

1 duty. Are you able to work weekend shifts on occasion?
2 ANTHONY GARRETT: Yeah.
3 DOUG ENGEMANN: Very good. We try do a
4 ten-on, four-off kind of thing.
5 ANTHONY GARRETT: Okay.
6 DOUG ENGEMANN: But we can't always give you
7 that. You know, we do when we can.
8 ANTHONY GARRETT: Yeah.
9 DOUG ENGEMANN: Okay.
10 ANTHONY GARRETT: Well --
11 DOUG ENGEMANN: Go ahead. I'm sorry, Anthony.
12 ANTHONY GARRETT: Oh, I said that's
13 understandable.
14 DOUG ENGEMANN: Okay. Yeah, it's kind of a
15 different sort of a job. You know, usually weeks around
16 here are pretty structured. Often times in the fall of
17 the year, for example, we'll go and pick up eggs or help
18 other facilities. So we give as much notice as we can.
19 But it does require an occasional, you know, stays
20 overnight off station.
21 Are you able to do that kind of stuff?
22 ANTHONY GARRETT: Yep.
23 DOUG ENGEMANN: Okay. We're getting ready to
24 do smolt-hauling here. Our first brood year is ready to
25 go out the gate. We'll be lifting a lot of heavy

Page 121

1 screens. We'll have some long cold days.
2 ANTHONY GARRETT: Okay.
3 DOUG ENGEMANN: You're in with that?
4 ANTHONY GARRETT: Yeah.
5 DOUG ENGEMANN: Okay. You can -- you can lift
6 50 pounds over your head for a while?
7 ANTHONY GARRETT: Oh, yeah.
8 DOUG ENGEMANN: Okay. And you'll -- you'll
9 want to live in the dormitory?
10 ANTHONY GARRETT: That, I'd have to think
11 about, because I don't know if he told you, I actually
12 live out in Snake River.
13 DOUG ENGEMANN: Oh, okay. Okay. He did tell
14 me that. That's right.
15 ANTHONY GARRETT: Cool.
16 DOUG ENGEMANN: Okay.
17 ANTHONY GARRETT: Not too far, but...
18 DOUG ENGEMANN: Yeah. It's your choice,
19 Anthony, you know. If selected for the position you can
20 either commute or not.
21 ANTHONY GARRETT: Okay.
22 DOUG ENGEMANN: Okay. Tell me about your --
23 you know, your most recent jobs and, you know, that you
24 really found rewarding and what you really liked about
25 those jobs.

Page 122

1  ANTHONY GARRETT: Some of the last jobs I had,
2 I worked at DM Crawford, and I think I actually forgot
3 to put that on my resume.
4  DOUG ENGEMANN: Oh, okay.
5  ANTHONY GARRETT: It wasn't too bad.
6  DOUG ENGEMANN: Uh-huh.
7  ANTHONY GARRETT: It was a lot of customers or
8 employees meeting people, cars and trucks and --
9  DOUG ENGEMANN: Yeah.
10  ANTHONY GARRETT: -- I mean, the customers are
11 nice when you get a good customer, and then it's bad
12 when you get a bad one.
13  DOUG ENGEMANN: Uh-huh.
14  ANTHONY GARRETT: The whole, you know,
15 orneriness of people.
16  DOUG ENGEMANN: Yeah.
17  ANTHONY GARRETT: But it wasn't too bad of a
18 job. And then before that I worked for Pepsi.
19  DOUG ENGEMANN: Okay.
20  ANTHONY GARRETT: And that was a whole lot
21 of -- well, when I worked it, they told me it was only
22 part-time, and I ended up working 50 to 60 hours a week
23 without any benefits. So that kind of got a little bit
24 ridiculous for me. But I did it for about nine months,
25 I believe.

Page 123

1  DOUG ENGEMANN: Okay.
2  ANTHONY GARRETT: And then before I worked for
3 Nonpareil, and then they sold them to Basic American
4 Ingredients. When I did that, I worked out in
5 Springfield. And so it was nice because it was outside
6 having to work with a small group of guys. It was kind
7 of laid back. But it was outside, and I enjoyed it a
8 lot more than working inside.
9  DOUG ENGEMANN: You'll get plenty of that
10 here, I can assure you.
11  ANTHONY GARRETT: That's all right with me. I
12 like most parts.
13  DOUG ENGEMANN: Did you like -- enjoy -- I
14 mean, you were working with teams. Do you prefer, you
15 know, working by yourself or with teams? Or is it good
16 either way? What's -- what's kind of your preference,
17 if you had to pick one?
18  ANTHONY GARRETT: I mean, I'm good either way.
19  DOUG ENGEMANN: You're good either way?
20  ANTHONY GARRETT: A lot of it is, you know,
21 who you work with. And it seems like when I went out
22 there with those guys, they were pretty good guys.
23  DOUG ENGEMANN: Uh-huh.
24  ANTHONY GARRETT: So...
25  DOUG ENGEMANN: There are public -- you will

Page 124

1 interface with the public a lot here. You know,
2 obviously, you know, as a state agency we're kind of in
3 the public eye.
4  ANTHONY GARRETT: Yeah.
5  DOUG ENGEMANN: Even though we're a rather
6 remote facility --
7  ANTHONY GARRETT: Uh-huh.
8  DOUG ENGEMANN: -- geographically, we still
9 get some pretty high-profile people, not all of which
10 will identify themselves. So, I mean, you had mentioned
11 that some of the folks you've dealt with weren't
12 particularly positive. You know, just for
13 clarification, you will have some unpleasant public --
14  ANTHONY GARRETT: Yeah.
15  DOUG ENGEMANN: -- dealing with Fish and Game
16 issues. And, yeah. So are you comfortable in that
17 role? You can still represent us? And, you know, we'll
18 train you, and you'll get a real education here about
19 endangered species stuff. But it's very contentious,
20 and you still have to be able to, you know, roll with
21 it.
22  ANTHONY GARRETT: Yeah. I mean, I've never
23 gone into a place with customers, you know, with any
24 kind of problem.
25  DOUG ENGEMANN: Okay.

Page 125

1  ANTHONY GARRETT: And I try to get along, as
2 best as possible.
3  DOUG ENGEMANN: Okay. Very good. What
4 about -- what sort of things about any job, I guess,
5 really -- when you look back, Anthony, what part - what
6 parts of the job did you really enjoy? And what kinds
7 of things don't you enjoy? Because everyone has got
8 likes and dislikes, you know.
9  ANTHONY GARRETT: I didn't normally do what
10 I've done. I didn't necessarily like customer service
11 to a point. I enjoy it, but I'm not a big customer
12 service man.
13  DOUG ENGEMANN: Okay.
14  ANTHONY GARRETT: I enjoy working hard. I
15 mean, I don't think there's anything wrong with a hard
16 day's work. I'd rather be busy than sit around and wait
17 on customers.
18  DOUG ENGEMANN: Okay.
19  ANTHONY GARRETT: You know, stuff like that.
20  DOUG ENGEMANN: Okay.
21  ANTHONY GARRETT: And like I said, I enjoy
22 being outside getting fresh air, you know.
23  DOUG ENGEMANN: And being outdoors. That's
24 good. You'll have visitors here. Some will be just
25 drop-ins. Others will be, you know, scheduled tour

Page 126

1 groups.

2 ANTHONY GARRETT: Yeah.

3 DOUG ENGEMANN: Okay. So you like being busy.
4 You like being outside. What -- what things don't you
5 like? You know, when you've worked your other jobs,
6 what things -- what attributes or what experiences did
7 you not enjoy?

8 ANTHONY GARRETT: I think the biggest part for
9 me is just how many hours I'm going to be working,
10 because I've had jobs where, "Oh, you're" -- like I
11 said, part-time, "you're only going to work 30 hours a
12 week," and I worked 60 to 70 hours.

13 DOUG ENGEMANN: Okay.

14 ANTHONY GARRETT: I mean, it is hard to have a
15 life if you work that much.

16 DOUG ENGEMANN: This is true. This is true.

17 ANTHONY GARRETT: I mean, they just kind of
18 expected it from me. Like I don't mind working. Like
19 if you're good (unintelligible), you can work 50 hours a
20 week, okay.

21 DOUG ENGEMANN: Okay.

22 ANTHONY GARRETT: But tell me my days off, you
23 know.

24 DOUG ENGEMANN: Yeah.

25 ANTHONY GARRETT: Give me an idea.

Page 127

1 DOUG ENGEMANN: Uh-huh.

2 ANTHONY GARRETT: It's like (unintelligible),
3 I worked for two weeks, and then they were like, "Yeah,
4 pretty much, you've got to work 60 hours a week. Open
5 and close every day."

6 DOUG ENGEMANN: Okay.

7 ANTHONY GARRETT: From seven to seven. Or --
8 yeah, seven to seven. And then it was Saturdays, too.
9 And it just -- it got old after a while because, you
10 know, everything was just expected from you. Like, I'm
11 a team player. But, you know, people have got to do
12 their part.

13 DOUG ENGEMANN: Yeah, absolutely. No,
14 communication is key, particularly in fish and wildlife
15 kinds of issues.

16 ANTHONY GARRETT: Uh-huh.

17 DOUG ENGEMANN: And you like -- you'll be
18 doing a lot of grounds -- or it looks like you have a
19 lot of experience in grounds work and irrigation and
20 things of that nature.

21 ANTHONY GARRETT: Yeah. I've done quite a bit
22 of it.

23 DOUG ENGEMANN: Okay. And we handle feed
24 bags, probably four or five bags a day, when we feed our
25 larger fish in the outdoor raceways.

Page 128

1 ANTHONY GARRETT: Yeah.

2 DOUG ENGEMANN: So there's lots of sunshine.
3 Well, I'm lying. There's lots of wind.

4 ANTHONY GARRETT: Yeah.

5 DOUG ENGEMANN: Sunshine on occasion.

6 Long-term career goals? I mean, you're
7 obviously interested in fish and game kinds of things.
8 I mean, what are you -- where do you see yourself in a
9 few years? What would you like to do?

10 ANTHONY GARRETT: I mean, I've never really
11 thought about the hatcheries. Then when I saw your
12 guys' post, I was like, yeah, maybe that would be
13 interesting to do --

14 DOUG ENGEMANN: Uh-huh.

15 ANTHONY GARRETT: -- and see if it would be
16 something along with the Fish and Game that maybe I'd
17 want to do.

18 DOUG ENGEMANN: Sure.

19 ANTHONY GARRETT: Or something like it,
20 because I know people like biotech and archeology stuff.

21 DOUG ENGEMANN: Uh-huh.

22 ANTHONY GARRETT: And what's the other one?
23 Like -- even like I've applied to (unintelligible)
24 maintenance and stuff.

25 DOUG ENGEMANN: Okay.

Page 129

1 ANTHONY GARRETT: I mean, just kind of seeing
2 what's out there and what interests me. Because, I
3 mean, I know I'm not going to be a young kid forever and
4 be able to lift and do all that stuff. So I've tried to
5 get -- to find something halfway smart that I can do.

6 DOUG ENGEMANN: Yeah. You've got an
7 Associates in general studies, it looks like, from BYU?

8 ANTHONY GARRETT: Uh-huh.

9 DOUG ENGEMANN: Are you still taking any
10 coursework toward a Bachelor's, Anthony?

11 ANTHONY GARRETT: No, not right -- not at the
12 moment anyway.

13 DOUG ENGEMANN: Okay. You know, looking at
14 stuff you've done, what would you say your major
15 weaknesses are? I'll start with that, and then we'll go
16 to your strengths, because I've kind of -- I've kind of
17 managed to weed through the conversation. I can see
18 your strengths.

19 What do -- what do you really stink at?

20 ANTHONY GARRETT: I'm not a big math person.
21 I mean, I can do some computer work, but I'm not --

22 DOUG ENGEMANN: Okay.

23 ANTHONY GARRETT: Probably not as current as I
24 should be.

25 DOUG ENGEMANN: Okay.

Page 130

1    ANTHONY GARRETT: So, I mean, I can do some
2  computer stuff.
3    DOUG ENGEMANN: Yeah.
4    ANTHONY GARRETT: But I'm not -- a lot of my
5  jobs kind of earlier required me to do it for a while.
6    DOUG ENGEMANN: Sure.  Okay.
7    ANTHONY GARRETT: I'm a little rusty on that.
8    DOUG ENGEMANN: Yeah.  And, you know, we
9  can -- we can provide training if you're really
10  interested.  And if you're just, you know, kind of a
11  generalist and don't really want to go down that road,
12  that's okay, too.  You know, we're -- ultimately this is
13  a good training ground for people that are interested in
14  full-time, you know, benefited employment with the
15  agency down the line.
16    ANTHONY GARRETT: Yeah.
17    DOUG ENGEMANN: But it can also be like -- for
18  like -- for you, someone like yourself, "Well, let's
19  just see if I like this or not," you know.
20    ANTHONY GARRETT: Uh-huh.
21    DOUG ENGEMANN: And maybe it's something you'd
22  consider in the future if you really enjoy it, you know.
23    ANTHONY GARRETT: Yeah.
24    DOUG ENGEMANN: My assistant, Brandon, who you
25  walked the grounds with, he's in here, as well.

Page 131

1    Brandon, do you have anything you wanted to
2  touch on?
3    BRANDON FILLOON: I don't.
4    I think you and me talked pretty good when you
5  stopped by.  Unless you have -- did you have any
6  questions from your last visit?
7    ANTHONY GARRETT: Not really that I've thought
8  of.  I mean, I was kind of just kind of curious, because
9  Brandon told me you would probably give me a call.
10    DOUG ENGEMANN: Uh-huh.
11    ANTHONY GARRETT: So I've been waiting on
12  that.
13    DOUG ENGEMANN: Yeah, I try to call everybody,
14  you know, whether we hire or not.  I just -- if they're
15  hired, they need to know.  And if they're not hired, I
16  want to let them know and that that they can continue
17  looking, you know.
18    ANTHONY GARRETT: Uh-huh.  Yeah.  Just been
19  waiting, I guess.
20    BRANDON FILLOON: Did you -- did you apply
21  with Job Service yet?  Have you filled -- gone over
22  there and filled that out?
23    ANTHONY GARRETT: Job Service as in the job
24  with you guys or --
25    BRANDON FILLOON: Well, actually, the Idaho

Page 132

1  Department -- is it Idaho Department of Labor?
2    DOUG ENGEMANN: Yes.
3    ANTHONY GARRETT: Yeah.
4    DOUG ENGEMANN: You have done that, Anthony?
5    ANTHONY GARRETT: I believe so, because I went
6  in and was asking the gal who said you have to register?
7    DOUG ENGEMANN: Uh-huh.
8    BRANDON FILLOON: Correct.
9    ANTHONY GARRETT: I already was.
10    DOUG ENGEMANN: Okay.  Very good.  Excellent.
11  Well, Anthony, I'm going to -- I need to check a couple
12  references, and I'll be calling you back hopefully
13  today.
14    ANTHONY GARRETT: All right.  Sounds good.
15    DOUG ENGEMANN: But we're very interested in
16  you for the position.  Going to check your refs and just
17  make sure that all of our T's are crossed and our I's
18  are dotted.  And are you going to be around?
19    ANTHONY GARRETT: Yeah, I'll be around.
20    DOUG ENGEMANN: Okay.  I'll be giving you a
21  shout later today or my assistant, Brandon, will.
22    ANTHONY GARRETT: All right.
23    DOUG ENGEMANN: Either way.  Well, appreciate
24  your time, man.
25    ANTHONY GARRETT: Yeah.

Page 133

1    DOUG ENGEMANN: Hey, thanks, Anthony.
2    ANTHONY GARRETT: Yeah.  Have a good day.
3    DOUG ENGEMANN: You, too.  Thank you.
4  Bye-bye.
5    What do you think?
6    BRANDON FILLOON: I don't think there's any
7  sort of issue with (unintelligible).
8    DOUG ENGEMANN: Nah.
9    BRANDON FILLOON: (Unintelligible).
10    DOUG ENGEMANN: Certainly.  And I don't care
11  if he's good in math for that.  I mean, if you're
12  good -- for a career -- I mean, the ideal -- I mean, the
13  ideal applicant would be the one that has a degree or is
14  finishing a degree and wants to do this for a living.
15  That's kind of always what we've been tasked with trying
16  to find.  But this year for this position and at this
17  time, those applicants are pretty slim.
18    I did not know -- and I've learned a lesson.
19  I did not know how many other openings were going to be
20  within the agency coming up this spring.  I mean, I know
21  springtime is when we hire.  I was a little surprised at
22  the volume of those when I went on the wire.
23    Oops.  Maybe you wanted to get this one out
24  there in about February.
25    BRANDON FILLOON: Well, I think, you know, his

**Page 134**

1   math (unintelligible).
2        DOUG ENGEMANN: Yep.
3        BRANDON FILLOON: Simple, you know. Probably
4   needs some chemical.
5        DOUG ENGEMANN: Yeah.
6        BRANDON FILLOON: How much (unintelligible) --
7        DOUG ENGEMANN: Exactly.
8        BRANDON FILLOON: -- 50 gallons when it's
9   supposed to be (unintelligible).
10       DOUG ENGEMANN: Yeah. Precisely.
11       BRANDON FILLOON: But if he's strong with
12  that, no problem.
13       DOUG ENGEMANN: Yeah. Yeah. He's got -- so
14  apparently has a two-year Associate's Degree from BYU,
15  which, I mean, I like some college. I mean, just
16  like -- as we're talking about stuff, you know, we're
17  talking about -- the first dude was just awesome. His
18  senior thesis was hatchery wells and recovery of
19  endangered species. (Unintelligible).
20       No, this guy will work. Let's check his refs.
21       BRANDON FILLOON: Yeah. I think he told me he
22  took something in wildlife, like some ecology classes
23  from ISU.
24       DOUG ENGEMANN: Okay. Oh, okay. Yeah, here
25  it is. Taken a few classes at BYU, Idaho,

**Page 135**

1   (unintelligible). I just like the fact that he's got --
2   he likes to be outside and he likes to work with other
3   people. He doesn't like -- what I gathered from this
4   phone interview, he doesn't like surprises. He doesn't
5   like being scheduled for time -- which happens in our
6   line of work once in a while, though. But, you know, he
7   just needs some notice, which I understand.
8        BRANDON FILLOON: But it's not going to be
9   like --
10       DOUG ENGEMANN: Daily.
11       BRANDON FILLOON: "Oh, by the way, you're --
12       DOUG ENGEMANN: Yeah. Again.
13       BRANDON FILLOON: -- on until 7:00."
14       DOUG ENGEMANN: Again.
15       BRANDON FILLOON: "Hey, this is coming up.
16  Sorry. But we changed your work."
17       DOUG ENGEMANN: Yeah. Yeah.
18       BRANDON FILLOON: I understand.
19       DOUG ENGEMANN: Yeah. So this was probably
20  different numbers. Okay. I think I'll check a couple
21  of refs, just to go through the motion of doing that.
22  And I think I want to hire the dude, man. Get a BA-30
23  prepared with his name and contract information and give
24  it to (unintelligible). Or I can do it.
25  (Unintelligible).

**Page 136**

1        BRANDON FILLOON: Yeah.
2        DOUG ENGEMANN: Yeah.
3        (Unintelligible.)
4        DOUG ENGEMANN: You know, he took the time and
5   you took the time to walk about the place and talk about
6   the place, so I like that, the fact that he had the
7   interest. You know, that might have gotten a leg, too.
8        I don't feel that Michael is trained. Michael
9   thinks he knows -- and Michael knows a lot. He has a
10  lot of experience. But I couldn't get the message
11  across that this is not a trout farm. You have to put
12  everything through a little different filter. I
13  couldn't really relate that to Michael.
14       BRANDON FILLOON: (Unintelligible).
15       DOUG ENGEMANN: I don't think Michael -- I
16  mean, I might be passing up a hell of an employee there,
17  too, because he does have extensive hatchery experience.
18       BRANDON FILLOON: So, this leaves -- did I
19  mention the disability thing? (Unintelligible).
20       DOUG ENGEMANN: Yeah. That sort of takes
21  you --
22       BRANDON FILLOON: I get -- maybe it's not a
23  good thing to go with.
24       DOUG ENGEMANN: No.
25       BRANDON FILLOON: (Unintelligible).

**Page 137**

1        DOUG ENGEMANN: Yeah. When you get him here,
2   you hire him. And then we've incurred -- we've always
3   won, but we've incurred litigation from people who have
4   come in -- "Dude you just cannot do this job."
5        "Well, that's discrimination."
6        "No, you can't do this job, and here are the
7   requirements of this job."
8        "Well, you hired me."
9        And then you termed him. And even at-will
10  they can still file a suit with the Equal Employment
11  Opportunity Commission, the EEOC, and that's been done
12  more than once. Now, I don't believe anyone has ever
13  won. But, still, who wants to go through that pain if
14  you don't have to?
15       BRANDON FILLOON: And there's no question in
16  my mind as to (unintelligible).
17       DOUG ENGEMANN: Yeah.
18       BRANDON FILLOON: So in my mind
19  (unintelligible).
20       DOUG ENGEMANN: Yeah. No. He's -- I mean, he
21  fits the bill. I mean, he does. He fits that to a T.
22  I think we'll hire him. I'm going to check at least one
23  of the three. What do you think?
24       BRANDON FILLOON: The top one.
25       DOUG ENGEMANN: The top one?

---

Page 138

1 (Unintelligible).
2     BRANDON FILLOON: Well, you've got to
3 remember --
4     DOUG ENGEMANN: (Unintelligible) Taco Bell?
5 What? Foreman at Nonpareil. Also I'm a boss while I
6 was employed at Nonpareil. Nonpareil, they're the
7 potato people. People that work there know
8 (unintelligible).
9     I like it. I like having this stuff all in
10 one place. I needed to do this a year ago, and this
11 weekend I finally suckered up and did it.
12     (Dialing phone.)
13     (Phone recording.)
14     DOUG ENGEMANN: Oh, sure, Anthony. Sure.
15     785, that is a Black Foot number, isn't it?
16 Yeah. (Unintelligible). Check this out. Let's see. I
17 think they bought out Nonpareil, but let's check.
18 (Unintelligible). No, they didn't change. You know
19 what? (Unintelligible).
20     785-5880. Oh, see. It's just a typo.
21 (Unintelligible). Let's start this again.
22     (Dialing phone.)
23     (Phone recording.)
24     (Dialing phone.)
25     DOUG ENGEMANN: Betty Crocker? I didn't know

---

Page 139

1 that. Betty Crocker spuds, dude.
2     (Phone menu recording.)
3     UNIDENTIFIED SPEAKER: This is personnel.
4     DOUG ENGEMANN: Yeah, hi there. This is Doug
5 Engemann with Fish and Game. How are you?
6     UNIDENTIFIED SPEAKER: I'm good. How are you?
7     DOUG ENGEMANN: Oh, good, ma'am. Thank you.
8 Hey, I want to do a reference check on an applicant here
9 that's worked at your place.
10     UNIDENTIFIED SPEAKER: Okay.
11     DOUG ENGEMANN: And he's an Anthony -- a
12 Mr. Anthony Garrett.
13     UNIDENTIFIED SPEAKER: Okay.
14     DOUG ENGEMANN: He was using Evette Gonzales
15 as a reference. And I either need to speak with you
16 folks or Evette.
17     UNIDENTIFIED SPEAKER: Evette isn't here
18 anymore. She's now over at Basic American Ingredients.
19     DOUG ENGEMANN: Oh, okay.
20     UNIDENTIFIED SPEAKER: But this is Nonpareil,
21 if he used to work here.
22     DOUG ENGEMANN: Okay. Do --
23     UNIDENTIFIED SPEAKER: And then Nonpareil sold
24 a part of that company to Basic American Ingredients,
25 and so that's why Evette is now over there.

---

Page 140

1     DOUG ENGEMANN: Oh, I see. Would it be best
2 to contact Basic American Ingredients and --
3     UNIDENTIFIED SPEAKER: Yeah. Why don't you
4 call them, because he would -- if that's who you're
5 after as part of the reference --
6     DOUG ENGEMANN: Yes.
7     UNIDENTIFIED SPEAKER: -- you'd better call
8 over there. The number is 785-3200.
9     DOUG ENGEMANN: Okay. 785-3200. Hey, I thank
10 you.
11     UNIDENTIFIED SPEAKER: Uh-huh.
12     DOUG ENGEMANN: Have a great week, hey?
13     UNIDENTIFIED SPEAKER: You, too.
14     DOUG ENGEMANN: Thank you. Bye now.
15     BRANDON FILLOON: (Unintelligible).
16     DOUG ENGEMANN: Yeah. I don't know.
17 (Unintelligible). They're the spud meisters.
18     (Dialing phone.)
19     (Phone menu recording.)
20     (Phone ringing.)
21     (Phone voicemail recording.)
22     DOUG ENGEMANN: Well, hi there. This is Doug
23 Engemann with Idaho Fish and Game. I'm doing a
24 reference check on a Mr. Anthony Garrett who was
25 employed at your place, specifically looking for either

---

Page 141

1 Evette Gonzales or Owen Durfee. I understand that they
2 are foremen and supervisors over there.
3     Again, just checking on an Anthony Garrett as
4 a reference check for employment here with our agency.
5 This is the Springfield Fish Hatchery, and I can be
6 reached at 208-328-9945. Actually, you're local, so
7 328-9945 should work.
8     Again, my name is Doug, and you can speak with
9 either myself or my assistant manager, Brandon Filloon.
10 Thank you.
11     Okay. Let's let that lie for an hour.
12     BRANDON FILLOON: Which part?
13 (Unintelligible). It is what it is.
14     DOUG ENGEMANN: It is what it is. So this
15 Basic American Ingredients bought out part of the --
16 part of the Nonpareil operations. So these are two -- I
17 mean, this is -- this guy could be the reference, too,
18 just because he's, you know -- this would be like
19 probably the irrigation experience and stuff.
20     BRANDON FILLOON: You want to call him?
21     DOUG ENGEMANN: Well, we could. Let's try
22 him.
23     (Dialing phone.)
24     (Phone recording.)
25     (Dialing phone.)

---

Page 142

1    (Phone ringing, no answer.)
2    DOUG ENGEMANN: Yeah, I'm looking -- we can
3 wait on that.  Hey, I want to talk to one person.  I
4 don't care if I get all three.  But I'd like to get a
5 reference check anyway on this dude.
6    BRANDON FILLOON: The one?
7    DOUG ENGEMANN: On the one.  Oh, yeah.
8    (No conversation.)
9    DOUG ENGEMANN: But is that wrong because of
10 the -- they're all those -- all those calculated values
11 are going to be wrong because, really, the first -- the
12 data was wrong, right, that was fed to it?  I mean...
13    BRANDON FILLOON: (Unintelligible).
14    DOUG ENGEMANN: Are you taking care of this
15 end of it?
16    BRANDON FILLOON: I just opened it up.
17    DOUG ENGEMANN: Oh, okay.  I don't want to
18 edit on top.  But, I mean, I want you -- you can run
19 with that.  I'm going to head to the north.
20    BRANDON FILLOON: (Unintelligible).
21    DOUG ENGEMANN: I'm going to head north.
22    BRANDON FILLOON: Okay.
23    DOUG ENGEMANN: Check my cell phone over here.
24    (End of audio.)
25

Page 143

1                REPORTER'S CERTIFICATE
2
3        I, KAMRA TOALSON, CSR No. 756, Certified
4 Shorthand Reporter, certify:
5        That the audio recording of the proceedings were
6 transcribed by me or under my direction.
7        That the foregoing is a true and correct
8 transcription of all testimony given, to the best of my
9 ability.
10        I further certify that I am not a relative or
11 employee of any attorney or party, nor am I financially
12 interested in the action.
13        In witness whereof, I set my hand and seal this
14 19th day of April, 2019.
15
16
17
18    _____
19            KAMRA TOALSON, CSR NO. 756
20                Notary Public
21            Post Office Box 2636
22            Boise, Idaho 83701-2636
23 My commission expires May 23, 2024
24
25

Case 1:17-cv-00428-BLW   Document 32   Filed 09/04/19   Page 58 of 123

Dorsch v.
State of Idaho, Dept of Fish & Game

AUDIO TRANSCRIPTION

4-6-15
April 6, 2015

**$**

$12,000 (1)
67:7
$358 (1)
43:16

**A**

ability (2)
26:20;116:4
able (8)
31:17;39:4;97:9;106:9;
120:1,21;124:20;129:4
above (1)
16:5
absolute (1)
77:21
absolutely (3)
24:13;28:15;127:13
access (2)
29:6,7
accommodate (1)
105:24
accomplished (1)
86:1
account (1)
37:18
accounts (2)
91:13;94:2
accrued (1)
58:4
across (1)
136:11
acting (1)
20:24
activate (2)
43:1,3
active (1)
55:25
Actually (26)
6:2,3;8:13;22:5;28:3,8;29:3;
51:22;65:6;66:13;85:14,16;
88:25;89:18;91:1;94:20,22;
96:3;99:25;105:5;108:24;
117:17;121:11;122:2;131:25;
141:6
add (1)
102:13
addendum (1)
76:10
adding (1)
115:14
additional (1)
115:19
addressing (2)
69:22;105:20
adjective (1)
41:18
admin (1)
19:9
affected (1)

12:3
affecting (1)
78:4
afford (2)
86:18,19
afternoon (6)
19:18;20:3;52:20;57:14;
58:11,16
afternoon-off (1)
58:20
again (23)
13:19,23;14:15;17:14;18:2;
20:16;23:3,6;26:5;40:4;45:21;
49:23;52:10;87:3;89:8;92:10;
95:14;116:15;135:12,14;
138:21;141:3,8
against (1)
12:8
age (1)
101:17
agency (5)
107:18;124:2;130:15;
133:20;141:4
aggressive (1)
13:14
agitated (1)
50:13
ago (5)
20:7;58:3;85:1;104:6;138:10
agree (1)
100:11
ahead (8)
27:8,8,15;28:13;40:20;54:7;
81:16;120:11
ain't (4)
16:17;19:19,20;43:14
air (2)
11:15;125:22
airport (1)
45:20
alarm (4)
6:11;44:18;56:18;103:6
Alaska (1)
12:13
alien (2)
82:6,13
aligned (1)
12:10
almost (2)
20:15;79:6
alone (1)
52:19
along (8)
31:13;35:12;39:24;58:1;
114:20;118:20;125:1;128:16
alternative (1)
38:21
although (2)
38:16;79:4
aluminum (1)
16:22
always (11)
22:13;49:15,19;55:24;56:23;

78:17;92:8;117:16;120:6;
133:15;137:2
amazing (2)
99:17;101:2
ambient (1)
95:2
amend (1)
18:2
amendment (1)
18:3
American (6)
21:22;123:3;139:18,24;
140:2;141:15
and/or (1)
96:8
anniversary (3)
65:3,7,13
announcement (1)
118:22
Anthony (98)
96:13,16;98:8;117:2;118:19,
25;119:6,7,8,12,16,19,23;
120:2,5,8,10,11,12,22;121:2,4,
7,10,15,17,19,21;122:1,5,7,10,
14,17,20;123:2,11,18,20,24;
124:4,7,14,22;125:1,5,9,14,19,
21;126:2,8,14,17,22,25;127:2,
7,16,21;128:1,4,10,15,19,22;
129:1,8,10,11,20,23;130:1,4,7,
16,20,23;131:7,11,18,23;132:3,
4,5,9,11,14,19,22,25;133:1,2;
138:14;139:11,12;140:24;
141:3
antlers (1)
9:19
anymore (5)
37:25;55:20;56:11;73:3;
139:18
apologize (1)
74:13
app (2)
82:10;97:19
apparently (4)
40:2;78:10;89:25;134:14
appended (1)
18:3
appendices (1)
18:3
applicant (7)
38:14,23;94:18,19;108:8;
133:13;139:8
applicants (3)
38:22;109:23;133:17
application (1)
62:4
applied (2)
79:20;128:23
apply (3)
44:7;102:16;131:20
appointments (1)
47:15
appreciate (4)
89:11,15,24;132:23

approach (1)
87:11
approved (2)
87:24;88:6
apps (2)
38:21;62:8
APR (1)
88:18
April (16)
14:1,1,2;18:1;21:6;44:12,16;
45:23;51:24;65:7,21;66:2;
70:15,16;71:15;80:20
aquatic (1)
72:21
archeology (1)
128:20
area (3)
8:12;9:16;69:22
around (15)
11:5;16:25;27:21;32:22;
55:21;71:10;74:9;86:11,12;
87:9;101:21;120:15;125:16;
132:18,19
arrive (1)
31:23
asap (1)
108:15
asinine (1)
86:3
ass (1)
83:3
assess (1)
76:23
asshole (1)
78:9
assistant (4)
119:18;130:24;132:21;141:9
Associates (1)
129:7
Associate's (1)
134:14
assume (2)
45:16;74:14
assuming (2)
21:12;115:13
assure (1)
123:10
attempt (2)
12:20,21
attest (1)
12:7
attributes (1)
126:6
at-will (1)
137:9
audio (1)
142:24
audit (2)
14:2;23:3
August (1)
59:3
authority (2)
67:5,6

Dorsch v.
State of Idaho, Dept of Fish & Game

**AUDIO TRANSCRIPTION**

4-6-15
April 6, 2015

available (4)
38:1,15;61:21;108:15
average (2)
65:25;71:2
avian (1)
11:20
avoids (1)
32:22
aware (1)
44:4
away (10)
12:23;19:24;20:4,12;26:9;
55:22;60:16;99:24;101:10;
108:23
Awe (1)
6:15
awesome (1)
134:17
awful (1)
84:11
awkward (1)
89:19

**B**

BA-19 (1)
88:9
BA-30 (6)
19:14;87:24;88:6;109:17;
118:3;135:22
BA-4 (1)
30:9
Bachelor's (1)
129:10
back (53)
4:9;5:8,9;7:2,3,4;10:12;
16:22;17:23;18:24;19:2;44:4;
46:24;47:10,21;53:8;61:9,19;
62:10;64:2;70:5,20,22;73:12,
16,18,20;76:6,23;77:11;79:7,
23;80:4,9,11;84:5,9;86:10;
92:7;94:12;101:19;106:25;
108:13,18,19;109:17,22;
110:11;116:14,16;123:7;125:5;
132:12
background (1)
13:5
backpacking (1)
59:5
backup (1)
41:6
bacteria (1)
11:7
bad (23)
10:1,2;13:25;22:13,18;31:3;
42:15;51:8;59:17;74:15;80:12;
90:20;97:11;99:19;100:25;
104:16;106:7;111:2;115:10;
122:5,11,12,17
badly (1)
2:23;43:12
bags (2)
127:24,24

bait (2)
43:23,23
Baker (2)
62:6;88:18
balance (3)
46:16,17;58:1
banging (1)
21:2
baseball (1)
80:20
based (1)
105:21
Basic (5)
123:3;139:18,24;140:2;
141:15
basically (2)
13:1;97:17
bathroom (2)
8:2;53:2
batteries (1)
58:15
bear (1)
69:7
beats (1)
3:24
beauties (1)
26:12
become (1)
21:5
becomes (1)
43:3
becoming (1)
50:13
bed (1)
81:8
begin (1)
40:8
begins (1)
13:23
behind (1)
90:21
behinds (1)
13:21
Bell (1)
138:4
belly (1)
13:22
belong (1)
105:23
below (1)
55:22
benefit (1)
60:10
benefited (7)
65:11;66:25;67:6;71:6,8;
76:17;130:14
benefits (2)
67:2;122:23
best (7)
13:6;49:14;84:1;108:6;
116:4;125:2;140:1
better (7)
5:9;6:3;10:16;86:19;109:8;

111:16;140:7
Betty (2)
138:25;139:1
big (8)
37:13;57:25;84:25;98:8,12;
100:8;125:11;129:20
biggest (1)
126:8
bill (1)
137:21
bio-aide (4)
19:14;67:6,8;119:15
bio-aides (3)
54:21;76:17;98:25
biosecurity (2)
14:2;23:3
biotech (1)
128:20
birds (1)
11:21
Birdy (1)
4:4
birthday (2)
99:12;101:3
bit (15)
2:17;13:6;19:10,23;20:19;
24:24;36:13;58:2;68:3;103:9;
106:14;112:7;119:22;122:23;
127:21
black (4)
85:10,16;103:18;138:15
bladder (2)
11:15,17
blast (2)
14:14;45:1
blip (3)
50:7,8,9
blocks (1)
61:20
blood (1)
95:8
Blood-related (1)
105:7
blotted (2)
4:23,25
blowing (2)
80:23;85:3
blown (1)
78:15
board (3)
18:6;32:4;40:15
bonus (1)
67:12
books (1)
46:18
boots (1)
75:10
boss (2)
43:15;138:5
both (2)
23:4;31:18;32:11;97:4,11;
108:4;114:2
bottom (2)

23:25;116:3
bought (2)
138:17;141:15
bow-legged (1)
107:15
box (1)
72:11
boxes (2)
43:23,24
brand (2)
85:17,20
Brandon (474)
2:1;3:21;4:5,7,10,13,15,19,
22;5:5,15,17,20,24;6:8;7:3,5,9,
12;8:11,14,21,24;10:13,20;
12:6;14:9,11;15:3,5,8,10,21;
17:19;18:5,8,10,12,14,20,23;
19:3,17;20:1,5;21:10,19,22;
22:2,5,8,11;23:14,17,20,24;
24:5,10,18;25:11,14,20,24;
26:2,15,19;27:12;28:6,19;
29:16;30:11,14,17;31:11;
32:12,17,25;33:3,7,16,20,24;
34:1,3,6,11,13,16,22,25;35:2,5,
7;37:21;38:4,10,24;39:3,8,12,
14,17,19,21,40:2,14,19,25;
41:2,11,15;42:3,9;44:9,13,15;
45:7,9,13,17,19;47:7,19,23;
48:1,5,7,11,13,18,20,23;49:2,6;
52:6,16;53:5,7,11,16,18,20,22;
54:1,5,9,13,16,23,24;55:3,15;
56:12,24;57:2,5,7,10,13,16,19,
21;58:11,20;59:18,21;60:1,4,7,
12,15,18,21,23;61:3,8;63:2,4,7,
10;64:6,8,10,15,17,21;65:1,4,6,
15,19,23;66:2,3,6,9,11,16,19;
67:14,21,23,25;68:6,9,11,20,
24;69:6,11,15,17,23;70:1,4,14,
19,25;71:14,18,21,24;72:5;
74:2,5,7,11,18,21;75:1,6,12,20,
24;76:1,3,7,11,13,19;77:1,6,10,
13,16,21,24;78:3,11,18,22;
79:2,9,13,17;80:2,6,9,16;81:2,
15,19,24;82:1,5,14,22;82:1,4,
10,15,18,24;83:1,14,17,21;
84:1;87:19,20,22;88:1,3,13,16;
89:2,5,13,16,23,25;90:3,5,8,10,
12,17,20;91:1,8,14;92:2,5,11,
14,21,23;93:4,9,12,14,17,20,20;
94:7,20;95:3,11,18,23;96:13,
16,19,22,25;97:2,13;98:6,8,11,
13,16,19,21;99:3,8,11,13,15,18,
22;100:3,7,10,12,15,17,20,23;
101:5,18,21,24;102:2,20,24;
103:3,5,8,11,16,19;104:5,9,12,
15,21,24;105:3,7,11,14,16,18;
106:3,6,9,12,14,17,19,21,24;
107:2,6,13,16,20,23;108:1,4,10,
12,16,19,22;109:3,7,15;110:20;
111:9,13,15,19,22;112:15,18,
21,24;113:2,4,7,10,12,15,18,22,
24;114:1,24;115:1,8,21,24;
116:11;117:4,12,16;118:1,5,10,

Case 1:17-cv-00428-BLW   Document 32   Filed 09/04/19   Page 60 of 123

Dorsch v.
State of Idaho, Dept of Fish & Game
AUDIO TRANSCRIPTION
4-6-15
April 6, 2015

13,18,24;119:18;130:24;131:1,
3,9,20,25;132:8,21;133:6,9,25;
134:3,6,8,11,21;135:8,11,13,15,
18;136:1,14,18,22,25;137:15,
18,24;138:2;140:15;141:9,12,
20;142:6,13,16,20,22
**Brandon-approved (1)**
42:4
**Brandon's (1)**
44:6
**breakfast (1)**
83:6
**breaking (1)**
78:18
**breath (2)**
43:2;56:21
**brethren (1)**
3:17
**brief (1)**
59:6
**briefly (1)**
12:20
**bring (1)**
45:2
**Bro (2)**
43:10,19
**broke (1)**
86:18
**brood (12)**
12:8;13:5,9;14:3;15:23,24;
19:21;23:4;30:21;50:2;73:9;
120:24
**broom (2)**
17:10;21:3
**brooms (2)**
14:14,21
**brought (2)**
40:1;104:19
**Bryan (12)**
32:19;35:11,23;57:24;98:24;
99:6;100:1,2;114:20;115:11;
116:21;117:20
**buck (1)**
109:7
**buckets (3)**
14:19,20;15:3
**bucks (1)**
90:18
**Buddy (2)**
73:14;77:6
**budget (4)**
37:16;40:5;66:25;67:7
**budgeting (1)**
40:4
**build (2)**
71:25;72:1
**bullet (3)**
10:25;33:24;89:11
**bullshit (2)**
79:11,13
**bunch (3)**
13:15,18;79:12
**buried (1)**

11:20
**burley (1)**
106:15
**burn (3)**
57:21;59:19;70:10
**burned (2)**
46:13;58:9
**burning (1)**
55:1
**bus (1)**
117:17
**busiest (1)**
72:2
**business (4)**
12:17;43:12;65:13;111:23
**Busy (12)**
18:15;26:16,23,24;45:24;
48:25;61:19;68:19,25;69:12;
125:16;126:3
**butt (1)**
95:15
**Bye (3)**
94:14,15;140:14
**Bye-bye (1)**
133:4
**Byrne (1)**
40:7
**BYU (5)**
38:7;39:8;129:7;134:14,25

# C

**cabinet (1)**
14:12
**calces (1)**
32:9
**calculated (1)**
142:10
**Caldwell (1)**
38:11
**calendar (2)**
54:22;92:19
**call (24)**
17:25;31:25;37:24;42:5;
61:6,14;62:6;74:5,15;91:9;
94:12;101:18,20;108:20;115:4,
25;117:16,18,20;131:9,13;
140:4,7;141:20
**Called (4)**
34:6;101:14;115:12;116:23
**calling (2)**
93:22;132:12
**calls (1)**
19:16
**came (10)**
7:3,4;11:6;13:17;53:8;77:6;
80:9,11;91:14;109:23
**can (117)**
8:13;9:1;11:13;12:2;15:3,9;
16:25;19:18;20:18;22:21,24;
23:1,21;24:8,17,17;26:21;27:5,
5,6;29:8;33:17,18;35:24,25;
36:23;38:18,25;40:6;41:6,9;

42:1,20;43:17;45:24;47:2,10;
48:10,11,14,21,24;49:15;52:7,
8;54:13,18;55:6,20;58:7,17;
59:12;61:8;62:24;65:12;67:18;
68:14,16;70:8,19;71:18;72:24;
73:4,13;75:18;76:23;81:17;
82:1,8,15,18,19;83:20;85:23;
86:7;90:9;93:7,14,15;95:10;
96:5;99:3,8,24;101:18;104:20;
105:6,23;108:7;109:20;110:13;
113:4;115:5,13;118:22;120:7,
18;121:5,5,19;123:10;124:17;
126:19;129:5,17,21;130:1,9,9,
17;131:16;135:24;137:10;
141:5,8;142:2,18
**cancelled (2)**
63:14;84:18
**car (4)**
85:8;86:17,20,24
**card (1)**
93:23
**care (6)**
35:3;46:16,16;133:10;142:4,
14
**career (3)**
61:16;128:6;133:12
**cars (1)**
122:8
**case (2)**
85:7;91:19
**cash (1)**
108:2
**catch (2)**
13:12;37:23
**caught (1)**
104:18
**cause (1)**
96:1
**caused (2)**
11:13,13
**causing (2)**
11:8;78:21
**caveat (2)**
41:17;71:7
**cc'd (2)**
63:2,4
**celery (1)**
22:24
**Cell (2)**
117:10;142:23
**cement (1)**
75:10
**certain (1)**
79:15
**Certainly (1)**
133:10
**challenge (1)**
58:9
**Challis (1)**
85:12
**Challoup (1)**
38:6
**change (6)**

105:3;107:17;117:23;138:18
**changed (6)**
14:7;44:18;79:12,24;87:1;
135:16
**Changing (1)**
42:24
**Chapman (1)**
32:20
**characters (1)**
20:9
**cheaper (1)**
73:4
**check (19)**
31:24;46:15;47:13;63:14;
67:12;83:22,25;132:11,16;
134:20;135:20;137:22;138:16,
17;139:8;140:24;141:4;142:5,
23
**checked (1)**
42:3
**checking (2)**
117:15;141:3
**checklist (1)**
78:24
**cheese (1)**
22:25
**cheeseburgers (1)**
83:5
**chemical (4)**
14:9,10,11;134:4
**chemistry (1)**
41:7
**chew (1)**
38:18
**chia (3)**
62:19,19,25
**Chiller (1)**
33:25
**chlorine (3)**
32:10,15,23
**choice (2)**
24:10;121:18
**choking (1)**
83:2
**chores (6)**
19:9,13,16;48:24;102:6;
112:19
**Chowell (1)**
38:3
**cigarette (2)**
81:9,9
**circle (1)**
86:10
**circles (1)**
11:5
**claim (1)**
109:25
**clarification (1)**
124:13
**clarifier (1)**
110:19
**classes (2)**
134:22,25

AUDIO TRANSCRIPTION

clean (16)
21:1;24:21;27:16;35:10;
37:8;40:3;52:9;56:7,10,10;
87:15;95:20;104:13;112:10;
113:22,24
cleaned (4)
14:4;24:20;25:1,6
cleaner (2)
32:7;52:22
cleaning (8)
19:23;24:24;31:18;49:11,16;
109:11,12;114:2
cleared (1)
65:20
clearing (2)
50:11,12
climb (1)
77:3
clock (1)
65:13
close (6)
15:8;36:15;38:16;59:10;
100:1;127:5
closed (1)
85:15
closes (1)
118:21
closing (1)
39:7
cloud (3)
20:4;55:18;56:3
clown (1)
73:22
clutter (1)
41:12
coals (1)
11:4
coat (2)
26:8,12
code (1)
94:9
coffee (6)
2:8;6:22;8:16;31:14;49:23;
83:14
cokes (1)
96:5
cold (2)
81:2;121:1
colder (4)
89:1,1,3;93:25
college (1)
134:15
Collie (1)
8:20
Collie's (3)
4:5,7,8
combine (1)
107:17
comfortable (1)
124:16
coming (16)
4:15;7:2;21:8;23:5,9;32:1;
35:24;65:11;66:24;70:4;79:23;

93:25;101:13;109:16;133:20;
135:15
commend (2)
28:4,9
Commission (1)
137:11
communication (1)
127:14
commute (2)
109:2;121:20
comp (8)
46:11,16,17;47:5;57:17;58:1,
4;59:19
company (1)
139:24
compared (1)
12:8
compiling (1)
12:7
complete (1)
78:8
completely (3)
58:14;82:23;98:2
compromised (1)
51:14
computer (3)
42:18;129:21;130:2
concern (1)
96:1
concerned (1)
109:19
concurrent (1)
30:23
concurrently (1)
110:21
confidentiality (1)
116:20
confirm (1)
32:25
confirmed (4)
11:10,12;33:12,12
Connie (8)
61:6;63:1,6;65:12;67:19;
73:11;97:16;102:7
Connie's (2)
102:18;105:6
consider (1)
130:22
considerably (1)
58:24
consistent (2)
12:11;54:7
construction (1)
52:25
contact (1)
140:2
contentious (1)
124:19
contents (1)
21:14
continue (4)
19:24;27:9;38:18;131:16
contract (1)

135:23
conversation (11)
43:25;58:2;72:15;83:10,12;
88:21,23;89:7;102:19;129:17;
142:8
conversations (1)
74:12
cooking (1)
10:11
Cool (5)
27:14;60:11;76:9;95:1;
121:15
copies (4)
6:7;7:12;27:6;42:12
copy (6)
2:11;7:7;41:6,7,18;42:1
corners (1)
114:11
corrupt (1)
67:16
cost (2)
43:17,25
costs (1)
115:13
couple (6)
6:6;24:14;32:19;96:9;
132:11;135:20
course (2)
77:20;95:7
coursework (1)
129:10
court (1)
98:5
cousin (1)
101:10
cover (1)
106:2
crap (2)
3:21;102:12
crapping (1)
112:12
Crawford (1)
122:2
crazy (4)
89:2,5,5,5
cream (1)
22:25
created (1)
78:14
credit (1)
93:23
crew (1)
6:1
critically (1)
43:16
croak (1)
11:5
Crocker (2)
138:25;139:1
cross-contamination (1)
111:20
crossed (2)
52:3;132:17

crowd (1)
97:8
cube (1)
111:5
cubicle (1)
73:22
culture (2)
11:6;69:5
curious (1)
131:8
current (1)
129:23
currently (3)
27:13;115:15,16
customer (3)
122:11;125:10,11
customers (4)
122:7,10;124:23;125:17
cute (1)
6:18
cutting (1)
70:20
cylinders (1)
86:22

## D

dad's (4)
99:12;101:2,3,5
Daily (1)
135:10
damn (1)
49:20
DANIELLE (175)
2:2,6,9,12;3:9,11;4:13;6:5,
10,14,16,19;24:7:16,23,25;8:3,
7;9:12,15,18,21,24;10:3,6,10;
11:22;12:4,6;24:7,9,13,15,19,
23;25:1,3,6,13;26:10;27:2,5,10,
15,20,23;28:1,11,14,18,20,23,
25;29:6,9,11,14,17,23;30:2,6,8,
12,15,18;31:7;34:17,24;35:1,4,
6,9,13;37:9;38:7,9,12;40:17,18,
20,24;41:1,10,15,16,19,21;
42:7,13;44:2,18,21;46:14,19,
23;47:14,17;48:6,9,12,15,22;
49:12;50:17,22;51:5,16;52:1;
54:23,23;56:13,16,25;57:1,4,6,
9,12,15,18,22;58:18;59:1;
60:25;61:13,23;62:10,13,15,18,
23;63:15,20,25;64:4;81:20;
96:7;110:5,10,15,18,23,25;
111:3,6,11,14,18,21,24;112:2,4,
8,11,14,17,20,23;113:1,3,6,9,
11,14,17,23,25;114:4,7,10,13,
16,18,21,23
Danielle's (1)
42:10
darn (2)
17:2;21:2
data (2)
12:7;142:12
date (13)

Case 1:17-cv-00428-BLW   Document 32   Filed 09/04/19   Page 62 of 123

Dorsch v.
State of Idaho, Dept of Fish & Game

AUDIO TRANSCRIPTION

4-6-15
April 6, 2015

18:8;32:2;40:17,19;46:12;
47:12;59:1;65:3,7,13;72:20;
92:6;117:24
**day (23)**
2:1;5:8;10:11,17;13:3;31:4;
42:19;45:25,25;46:1;47:18;
56:20;61:22;70:11;89:7,18,22;
99:15;100:24;101:6;127:5,24;
133:2
**days (23)**
3:22;31:18;33:14,23;45:13;
47:2,20;48:23,24;54:6,6;55:2;
56:19;57:10;59:15;70:9,20,21,
23;80:22;81:7;121:1;126:22
**day's (1)**
125:16
**dealing (1)**
124:15
**dealt (1)**
124:11
**dear (1)**
8:23
**December (6)**
64:23,25;70:23;72:6;90:3,6
**Decide (1)**
24:5
**Decided (1)**
6:8
**decline (3)**
67:1;74:24,24
**declining (1)**
66:17
**defeats (1)**
15:19
**defend (1)**
43:17
**definitely (5)**
15:10;24:3;37:1;93:25;
109:21
**degree (3)**
133:13,14;134:14
**delayed (1)**
84:18
**delegate (1)**
51:21
**delivery (2)**
32:2;72:15
**Department (2)**
132:1,1
**deposit (1)**
53:23
**descale (1)**
51:13
**descaling (1)**
20:8
**design (1)**
64:3
**desk (2)**
87:22;93:7
**Detroit (1)**
84:15
**development (3)**
61:16;115:24;116:1

**devil (1)**
14:17
**Diagnostics (1)**
11:9
**dialer (1)**
44:19
**Dialing (9)**
93:19;119:2,4;138:12,22,24;
140:18;141:23,25
**Diane (1)**
101:15
**diary (1)**
73:24
**die (1)**
51:8
**died (1)**
79:12
**diesel (1)**
77:9
**difference (4)**
16:23;30:22;67:11;98:4
**different (11)**
30:19,20;32:19;42:12,19;
45:18;66:11,12;120:15;135:20;
136:12
**differently (1)**
20:24
**dig (1)**
102:9
**Dinner (2)**
9:9;10:9
**direct (1)**
53:23
**directions (2)**
5:23;97:6
**directly (1)**
78:4
**dirt (3)**
15:19,19;86:18
**dirty (2)**
13:16;15:18
**disability (1)**
136:19
**disappeared (1)**
8:1
**discern (1)**
36:23
**discharge (1)**
21:25
**disclaimer (1)**
73:6
**discrimination (1)**
137:5
**discriminatory (2)**
105:20;106:1
**discussion (2)**
43:5;67:23
**Disease (2)**
11:9;20:2
**disinfect (1)**
25:8
**disinfecting (1)**
32:8

**dislikes (1)**
125:8
**distance (1)**
55:18
**ditch (1)**
22:20
**divided (1)**
65:24
**DM (1)**
122:2
**doable (1)**
47:21
**document (2)**
41:3;61:16
**documents (2)**
76:8;102:10
**dogs (1)**
101:17
**dollar (1)**
43:18
**done (35)**
11:1;21:17;23:5;26:20;
31:18;34:14;39:21;45:3;46:4;
48:21;50:19;51:20;52:7;8;53:8,
8;56:20;68:12;13;83:18,19;
95:21,22;105:21;106:21,24;
109:13,18;116:4;117:22;
125:10;127:21;129:14;132:4;
137:11
**door (3)**
3:2;34:18;73:23
**dorm (3)**
23:15;103:13;108:25
**dormitory (2)**
105:12;121:9
**DORSCH (164)**
2:2,6,9,12;3:9,11;6:5,10,14,
16,17,19,24;7:16,23,25;8:3,7;
9:12,15,18,21,24;10:3,6,10;
11:22;12:4;24:9,13,15,19,23;
25:1,3,6,13;26:10;27:2,5,10,15,
20,23;28:1,11,14,18,20,23,25;
29:6,9,11,14,17,23;30:2,6,8,12,
15,18;31:7;34:17,24;35:1,4,6,9,
13;37:9;38:7,9,12;40:18,20,24;
41:1,10,16,21;42:7,13;44:2,18,
21;46:14,19,23;47:14,17;48:6,
9,12,15,22;49:10,12;50:17,22;
51:5,16;52:1;56:16;57:1,4,6,9,
12,15,18,22;58:18;59:1;60:25;
61:13,23;62:10,13,15,18,23;
63:15,20,25;64:4;110:5,10,15,
18,23,25;111:3,6,11,14,18,21,
24;112:2,4,8,11,14,17,20,23;
113:1,3,6,9,11,14,17,23,25;
114:4,7,10,13,16,21,23
**dotted (1)**
132:18
**double (4)**
43:15,15;44:1;58:7
**double-check (2)**
21:8;91:4
**double-checking (1)**

**116:17**
**double-paid (1)**
91:12
**double-wedge (1)**
16:18
**double-wedging (1)**
17:1
**DOUG (628)**
2:7,10,13,17,20;3:3,12,20,24;
4:3,6,8,11,14,17,20,23;5:6,14,
16,25;6:6,13,15,17,21,25;7:4,6,
10,14,19,24;8:1,4,6,9,13,16,23;
9:2,8,13,17,20,23;10:2,5,8,11,
15,21,24;11:6,23;12:5;13:1;
14:10,13,20,23;15:1,4,7,9,12,
15,18,23;16:6,8,11,15,20,25;
17:4,7,13,14,17,20;18:7,9,11,
13,15,21,25;19:4,6,19;20:2,6,
25;21:11,12,20,24;22:4,7,10,
13;23:8,10,12,16,23;24:3,11,
14,22,25;25:2,5,10,17,22;26:1,
4,11,18,25;27:3,7,14,17,21,24;
28:2,8,12,16,21,24;29:1,8,10,
13,15,18,24;30:3,7,10,13,19;
31:8,12;32:14,18;33:2,5,8,17,
22,25;34:2,4,8,15;35:11,14,
18,21;36:6,8,11,15,20,22,25;
37:5,7,11;38:5,8,13;39:2,6,10,
13,16,20,23;40:16,23;41:13,17,
22;42:8,14;44:3,10,14,16,20,
22;45:8,23;46:15,22,24;47:8,
16,20,25;48:4,11;49:9,13;
50:19,24;51:1,4,7,21;52:2,9,17;
53:4,10,13,17,19,21,25;54:8,19,
23,23;55:8,17;56:1,17;57:20,
23;58:13,18,22;59:6,23;60:3,9;
61:5,10,20,24;63:1,3,5,8,18,21,
23;64:2,20;65:3,9,17;66:2,10,
18,22;67:4,13,15,22,24;68:1,8,
10,15,18,23;69:1,7,16,19,25;
70:3,8;71:4,12;72:4,7,18;73:3,
9,18,21;74:1,20,24;75:5,9,14,
18,22,23;76:2,5,9,12,15,21;
77:5,8,12,14,18;80:14,17,21;
81:1,4,6,16;82:2,5,12,17,19;
83:2,5,13,15;84:4,7,10,13,16,
21,24;85:10,14,20,23;86:1,6,9,
12,15;87:6,21,23;88:2,4,14,17,
24;89:3,6,15,17,24;90:2,4,6,9,
11,14,19,21;91:3,10,16;92:6,
13,16,22,24;93:5,11,13,16;
94:17,22;95:4,13,19,25;96:15,
18,20,24;97:1,3,15;98:7,10,12,
15,18,20,22;99:5,10,12,14,17,
20,23;100:4,9,11,14,16,19,22,
24;101:7,20,23;102:1,4,23;
103:1,4,6,10,12,17,21;104:7,11,
14,17,23;105:1,5,8,13,15,17,19;
106:4,8,11,13,16,18,20,23;
107:1,4,8,14,19,22,25;108:3,5,
11,14,17,20,24;109:6,9,19;
110:9,14,17,21,24;111:1,4,7,
12;112:1,3,5,9,12;113:20;

Case 1:17-cv-00428-BLW   Document 32   Filed 09/04/19   Page 63 of 123

Dorsch v.
State of Idaho, Dept of Fish & Game

AUDIO TRANSCRIPTION

4-6-15
April 6, 2015

114:2,5,8,11,14,17,22,25;115:3,
9,23,25;116:13;117:6,11,19;
118:2,8,12,14,19,25;119:5,7,9,
9,14,17,20,24;120:3,6,9,11,14,
23;121:3,5,8,13,16,18,22;
122:4,6,9,13,16,19;123:1,9,13,
19,23,25;124:5,8,15,25;125:3,
13,18,20,23;126:3,13,16,21,24;
127:1,6,13,17,23;128:2,5,14,18,
21,25;129:6,9,13,22,25;130:3,
6,8,17,21,24;131:10,13;132:2,
4,7,10,15,20,23;133:1,3,8,10;
134:2,5,7,10,13,24;135:10,12,
14,17,19;136:2,4,15,20,24;
137:1,17,20,25;138:4,14,25;
139:4,4,7,11,14,19,22;140:1,6,
9,12,14,16,22,22;141:8,14,21;
142:2,7,9,14,17,21,23

**dove (1)**
102:5
**down (29)**
12:22;15:23;17:13;18:16,19;
19:23;25:25;26:6;32:5;36:9;
37:7;38:18;41:19;45:10;49:25;
55:8,12;56:5,13;62:24;72:6;
83:3;93:25;94:3,11;95:14;
101:13;130:11,15
**downtown (1)**
13:8
**drag (1)**
88:19
**dragging (1)**
95:16
**drain (2)**
23:25;77:9
**drama (1)**
74:1
**drilled (1)**
31:2
**drive (5)**
42:1;85:7;86:20,21;91:6
**driver (2)**
70:2;117:17
**drivers (1)**
33:18
**driving (2)**
40:7;43:22
**Drobo (7)**
41:3,4,5,5,8,12;42:6
**Drobos (1)**
41:7
**drop (2)**
8:25;9:25
**drop-dead (2)**
46:12;47:12
**drop-ins (1)**
125:25
**dropouts (4)**
3:13;12:24;96:8,9
**dropped (4)**
9:18;12:22;96:11,12
**drugs (6)**
82:9,12,18,20,20,21

**dry (3)**
43:3;62:21;114:8
**dry-labbed (1)**
88:20
**duct (1)**
11:17
**dude (22)**
18:16;37:5;42:25;61:1;
74:20;82:23;87:17;89:4;97:21,
22;98:9,12;100:8;101:20;
103:17;105:2;115:6;134:17;
135:22;137:4;139:1;142:5
**DUI (2)**
97:20,21
**Dum-dum (1)**
56:6
**dumps (1)**
32:21
**dumpy (2)**
85:20,23
**duplicate (1)**
36:1
**Durfee (1)**
141:1
**During (1)**
9:24
**duties (1)**
53:25
**duty (5)**
6:11;56:18;68:2;103:7;120:1
**dwelling (1)**
104:8
**dying (1)**
43:9

## E

**Eagle (1)**
62:6
**ear (2)**
66:4;68:3
**earlier (1)**
130:5
**Early (3)**
4:4;11:14;59:17
**earning (1)**
47:6
**easier (1)**
69:5
**Easter (4)**
9:9;10:9;80:21,22
**Easters (1)**
80:23
**easy (2)**
10:1;71:9
**eat (3)**
22:14,17;44:5
**eaten (1)**
43:9
**eating (3)**
22:23,24;37:1
**ecology (1)**
134:22

**ecosystems (1)**
72:22
**edit (2)**
102:11;142:18
**education (2)**
52:24;124:18
**EEOC (1)**
137:11
**efficient (1)**
92:1
**effort (1)**
22:20
**efforts (2)**
12:6;43:15
**eggs (1)**
120:17
**eight (9)**
7:21;55:23,23;56:1,8,9,10;
83:21;86:23
**either (27)**
11:25;17:1,9;24:8;33:12;
38:1,14,18;51:22;59:8,17;
65:15;80:8;86:6;89:13;97:13;
99:19,24;111:16;121:20;
123:16,18,19;132:23;139:15;
140:25;141:9
**electric (1)**
75:11
**electrical (1)**
27:24
**element (1)**
116:22
**elk (1)**
9:18
**else (5)**
12:14;45:22;79:12;97:24;
116:6
**em (1)**
45:3
**e-mail (5)**
33:11;46:9;61:8,9;67:19
**e-mails (2)**
72:20;92:9
**embracing (1)**
89:20
**emergency (2)**
17:24;72:15
**emphasis (1)**
111:1
**emphasize (2)**
49:2;69:11
**employed (2)**
138:6;140:25
**employee (1)**
136:16
**employees (2)**
40:3;122:8
**employment (3)**
130:14;137:10;141:4
**empty (2)**
55:20;115:20
**end (3)**
20:3;21:13;36:3;42:19;

**49:19;55:21;61:5;86:23;94:3;**
110:13,13;142:15,24
**endangered (2)**
124:19;134:19
**ended (1)**
122:22
**ENGEMANN (617)**
2:7,10,13,17,20;3:3,12,20,24;
4:3,6,8,11,14,17,20,23;5:6,14,
16,25;6:6,13,15,17,21,25;7:4,6,
10,14,19,24;8:1,4,6,9,13,16,23;
9:2,8,13,17,20,23;10:2,5,8,11,
15,21,24;11:23;12:5;13:1;
14:10,13,20,23;15:1,4,7,9,12,
15,18,23;16:6,8,11,15,20,25;
17:4,7,13,17,20;18:7,9,11,13,
15,21,25;19:4,19;20:2,6,21:11,
20,24;22:4,7,10,13;23:8,10,12,
16,23;24:3,11,14,22,25;25:2,5,
10,17,22;26:1,4,11,18,25;27:3,
7,14,17,21,24;28:2,8,12,16,21,
24;29:1,8,10,13,15,18,24;30:3,
7,10,13,19;31:8,12;32:14,18;
33:2,5,8,17,22,25;34:2,8,12,
15;35:11,14,18,21;36:6,8,11,
15,20,22,25;37:5,7,11;38:5,8,
13;39:2,6,10,13,16,20,23;
40:16,23;41:13,17,22;42:8,14;
44:3,10,14,16,20,22;45:8,23;
46:15,22,24;47:8,16,20,25;
48:4;49:9,13;50:19,24;51:1,4,7,
21;52:2,9,17;53:4,10,13,17,19,
21,25;54:8,19;55:8,17;56:1,17;
57:20,23;58:13,22,23;59:6,23;
60:3,9;61:5,10,20,24;63:1,3,5,
8,18,21,23;64:2,20;65:3,9,17;
66:2,10,18,22;67:4,13,15,22,
24;68:1,8,10,15,18,23;69:1,7,
16,19,25;70:3,8;71:4,12;72:4,7,
18;73:3,9,18,21;74:1,20,24;
75:5,9,14,18,23;76:2,5,9,12,15,
21;77:5,8,12,14;80:14,17,21;
81:1,4,6,16;82:2,5,12,17,19;
83:2,5,13,15;84:4,7,10,13,16,
21,24;85:10,14,20,23;86:1,6,9,
12,15;87:6,21,23;88:2,4,14,17,
24;89:3,6,15,17,24;90:2,4,6,9,
11,14,19,21;91:3,10,16;92:6,
13,16,22,24;93:5,11,13,16;
94:17,22;95:4,13,19,25;96:15,
18,20,24;97:1,3,15;98:7,10,12,
15,18,20,22;99:5,10,12,14,17,
20,23;100:4,9,11,14,16,19,22,
24;101:7,20,23;102:1,4,23;
103:1,4,6,10,12,17,21;104:7,11,
14,17,23;105:1,5,8,13,15,17,19;
106:4,8,11,13,16,18,20,23;
107:1,4,8,14,19,22,25;108:3,5,
11,14,17,20,24;109:6,9,19;
110:9,14,17,21,24;111:1,4,7,
12;112:1,3,5,9,12;113:20;
114:2,5,8,11,14,17,22,25;115:3,
9,23,25;116:13;117:6,11,19;

Case 1:17-cv-00428-BLW   Document 32   Filed 09/04/19   Page 64 of 123

Dorsch v.
State of Idaho, Dept of Fish & Game

AUDIO TRANSCRIPTION

4-6-15
April 6, 2015

118:2,8,12,14,19,25;119:5,7,9,
9,14,17,20,24;120:3,6,9,11,14,
23;121:3,5,8,13,16,18,22;
122:4,6,9,13,16,19;123:1,9,13,
19,23,25;124:5,8,15,25;125:3,
13,18,20,23;126:3,13,16,21,24;
127:1,6,13,17,23;128:2,5,14,18,
21,25;129:6,9,13,22,25;130:3,
6,8,17,21,24;131:10,13;132:2,
4,7,10,15,20,23;133:1,3,8,10;
134:2,5,7,10,13,24;135:10,12,
14,17,19;136:2,4,15,20,24;
137:1,17,20,25;138:4,14,25;
139:4,5,7,11,14,19,22;140:1,6,
9,12,14,16,22,23;141:14,21;
142:2,7,9,14,17,21,23

**Engemann-endorsed (1)**
42:4

**enjoy (8)**
123:13;125:6,7,11,14,21;
126:7;130:22

**enjoyed (3)**
49:22;95:13;123:7

**enough (17)**
23:20;32:10,12;39:3;48:20;
49:3,6;51:12,12;69:12;73:10;
96:1;98:16;100:1;116:8,8,9

**enter (2)**
91:20;92:7

**entered (1)**
90:22

**entertainment (2)**
6:2;73:21

**entire (1)**
55:16

**entitle (1)**
45:1

**entries (1)**
73:24

**entry-level (1)**
109:7

**Equal (1)**
137:10

**equipment (1)**
97:23

**erased (1)**
4:24

**established (1)**
40:6

**European (1)**
77:1

**even (30)**
6:3;15:8;20:10;36:2;58:11;
63:15,20,23;67:6;71:12;78:20;
79:7;80:4;81:4,6;82:20;85:14,
20;86:4,19;89:20;96:12;97:17;
100:25;101:12;107:10;118:15;
124:5;128:23;137:9

**eventually (1)**
117:3

**everybody (6)**
6:25;8:15;9:8;38:22;89:18;
131:13

**Everyone (5)**
42:18;44:3;75:16;78:8;125:7

**Everyone's (1)**
42:18

**Evette (5)**
139:14,16,17,25;141:1

**Ew (1)**
77:5

**Exactly (3)**
104:14;105:17;134:7

**examine (1)**
18:2

**example (1)**
120:17

**excavation (2)**
72:10,25

**Excellent (1)**
132:10

**except (1)**
16:13

**exception (1)**
51:15

**excited (1)**
94:23

**excitement (1)**
74:1

**excuse (1)**
61:14

**exercise (1)**
99:1

**exhaust (2)**
77:9,10

**existing (5)**
38:20;47:5;62:4;115:14,15

**exit (4)**
85:3;86:13,13;88:8

**expect (2)**
43:19,25

**expected (3)**
116:6;126:18;127:10

**experience (6)**
17:4;75:15;127:19;136:10,
17;141:19

**experiences (1)**
126:6

**expert (1)**
95:6

**explains (1)**
75:17

**extend (1)**
37:3

**extensive (1)**
136:17

**extent (1)**
55:19

**extinguishers (3)**
27:18;30:4;63:24

**extra (2)**
7:22;29:7

**eye (3)**
13:10;29:4;124:3

**eyes (2)**
20:14;100:25

**F**

**facilities (1)**
120:18

**facility (1)**
124:6

**fact (7)**
51:23;88:5;89:17;115:19;
118:23;135:1;136:6

**fad (1)**
9:24

**failure (1)**
84:25

**faith (1)**
105:22

**fall (1)**
120:16

**fallen (1)**
49:16

**falling (1)**
34:20

**Falls (3)**
9:15;21:23;84:18

**far (15)**
2:25;20:18;21:8;25:7;28:13;
35:2;45:10;54:10;61:15;69:5;
96:5;103:14;109:19,24;121:17

**farm (1)**
136:11

**fast (1)**
91:9

**faster (2)**
19:7;31:20

**fastest (1)**
63:9

**fat (1)**
44:25

**favorite (2)**
55:24;56:9

**February (3)**
59:22,24;133:24

**feces (1)**
13:20

**fed (5)**
13:11;31:17;95:21;96:5;
142:12

**feed (36)**
2:20,22;11:3,15,19,25;12:15,
22;13:9,14,15,18;14:3,4,24;
15:13,21,25;21:6;24:17,17;
27:16;35:2;41:20;52:9,22;
87:12;88:11;95:11;96:1,11;
109:25;110:2,11;127:23,24

**feeders (2)**
113:24;114:2

**feeding (9)**
11:14;13:11,13,18;31:19;
109:12;110:7;111:25;113:7

**feed's (1)**
87:3

**feed-trained (1)**
11:3

**feel (5)**
22:13,18;62:24;75:18;136:8

**feet (2)**
35:7;112:13

**felonies (1)**
97:18

**felt (1)**
74:15

**fence (1)**
80:7

**few (6)**
20:9;36:1;53:9;96:4;128:9;
134:25

**fiberglass (1)**
26:12

**field (3)**
87:18;107:11;116:25

**fifties (2)**
101:7,8

**figure (6)**
24:6;52:4;53:11;56:14;61:4;
93:15

**figured (6)**
5:2;11:8;23:18;28:9;44:17;
45:11

**file (3)**
42:11;63:14;137:10

**fill (10)**
53:9,12,24;63:11;67:5;68:14;
74:22;75:6;81:22;82:15

**filled (3)**
78:23;131:21,22

**FILLOON (453)**
4:5,7,10,13,15,19,22;5:5,15,
17,20,24;6:8;7:3,5,9,12;8:11,
14,21,24;10:13,20;14:9,11;
15:3,5,8,10,21;17:19;18:5,8,10,
12,14,20,23;19:3,17;20:1,5;
21:10,19,22;22:2,5,8,11;23:14,
17,20,24;24:5,10,18;25:11,14,
20,24;26:2,15,19;27:12;28:6,
19;29:16;30:11,14,17;31:11,
24;32:12,17,25;33:3,7,16,20,
24;34:1,3,6,11,13,16,22,25;
35:2,5,7;38:4,10,24;39:3,8,12,
14,19,21;40:14,19,25;41:2,11;
44:9,13,15;45:7,9,13,17,19;
47:7,19,23;48:1,5,7,11,13,18,
20,23;49:2,6,9,10;52:6,16;53:7,
11,16,18,20,22;54:1,5,9,13,16;
55:3,15;56:24;57:2,5,7,10,13,
16,19,21;58:11,17,20;59:21;
60:1,4,7,12,15,18,21,23;61:3,8;
63:2,4,7,10;64:6,8,10,15,17,21;
65:1,4,6,15,19,23;66:3,6,9,11,
16,19;67:14,21,23,25;68:6,9,
11,20,24;69:6,11,15,17,23;
70:1,4,14,19,25;71:14,18,21,
24;72:5;74:2,5,7,11,18,21;75:1,
6,12,20;76:1,3,7,11,13,19;77:1,
6,10,13,16,21,24;78:3,11,18,22;
79:2,9,13,17,20,24;80:1,6,12,
15,19,24;81:2,5,14,22;82:1,4,

Case 1:17-cv-00428-BLW   Document 32   Filed 09/04/19   Page 65 of 123

Dorsch v.
State of Idaho, Dept of Fish & Game

AUDIO TRANSCRIPTION

4-6-15
April 6, 2015

10,15,18,24;83:1,14,17,21;
84:1;87:20,22;88:1,3,13,16;
89:2,5,13,16,23,25;90:3,5,8,10,
12,17,20;91:1,8,14;92:5,11,14,
21,23;93:4,9,12,14,17,20;
94:20;95:3,11,18,23;96:13,16,
19,22,25;97:2,13;98:6,8,11,13,
16,19,21;99:3,8,11,13,15,18,22;
100:3,7,10,12,15,17,20,23;
101:5,18,21,24;102:2,20,24;
103:3,5,8,11,16,19;104:5,9,12,
15,21,24;105:3,7,11,14,16,18;
106:3,6,9,12,14,17,19,21,24;
107:2,6,13,16,20,23;108:1,4,10,
12,16,19,22;109:3,7,15;110:20;
111:9,13,15,19,22;112:15,18,
21,24;113:2,4,7,10,12,15,18,22,
24;114:1,24;115:1,8,21,24;
116:11;117:4,12,16;118:1,5,10,
13,18,24;131:3,20,25;132:8;
133:6,9,25;134:3,6,8,11,21;
135:8,11,13,15,18;136:1,14,18,
22,25;137:15,18,24;138:2;
140:15;141:9,12,20;142:6,13,
16,20,22

**F-I-L-L-O-O-N (1)**
94:7
**filter (5)**
27:11;35:14,25;114:18;
136:12
**filters (1)**
33:3
**Final (3)**
32:2;42:5,5
**finalized (1)**
116:12
**finally (2)**
101:10;138:11
**find (11)**
11:7,18;21:18;41:9,12;78:13;
86:4;108:6;112:6;129:5;133:16
**fine (9)**
5:7;15:7;18:17;33:9;61:6;
71:23;103:24;104:25;106:4
**fingers (1)**
3:5
**finished (2)**
45:4;81:9
**finishing (1)**
133:14
**Fire (1)**
27:17
**first (10)**
5:8;11:24;48:23;59:7,7;70:2;
76:14;120:24;134:17;142:11
**fish (61)**
10:17;11:14,14;12:19;13:3,
11;15:21;16:4;18:22;19:8,13,
15,21,24;20:12,14,19,20,21;
21:6;22:3,13,15;35:3;36:5,9,
17;37:13,14,15;46:6;48:24;
49:23;50:14;51:7,11;55:11,19;
56:1,8;59:9;69:2,3;79:12;87:2;

88:17;95:14,21;96:10;109:11,
12;112:18;119:10;124:15;
127:14,25;128:7,16;139:5;
140:23;141:5
**fisheries (1)**
46:4
**Fish-hauling (1)**
31:22
**fish's (2)**
22:19,19
**fit (1)**
108:6
**fits (2)**
137:21,21
**five (5)**
3:25;71:5;88:14;102:12;
127:24
**fix (1)**
37:12
**flakes (1)**
93:25
**flew (1)**
77:7
**flight (1)**
84:12
**flights (2)**
84:18,20
**floor (1)**
52:23
**flu (1)**
8:20
**flush (1)**
8:18
**flushed (1)**
22:5
**fly (1)**
84:17
**folder (5)**
41:15,15;44:8;65:18;108:18
**folks (4)**
17:25;117:8;124:11;139:16
**following (2)**
47:1;97:5
**food (1)**
95:23
**foot (3)**
64:22;85:16;138:15
**force (1)**
43:22
**Foreman (1)**
138:5
**foremen (1)**
141:2
**forever (1)**
129:3
**forget (4)**
5:17,20;101:4;117:16
**forgot (3)**
14:6;117:17;122:2
**form (3)**
44:8;82:16;91:5
**formal (1)**
102:2

**formalin (1)**
29:5
**formality (1)**
88:7
**forms (4)**
53:9,12;61:4;67:19
**formulas (1)**
41:22
**found (3)**
11:18;97:4;121:24
**four (14)**
23:24;25:3;30:22,23;48:4,13;
52:25;54:6;55:12;58:15;70:22;
86:22;99:7;127:24
**four-off (2)**
46:25;120:4
**fourth (1)**
36:9
**four-wheel (1)**
85:7
**frame (1)**
5:9
**free (2)**
6:2;73:21
**freeway (1)**
86:8
**fresh (1)**
125:22
**freshwater (1)**
14:14
**Friday (4)**
45:20;48:5;64:4;89:7
**friend (1)**
103:20
**Friends (1)**
44:12
**front (2)**
14:24;40:22
**fry (2)**
11:1;95:20
**fucking (1)**
78:9
**full (5)**
22:17;29:4;30:11,12;55:15
**full-time (3)**
69:8,8;130:14
**fun (14)**
2:4;9:9;10:6;17:5;70:3;74:7;
79:9,9,9,10,10;86:16,17
**function (1)**
115:14
**funeral (1)**
101:12
**fungal (1)**
12:17
**fungus (2)**
11:12;50:1
**fungused (1)**
17:9
**funny (1)**
104:18
**future (1)**
130:22

---

# G

**gal (1)**
132:6
**gallon (2)**
32:15;86:24
**gallons (1)**
134:8
**game (8)**
44:4;109:23;119:10;124:15;
128:7,16;139:5;140:23
**games (2)**
80:19,20
**garage (2)**
34:18;81:8
**Garrett (87)**
96:14,16;117:2;118:19,25;
119:6,8,12,16,19,23;120:2,5,8,
10,12,22;121:2,4,7,10,15,17,21;
122:1,5,7,10,14,17,20;123:2,11,
18,20,24;124:4,7,14,22;125:1,
9,14,19,21;126:2,8,14,17,22,25;
127:2,7,16,21;128:1,4,10,15,19,
22;129:1,8,11,20,23;130:1,4,7,
16,20,23;131:7,11,18,23;132:3,
5,9,14,19,22,25;133:2;139:12;
140:24;141:3
**Gary (1)**
40:7
**gate (1)**
120:25
**gathered (1)**
135:3
**gave (1)**
88:3
**gear (1)**
40:17
**Gee (1)**
9:11
**gel (1)**
26:8,12
**Gene (1)**
18:1
**general (1)**
129:7
**generalist (1)**
130:11
**generator (3)**
77:2;81:18;87:18
**generators (1)**
76:24
**geographically (1)**
124:8
**gets (1)**
35:10
**gig (1)**
30:20
**gill (1)**
20:2
**gills (1)**
56:4
**girl (2)**

Dorsch v.
State of Idaho, Dept of Fish & Game

Case 1:17-cv-00428-BLW   Document 32   Filed 09/04/19   Page 66 of 123

AUDIO TRANSCRIPTION

4-6-15
April 6, 2015

67:16;106:15
**given (1)**
104:22
**gives (1)**
71:15
**giving (1)**
132:20
**Glacier (1)**
59:5
**glad (2)**
80:9,11
**glance (1)**
8:10
**go-ahead (1)**
24:7
**goal (1)**
46:24
**goals (2)**
107:21;128:6
**God (1)**
102:9
**goes (3)**
11:16;32:14;42:6
**Gonzales (2)**
139:14;141:1
**good (87)**
2:25;5:13;7:16,16,18;9:9;
10:7,9,10,15;12:5;13:2;16:17;
18:22;22:20;27:7;29:2,15;
38:15,21,22;43:13;45:7,23,25;
46:3,5;53:1;56:4;65:12;71:15;
72:5,13;73:11;74:4;75:19;
81:21;83:6;88:10;89:21,21;
90:2;91:6;93:2;94:19;95:2;
96:21;97:5,15;98:13,14;99:1,
15,20,23;101:23;103:11;
106:13;107:4;110:1,17;114:23;
116:9;118:16;119:12,14,17,20;
120:3;122:11;123:15,18,19,22;
125:3,24;126:19;130:13;131:4;
132:10,14;133:2,11,12;136:23;
139:6,7
**gosh (1)**
5:14
**Gotcha (2)**
118:14,14
**Grab (3)**
24:11;27:5;49:23
**grams (2)**
32:15;88:18
**Grand (1)**
84:14
**grandparent (1)**
98:3
**granules (1)**
96:4
**great (3)**
84:8;110:14;140:12
**greatly (1)**
74:13
**green (4)**
17:24;40:10;62:19;85:5
**grinding (1)**

3:5
**groove (1)**
5:9
**ground (1)**
130:13
**grounds (4)**
119:18;127:18,19;130:25
**group (1)**
123:6
**groups (1)**
126:1
**grown (2)**
55:19;87:8
**guard (1)**
98:14
**guess (9)**
4:24;7:21;32:4;77:23;90:15;
93:1;102:24;125:4;131:19
**gulp (2)**
11:14;62:23
**gut (5)**
11:18;12:18;13:19;21:11;
50:1
**guts (4)**
2:23;21:14,15;22:6
**guy (12)**
38:2;39:8,10,14;52:25;58:21;
97:13;98:14;115:4;117:20;
134:20;141:17
**guys (31)**
3:14;7:1;9:10;14:6,7;21:24;
23:17;24:6,15;25:7;31:21;
33:11,23;34:17;41:2,13;45:8;
47:11;50:24;51:15;52:4;60:12;
69:5;75:3;86:25;94:14;110:6;
123:6,22,22;131:24
**guys' (1)**
128:12
**guy's (1)**
104:8

# H

**Hah (1)**
8:6
**half (5)**
43:18;70:4;77:22;114:12;
115:22
**halfway (1)**
129:5
**hammering (1)**
26:21
**hand (3)**
32:21;43:25;97:15
**hand-count (1)**
12:2
**handful (1)**
102:17
**handle (8)**
29:4;38:25;48:11,14;90:9;
96:21;97:25;127:23
**handled (1)**
89:19

**hands (1)**
98:5
**handy (1)**
91:20
**hang (1)**
56:18
**hanging (1)**
13:20
**happen (2)**
6:20;26:7
**happened (5)**
4:3;58:3;78:13;84:24;116:19
**happening (1)**
59:25
**happens (4)**
42:14,16;91:25;135:5
**happy (4)**
49:25;73:18,20;89:21
**hard (5)**
13:23;42:1;56:1,6;64:17;
69:20;80:13;91:5;97:12;
101:16;125:14,15;126:14
**harder (2)**
95:16;112:7
**hardly (2)**
81:4,6
**hatcheries (2)**
38:21;128:11
**hatchery (8)**
42:15,16;101:21;107:9;
119:10;134:18;136:17;141:5
**hate (5)**
29:2;96:10;101:7,8,8
**haul (4)**
16:21;20:23;49:20;67:18
**head (4)**
72:11;121:6;142:19,21
**headquarters (1)**
117:8
**heads (1)**
57:3
**heads-up (2)**
104:9,21
**health (1)**
66:7
**hear (1)**
89:9
**heard (5)**
8:17,17;17:23;22:19;50:6
**heated (1)**
81:7
**heavily (2)**
19:22;49:16
**heavy (3)**
55:18;106:22;120:25
**heck (1)**
100:8
**hell (4)**
12:18;46:2;78:18;136:16
**Hello (4)**
110:4;117:12;119:6,7
**Help (6)**
10:18;47:5;49:6,7;58:24;

120:17
**helps (5)**
21:3;58:13,13;83:7,7
**hemorrhaging (2)**
13:19,22
**herbicide (1)**
44:7
**Here's (4)**
2:10;7:21;78:24;118:20
**Hershey's (1)**
56:3
**hesitant (1)**
96:22
**Hey (19)**
5:12;6:5;9:5,6;50:14,14;
67:19;77:16;93:20,22;104:9;
110:5;119:14;133:1;135:15;
139:8;140:9,12;142:3
**Hi (4)**
117:12;119:9;139:4;140:22
**high (2)**
12:1;25:19
**high-profile (1)**
124:9
**hike (1)**
9:12
**himself (1)**
91:15
**hire (10)**
19:13;38:22;39:4;62:9;
115:7;131:14;133:21;135:22;
137:2,22
**hired (6)**
38:24;56:14;76:16;131:15,
15;137:8
**histopath (2)**
11:10,11
**hit (4)**
14:15;17:10;40:8;43:7;45:3;
77:16,17
**Hold (2)**
40:9;43:2
**holidays (1)**
60:9
**Holy (3)**
4:22;7:20;49:13
**home (8)**
20:15,15;22:16;43:8;44:5;
84:5;85:11;95:6
**honest (3)**
79:8;95:5;97:19
**honestly (6)**
18:16;34:22;55:13;72:7;
92:25;116:18
**hook (1)**
32:8
**hope (3)**
33:20;78:8;108:8
**hoped (1)**
10:24
**hopefully (1)**
132:12
**hoping (1)**

46:19
**horn-hunt (1)**
  9:20
**hot (1)**
  43:3
**hotel (3)**
  85:18,21,23
**hour (9)**
  52:18,20,21;60:23;61:1;70:4;
  85:11;114:12;141:11
**hours (15)**
  19:18;31:4;58:15;65:25;
  69:9;71:2,5,9;72:1;122:22;
  126:9,11,12,19;127:4
**house (7)**
  2:3;44:5;56:19;73:14;75:25;
  76:22;83:25
**housing (1)**
  105:12
**housings (2)**
  76:25;81:19
**How's (2)**
  5:15;9:7
**huh (4)**
  6:9;63:3;99:12;101:3
**Huh-uh (1)**
  36:20
**Hum (1)**
  59:24
**hundred (1)**
  25:15
**hundreds (2)**
  13:3;20:21
**hungry (1)**
  62:11
**Hup (2)**
  9:11;18:13
**hurt (2)**
  100:15;106:25

## I

**I-9 (1)**
  67:22
**ice (1)**
  85:10
**ID (1)**
  21:16
**Idaho (8)**
  9:15;80:18;84:17;85:12;
  131:25;132:1;134:25;140:23
**idea (3)**
  29:2;38:17;126:25
**ideal (2)**
  133:12,13
**identify (1)**
  124:10
**ill (1)**
  4:12
**illegal (7)**
  82:6,12,13,20,20;83:2,4
**imagine (1)**
  12:3

**importance (1)**
  51:23
**important (1)**
  49:21
**inadvertently (1)**
  118:17
**inappropriate (1)**
  78:7
**incognito (1)**
  78:14
**Increase (1)**
  44:10
**increased (2)**
  12:24;79:13
**incurred (2)**
  137:2,3
**indeed (1)**
  21:8
**individual (2)**
  20:20;51:11
**individually (1)**
  26:23
**inertia (1)**
  103:14
**infestation (1)**
  43:7
**inflate (1)**
  11:15
**influx (1)**
  115:18
**information (1)**
  135:23
**Ingredients (5)**
  123:4;139:18,24;140:2;
  141:15
**inhale (1)**
  33:8
**initial (1)**
  14:16
**initialed (2)**
  27:18;28:4
**initials (1)**
  14:8
**input (1)**
  18:11
**inquire (1)**
  115:13
**inside (14)**
  23:25;24:1,4,16;35:19,20,22;
  76:25;110:7,12;111:17;113:4;
  114:3;123:8
**inspection (2)**
  16:3;21:12
**install (2)**
  16:16;37:19
**Instead (1)**
  4:25
**instructions (1)**
  118:15
**insurance (4)**
  66:7,14;75:2,4
**intend (1)**
  35:22

**intended (1)**
  22:15
**interest (3)**
  98:17;102:22;136:7
**interested (6)**
  107:24;119:15;128:7;130:10,
  13;132:15
**interesting (1)**
  128:13
**interests (1)**
  129:2
**interface (1)**
  124:1
**interfere (2)**
  4:18;6:11
**interior (1)**
  81:18
**intern (1)**
  97:4
**interview (4)**
  96:21;102:3;117:20;135:4
**into (8)**
  8:1,11;11:17;20:15;37:13;
  45:2;55:11;78:3;81:14;84:17;
  86:4;95:19;98:5;100:17;102:5;
  111:5;116:7;124:23
**intranet (1)**
  37:17
**investment (1)**
  43:18
**invoice (4)**
  90:1,14;91:11,24
**invoices (2)**
  91:7;93:23
**irrigation (3)**
  39:22;127:19;141:19
**I's (1)**
  132:17
**issue (6)**
  13:24;34:23;35:23;100:2;
  103:13;133:7
**issues (4)**
  13:16,19;124:16;127:15
**ISU (1)**
  134:23
**items (1)**
  27:1

## J

**JACOB (67)**
  2:1,4,15,19;3:1,10,19,23;
  4:14;7:23;9:5,7;14:19,22,25;
  15:13,17;16:4,7,10,12,19,24;
  17:3,6,12,16;23:4,7,9,11,15,19;
  24:1;30:8;35:16,19;36:5,7,10,
  12,18,21,24;37:2,6,10;39:18;
  48:19;49:1,4,8;50:25;51:1,3;
  55:25;60:24;67:5;79:18,20;
  100:18;109:16;110:6,7,15;
  111:9,22
**Jacob's (1)**
  100:24

**Jamie (1)**
  61:14
**January (1)**
  91:23
**Jesus (1)**
  9:10
**job (21)**
  49:10;73:19;78:9;79:21;
  82:10;106:2;109:4;117:25;
  118:6,13,22;120:15;122:18;
  125:4,6;131:21,23,23;137:4,6,7
**jobs (6)**
  121:23,25;122:1;126:5,10;
  130:5
**Joe (1)**
  43:6
**John (1)**
  38:3
**joke (1)**
  95:9
**jokes (1)**
  33:10
**jump (1)**
  50:13
**jumping (2)**
  20:8,17
**juncture (3)**
  42:6;54:20;109:20
**June (13)**
  46:4,5;54:14;55:10,10;58:23;
  59:7,8,17;68:11;70:19,21;
  71:19
**justify (1)**
  40:4

## K

**keep (17)**
  9:1;13:10;20:13;26:16,23,23;
  31:15,16;40:19;43:4;47:5;
  48:25;54:2;70:8;93:6,6,7
**keeps (1)**
  71:6
**key (1)**
  127:14
**kick (2)**
  111:22;113:18
**kicked (1)**
  87:3
**kid (3)**
  92:25;115:3;129:3
**kidding (2)**
  6:14,16
**killed (1)**
  12:18
**killing (1)**
  11:21
**kind (48)**
  2:24;7:2;9:9;10:24;17:13;
  22:23;26:14;29:25;30:24;34:8,
  11,13;37:17;43:7;46:1;49:21,
  25;50:3,10;58:21;66:3;76:10,
  14;79:24;81:19;90:15;93:18;

Dorsch v.
State of Idaho, Dept of Fish & Game

**AUDIO TRANSCRIPTION**

4-6-15
April 6, 2015

97:11,18;109:23;114:14;120:4,
14,21;122:23;123:6,16;124:2,
24;126:17;129:1,16,16;130:5,
10;131:8,8;133:15
**kinds (5)**
27:1;82:22;125:6;127:15;
128:7
**knew (2)**
3:14;79:22
**Knock (2)**
3:2;50:2
**knowledge (1)**
36:16
**knows (4)**
16:2;68:23;136:9,9

## L

**Lab (2)**
11:10,11
**Labor (1)**
132:1
**lacking (1)**
73:25
**lady (1)**
103:19
**laggers (1)**
13:12
**laid (1)**
123:7
**Lake (6)**
22:15;50:15;84:15,19;85:1,
12
**Lane (2)**
91:14;93:20
**lard (1)**
83:3
**large (1)**
115:17
**larger (1)**
127:25
**last (24)**
2:21;16:3;22:19;25:11;27:3;
28:6;39:11;42:25;44:25;46:5;
48:24;57:25;59:8;69:17;77:22;
83:24;86:18;88:12;94:7;96:9;
100:24;101:10;122:1;131:6
**late (2)**
28:19;109:23
**later (1)**
132:21
**lath (1)**
16:22
**laugh (1)**
33:10
**law (1)**
98:5
**laying (1)**
52:23
**LDS (1)**
96:23
**leaders (1)**
13:13

**Leah (133)**
2:7;4:20;5:1,13,19,22;7:11,
13,15,18;8:5;9:5,6,14;10:23;
12:25;13:20;16:2:25:15,18;
27:6;28:7;30:20;45:10,12,16,
18;49:17;53:2,8,15;54:4,12,15,
17;60:2,6,14,15,17;61:1;62:11,
14,16,21;63:13;64:7,9,13,16,
19,24;65:2,5,8,22;66:1,5,8,15,
21;67:3,11;68:5,13,16,21;
69:10,13;70:6,18,24;71:3,11,
17,20,23;72:17;73:2,8,17,20,
24;74:4,6,9,14;75:3,8,17,21;
77:20,23,25;78:5,17,20,25;
79:6,11,15,19,22,25;80:5,9,10,
16;81:25;82:11,25;83:4,19,23;
84:3,6,8,11,14,17,22;85:9,13,
19,22,25;86:3,7,10,14;87:5;
110:8,11
**Leah's (3)**
5:8;7:2;8:4
**leak (1)**
79:18
**learned (3)**
69:19,20;133:18
**Learning (2)**
44:12;69:9
**least (14)**
10:9;13:16;17:4;27:22;55:9;
56:18;58:2;59:18;75:16;92:3;
93:17;98:14;116:4;137:22
**leave (5)**
3:3;35:20;59:16,20,21
**leaves (1)**
136:18
**leaving (5)**
45:20;68:19,22;79:18;116:23
**left (4)**
15:16,19;62:7,16
**leg (2)**
86:18;136:7
**legal (2)**
82:23,24
**lesson (1)**
133:18
**liberation (1)**
20:12
**licensed (1)**
82:7
**lie (1)**
141:11
**life (3)**
75:2,4;126:15
**lift (3)**
106:10;121:5;129:4
**lifting (2)**
100:8;120:25
**light (3)**
17:24;23:3;40:10
**lights (1)**
90:25
**liked (2)**
67:16;121:24

**likes (3)**
125:8;135:2,2
**limp (1)**
70:13
**line (5)**
24:8;106:4;116:3;130:15;
135:6
**linear (1)**
55:17
**line-item (1)**
67:9
**lines (2)**
10:4;118:21
**list (20)**
17:8;18:7;19:11;23:5;26:16;
27:1,9;32:3;38:20;42:22;45:24;
48:21;49:5;51:17,25;52:7,13;
63:23;69:13;92:18
**literally (3)**
55:22;78:6;89:11
**litigation (1)**
137:3
**little (41)**
2:22;3:14;6:3;13:3,6,15;
15:19;16:20;19:7,10,23;20:19,
25;22:25,25;24:23;28:19;
32:14;36:12;50:7,8,9,10;56:4;
60:6;61:20;62:21;68:3;77:4;
78:11;83:7,7;96:22;103:9;
106:14;115:8;119:22;122:23;
130:7;133:21;136:12
**live (4)**
22:3;108:25;121:9,12
**lives (5)**
39:9;73:22;96:19;108:22,22
**living (1)**
133:14
**local (1)**
141:6
**locations (1)**
63:24
**long (11)**
29:15;32:15;33:23;43:5;
49:20;61:11;62:17;77:8;117:1,
9;121:1
**longer (6)**
20:25;50:16;59:3;60:4;
112:7,10
**long-term (3)**
37:12;107:20;128:6
**look (23)**
2:13;11:24;12:12;19:12;
23:6,6;52:11,12;53:22;76:23;
77:13;81:17;83:24;88:15;
90:14,24;92:9,11;96:2;102:13;
104:4;114:17;125:5
**looked (3)**
18:22;76:25;104:7
**looking (14)**
3:6;13:2;20:19;29:24;43:16;
54:14,22;82:17;108:2;116:22;
129:13;131:17;140:25;142:2
**looks (6)**

21:20;45:5;88:10;103:11;
127:18;129:7
**loose (2)**
20:22;78:19
**lose (2)**
7:21;100:18
**losing (1)**
10:17
**losses (2)**
12:1;37:14
**lost (2)**
10:25;83:6
**lot (48)**
7:1;12:19;20:7,8,8,16;21:3;
25:2;31:4;36:25;39:21;48:21;
49:25;51:5;52:5,5,6;55:17;
57:16;58:3;61:12;69:19,20;
70:6;72:9,9;75:17,21;100:8;
105:8,19;106:21,25;107:8;
109:10;111:4;112:6;120:25;
122:7,20;123:8,20;124:1;
127:18,19;130:4;136:9,10
**Lots (3)**
20:12;128:2,3
**love (3)**
67:16;75:19;98:24
**loved (1)**
101:9
**low (1)**
9:25
**lube (1)**
52:21
**lucky (1)**
85:6
**lying (1)**
128:3

## M

**ma'am (1)**
139:7
**machine (4)**
37:20;42:10,10,11
**mad (1)**
29:3
**main (1)**
63:10
**maintenance (1)**
128:24
**major (1)**
129:14
**makes (10)**
3:7,15;12:24;20:21;31:6;
32:20;56:20;81:10;85:12;87:12
**making (2)**
8:4;32:2
**mama (1)**
74:8
**Man (10)**
3:25;4:21;5:16;82:22;
100:25;107:15;119:14;125:12;
132:24;135:22
**managed (1)**

Case 1:17-cv-00428-BLW   Document 32   Filed 09/04/19   Page 69 of 123

Dorsch v.
State of Idaho, Dept of Fish & Game

AUDIO TRANSCRIPTION

4-6-15
April 6, 2015

129:17
**manager (3)**
45:1;119:18;141:9
**mandatory (1)**
103:3
**many (10)**
7:7;33:21;62:18;65:24;
80:19;82:17;85:1;110:3;126:9;
133:19
**Mark (4)**
17:22;46:6;72:12;103:17
**marked (1)**
69:2
**marking (1)**
59:9
**Mary (5)**
97:14,15;98:3;106:9;108:22
**Mary's (1)**
98:2
**masked (2)**
4:21;5:16
**masks (1)**
33:1
**mat (3)**
14:23;15:2,13
**math (4)**
32:16;129:20;133:11;134:1
**mats (3)**
14:5,21;15:11
**matter (2)**
93:1;105:22
**may (32)**
12:14;28:4,6,8;33:16;38:16,
19;43:14;46:3;47:3;54:17;
58:24;59:2;65:9;68:14,18;69:3;
70:15,16;71:15;72:8;80:3,4,6,
6;88:19;100:2;106:7;117:23,
24;118:2,2
**maybe (22)**
5:6;18:19;19:16;25:1,21;
28:21;31:21;39:19;46:7;57:7;
64:3;68:23;78:12,12;88:25;
103:8,21;128:12,16;130:21;
133:23;136:22
**Mays (2)**
68:12,13
**McCall (1)**
94:25
**McGaw (1)**
18:1
**McMillen (2)**
18:1;115:12
**MD's (1)**
81:11
**mean (90)**
4:11;5:11;6:1,2;10:15,17;
15:20;16:8;26:11;28:9;29:5;
35:22;37:12;39:24;40:25;
45:14,24;46:2;47:2,20;49:13,
14;50:1,3,10;51:9;56:5,22;
58:15;61:7;64:2,16;68:14;69:1,
2,4;76:17;89:14,17;90:22;
91:12,18;92:3,24;96:1;97:24;

98:23;99:8;100:6;103:25;
104:2,3,20;106:14;107:5,23;
108:7;109:10,14,20,21;111:7;
122:10;123:14,18;124:10,22;
125:15;126:14,17;128:6,8,10;
129:1,3,21;130:1;131:8;
133:11,12,12,20;134:15,15;
136:16;137:20,21;141:17;
142:12,18
**means (4)**
50:8;54:5;92:4,25
**meant (2)**
36:12;37:2
**medium (1)**
89:21
**meet (2)**
76:22;94:17
**meeting (5)**
8:12;40:1;61:11;88:18;122:8
**meetings (1)**
107:11
**meisters (1)**
140:17
**melting (3)**
25:16,22,23
**mention (1)**
136:19
**mentioned (1)**
124:10
**menu (2)**
139:2;140:19
**mess (1)**
93:7
**message (2)**
62:7;136:10
**messes (1)**
81:3
**messing (1)**
41:23
**method (1)**
32:22
**Michael (6)**
97:21;136:8,8,9,13,15
**Michigan (2)**
84:4,8
**Mid (1)**
39:19
**middle (1)**
101:16
**mid-month (1)**
40:12
**might (22)**
3:7;11:19;16:15;19:6,6;20:9;
33:23;34:25;37:21;50:22;
53:14;60:23;61:5;62:22;65:12;
88:25;91:3;92:18;105:3;
117:23;136:7,16
**Mike (1)**
97:21
**Mike's (1)**
45:5
**miles (2)**
85:11;86:24

**milestones (1)**
50:1
**million (1)**
43:18
**mind (6)**
41:13;52:4;61:6;126:18;
137:16,18
**mine (3)**
28:5;44:23;93:8
**minute (2)**
54:25;91:10
**minutes (4)**
3:25;61:4;102:12;111:10
**miscellaneous (1)**
48:21
**misdemeanors (1)**
97:16
**miserable (1)**
85:13
**miss (3)**
56:22;79:12;92:19
**missed (1)**
79:4
**missing (1)**
74:17
**Mitchell (1)**
61:14
**moly (1)**
4:22
**mom (1)**
45:19
**moment (6)**
50:3;52:7;61:25;73:13;
89:19;129:12
**Monday (9)**
9:4,11;18:13;55:4;64:10;
70:16;71:16;95:10;118:2
**money (2)**
66:23,24
**month (19)**
20:12;39:25;40:13;43:16;
45:23;46:3,5;52:8;54:12;58:3;
68:4,19;77:22;92:8;99:25;
100:1,6;115:21,22
**monthly (3)**
116:7,9,11
**months (6)**
47:12;57:24;71:5;72:2,3;
122:24
**months' (1)**
46:11
**moot (1)**
90:15
**more (41)**
7:8,22;12:21;13:4;20:7,8,8,
16;21:3,5,23:6;27:6;30:21;
35:7;37:16;38:25;39:18;43:23,
23,23,24;47:6;50:13;56:5;58:3,
5,20;66:13;67:7;72:1,1;78:14;
80:21;84:20;87:7;89:10;96:8;
102:2;118:17;123:8;137:12
**morning (14)**
2:8;5:13;6:22;8:9;9:4;18:13;

39:17;44:21,22;52:21;61:11;
62:20;78:1;81:8
**mort (1)**
113:13
**Mortality (5)**
12:22,22;50:7,8;51:6
**mortally (1)**
22:14
**morts (1)**
96:3
**most (11)**
3:21;7:1;13:21;16:12;26:20;
37:15;52:15;92:1;95:7;121:23;
123:12
**mostly (2)**
45:5;83:19
**Motel (1)**
85:17
**motion (1)**
135:21
**mount (1)**
106:22
**move (5)**
8:11;31:12;55:18;56:2;60:5
**moved (3)**
31:20;40:22;111:4
**moves (1)**
39:5
**moving (1)**
37:7
**Moxie (2)**
43:5,6
**much (33)**
2:4;15:16;17:5;19:8,9,10,19,
20;22:20;28:24;29:1;30:20,21;
47:5;51:13;55:13,20;58:1;79:1;
83:7;86:22;87:1,6,8;89:12;
93:22;101:12;102:5;116:6;
120:18;126:15;127:4;134:6
**mud (2)**
21:11;29:4
**multiple (1)**
55:23
**Munson (5)**
14:5;21:7;35:10;104:1;
114:19
**Munson's (1)**
23:5
**muscle (1)**
107:3
**muscular (1)**
100:12
**must (5)**
7:20;8:18;56:22;62:16;95:10
**myself (1)**
141:9

---

# N

**Nah (2)**
73:19;133:8
**name (5)**
42:12;94:7,7;135:23;141:8

Case 1:17-cv-00428-BLW   Document 32   Filed 09/04/19   Page 70 of 123

Dorsch v.
State of Idaho, Dept of Fish & Game

AUDIO TRANSCRIPTION

4-6-15
April 6, 2015

names (1)
37:25
narrative (2)
116:9,12
nature (1)
127:20
near (1)
34:18
nearby (1)
96:19
nearly (1)
31:22
neat (1)
50:3
necessarily (2)
51:19;125:10
need (68)
6:6;7:8;15:24;17:17,25;
18:23;19:2;25:4;29:3;32:18,25;
34:13;36:3;37:11;40:5;41:5;
44:6,7;45:2,10,10,22;47:8;
48:16,18;51:20;52:10,13;53:9,
22;54:10;56:21,25;62:22;
63:11;64:14,22;66:3;67:18,20;
68:3,4;70:9;72:24;74:15;75:6,
24;77:15;81:14,24;88:6,19;
97:8,10,25;98:12,15;100:21;
102:13;103:13;104:3,20;
109:14;114:2;117:21;131:15;
132:11;139:15
needed (2)
89:9;138:10
needs (9)
14:3;15:2;21:7;24:3;41:8;
62:1;90:24;134:4;135:7
negative (1)
97:2
negotiable (1)
103:1
nervous (1)
8:4
nest (1)
77:2
neurotic (1)
115:8
new (15)
17:10;21:11;37:19;42:15,16,
17;58:10;75:9;85:17,20,21,23;
86:19;115:24;116:1
next (10)
16:15;21:25;33:24;36:14;
52:8;72:2;73:22;91:25;92:9;
119:5
nice (8)
20:22;58:16;81:7;94:22;
95:4;100:10;122:11;123:5
nicotine (1)
31:16
niece (2)
101:9,9
night (8)
9:1;23:11,13;84:20,22;85:1,
16;104:1

nine (3)
12:3;95:22;122:24
Nobody (1)
13:8
non (1)
53:18
Non-benefit (1)
53:20
non-benefited (1)
67:8
None (1)
20:17
nonetheless (1)
49:21
Nonpareil (8)
123:3;138:5,6,6,17;139:20,
23;141:16
non-presumptive (1)
20:14
Nope (6)
34:2;36:22;57:12;103:6,6;
106:18
normally (3)
4:9;72:13;125:9
north (3)
77:2;142:19,21
northern-most (1)
2:21
nosy (1)
117:18
note (3)
5:10;14:5;17:15
Nothing's (1)
79:11
notice (5)
54:10;99:6;107:10;120:18;
135:7
noticed (2)
20:16;117:8
notorious (1)
58:6
November (5)
59:22,23,25;70:21;72:19
NPDES (1)
40:12
nuke (1)
19:25
number (8)
66:13;88:9,20;91:11;94:6;
118:22;138:15;140:8
numbers (1)
135:20
nursing (1)
95:6

## O

obnoxious (1)
79:1
obviously (3)
104:8;124:2;128:7
occasion (2)
120:1;128:5

occasional (1)
120:19
odd (1)
86:16
off (41)
2:1;5:5;8:25;15:21,25;21:6;
34:9,20,20,24;38:20;40:9;41:3;
44:23;45:15,22;46:18,20;
47:19;48:5,16;55:2,5;56:20,25;
57:2,14;58:15,23;59:13;70:9;
71:8;73:1;76:3;77:7;78:5;89:7;
105:6;109:24;120:20;126:22
offer (3)
105:8,12;107:18
office (1)
49:11
official (1)
18:8
often (2)
11:13;120:16
Oil (1)
52:21
old (9)
39:15;45:1;63:11,12;73:22;
79:11;80:25;101:17;127:9
once (1)
3:7;17:24;18:2;33:9;37:19;
46:4;51:13;75:16;118:17;
135:6;137:12
one (76)
3:18;5:2;7:10,21;8:19;23:6,
21;26:11;28:2,3;31:5,9;39:8,
11;40:5;42:5;46:10;48:16;
49:15,18;50:24;53:1;55:8;
56:10,18;59:3;63:6;68:14;
76:14;79:3;80:21;85:1,6;86:19,
19;88:14;90:2,22;91:22;93:10,
10,14,17,23;94:1,5,13;96:14,
17;99:16,24,25;102:14;107:9;
109:22;110:13;112:15;113:7,
18;114:3,5,19;118:8;119:24;
122:12;123:17;128:22;133:13,
23;137:22,24,25;138:10;142:3,
6,7
ones (5)
16:16;17:11;63:10;101:9;
116:17
one's (1)
114:3
only (19)
31:5;36:22,22;42:20;55:4,12;
59:1;74:14;88:7;90:2,17;97:3;
98:4;99:5;106:6;112:15;117:4;
122:21;126:11
Oops (2)
117:11;133:23
open (2)
43:4;127:4
opened (1)
142:16
openings (1)
133:19
operation (1)

31:24
operations (1)
141:16
opinion (1)
62:3
opportune (1)
59:13
Opportunity (1)
137:11
option (1)
43:4
options (1)
54:1
order (3)
17:18;27:10;51:22
orneriness (1)
122:15
Others (1)
125:25
ought (3)
62:3;71:25;103:17
ours (1)
6:1
ourself (1)
43:3
ourselves (1)
64:22
out (96)
4:23,25;10:18;11:2;12:18;
13:20;17:2;21:14;23:18;24:6,8;
26:21;27:3;30:24;31:1;32:7;
33:16;34:3,7;38:17;39:23;42:3;
43:24;44:5;45:11;49:7;50:15;
51:12;52:10;53:9,11,12,24;
54:10;55:1;56:3,14,18,20;58:9;
61:4;62:4;63:11;65:20,21;
70:10,25;74:22;75:4,7;77:11;
78:9,13,15,23;80:2,13;81:7,8,
23;82:15;84:20;85:7,7;86:22;
87:9,18;91:5;92:8;93:15;95:9,
24;96:3,12;100:5;102:7,10;
107:3;109:11;110:11;113:20;
114:5;115:25;116:23,25;117:4;
120:25;121:12;123:4,21;129:2;
131:22;133:23;138:16,17;
141:15
outdoor (1)
127:25
outdoors (1)
125:23
outside (20)
23:22;24:1,3,16;35:19;60:18;
87:2;110:8,16;111:17,22;
112:16,18,25;113:18;123:5,7;
125:22;126:4;135:2
outstanding (1)
49:10
over (22)
20:17,18;24:12;30:16;36:1;
49:19;50:1;63:17,22;64:1;
93:21;94:17;102:7;111:7;
112:6;121:6;131:21;139:18,25;
140:8;141:2;142:23

Case 1:17-cv-00428-BLW   Document 32   Filed 09/04/19   Page 71 of 123

Dorsch v.
State of Idaho, Dept of Fish & Game

AUDIO TRANSCRIPTION

4-6-15
April 6, 2015

overkill (1)
98:25
overload (1)
110:18
overnight (1)
120:20
overshoot (1)
64:18
Owen (1)
141:1
own (3)
69:23;98:5;103:22
oxycodone (1)
82:22
oxygen (1)
72:15

**P**

Pack (1)
31:22
packet (4)
53:13,20;76:4,8
page (1)
61:15
paid (10)
6:3;71:8,24;72:13;91:8,18;
92:3,6,25;97:4
pain (2)
21:4;137:13
paint (1)
34:18
Palloup (1)
38:5
panic (1)
51:10
paperwork (2)
60:16;79:1
Pardon (1)
96:15
parsley (1)
23:1
part (19)
3:12;12:6;16:13;21:12;
31:19;50:16;58:9;59:17;72:14;
90:17;101:16;125:5;126:8;
127:12;139:24;140:5;141:12,
15,16
particularly (4)
13:8;31:2;124:12;127:14
parts (3)
107:8;123:12;125:6
part-time (2)
122:22;126:11
pass (1)
101:17
passed (2)
27:3;101:10
passing (1)
136:16
past (8)
13:24;21:1;22:22;36:19;
37:3;45:2;49:16;73:25

patients (1)
95:7
Patrick's (1)
101:6
pay (4)
66:13;93:9,10;94:4
payable (2)
91:13;94:2
paying (3)
36:3;43:14,15
payment (1)
116:16
payroll (1)
99:6
pays (1)
67:7
P-card (2)
91:24;93:12
PCN (1)
40:6
people (31)
11:11;18:24;23:24;37:15;
44:17;46:9,24;48:13,20;50:6;
51:22;56:14;58:8;59:13;67:1;
70:8;86:4;100:23;101:17;
103:14,25;122:8,15;124:9;
127:11;128:20;130:13;135:3;
137:3;138:7,7
Pepsi (1)
122:18
per (1)
16:3
percent (4)
15:6;66:25;80:7,11
Percy (1)
73:22
perfectly (1)
12:10
perhaps (1)
94:25
permanent (3)
54:21;56:17;68:21
person (15)
11:11;23:21;31:9;49:15,18;
55:8;60:10;62:4;100:12;
102:16;104:12;106:2;116:6;
129:20;142:3
Personnel (3)
37:24;107:11;139:3
perturbed (1)
58:2
pets (1)
6:8
PhD's (1)
81:12
Phoma (4)
11:12,13;12:12,13
phone (27)
19:16;42:24;43:24;74:11;
83:11;88:22;93:19;117:10;
119:2,3,4;135:4;138:12,13,22,
23,24;139:2;140:18,19,20,21;
141:23,24,25;142:1,23

phonetic (8)
4:5;11:4;14:3;18:2;19:15;
38:3,5,6
phrase (1)
82:6
pick (9)
38:1;45:19,21;62:4;80:13;
97:8;119:21;120:17;123:17
pictures (2)
12:12,13
pinhead (1)
3:7
pinheaded (1)
96:10
pinheads (6)
3:6,6,13,14;12:23;96:8
Pisces (3)
37:16,17,18
pisses (1)
78:5
place (17)
17:8,9;42:20;58:10;72:24;
85:22;86:4;102:14;103:22;
104:3;116:24;124:23;136:5,6;
138:10;139:9;140:25
plan (3)
48:1,7;71:15
plans (1)
48:19
plastic (1)
34:20
plate (1)
20:15
play (7)
19:18;35:7;49:22;66:4;68:2;
112:22;113:13
played (1)
80:19
player (1)
127:11
pleasant (1)
58:16
Please (8)
13:10;23:6;35:15;46:15;
57:5;69:23;71:21;104:13
Plenty (2)
20:11;123:9
plumbing (1)
72:11
Plus (3)
6:11;72:1;76:8
pneumatic (1)
11:16
point (10)
31:13;33:24;47:3;51:14;
56:13;107:4;116:2,8;117:25;
125:11
pointed (1)
100:5
poke (1)
28:17
policy (1)
75:2,4

pond (1)
55:24
pool (2)
38:14;62:4
poop (6)
13:15;20:4;36:23;55:13,18;
111:4
pooping (4)
19:21;87:2,6;111:8
Poor (2)
51:12;86:17
pop (2)
17:2,10
position (9)
40:6;97:4,5;118:21;119:15,
21;121:19;132:16;133:16
positions (1)
42:17
positive (2)
5:10;124:12
possible (2)
79:16;125:2
possibly (1)
97:23
post (2)
118:11;128:12
posted (1)
118:9
postponed (1)
23:6
pot (3)
2:8;6:22;8:16
potato (1)
138:7
potential (1)
115:13
pound (1)
3:15
pounding (1)
17:2
pounds (2)
83:6;121:6
powder (2)
32:19,24
Power (2)
31:22;84:25
Precisely (1)
134:10
prefer (2)
24:16;123:14
preference (2)
100:5;123:16
preferences (1)
105:21
preferred (1)
32:21
pregnant (1)
6:12
prelims (1)
14:3
prepare (1)
15:20
prepared (2)

50:7;135:23
**present (1)**
45:2
**press (1)**
93:2
**pressure (2)**
66:24;69:25
**pressure-wash (2)**
25:8,10
**pressure-washing (1)**
100:18
**pretty (23)**
9:25;13:2,13;19:8;36:15;
38:16;46:5;51:14;60:11;71:9;
72:5;73:11;77:25;79:15;86:14;
91:6;119:12;120:16;123:22;
124:9;127:4;131:4;133:17
**previous (6)**
30:21;46:11,17;47:12;48:2;
57:24
**Princess (1)**
5:1
**print (4)**
76:3;77:16,17;79:3
**priorities (1)**
51:17
**priority (3)**
11:24;49:5;61:18
**Priscilla (1)**
6:17
**probably (36)**
5:8;11:23;19:7;21:5,13;
26:19;32:12;33:18;39:18;
45:20;54:12;55:4;56:13;58:7;
59:9;61:8;68:11,24;70:22;72:2,
19;91:18;96:11;101:24;107:16;
109:17;111:16;113:13;114:8;
118:16;127:24;129:23;131:9;
134:3;135:19;141:19
**problem (5)**
48:25;69:14;93:5;124:24;
134:12
**process (2)**
19:15;90:15
**processed (1)**
90:24
**production (2)**
115:17;116:3
**productivity (1)**
69:21
**project (2)**
38:2,14
**proportion (1)**
78:16
**proud (3)**
89:9,10,18
**provide (1)**
130:9
**public (4)**
123:25;124:1,3,13
**pudding (1)**
62:19
**pull (8)**

11:4;15:24;21:6,14;29:3;
39:23;42:20;62:1
**pulled (1)**
102:17
**pump (1)**
73:14
**Purchased (1)**
91:23
**purposes (1)**
40:4
**push (1)**
87:7
**pushing (2)**
10:3;19:22
**Put (26)**
16:20,21;17:10;22:24;23:4;
24:24;35:14;36:19;37:2;40:5,
10;41:14;42:21;52:13;67:11;
69:23;70:21,22;87:22;102:11;
108:18,19;111:1;116:7;122:3;
136:11

---

# Q

**quality (1)**
40:25
**quantity (2)**
36:4;55:13
**quarterly (1)**
37:20
**quick (5)**
8:10;27:17;53:3;81:19;
115:11
**quickly (1)**
47:4
**quiet (1)**
77:25
**quite (1)**
127:21

---

# R

**raceway (3)**
56:7;75:15;87:11
**raceways (7)**
21:1;51:9;55:11,11;109:12;
110:10;127:25
**rack (1)**
97:8
**radar (1)**
34:9
**ran (2)**
11:5;31:1
**Rapids (1)**
84:14
**rated (1)**
33:3
**rather (4)**
56:2;95:22;124:5;125:16
**reached (1)**
141:6
**reacting (1)**
2:23

**readers (1)**
101:1
**readjust (1)**
71:18
**ready (8)**
11:4;20:23;50:2;76:20;
81:15;114:16;120:23,24
**real (14)**
8:10;10:18;12:20;20:13;
27:17;42:23;43:5;52:24;53:3;
59:1;91:9,17;94:19;124:18
**really (48)**
8:19;9:24,25;12:1,15;22:18;
26:21;29:2;30:19,24;31:2,3;
47:4;51:8;58:7;62:8;68:25;
69:11;78:7;80:5;81:2;88:14;
89:8;91:6;93:1;94:23;95:14;
96:2;97:11;102:6;103:1;111:8;
114:9;115:10;116:21,25;
121:24,24;125:5,6;128:10;
129:19;130:9,11,22;131:7;
136:13;142:11
**rearing (2)**
26:13;115:18
**reason (5)**
32:23;43:21;55:23;66:22;
103:25
**recall (1)**
78:24
**recent (1)**
121:23
**recharge (3)**
14:13,15;58:14
**recharged (2)**
14:5,7
**record (2)**
43:2;72:19
**recording (7)**
119:3;138:13,23;139:2;
140:19,21;141:24
**recovery (1)**
134:18
**Red (1)**
50:14
**redo (1)**
72:11
**reduce (1)**
12:21
**reductions (1)**
43:6
**Reef (1)**
26:7
**reference (7)**
139:8,15;140:5,24;141:4,17;
142:5
**references (1)**
132:12
**reflects (1)**
43:12
**Refresh (1)**
10:18
**refs (3)**
132:16;134:20;135:21

**register (2)**
118:23;132:6
**registered (1)**
118:6
**relate (1)**
136:13
**relative (1)**
50:10
**release (1)**
22:16
**religious (1)**
105:21
**relocate (2)**
102:21,25
**remember (7)**
10:21;14:17;25:15,18;37:25;
40:11;46:11;47:11;56:6;83:24;
90:16;94:24;138:3
**remind (1)**
44:25
**reminder (1)**
74:16
**remote (1)**
124:6
**removed (1)**
14:4
**report (1)**
37:21
**reports (2)**
28:13;45:4
**represent (1)**
124:17
**require (3)**
105:22,23;120:19
**required (1)**
130:5
**requirement (1)**
103:7
**requirements (1)**
137:7
**rerun (1)**
32:9
**re-scare (1)**
19:24
**rescheduled (2)**
4:17;84:19
**research (1)**
38:14
**reset (1)**
65:12
**response (1)**
43:11
**restroom (3)**
9:3;47:9;73:13
**resume (1)**
122:3
**retain (1)**
71:8
**retire (1)**
101:17
**retreat (1)**
46:4
**revised (1)**

Dorsch v.
State of Idaho, Dept of Fish & Game

AUDIO TRANSCRIPTION

4-6-15
April 6, 2015

18:3
**revision (1)**
    18:4
**revisit (1)**
    69:17
**revive (1)**
    22:16
**rewarding (1)**
    121:24
**reword (1)**
    103:9
**Rexburg (1)**
    108:25
**rid (3)**
    16:2;50:2;52:22
**ride (1)**
    114:20
**ridiculous (1)**
    122:24
**right (55)**
    6:21;9:2;11:2,20;12:23;
    14:23;21:24,25;22:1;23:9;
    31:12;33:6,11,18,19;36:13;
    38:19;41:23;42:17;47:10;
    48:19;52:21;53:19;55:9;59:11;
    61:7,7,9;62:15;64:24;65:22;
    68:16;73:12;75:19;79:23;85:6;
    91:17;92:5,10;94:10;96:7;
    105:5;108:14,15;115:20;
    116:10;117:2;118:10;119:23;
    121:14;123:11;129:11;132:14,
    22;142:12
**rigs (1)**
    33:19
**ring (1)**
    34:5
**ringing (5)**
    83:11;88:22;117:10;140:20;
    142:1
**rinse (1)**
    14:15
**risk (1)**
    98:1
**River (1)**
    121:12
**road (4)**
    37:8;39:9;58:5;130:11
**roadblock (2)**
    43:7;45:3
**rocks (1)**
    22:9
**rodent (1)**
    43:6
**role (1)**
    124:17
**roll (3)**
    33:14;73:7;124:20
**ROOK (54)**
    2:1,4,15,19;3:1,10,19,23;9:5,
    7;14:19,22,25;15:13,17;16:4,7,
    10,12,19,24;17:3,6,12,16;23:7,
    9,11,19;24:1;35:16,19;36:5,7,
    10,12,18,21,24;37:2,6,10;

39:18;48:19;49:1,4,8,9,10,10;
    50:25;51:3;55:25;60:24
**room (11)**
    8:8;10:16;14:3,10,24;15:13;
    24:23;27:16,24;52:9;110:1
**roommate (1)**
    104:2
**rooms (1)**
    52:11
**rotate (1)**
    119:25
**rough (7)**
    13:3,3,4;16:17;20:9,19;60:6
**round (1)**
    80:24
**row (1)**
    56:19
**royal (1)**
    8:17
**run (5)**
    32:16;75:24,25;76:22;142:18
**running (1)**
    62:24;97:23
**runs (1)**
    109:12
**Russ (1)**
    29:21
**rusty (1)**
    130:7

**S**

**sad (2)**
    37:25;104:16
**Safety (1)**
    27:17
**Saint (1)**
    101:5
**salary (1)**
    67:1
**Salmon (1)**
    94:25
**Salt (4)**
    84:15,19;85:1,12
**same (12)**
    12:12;30:3;42:11;53:15;
    58:17,23;61:15;63:11,11;
    79:11;85:2;118:20
**sample (1)**
    40:13
**samples (2)**
    11:9;40:21
**sampling (2)**
    40:17;95:8
**sand (11)**
    28:24;29:1;35:22,24,25;36:4,
    5,13;44:10,10;115:18
**Saturday (1)**
    18:17
**Saturdays (2)**
    54:17;127:8
**save (1)**
    3:17

**saving (1)**
    66:23
**saw (9)**
    50:24,25;51:1,2,3;63:15;
    77:3;82:11;128:11
**Sawtooth (3)**
    81:20;88:11,12
**saying (7)**
    46:6;51:10;56:12;57:14;
    59:15;75:21;106:1
**scales (1)**
    20:22
**scanned (2)**
    87:25;88:4
**scanner (1)**
    90:10
**scare (1)**
    55:22
**scattered (1)**
    115:6
**schedule (6)**
    13:10,14;17:25;47:17;48:16;
    54:10
**scheduled (2)**
    125:25;135:5
**schedules (1)**
    45:11
**school (4)**
    4:9;108:13;117:17,18
**SCHULZ (115)**
    5:13,19,22;7:13,15,18;8:5;
    9:6,14;10:23;12:25;25:18;28:7;
    45:12,16,18;53:2,15;54:4,12,
    15,17;60:6,14,17;61:1;62:11,
    14,16,21;63:13;64:7,9,13,16,
    19,24;65:2,5,8,22;66:1,5,8,15,
    21;67:3,11;68:5,13,16,21;
    69:10,13;70:6,18,24;71:3,11,
    17,20,23;72:17;73:2,8,17,20,
    24;74:4,6,9,14;75:3,8,17,21;
    77:20,23,25;78:5,17,20,25;
    79:6,11,15,19,22,25;80:5,10,
    16;81:25;82:11,25;83:4,19,23;
    84:3,6,8,11,14,17,22;85:9,13,
    19,22,25;86:3,7,10,14;87:5
**scooping (1)**
    96:3
**Scott (1)**
    95:5
**scream (1)**
    13:23
**screen (5)**
    36:13,19;37:2,4;87:8
**screens (10)**
    19:22,25;20:18;21:3;25:4;
    50:12;100:8;106:10,19;121:1
**seal (1)**
    26:12
**sealing (1)**
    16:17
**search (1)**
    118:6
**searches (1)**

118:13
**seasonal (1)**
    40:3
**Seasons (1)**
    42:24
**second (5)**
    6:23;8:19;11:8;72:8;79:3
**section (3)**
    15:24;36:9;75:8
**seeds (2)**
    62:19,25
**seeing (1)**
    129:1
**seem (1)**
    11:25
**seems (2)**
    103:14;123:21
**seize (1)**
    61:25
**select (1)**
    72:14
**selected (2)**
    7:20;121:19
**self (1)**
    69:24
**self-rearing (1)**
    69:4
**send (6)**
    21:18;33:11;62:9;63:5;88:4;
    112:15
**sending (1)**
    94:24
**senior (1)**
    134:18
**sense (2)**
    12:21;20:21
**sent (14)**
    11:9;67:19;76:5;87:25;88:5;
    92:3,4,9,10;93:15;94:1;102:7;
    116:15,17
**separator (1)**
    35:25
**service (5)**
    52:13;125:10,12;131:21,23
**serviced (1)**
    52:19
**set (5)**
    11:8;20:14;21:16;40:16;
    98:23
**setback (1)**
    13:7
**seven (4)**
    127:7,7,8,8
**several (1)**
    73:25
**shape (1)**
    51:8
**sharp (1)**
    20:14
**Sharpie (1)**
    103:18
**sheet (1)**
    14:6

Sheila (1)
10:11
shell (1)
22:22
shift (2)
19:5,8
shifts (4)
56:14;105:22,23;120:1
shit (1)
77:21
shoot (3)
6:12,18;64:22
shop (2)
16:21;32:7
shops (1)
113:22
Shop-Vac (2)
27:11,12
shot (1)
85:15
shoulders (1)
70:12
shout (2)
96:21;132:21
show (6)
40:7;75:9;77:22;81:17;92:2;
110:12
showing (1)
93:18
shred (1)
82:1
shrubs (1)
43:9
shut (1)
72:25
sic (1)
78:15
sick (7)
4:5,6,7,8;31:3;101:10;117:13
sign (1)
73:6
signed (2)
87:23;88:6
Significantly (1)
89:1
signs (2)
85:4,5
Simple (1)
134:3
Single (1)
104:7
sister (1)
101:14
sister's (1)
59:4
sit (5)
37:21;45:10;56:2,13;125:16
site (3)
17:25;18:2;32:1
situated (1)
6:25
situation (1)
10:16

six (6)
19:15;33:22;46:11;47:12;
57:24;100:23
six-month (1)
46:17
sketchy (1)
86:14
skid (1)
52:23
skosh (2)
2:22;95:25
slap (1)
32:5
slate (1)
40:3
slave (1)
70:2
sleeping (2)
31:15,16
slide (1)
98:24
sliding (1)
20:15
slim (1)
133:17
slob (1)
4:24
slow (2)
72:5;102:6
slowed (2)
55:12;56:5
slower (1)
95:17
slowing (3)
18:16,19;95:14
slows (1)
19:23
slump (1)
70:12
small (4)
52:14,15;72:10;123:6
smart (1)
129:5
smoke (1)
56:21
smokes (2)
7:20;49:14
smolt (2)
50:4,5
smolt-hauling (1)
120:24
smolting (2)
20:6,7
smolts (1)
50:5
snag (1)
40:9
snail (2)
21:11;22:21
snails (4)
21:15,18;22:14,17
Snake (1)
121:12

snatched (2)
38:2,13
snow (2)
80:20;85:4
snowed (1)
84:25
snowing (5)
80:14,15,17,23;85:2
sockeye (2)
50:4;88:11
sodium (2)
32:10,13
software (1)
37:19
sold (2)
123:3;139:23
solution (1)
32:20
somebody (7)
13:23;24:16,16;26:5;29:22;
81:12;82:5
somebody's (1)
14:8
someone (6)
5:22;38:24;112:24;116:23;
117:15;130:18
Someone's (1)
30:10
something-something (1)
6:4
sometime (2)
43:1,20
sometimes (3)
42:11;61:25;118:10
somewhere (2)
41:6;83:25
soon (1)
99:3
Sorry (14)
2:14;3:16;4:23;51:23;53:6;
61:11;75:22,24;116:5;117:13,
18,19;120:11;135:16
sort (6)
9:9;97:17;120:15;125:4;
133:7;136:20
sound (10)
3:7,15;12:24;31:6;56:20;
68:21;81:10;85:12;87:12;106:7
sounded (1)
94:18
sounds (7)
69:13;85:13;96:20;110:14,
17;114:23;132:14
south (3)
20:13;87:17,18
southeastern (1)
80:18
space (3)
28:3;55:20;87:8
speak (2)
139:15;141:8
SPEAKER (12)
60:19;139:3,6,10,13,17,20,

23;140:3,7,11,13
Speakers (5)
24:12;30:16;63:17,22;64:1
spec (1)
26:8
species (2)
124:19;134:19
specific (1)
118:22
specifically (2)
97:6;140:25
spend (1)
84:22
spent (5)
10:11;12:5;31:4;85:16
spilled (1)
14:4
splashing (2)
21:4;32:22
Split (1)
48:13
spoke (1)
57:25
spoon (1)
62:22
spot (1)
10:21
spot-check (1)
81:19
sprayed (1)
44:6
spreadsheet (1)
90:23
spring (2)
87:3;133:20
Springfield (6)
22:15;93:21;119:10,15;
123:5;141:5
springtime (1)
133:21
Sprinkle (1)
22:25
sprinkler (1)
43:1
spud (1)
140:17
spuds (1)
139:1
squared (1)
60:15
squeeze (2)
21:14;99:24
staff (6)
23:20;56:17,24;105:12;
116:3;119:25
stamina (1)
109:14
stamp (2)
90:13;91:3
stand (2)
51:11;88:10
standing (1)
75:15

standpipes (1)
  24:20
star (1)
  51:18
starling (1)
  77:2
Stars (4)
  91:6,6;92:12,15
start (19)
  3:4;13:18;26:21;29:24;
  31:19;37:15;41:3;46:7;50:11;
  51:13;54:13;60:13;70:20;99:8;
  110:7,12;117:24;129:15;
  138:21
started (12)
  8:8;11:2,4;31:18;36:8;51:24;
  52:3;65:21;72:18;83:21;96:11;
  100:1
starter (2)
  96:4;110:2
starting (2)
  77:2;111:25
starts (3)
  26:5,6;64:24
state (3)
  97:23,24;124:2
States (1)
  82:7
statewide (1)
  46:9
station (1)
  120:20
stations (1)
  28:16
status (3)
  37:21;46:10;71:6
stay (3)
  69:12;80:2,3
stayed (1)
  4:10
staying (3)
  23:14;104:1,12
stays (1)
  120:19
Steam (1)
  32:7
steam-clean (2)
  25:14;26:13
steam-cleaned (1)
  25:12
step (2)
  70:13;98:19
stick (1)
  77:4
stickers (3)
  29:11,18,19
still (33)
  2:3,24;3:15;10:6;11:19;13:2;
  15:5;17:7,9;29:5;31:9;42:19;
  47:9;52:13;53:5;56:17;58:12,
  16;65:14;69:2,3;72:9,11,14;
  80:10;85:8;119:14;124:8,17,
  20;129:9;137:10,13

stink (1)
  129:19
stock (1)
  32:20
stopped (2)
  39:9;131:5
storage (1)
  14:11
straight (2)
  85:15;100:17
straightforward (2)
  18:21,22
strain (1)
  16:13
stream (1)
  95:1
strengths (2)
  129:16,18
stress-related (1)
  50:7
stroke (1)
  81:21
strong (1)
  134:11
structured (1)
  120:16
struggle (2)
  3:4;39:24
struggling (1)
  18:18
stuck (1)
  85:4
student (1)
  38:7
studies (1)
  129:7
study (1)
  95:1
stuff (48)
  12:21;16:25;20:13;22:21;
  24:20;26:20,21,22;27:17;32:5;
  33:9;34:14;37:1;40:13;41:8,12,
  20;42:19;44:6;45:3,5;46:18;
  50:12;52:6,23;54:11;60:10;
  62:1;68:3;72:10;74:18;91:21;
  95:1;96:23;97:11;102:18;
  114:14;120:21;124:19;125:19;
  128:20,24;129:4,14;130:2;
  134:16;138:9;141:19
stupid (1)
  95:20
submit (1)
  19:14
submitted (3)
  90:23;91:22;94:2
Subsequently (2)
  12:23;59:7
successful (1)
  22:8
suckered (1)
  138:11
sucks (3)
  26:17;31:3;103:16

suit (1)
  137:10
suited (1)
  109:8
summary (1)
  116:7
Sunday (2)
  18:17;102:6
sunshine (2)
  128:2,5
super (2)
  55:25;85:17
supervisors (1)
  141:2
supplemental (1)
  26:25
supply (1)
  115:17
supposed (5)
  5:7;26:9;46:12;84:17;134:9
sure (32)
  8:21;13:17;15:5;21:15;
  27:21;28:14;29:20;30:4;32:9,
  10;35:11;41:23;48:12;49:18;
  50:11;51:18;59:23,23;61:14;
  71:7;79:7;80:11;17,17;
  102:4,11;114:19;128:18;130:6;
  132:17;138:14,14
surprise (3)
  83:17,17;116:22
surprised (1)
  50:20;133:21
surprises (2)
  54:8;135:4
suspect (1)
  13:24
suspension (1)
  78:15
Swan (1)
  9:15
sweep (5)
  27:16;52:10;55:15;110:10;
  114:5
sweeping (4)
  23:25;57:11;111:25;113:2
Sweet (1)
  27:15
swept (2)
  14:4;52:10
swim (4)
  11:15,17;55:20;87:9
sympathetic (1)
  89:20
synthetic (2)
  16:1;17:18
syrup (1)
  56:3
system (3)
  17:21;43:1;73:5

**T**

Taco (1)

138:4
Ta-da (1)
  79:17
tag (1)
  16:15
tags (5)
  29:7,12,13,19;30:15
tail (3)
  19:22,24;87:7
talk (17)
  7:1;26:7;35:23;43:14;53:8,
  24;55:6;77:18;94:20;96:14,17;
  97:16;101:25;117:17;119:21;
  136:5;142:3
talked (7)
  44:11;64:8;68:6;78:6;
  101:22;109:16;131:4
talking (15)
  19:6;20:20,24:12;30:16;
  39:11;47:9;63:17,22;64:1;
  69:18;98:23;103:19;134:16,17
tank (2)
  31:5;36:23
tanks (11)
  2:18,21;11:2,2;12:2,3;13:1,
  16;30:22;95:20;96:9
tape (1)
  34:19
tasked (2)
  61:15;133:15
team (2)
  3:18;127:11
teams (2)
  123:14,15
tech (2)
  69:8;99:2
technical (1)
  37:22
technician (1)
  54:21
technology (1)
  115:14
temp (2)
  65:11;76:4
temperature (2)
  26:6,9
temporaries (1)
  66:25
temporary (2)
  67:1;76:7
temps (1)
  103:7
ten (1)
  95:22
ten/ten (1)
  109:20
tend (1)
  17:2
tenfold (1)
  79:14
ten-on (2)
  46:25;120:4
termed (1)

Dorsch v.
State of Idaho, Dept of Fish & Game

**AUDIO TRANSCRIPTION**

4-6-15
April 6, 2015

137:9
**terms (2)**
68:1;96:7
**territory (1)**
76:16
**test (2)**
15:3;32:6
**Testing (1)**
34:16
**Thanks (5)**
70:6;73:17;74:16;80:10;
133:1
**theory (1)**
73:3
**thesis (1)**
134:18
**thick (1)**
62:20
**thinking (6)**
5:12;34:19;35:9;46:7;47:14;
51:17
**thio (2)**
32:10,13
**though (12)**
10:6;48:16;58:23;62:17;
67:6;69:12;79:23;82:16;83:6;
118:15;124:5;135:6
**thought (10)**
4:15;57:25;64:4;77:25;91:4;
102:9;103:22;115:1;128:11;
131:7
**thoughts (1)**
52:3
**thousands (1)**
55:21
**three (14)**
2:21;19:17;25:3;48:23;54:6,
21;70:20,21;86:21;93:24;99:2,
16;137:23;142:4
**throat (1)**
62:24
**throughout (3)**
46:1,1;61:22
**throw (1)**
38:17
**throwing (1)**
8:22
**thrown (1)**
25:4
**Thursday (10)**
14:1,2;17:14;23:9;48:5;55:5;
64:11,12;70:17;71:16
**tier (1)**
66:13
**tiers (2)**
66:11,12
**time-and-a-half (1)**
46:10
**time-buster (2)**
31:10;42:9
**times (4)**
55:23;59:13;110:3;120:16
**time-saver (1)**

42:23
**tired (2)**
95:4,11
**TMDL (1)**
40:13
**toast (1)**
75:14
**toaster (1)**
75:11
**today (22)**
4:9,16;5:5,6;26:17;35:23;
40:21;53:24;57:7;60:21;64:25;
65:2,4,4,5;76:24;83:20;95:10;
111:2;113:20;132:13,21
**to-do (2)**
32:3;51:17
**together (3)**
26:22;32:6;102:11
**told (6)**
67:15;75:5;121:11;122:21;
131:9;134:21
**ton (2)**
52:14,16
**took (14)**
4:25;11:8;20:25;22:16;25:2;
61:11;86:13;98:4,5;105:5;
112:7;134:22;136:4,5
**tool (1)**
91:20
**top (7)**
31:11;38:1;44:23,24;137:24,
25;142:18
**torn (1)**
43:9
**total (3)**
33:23;46:16;67:1
**touch (1)**
131:2
**touche (1)**
75:18
**tour (2)**
35:12;125:25
**toward (1)**
129:10
**towards (1)**
43:23
**town (2)**
52:14,21
**track (4)**
43:2;44:7;94:3,11
**tracking (2)**
44:8;91:7
**train (1)**
124:18
**trained (2)**
56:15;136:8
**training (2)**
130:9,13
**transcended (1)**
28:3
**transfer (2)**
67:9;85:7
**trash (1)**

14:4
**trashed (1)**
104:3
**travel (2)**
52:18;107:10
**tree (1)**
10:3
**trees (1)**
43:9
**tried (2)**
48:16;129:4
**trip (3)**
59:5;86:16,17
**trips (1)**
33:22
**trouble (2)**
37:13;78:21
**trout (1)**
136:11
**trucks (4)**
32:8;33:21;97:24;122:8
**true (3)**
61:10;126:16,16
**truth (1)**
80:13
**try (20)**
24:20;35:16;38:18,20;49:14,
18;54:2;56:14;58:8;61:25;
81:18;18;94:3;99:24;107:2;
116:9;120:3;125:1;131:13;
141:21
**trying (19)**
12:7;13:12;16:2;37:8;42:9;
45:3;47:21;53:11;62:23;70:10,
10,11;75:3;78:12;80:24;93:24;
108:6;119:25;133:15
**T's (1)**
132:17
**Tuesday (3)**
5:7;15:21;55:4
**turkey (1)**
43:14
**turned (2)**
25:24,24
**TU's (1)**
12:10
**tweaking (1)**
41:22
**twelve (2)**
30:22,23
**twenties (1)**
39:19
**Two (24)**
7:8,20;18:24;19:2,16;27:6;
33:14,14;44:23,24;48:14,24;
50:20;54:20;72:2;93:24;94:1;
98:25;99:1,6,16;104:5;127:3;
141:16
**two-wheel (3)**
85:8;86:20,21
**two-year (1)**
134:14
**type (1)**

108:1
**typing (1)**
52:3
**typo (1)**
138:20

**U**

**ugly (2)**
51:12;113:20
**ultimately (1)**
130:12
**unchartered (1)**
76:16
**Uncle (1)**
73:14
**uncomfortable (1)**
89:3
**under (1)**
19:14
**under-charger (1)**
58:6
**understandable (1)**
120:13
**understands (2)**
116:21,24
**Unfortunately (2)**
39:6;89:16
**UNIDENTIFIED (12)**
60:19;139:3,6,10,13,17,20,
23;140:3,7,11,13
**unintelligible (135)**
2:5,10;3:20;4:1,2;5:4;6:7;
7:8,14;8:19;9:3;13:6;14:9;
17:19;19:1;21:21;22:6,11,12;
28:5;29:16;30:25;31:23;33:7;
34:12;38:4;39:1;44:9;49:20;
53:23;56:9;60:3,22;62:13;
68:20;70:7;72:21;73:15;75:12,
23;76:18;78:2;79:10;81:21;
82:4;83:1,9,16,22;87:21;88:6;
89:8;90:5;91:19,21,23;92:8,15,
17,21,22;93:2,4,18;94:8,16,18;
95:3,7;98:21;99:25;103:5,12;
104:1;105:9,18;107:13,14;
108:9,10;113:16,19,21;114:24;
115:2,4,5,7,9,10,12,15,20;
116:1,5,18,20,22;117:7,22;
118:3,4,7,18;119:1;126:19;
127:2;128:23;133:7,9;134:1,6,
9,19;135:1,24,25;136:3,14,19,
25;137:16,19;138:1,4,8,16,18,
19,21;140:15,17;141:13;
142:13,20
**unit (1)**
115:19
**United (1)**
82:7
**units (3)**
26:13;36:2;115:18
**University (1)**
38:10
**unless (5)**

3:3;19:1;45:18;47:23;131:5
**unpaid (1)**
90:1
**unpleasant (1)**
124:13
**unsure (1)**
50:8
**up (71)**
3:5;8:22;9:15;11:14,15;
13:12;14:4,4;16:21,22;17:9,25;
18:5;20:3;21:13,16;25:1,6;
27:18;32:3,8;35:10,24;36:3,13;
37:14,23;38:2,13;39:9;40:1;
43:9,10;45:4,19,21;47:23;
48:15;49:19;55:21,22;57:3,20;
58:10;59:10;60:8;61:5;71:25;
72:1;75:13;77:3;80:25;81:7,12;
85:2;87:3;94:24;97:8,17,18;
98:23;104:13,19;119:21;
120:17;122:22;133:20;135:15;
136:16;138:11;142:16
**update (1)**
115:11
**up-front (1)**
97:10
**upped (1)**
2:20
**use (12)**
9:3;29:5;32:8,19;47:8;59:19;
73:12;82:9,12,20;92:6;105:9
**used (6)**
29:25;52:2;63:13;86:19,24;
139:21
**user (1)**
37:18
**uses (1)**
32:19
**using (3)**
32:23;115:16;139:14
**usual (2)**
21:13;87:12
**usually (4)**
29:25;33:8;73:11;120:15

## V

**vac (3)**
16:14;24:24;114:8
**vacation (8)**
46:7;59:18,19;60:5;71:25;
74:3,5;84:2
**vacuum (11)**
24:1;35:16;52:22;110:12,13,
15;111:16,17,25;113:5,16
**vacuuming (3)**
24:4;57:11;112:25
**Valley (1)**
9:16
**values (1)**
142:10
**variable (1)**
69:9
**vat (4)**

8:8;10:16;24:23;34:18
**vats (2)**
80:25;81:5
**vehicle (2)**
52:12,19
**vehicles (3)**
30:4;52:12,13
**vendor (2)**
17:22;72:14
**verbiage (1)**
105:4
**versus (2)**
30:22;37:17
**vibe (1)**
104:18
**violation (1)**
118:16
**violations (1)**
97:17
**viral/bacti (1)**
21:13
**Virkon (8)**
14:5,7,15,16,19,23;15:19,20
**Virkon-ing (1)**
15:2
**virus (1)**
11:7
**visible (1)**
70:12
**visibly (1)**
50:13
**visit (5)**
17:25;49:24;94:23;103:23;
131:6
**visitors (1)**
125:24
**visits (1)**
43:23
**visual (2)**
21:19,22
**voicemail (3)**
62:7;117:15;140:21
**volume (1)**
133:22
**voluntarily (1)**
5:25
**vote (1)**
80:10

## W

**W-4 (2)**
53:23;67:22
**wading (1)**
75:10
**wage (1)**
109:2
**wait (8)**
2:7;27:8;38:19;52:19;54:25;
91:10;125:16;142:3
**waiting (3)**
95:5;131:11,19
**Walk (5)**

27:21;73:14;81:6;106:5;
136:5
**walked (3)**
101:21;119:17;130:25
**wall (1)**
90:10
**walls (2)**
20:17;50:12
**wants (5)**
99:7;109:21,21;133:14;
137:13
**warm (2)**
32:20;81:7
**warning (1)**
30:1
**washed (1)**
28:16
**Washington (1)**
11:9
**wasted (3)**
2:22;13:15;96:1
**watch (2)**
43:11;50:3
**water (9)**
12:16;21:4;29:2;32:20;
40:21,25;41:7;73:1;115:17
**wattle (1)**
11:19
**wave (7)**
50:18,19,21,24;51:2,2,3
**way (31)**
9:21;10:16;11:25;15:20;
17:21;20:10;25:25;32:15;38:1;
41:8;49:17;55:6;56:3;62:9;
69:20;80:8;81:20;82:6,8;85:11;
86:3;87:9;89:19;92:1;111:19;
116:19;123:16,18,19;132:23;
135:11
**ways (4)**
32:19;102:8;105:19;108:4
**weaknesses (1)**
129:15
**weather (5)**
26:16;81:2;84:11;85:15;
111:2
**weather-related (1)**
95:15
**web (1)**
37:17
**web-mail (1)**
47:13
**wedding (1)**
59:4
**wedges (5)**
16:1,12;17:7,8,18
**Wednesday (8)**
15:22;23:11,12;35:17;47:1;
55:4,6;64:10
**weed (1)**
129:17
**Weeds (1)**
44:6
**week (33)**

20:7;27:4;31:23;42:25;43:1,
20;45:9,14;46:2,6;47:2;50:20;
51:25;59:7,8,11,11,12;64:11;
65:25;68:19,25;70:23;71:5,9;
72:8;81:19;101:11;122:22;
126:12,20;127:4;140:12
**weekend (31)**
2:16,16;10:8,13;18:14;19:5,
8;46:3,21;47:1;48:2;49:22;
53:25;54:10,16;55:3,5;56:14;
68:2,4;70:20;95:12;97:9;102:5;
105:22,23;111:7;112:6;119:25;
120:1;138:11
**weekends (3)**
55:9;70:16;103:23
**weeks (6)**
73:25;76:24;99:16;104:6;
120:15;127:3
**weeks' (1)**
99:6
**weird (5)**
26:14;50:9;82:25;85:21;
92:16
**Welcome (2)**
62:10;73:16
**wells (5)**
62:2;75:25;115:15,16;134:18
**weren't (4)**
4:11;53:6;97:5;124:11
**wet (2)**
113:10,15
**whatnot (1)**
45:14
**What's (8)**
25:9;55:9;91:11;114:25;
123:16,16;128:22;129:2
**what's-his-name (2)**
29:21;34:1
**whenever (2)**
53:7,8
**whereas (1)**
16:2
**Where's (1)**
7:23
**Whew (1)**
75:19
**white (2)**
10:21;85:5
**Whoa (2)**
4:3;8:18
**whole (8)**
13:15,18;32:23;76:4;85:11;
112:12;122:14,20
**who's (2)**
38:25;72:13
**wildlife (2)**
127:14;134:22
**willing (3)**
93:2;102:21,25
**wind (1)**
128:3
**window (1)**
39:7;46:7;59:6,16

Min-U-Script®

Dorsch v.
State of Idaho, Dept of Fish & Game

**AUDIO TRANSCRIPTION**

4-6-15
April 6, 2015

winter (2)
  10:1,2
winters (1)
  9:25
wiping (1)
  40:3
wire (1)
  133:22
wish (3)
  31:19,20;74:20
within (3)
  50:20;110:2;133:20
without (3)
  56:20;105:20;122:23
woke (1)
  85:2
won (2)
  137:3,13
wondering (3)
  2:15;104:2,17
wood (4)
  16:3;17:7,8;50:2
word (2)
  78:14;81:23
work (55)
  3:24;4:18;6:11;27:1;31:25;
  35:25;37:5;39:3,22;40:8;41:5;
  45:11;46:25;47:1;51:24;52:5;
  55:3,4,5,6;56:19;62:5;64:6;
  65:23;70:15,16,25;71:21;72:1;
  82:7;90:25;95:16;97:9;101:15;
  107:9;108:1;112:3;114:9;
  120:1;123:6,21;125:16;126:11,
  15,19;127:4,19;129:21;134:20;
  135:2,6,16;138:7;139:21;141:7
worked (13)
  10:8;16:2,12;46:20;122:2,18,
  21;123:2,4;126:5,12;127:3;
  139:9
workers (1)
  97:12
working (24)
  13:10;32:9;41:3,4,7,18,18;
  42:18;45:13;46:20;48:2;49:22;
  51:19;54:6;94:25;95:13;97:23;
  122:22;123:8,14,15;125:14;
  126:9,18
works (3)
  41:14;107:6;116:24
world (3)
  12:17;30:19;81:12
worried (1)
  13:8
worry (1)
  66:19
worst (2)
  3:12;114:3
wounded (1)
  22:15
Wow (7)
  30:24;37:15;49:13;53:1;
  78:8;84:21;85:13
Wright (1)

95:5
write (4)
  26:5;32:5;63:1;92:19
written (1)
  20:10
wrong (7)
  20:11;65:10;108:5;125:15;
  142:9,11,12
wrote (1)
  83:24

## Y

yard (4)
  27:1;52:5;62:5;102:16
yards (2)
  43:8;109:13
year (24)
  12:9;13:5,6,9;14:3;15:24,24;
  16:16;19:21;25:11;30:21;
  38:14;39:11;50:2;54:3;69:17,
  19;73:9;80:25;117:4;120:17,
  24;133:16;138:10
years (5)
  23:4;52:25;85:1;102:8;128:9
Yep (14)
  8:6;18:9;40:23;46:22;47:16;
  48:20;53:21;55:17;60:14;
  100:14,19,22;120:22;134:2
yesterday (5)
  8:22;14:14;95:15;114:6;
  117:13
Yo (1)
  43:10
young (6)
  100:12;106:17,18;109:4,7;
  129:3
younger (1)
  39:14
Yuck (1)
  62:24

## Z

Zealand (1)
  21:11
zeroed (1)
  65:21
Zip (1)
  94:9
zones (1)
  111:5

## 0

02 (2)
  17:21,24

## 1

1 (5)
  15:6;28:4,8;31:4;33:16
1.5 (2)

88:13,16
10 (4)
  31:18,19;36:1;83:6
10:00 (1)
  45:21
100 (3)
  57:19;80:7,11
1015 (1)
  94:7
11 (5)
  13:2,10;36:18;96:2;115:17
12 (4)
  2:18;12:3;55:11;96:2
120 (3)
  25:21,23;58:7
12th (1)
  70:11
13 (8)
  12:9;13:10;14:3;15:24;
  19:21;35:7;43:18;50:3
1385 (6)
  54:3;64:18,24;65:20,23;88:8
13th (1)
  91:23
14 (4)
  13:2,5,9;15:24
140 (2)
  25:17;57:20
15 (2)
  13:1;28:8
15th (2)
  48:19;59:12
16 (1)
  83:5
165 (1)
  25:20
16th (4)
  40:14;44:12,16;47:19
17th (3)
  46:20;47:19;90:3
18 (2)
  36:12;56:19
180 (1)
  25:17
19 (2)
  16:4,13
1990 (1)
  101:3
19th (2)
  14:1,2

## 2

2 (2)
  31:4;66:13
20 (6)
  39:18;61:3;71:1,5,9;115:19
20,000 (1)
  96:5
203 (1)
  94:10
208-328-9945 (1)
  141:6

20-year-olds (1)
  107:6
21 (1)
  59:3
21st (1)
  59:3
22 (2)
  13:2;34:18
232 (1)
  90:17
23rd (1)
  18:1
25 (1)
  71:1
26 (1)
  85:15
27th (1)
  99:9
28 (1)
  71:1
28th (1)
  59:2
29th (3)
  59:2,4;92:17
2nd (6)
  65:7,8,15,21;66:2;72:19

## 3

3 (1)
  31:4
30 (4)
  85:11;86:24;88:17;126:11
30,000 (1)
  11:1
3-19 (1)
  51:18
328-9945 (2)
  94:8;141:7
358 (1)
  43:19

## 4

4 (1)
  31:4
40 (2)
  44:17;72:19
45 (1)
  111:10
4715291206970272 (1)
  94:6
48 (1)
  21:7
4th (5)
  99:18;100:2;118:1,2,2

## 5

5 (1)
  31:4
5.6 (1)
  32:15

**50 (5)**
  107:11;121:6;122:22;
  126:19;134:8
**52 (1)**
  65:24
**5th (1)**
  117:24

---

**6**

**60 (4)**
  107:12;122:22;126:12;127:4
**600-plus (1)**
  12:1
**601 (1)**
  31:5
**603 (1)**
  31:5
**6th (2)**
  33:13;65:16

---

**7**

**7:00 (1)**
  135:13
**7:05 (1)**
  3:21
**70 (2)**
  66:25;126:12
**73 (1)**
  80:22
**785 (1)**
  138:15
**785-3200 (2)**
  140:8,9
**785-5880 (1)**
  138:20
**7th (2)**
  33:13,13

---

**8**

**8 (4)**
  85:17,17;115:16,16
**8,000 (2)**
  3:15,17
**8:30 (1)**
  8:25
**8th (5)**
  21:6;33:13;59:11,12;80:3

---

**9**

**9:00 (1)**
  83:21
**91 (1)**
  112:13
**9th (2)**
  14:2;21:9

1

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DANIELLE DORSCH, | ) Case No. |
| Plaintiff, | ) 1:17-cv-00428-BLW |
| vs. | ) |
| STATE OF IDAHO | ) |
| DEPARTMENT OF FISH AND GAME, | ) |
| a political subdivision | ) |
| of the State of Idaho; | ) |
| JOHN/JANE DOES I through X | ) |
| whose true identities | ) |
| are presently unknown; | ) |
| Defendants. | ) |
| _____ | ) |

TRANSCRIPT OF NEW RECORDING 5

TRANSCRIBED BY:

KAMRA TOALSON, CSR No. 756

Notary Public



EXHIBIT
G

Dorsch v.
State of Idaho, Department of Fish & Game

New Recording 5
April 9, 2019

**Page 2**

1    (Unintelligible.)
2    DOUG MUNSON: But IHN, if you dry out for 30
3 days, it ain't going to -- I don't know.  Wet mud, it
4 might (unintelligible).  IPM is a different issue, IPM
5 and IPM-like viruses.  Now, are viruses alive or a
6 nonliving entity?
7    DANIELLE DORSCH: Alive.
8    DOUG MUNSON: What do you think?
9    (Unintelligible.)
10    DOUG MUNSON: They're still debating that.
11 They were debating that when I was (unintelligible).
12    I have no idea.  If they're not alive, why do
13 we kill them?
14    DANIELLE DORSCH: We try to kill them, right?
15    DOUG ENGEMANN: Why do you sterilize needles
16 used for lethal injections?  Isn't that the stupidest
17 thing?  Let's swab the (unintelligible) -- get them all
18 nice and clean for the needles.
19    DOUG MUNSON: My favorite one.  They were
20 taking blood.  You can see the tracks in this arm when
21 they used to -- whenever there was a car wreck in
22 College Station, they would march us down for blood.
23    DANIELLE DORSCH: Really?
24    DOUG MUNSON: It was like two or three o'clock
25 in the morning.

**Page 3**

1    (Unintelligible.)
2    DOUG MUNSON: Take you down to the Red Cross
3 and take blood off of you.  Anyhow, I can remember the
4 nurse cleaning you up with Betadine, bare hand, (makes
5 sound).  Why don't you -- why do you bother cleaning me
6 up if you're going to just recontaminate the other
7 (unintelligible)?
8    DOUG ENGEMANN: Troublemaker.  Jeeze, what a
9 rebel.
10    DANIELLE DORSCH: Yes.
11    DOUG ENGEMANN: Well, cool, Doug.
12    DOUG MUNSON: These become easier and easier,
13 and then they become boring, and they may have to go
14 to -- as you said, get a different point, attack it from
15 a different point of view.  But I think the real value
16 in this thought thing is what we're doing right now,
17 sitting around talking about what we can do better.
18    DANIELLE DORSCH: When we put our brooms in
19 the Virkon tubs and then we rinse them off, how would
20 you like us to rinse them off?  We stick them in the --
21    DOUG MUNSON: Thorough.
22    DANIELLE DORSCH: Yeah.
23    DOUG MUNSON: But they're supposed to be
24 nontoxic.
25    DANIELLE DORSCH: Okay.

**Page 4**

1    DOUG MUNSON: If I remember correctly.
2    DANIELLE DORSCH: We just -- we throw them
3 back.
4    DOUG MUNSON: Look at your MSDS sheet.
5    DANIELLE DORSCH: Okay.  We throw them in the
6 back of the tank.
7    DOUG MUNSON: Well, that ought to be --
8    DANIELLE DORSCH: Yeah, and just rinse them
9 pretty good.
10    DOUG MUNSON: As long as -- see, as long as
11 you keep your brushes, (whistling sound), in individual
12 vats, you don't trade vats with them --
13    DANIELLE DORSCH: Uh-huh.
14    DOUG MUNSON: -- or trade raceways with them,
15 you're pretty good anyhow.
16    DANIELLE DORSCH: Okay.
17    DOUG MUNSON: You always want to knock down
18 that potential pathogen mode.
19    DANIELLE DORSCH: Okay.
20    DOUG MUNSON: So if you put them into the
21 raceway or vat, they're still getting exposed.  If
22 you've got organic material, it gets re-inhabited and
23 colonized.
24    DANIELLE DORSCH: Okay.
25    DOUG MUNSON: Until that chunk of

**Page 5**

1 (unintelligible) gets knocked off and you take it down
2 to the (unintelligible).
3    DANIELLE DORSCH: Uh-huh.
4    DOUG MUNSON: I'm going to stick with, you
5 know, (unintelligible), right?
6    DOUG ENGEMANN: Correct.
7    DOUG MUNSON: So as long as your utensils are
8 dedicated to those raceways, you -- both your new
9 employees, you know, you're satisfied that they're not
10 going to take shortcuts.  You know, one of the things --
11 we had the outbreak of 139.  That was the IHM that
12 killed a million fish at Dworshak, and we had a breakout
13 at Niagara Springs, and that's when I brought in
14 disinfection, (unintelligible) disinfection and that
15 kind of stuff, and Paul Abbott just did not like that.
16    (Unintelligible), and he's up there.  First
17 thing, he goes up there, and he's (unintelligible)
18 situation.  And at least one of the temporaries come out
19 there.  (Unintelligible) comes out of the muddy water
20 and goes into the (unintelligible).
21    DANIELLE DORSCH: No.
22    DOUG MUNSON: (Unintelligible).  You can't
23 feed every second of the day, but we also have to be
24 vigilant when we get these employees that they -- Lou
25 was a temporary -- that they know -- it's probably

Dorsch v.
State of Idaho, Department of Fish & Game

New Recording 5
April 9, 2019

Page 6

1  Lance -- that they can't do that.
2      (Whistling sound.)
3      DANIELLE DORSCH: (Unintelligible).
4      BRANDON FILLOON: That's how -- that's how we
5  were doing the vats.  We had everything isolated.  You
6  know, when the outbreak happened, it was like you don't
7  know --
8      DOUG MUNSON: Yeah.  At that point, you
9  quarantine.
10     BRANDON FILLOON: We stepped up --
11     DOUG MUNSON: Yeah.
12     BRANDON FILLOON: -- everything.
13     DOUG MUNSON: Yeah.
14     BRANDON FILLOON: So from that, what you just
15 said to us, we may just go back to isolation of
16 equipment.
17     DOUG MUNSON: Yeah.
18     DOUG ENGEMANN: The caveat there is that we
19 need to clean that equipment once in a while.  It can't
20 just sit there with that shit on it.  (Unintelligible).
21     DOUG MUNSON: You could -- yeah.  Doug, the
22 thing is, you can do that on a weekly basis.
23     DOUG ENGEMANN: Yeah.
24     DOUG MUNSON: That may be something for
25 weekend duty crew.

Page 7

1      DOUG ENGEMANN: I like the soft brushes, but
2  they're a dense soft pile, and they do hold that stuff.
3  I mean, we blast them with a house once in a while.
4  But, yeah, we -- like Brandon said, after that -- after
5  that outbreak, (unintelligible) as if it were IHN --
6      DOUG MUNSON: Yeah.
7      (Unintelligible.)
8      DOUG MUNSON: Colonized it back.  But I
9  think -- I don't know if both of you were in the room, I
10 can't remember.  This was probably Phoma, and I said
11 that out loud.  So if it's not Phoma, it's some other
12 fungus.  You know, it could be safolamia (phonetic) but
13 on the plate it first looked like safolamia, but after a
14 couple days it started looking like Phoma.  Turned kind
15 of brown grey, greyish brown.
16     (Unintelligible.)
17     DOUG MUNSON: Hopefully you're not seeing that
18 lesion anymore.
19     BRANDON FILLOON: No.
20     DOUG MUNSON: You're kind of leaning at it.
21     BRANDON FILLOON: It's like one every so
22 often, so...
23     DOUG MUNSON: Yeah, and that's -- life is this
24 bell-shaped curve.
25     BRANDON FILLOON: We're on the -- we're on

Page 8

1  the -- we're on the very, very low end.
2      DOUG MUNSON: Yeah.  Well, it's going to be --
3  you know, I wish -- you know, it will be very
4  interesting how this -- how this went through your
5  population, whether you had some contaminated bags of
6  feed and a certain amount of them got an effective dose.
7  Just because you've got one -- and I don't even know
8  what an effective dose is for Phoma.  For IHN, it's like
9  500,000.  You've got to have 500,000 viral particles
10 break the nonspecific immune system of the animal to
11 establish an infection.  And this is -- all us graduate
12 students have to answer this question.
13     And on the flip side you can have something
14 like -- you know, we'll go with human pathogens.  Viral.
15 You can take -- you would have to have 6 million viral
16 particles, rhinoviruses, and go like this.  You can
17 drink it, 100 million of them, and you won't catch a
18 cold.  But 6 million on the tip of your finger and you
19 go (unintelligible) your eye and rub it, you'll have a
20 cold in about a week.  Ten days.
21     Now, you take simian B herpesvirus from a, you
22 know, monkey and you get one past your nonspecific
23 immune system, you'll be dead in 24 hours.  100 percent
24 gut.  So when you hear about the do-gooders releasing
25 the monkeys out of the monkey colonies at the vet

Page 9

1  schools and medical schools, that's why there's a big
2  to-do, because a lot of those are carriers.  That's what
3  they're studying, is that herpes -- simian B
4  herpesvirus, B strain, and it's deadly.  It makes Ebola
5  look like nothing.
6      So that's -- that's the -- that's the issue
7  you know, of how infection starts, is this combination
8  of environment host and pathogen back to those circles.
9  And in that environment you ought to de-stress it.  You
10 can get away with murder if you don't have a stressful
11 situation.  And that was Ray Brunson's theory, is:  Why
12 did Ray Brunson allow a second fish into the raceway?
13 So the first one wouldn't die of loneliness.  He wanted
14 his density indexes that low so they wouldn't be
15 stressed out.
16     You guys are going to be, in the next five to
17 ten years, a lot of pressure to be pushing as many fish
18 as you can through your system.
19     DOUG ENGEMANN: Yeah.
20     DOUG MUNSON: And why is that?  Because we
21 have to be run like a business, we've got to sell
22 licenses.  And really this -- I think this was the last
23 bit of water, decent water in the state of Idaho.
24     I wouldn't -- I would never (unintelligible).
25 Theoretically, what would you do with Ashton?  Let's

Page 10

1 start off with you.
2        DOUG ENGEMANN: Honestly, I think you could
3 justify the option of that if you went back to the
4 Chapman era, if you were to not allow -- you know,
5 restore the infrastructure, then allow the production.
6 You could boost production there about 35 percent over
7 what it was at the end, you know, with the LHO's, with
8 the liquid 02 delivery system and the solenoids and all
9 of that, and the air-cooling system and some standpipes.
10        You could -- you know, the stuff that's there
11 is very (unintelligible).  You've got a very
12 (unintelligible) strain of cold water there that doesn't
13 kill many fish at all.  I've often debated if we needed
14 to treat.  Then the other critter is (unintelligible).
15        DOUG MUNSON: You were at Ashton, weren't you?
16 American Falls.  What would you do with Ashton?
17        BRANDON FILLOON: Redistribution and research.
18        DANIELLE DORSCH: Redistribution and research.
19 I'd tear down the old infrastructure probably, drop
20 another well, or just use what you have, but make sure
21 all the -- wasn't the -- it was leaking pipes, right?
22 The end of it was in the -- it was --
23        DOUG ENGEMANN: They totally expanded the
24 lower level of early rearing tanks, and they didn't have
25 water.  It was basically an engineering disaster.  They

Page 11

1 built on a whole --
2        (Whistling sound.)
3        DOUG MUNSON: I'm just (unintelligible).
4        DOUG ENGEMANN: Oh.
5        (Unintelligible.)
6        DOUG ENGEMANN: And there wasn't water
7 (unintelligible).  It was just a complete -- it would be
8 nice if they could get enough.  You couldn't do those
9 tanks and do the outside raceways.
10        DOUG MUNSON: Correct.
11        DOUG ENGEMANN: I'd try to buy up additional
12 water rights from the neighbors across the way.
13        (Unintelligible.)
14        DANIELLE DORSCH: I'd do research.
15        (Unintelligible.)
16        DOUG MUNSON: Well, you ought to try it.
17        DANIELLE DORSCH: I'd do research.
18        DOUG MUNSON: We're trying to try it.  You
19 know, we're standing back.  You know, we're going -- a
20 whole lot (unintelligible) than national.  They'll be --
21 they just, "It's unproven technology.  It's unproven
22 technology.  It's unproven technology."
23        And they're proving that at least you can
24 raise fish with it and resident fish and do -- you know,
25 they don't know if returning to creel is any better.

Page 12

1 It's up in the air whether SAR's are better on
2 monogamous fish or not.  Some years they are.  Some
3 years they're not.  Just like acclimation.  It almost
4 looks like a rehash of acclimation, but I think it's
5 actually better than -- the data is better in support of
6 that re-circuit, reuse.  You would have -- you would
7 just go to reuse on that.
8        DANIELLE DORSCH: It's funny because they --
9        DOUG MUNSON: If circular tanks make it
10 efficient, start making that your research project for
11 that, and you could do brood stock or whatever.
12        DANIELLE DORSCH: Yeah.
13        DOUG MUNSON: Steve Sharon out of Wyoming said
14 that would have been his brood stock station on reuse.
15        BRANDON FILLOON: (Unintelligible).
16        DOUG MUNSON: Yeah, but --
17        DANIELLE DORSCH: There's --
18        DOUG MUNSON: -- I would -- I would not get
19 rid of that thing.  I would highly suggest putting --
20 start working at least with circular tanks.
21        DANIELLE DORSCH: It's funny because there's
22 large commercial scale AquaChronic businesses jumping up
23 all over, and they're doing research, and they got it
24 from aquaculture, you know, the research, and it's
25 working for them, and they're doing a business.  So, you

Page 13

1 know...
2        DOUG MUNSON: I don't know if -- so many of
3 those are doomsday preppers, but...
4        DANIELLE DORSCH: Yeah.  Yeah, I know what you
5 mean.  Yeah.
6        DOUG MUNSON: I had a veterinary student that
7 was raising perch in his basement at (unintelligible).
8        DANIELLE DORSCH: Did it work?
9        DOUG MUNSON: Oh, yeah.  But he's up there,
10 "I'm making" -- and he got his starter fish for free
11 from the research station, and he's raising yellow
12 perch, and he went up there -- yeah, but you have to buy
13 your seed stock and all this kind of stuff.  It's going
14 to --
15        DOUG ENGEMANN: Wasn't that Chris Stars'
16 masters thesis, was intensive culture of yellow perch,
17 as I remember?  He was in the grad program at Michigan
18 State when I was there.
19        DOUG MUNSON: Well, anyhow, any other issues?
20 Quit shaking your head.
21        DANIELLE DORSCH: No.
22        DOUG MUNSON: You might fall off.  How's your
23 neck doing?  Yeah, same with me.  When the weather is
24 bad, I cramp up.  As I told you, I have disc -- one
25 fusion that was rejected.  Yeah.  And so I go into the

Page 14

1  crawl when there's bad weather.
2        (Whistling sound.)
3        DANIELLE DORSCH: These three fingers fall
4  asleep.
5        DOUG MUNSON: Yeah. That may not be because
6  of your neck.
7        DANIELLE DORSCH: It's -- well, I get a zinger
8  down there.
9        DOUG MUNSON: Oh, okay.
10       DANIELLE DORSCH: But I still use that
11  traction device, but I don't know if using more of the
12  traction is bad. Then --
13       DOUG MUNSON: Doug's over there, "You got a
14  noose?"
15       DANIELLE DORSCH: You know, it pulls your head
16  up.
17       DOUG MUNSON: You got the mechanical one that
18  you can lay down?
19       DANIELLE DORSCH: Yeah. Yeah.
20       DOUG MUNSON: See, they wouldn't pay for that.
21       DANIELLE DORSCH: Oh, I had to buy it.
22       DOUG MUNSON: Yeah.
23       DANIELLE DORSCH: Well, the car -- it was the
24  settlement -- during the settlement.
25       DOUG MUNSON: Oh. See, insurance wouldn't buy

Page 15

1  it for me. They would buy the $6 rope, which you attach
2  to your door, (makes sound).
3        DANIELLE DORSCH: But no.
4        DOUG MUNSON: I can buy a $6 apparatus. If
5  that's the case, then I'm -- that's whenever I decided I
6  was going to surgery. I looked down, and this arm was a
7  Kermit the Frog arm. You know, I used to bench-press
8  over 300 pounds, you know, with my client every year,
9  but didn't see any need to go bigger than 300 pounds.
10  And you're up there. Yeah. Yeah. It's time.
11       DANIELLE DORSCH: It takes away the zingers
12  when you do the traction.
13       DOUG MUNSON: Yeah, I popped your neck before.
14       DANIELLE DORSCH: Yeah.
15       DOUG MUNSON: And I don't have any movement
16  anymore up there, so I don't know if it's self-fusing.
17  This winter hasn't been bad, but it hasn't been as cold.
18       DANIELLE DORSCH: Have you had any more
19  surgeries?
20       DOUG MUNSON: Last surgeries were -- I had the
21  elbow debridement and the knee replacement in 2012.
22  Those were the last two.
23       DANIELLE DORSCH: Too bad.
24       DOUG MUNSON: Yep, I got a radial tunnel here.
25  This last spawning season, I tore a cartilage and a

Page 16

1  ligament in this wrist, which they can't do anything
2  for. I've got a dead ligament in this wrist. Radial
3  tunnel is scaring -- the surgeons won't touch that,
4  because if they nick the nerve there, that
5  (unintelligible). I won't even have to crawl. I'll
6  just be limp on this side.
7        DANIELLE DORSCH: How is Roberta's wrist doing
8  after surgery?
9        DOUG MUNSON: I imagine she's recovering
10  because I'm not hearing much about it. I mean, it's bad
11  when you go to your doctor and after the physical they
12  go, "Oh, you've got -- at your age, all you've got to
13  look forward to is getting very sick and dying."
14       (Unintelligible.)
15       DOUG MUNSON: "Well, I've got insurance."
16  "Not for much longer."
17       DOUG ENGEMANN: Take advantage of that sick
18  leave.
19       DANIELLE DORSCH: Okay.
20       DOUG MUNSON: I've got to kill 60 fish to make
21  sure (unintelligible).
22       (Unintelligible.)
23       DOUG MUNSON: You've got four raceways out
24  there?
25       DANIELLE DORSCH: Yeah.

Page 17

1        DOUG MUNSON: Fifteen (unintelligible). Give
2  me about -- I've got to get set up. We're having
3  controversy with some of the vehicles that were out, so
4  I had to borrow one from genetics, and I guess I didn't
5  have to, but I just wanted to show them that there was
6  plenty of vehicles at the lab. And if we have a
7  breakdown, there's no reason to blow a gasket over it.
8        BRANDON FILLOON: (Unintelligible).
9        DOUG ENGEMANN: No, actually, I'm going to --
10  while he's setting up --
11       BRANDON FILLOON: Here's the --
12       DOUG MUNSON: Where's your mortality charts
13  for inside and outside? Oh, oh, oh.
14       BRANDON FILLOON: Inside is hanging on the
15  vat. Outside is down there. Do you want me to go get
16  the outside one for you?
17       DOUG MUNSON: Yeah. It looks like you have
18  one in here.
19       DANIELLE DORSCH: Well, I have just from the
20  last February and March.
21       DOUG MUNSON: Yeah. I think you had -- indoor
22  raceways I want to see.
23       DANIELLE DORSCH: Okay. Okay.
24       DOUG MUNSON: And outside, what -- are you
25  moving one or two a day? That's all I needed.

Dorsch v.
State of Idaho, Department of Fish & Game

New Recording 5
April 9, 2019

Page 18

1      (Unintelligible.)
2      BRANDON FILLOON: Not even -- one or two per
3  (unintelligible).
4      DOUG MUNSON: Yeah.
5      DOUG ENGEMANN: I'm going to hire me a
6  bio-aide while you're setting up, Doug.
7      DOUG MUNSON: Sure.
8      DOUG ENGEMANN: And then I'll join you in
9  there in a moment.  I'm going to call that guy.
10     DOUG MUNSON: I'm sorry I tracked mud all
11 through the place there and through the dormitory.  I
12 didn't catch that in time.
13     DOUG ENGEMANN: I didn't see it either
14 until... Yeah, these...
15     BRANDON FILLOON: You're on sweeping duty
16 then.
17     DOUG MUNSON: What's that?
18     BRANDON FILLOON: You're on sweeping duty.
19     DOUG MUNSON: Yeah.
20     BRANDON FILLOON: He who tracks it in has
21 to --
22     DOUG MUNSON: Well, I look at it this way.  At
23 least usually it's dog shit that I'm tracking in.
24     Oh, it sucks getting old, Brandon.
25     BRANDON FILLOON: I know.

Page 19

1      DOUG MUNSON: What do you mean you know?
2      (Unintelligible background dialogue.)
3      DOUG ENGEMANN: Do you have that biosecurity
4  audit form from Doug that we completed?
5      BRANDON FILLOON: You have a hard copy.  You
6  have an e-mail sitting in your e-mail.
7      DOUG ENGEMANN: Excellent.
8      BRANDON FILLOON: You should have an e-mail
9  sitting in your e-mail.
10     DOUG ENGEMANN: In the folder where we have, I
11 believe, the -- this was the bio -- this was the general
12 biosecurity HACCP, not the fish transport HACCP, which
13 is okay, but the fish transport HACCP, and then we ended
14 up with two different documents there, per Bryan's
15 direction.
16     BRANDON FILLOON: Right.
17     DOUG ENGEMANN: So --
18     BRANDON FILLOON: Did I not grab the right
19 one?
20     DOUG ENGEMANN: No, this is -- that's all
21 right.  We just -- I'm going to put this on my desk so I
22 won't forget.
23     BRANDON FILLOON: You got a different one?
24     DOUG ENGEMANN: Yeah.  There's a very short
25 version of this that resulted from that work that was

Page 20

1  just New Zealand mud snail specific.
2      BRANDON FILLOON: Well, which one did we give
3  him?
4      DOUG ENGEMANN: We gave him this one.
5      BRANDON FILLOON: Yeah.  It's the
6  (unintelligible) one.
7      DOUG ENGEMANN: No.  No.  Well, this --
8  (unintelligible).  This is the wrong one.
9      (Unintelligible.)
10     BRANDON FILLOON: Right.  This is the one.
11     DOUG MUNSON: Yeah.  (Unintelligible).
12     DANIELLE DORSCH: They're working on the vats
13 right now, so this is the (unintelligible).
14     DOUG ENGEMANN: We also have a New Zealand mud
15 snail.
16     BRANDON FILLOON: I thought you put it in the
17 file.  No?
18     DOUG ENGEMANN: No.  (Unintelligible).
19     DOUG MUNSON: Yeah.  You have two
20 (unintelligible)?  Or three?
21     DANIELLE DORSCH: Three, but they're -- but it
22 seems like --
23     BRANDON FILLOON: This log.
24     DANIELLE DORSCH: I put it on the chart, and
25 they're spiking.  It seems like they're all spiking, and

Page 21

1  then it's following a trend.
2      DOUG MUNSON: And that's what happened.
3      DOUG ENGEMANN: And I have one of those on the
4  (unintelligible).
5      DOUG MUNSON: Okay.  There you go.  Thank you.
6      DANIELLE DORSCH: Uh-huh.
7      DOUG MUNSON: I just wanted to take a look.
8      DANIELLE DORSCH: But they're pinheads.
9      DOUG MUNSON: Let's see.  Oh, yes, I need
10 equipment.  I can't do this without -- I can, but it
11 just takes a lot longer.
12     DANIELLE DORSCH: What can I get you?
13     DOUG MUNSON: Oh I'm just talking to myself.
14     BRANDON FILLOON: Where are all the
15 (unintelligible)?
16     (Unintelligible.)
17     DOUG MUNSON: Okay.  I'm going to do 15 at a
18 time.
19     BRANDON FILLOON: Okay.
20     DOUG MUNSON: (Unintelligible).
21     BRANDON FILLOON: No.  (Unintelligible).
22     DOUG MUNSON: Okay.  We will do grossly.
23     BRANDON FILLOON: We will do grossly.
24     (Unintelligible.)
25     BRANDON FILLOON: Would you like to help him

Dorsch v.
State of Idaho, Department of Fish & Game

New Recording 5
April 9, 2019

Page 22

1  with his fish or --
2      DANIELLE DORSCH: Whatever you would like me
3  to do.
4      DOUG ENGEMANN: Yeah, let's -- I'll have you
5  work up the gut contents --
6      DANIELLE DORSCH: Okay.
7      DOUG ENGEMANN: -- with Doug. Doug will be
8  doing the other bacti/viral stuff.
9      DANIELLE DORSCH: Okay.
10     DOUG ENGEMANN: And when he's done or he's
11 ready for you to do that, then that way, yeah, he's only
12 doing 15 fish at a time. That ought to go pretty well.
13     DANIELLE DORSCH: We don't have a
14 (unintelligible), do we?
15     DOUG ENGEMANN: No. No. If we find snails,
16 we'll send them --
17     BRANDON FILLOON: Any snail that you find,
18 isolate it out, collect it, and then we can do it.
19     DANIELLE DORSCH: Okay.
20     (Unintelligible.)
21     BRANDON FILLOON: No. I think you just need
22 to have a comment, but you can't enter something.
23     DANIELLE DORSCH: Okay. Okay.
24     BRANDON FILLOON: And that's probably going to
25 change when we --

Page 23

1      DOUG ENGEMANN: Yeah. I don't anticipate us
2  having -- yeah, we won't probably end up having to do
3  total nitrogen more than once or twice.
4      DANIELLE DORSCH: Okay.
5      DOUG ENGEMANN: But (unintelligible).
6      DANIELLE DORSCH: PKN. I was going to just
7  add it down here in the notes, but you just put slash
8  and do the PKN.
9      BRANDON FILLOON: Whatever the word is.
10     DOUG ENGEMANN: Yeah.
11     BRANDON FILLOON: PKN in parenthesis.
12     DANIELLE DORSCH: Okay. PKN.
13     BRANDON FILLOON: And when we talk to Doug
14 Ramsey, we can just tell him, Hey, this is -- you've
15 done two.
16     DANIELLE DORSCH: Okay.
17     BRANDON FILLOON: And we'll write on the
18 bottles, also.
19     DANIELLE DORSCH: Yeah.
20     BRANDON FILLOON: So that there's no question.
21 (Unintelligible).
22     DANIELLE DORSCH: And then will he sterilize
23 them and then put the labels on them after? So we bring
24 in the first set, and then he'll go ahead, sterilize
25 them, and then he makes the thing for Springfield, the

Page 24

1  sticker?
2      BRANDON FILLOON: May or may not. He doesn't
3  always do that.
4      DANIELLE DORSCH: Okay.
5      BRANDON FILLOON: Should put new stickers on.
6      DANIELLE DORSCH: Okay. But he does sterilize
7  them, correct?
8      BRANDON FILLOON: It depends on how fast they
9  work them up. I don't know.
10     DANIELLE DORSCH: Okay. I thought, for
11 whatever reason, they had to.
12     BRANDON FILLOON: It depends on temperature.
13     DANIELLE DORSCH: Okay.
14     BRANDON FILLOON: So it depends on temperature
15 and it also depends on are they working that day.
16     DANIELLE DORSCH: Okay.
17     BRANDON FILLOON: So if he gets -- I forgot
18 his name. Don Johnson?
19     DANIELLE DORSCH: Yeah, I --
20     BRANDON FILLOON: If Don -- if Don gets --
21     DANIELLE DORSCH: Is Doug Ramsey the one
22 that's retired? One of them.
23     BRANDON FILLOON: No. Doug --
24     DOUG ENGEMANN: What's that?
25     BRANDON FILLOON: -- doesn't really work at

Page 25

1  the lab anymore.
2      DANIELLE DORSCH: Okay.
3      BRANDON FILLOON: He's the supervisor, but
4  he's actually phased out of the old building.
5      DANIELLE DORSCH: Oh, okay.
6      BRANDON FILLOON: So his office is in the new
7  addition.
8      DANIELLE DORSCH: Oh, okay.
9      BRANDON FILLOON: At least that's how it was
10 two, three years ago.
11     DANIELLE DORSCH: Okay. Okay. I'll fix that
12 and get that on the Drobo.
13     BRANDON FILLOON: Okay. Now, if you want to
14 work with Doug today getting the fish --
15     DANIELLE DORSCH: Okay.
16     BRANDON FILLOON: -- let me know what you need
17 from me.
18     DANIELLE DORSCH: Okay. If we have sampling
19 records, I'm just going to -- unless, you know...
20     BRANDON FILLOON: Just take -- just take the
21 pound count buckets that are outside.
22     DANIELLE DORSCH: Okay.
23     DOUG ENGEMANN: Brandon, do you have that
24 manilla folder with this year's bio-aide apps?
25     BRANDON FILLOON: No. I gave it back to you.

Dorsch v.
State of Idaho, Department of Fish & Game

**Page 26**

1    (Unintelligible.)
2    BRANDON FILLOON: Unless you gave it back to
3 me and I put it away and I'm retarded.
4    DOUG ENGEMANN: What's that?
5    BRANDON FILLOON: I said you may have put it
6 back or give it back to me. Nope. I just have fish
7 tank stuff.
8    (Unintelligible.)
9    DOUG ENGEMANN: Wait. The day is not over.
10    DOUG MUNSON: I know, but (unintelligible).
11    DOUG ENGEMANN: Oh. Yeah.
12    BRANDON FILLOON: So how was the supervisory
13 thing? Are you ready for that?
14    DOUG MUNSON: Just closed on this other.
15    BRANDON FILLOON: Oh.
16    DOUG MUNSON: So...
17    BRANDON FILLOON: Well, still undecided?
18    DOUG MUNSON: Yeah, I kind of know who's
19 putting in for it. And I don't -- personally, I don't
20 think that I have any competition other than the fact
21 they don't want me there. And it was kind of spelled
22 out to me, but so what.
23    BRANDON FILLOON: Why is that in the circular
24 file? One of those deals?
25    DOUG MUNSON: Well, I'm out there. And I call

**Page 27**

1 (unintelligible) on the phone. And I'm out there, "I
2 may need help on this, because I haven't applied for a
3 job in ten years, and I'm going through this. It can't
4 be that easy. No way can it be that easy."
5    And Doug goes, "Yeah, it's that easy." And so
6 I'm up there. Well, I dug up my -- the last time --
7 exactly the same test I took the last time and got an 85
8 on it. It's going to be interesting to see if I get a
9 higher score this time, because what -- you know, far
10 more experience. Publications, AFS, Fish Health Section
11 president, P&FHPC executive secretary, that kind of
12 stuff gets put in there. And I go, Watch me get a lower
13 score this time.
14    BRANDON FILLOON: (Unintelligible).
15    DOUG MUNSON: Yeah.
16    DANIELLE DORSCH: Just in case I get it wet.
17    DOUG MUNSON: So I'm up there --
18    DANIELLE DORSCH: How many subjects do I need?
19 I have a lot of subjects.
20    BRANDON FILLOON: You've got three right
21 there.
22    DOUG MUNSON: I was told that they didn't
23 think I could remove myself from protecting the
24 hatchery.
25    (Unintelligible.)

**Page 28**

1    DOUG MUNSON: So as the supervisor, you need
2 to look at the big picture. Okay. Yeah, but you still
3 have -- that's the -- this is the bank. And if you --
4 either the bank would be robbed all the time or you have
5 bad management and you don't have any money.
6    BRANDON FILLOON: Yeah.
7    DOUG MUNSON: That's not how they look at it.
8    DANIELLE DORSCH: I'll go take -- are you
9 ready for 15?
10    BRANDON FILLOON: Oh, there's --
11    DANIELLE DORSCH: Doug, are you ready for 15?
12    DOUG MUNSON: Yeah. I'm going to kill 'em,
13 so...
14    DANIELLE DORSCH: Okay.
15    BRANDON FILLOON: Aquatic veterinarian.
16 (Unintelligible.)
17    DOUG MUNSON: Yeah. No, I'm done.
18 (Unintelligible.)
19    BRANDON FILLOON: Oh, okay. I just saw that.
20    DOUG MUNSON: So she's with Colorado
21 Department of...
22    BRANDON FILLOON: (Unintelligible).
23    DOUG MUNSON: Yeah. Yeah, I know her.
24 (Unintelligible). About the same time I was there.
25 (Unintelligible).

**Page 29**

1    BRANDON FILLOON: Yeah, I don't know her
2 personally. (Unintelligible.)
3    DOUG MUNSON: Oh, she finally retired or...
4    BRANDON FILLOON: Must have.
5    DOUG MUNSON: Oh, okay.
6    BRANDON FILLOON: It just came open.
7    DOUG MUNSON: Yeah.
8    (Unintelligible background dialogue.)
9    (No conversation.)
10    (Unintelligible background dialogue.)
11    BRANDON FILLOON: Did he give you the hard
12 copy? Or do you want me to print one off real quick?
13    DOUG ENGEMANN: Let's print one off, yeah.
14 (Unintelligible). Do we have the -- or the -- God, how
15 do I say it? Do we have the fish transport HACCP and
16 this guy here all in one location?
17    BRANDON FILLOON: No.
18    DOUG ENGEMANN: Not this, I'm sorry, but the
19 other thing, with the New Zealand mud snail inspection
20 form.
21    BRANDON FILLOON: Don't kill me.
22    DOUG ENGEMANN: What's that?
23    BRANDON FILLOON: I said don't kill me. You
24 saved it all for me, right? (Unintelligible). This is
25 the New Zealand mud snail one that I have.

Dorsch v.
State of Idaho, Department of Fish & Game

New Recording 5
April 9, 2019

Page 30

1  DOUG ENGEMANN: Yeah.
2  BRANDON FILLOON: Fourteen pages?
3  DOUG ENGEMANN: Yeah. I don't remember the
4 number of pages. I know the big one -- the big one that
5 we were looking at today is the general biosecurity
6 HACCP. We have a fish transportation HACCP that has far
7 fewer critical control points in it. It's about six
8 pages or something versus us, you know, 20 some odd pages.
9  BRANDON FILLOON: Well, this one is 14 that I
10 have.
11  DOUG ENGEMANN: I just want to make sure that
12 before we roll all of that's in one place.
13  BRYAN GRANT: Morning.
14  (Unintelligible background dialogue.)
15  BRANDON FILLOON: In here, Bryan.
16  BRYAN GRANT: I'm going to get the Taser app
17 for your phone so that when I send you stuff it zaps
18 you.
19  DOUG ENGEMANN: Oh. Well, I don't know.
20  BRANDON FILLOON: We also get service in here,
21 too.
22  DOUG ENGEMANN: Yeah. But the texts we get.
23 But this one didn't buzz me, though. I have it on
24 vibrate and it makes a little noise. But this time it
25 didn't. I'm sorry.

Page 31

1  BRYAN GRANT: We're going to just sit in the
2 conference room?
3  DOUG ENGEMANN: With the biosecurity thing? I
4 guess.
5  BRYAN GRANT: Yeah.
6  DOUG ENGEMANN: Yeah.
7  BRYAN GRANT: So today's thing with Munson is
8 going to serve as your New Zealand mud snail inspection,
9 too, right?
10  DOUG ENGEMANN: Correct.
11  BRANDON FILLOON: Correct.
12  BRYAN GRANT: And you've got your form to
13 document?
14  DOUG ENGEMANN: Correct.
15  BRYAN GRANT: Okay. Because I should have
16 sent you all that.
17  DOUG ENGEMANN: Okay. Got it.
18  BRYAN GRANT: Man, I had a lengthy discussion
19 about New Zealand snails yesterday. They found them in
20 catchables at Nampa.
21  DOUG ENGEMANN: Ew.
22  BRYAN GRANT: Which is not a good thing.
23  DOUG ENGEMANN: No.
24  BRYAN GRANT: Because they send --
25  DOUG ENGEMANN: All over the place, yeah.

Page 32

1 Yeah.
2  BRYAN GRANT: So, you know, you've got to just
3 -- it was actually requested from Gary, that great plan
4 and all that, and sent the manager, so you guys are
5 following our guess of what is considered...
6  (Unintelligible background dialogue.)
7  DOUG ENGEMANN: Brandon, was this his copy or
8 ours?
9  BRANDON FILLOON: No, that's one I just
10 printed off.
11  DOUG ENGEMANN: Oh, okay. And that's for
12 Bryan?
13  BRANDON FILLOON: Yeah.
14  DOUG ENGEMANN: Oh, all right. Shit. Sorry.
15  (Unintelligible background dialogue.)
16  DANIELLE DORSCH: I've got to go check on
17 where they're at.
18  DOUG MUNSON: That's what David and I were
19 talking about.
20  (Unintelligible.)
21  DOUG ENGEMANN: Doug, I'm going to go check
22 the wells.
23  DOUG MUNSON: Okay.
24  DOUG ENGEMANN: And Danielle I think is going
25 to help you euthanize some fish.

Page 33

1  DOUG MUNSON: I've already got the first one.
2 I bet they're euthanized by now.
3  DANIELLE DORSCH: Yeah.
4  (Unintelligible.)
5  DOUG ENGEMANN: They're not only dead, they're
6 in fishy heavy.
7  DOUG MUNSON: Let's talk about euthanasia.
8 Let's talk about youth of America.
9  Who was that the other day that said -- oh,
10 no, that was my mother-in-law. She put something on
11 Facebook, something about her cold. And she just -- and
12 then she said, "I went and got some Euthanasia."
13  DOUG ENGEMANN: Oh, Jeeze.
14  DOUG MUNSON: And she meant to say
15 "echinacea." God bless her. She's my mother-in-law.
16 But, anyway, (unintelligible), "Euthanasia, I hope not."
17 When Keith would go (unintelligible), we would put a
18 gift certificate for Dr. Kevorkian with it on his desk.
19  (Unintelligible). Then another time he had
20 (unintelligible) working on his private jeep, you know,
21 stuff that he really shouldn't have been doing. We put
22 this -- made up this -- Bert and I made this condemn
23 flagger and put on his -- I don't know if the Department
24 of Transportation condemns his vehicle.
25  (Speakers talking over each other.)

Dorsch v.
State of Idaho, Department of Fish & Game

New Recording 5
April 9, 2019

Page 34

1   BRYAN GRANT: Can we get this put on our
2 biosecurity one?
3   BRANDON FILLOON: Yeah.  Yeah.
4   BRYAN GRANT: Because that's not good.  Not
5 good.
6   DOUG MUNSON: I had talked to him for years
7 about that (makes sound).
8   DOUG ENGEMANN: I don't inhale.
9   BRYAN GRANT: Okay.
10   DOUG ENGEMANN: I don't.  I really don't.
11   BRYAN GRANT: All right, Clinton.
12   (Unintelligible).
13   DOUG MUNSON: And I didn't dance with that
14 mailroom girl either.
15   BRYAN GRANT: Look at this guy.
16   DOUG ENGEMANN: Oh, he's slacking.
17   BRYAN GRANT: The workload, man.  There you
18 go, 8,000 bucks.
19   (Unintelligible.)
20   BRYAN GRANT: We need a cherry picker, too.
21   DOUG ENGEMANN: Wow.  That wasn't so bad.
22   BRYAN GRANT: I'm being serious, though.  I've
23 never said no to you guys without seeing cost estimates
24 first.  So to the forklift, to me, being a resident guy,
25 it seemed like, holy cow, you don't need that.  Yeah, it

Page 35

1 does.  But I recognize it would be very helpful here and
2 could prevent a serious injury.  So if anybody has got
3 the funds to do it, I'll go to bat for you.  We can --
4 we can justify it easily.
5   DOUG ENGEMANN: No, we should gain --
6   BRYAN GRANT: Feed is delivered in one-ton
7 pallets.
8   (Speakers talking over each other.)
9   DOUG ENGEMANN: 12 feet above grade,
10 (unintelligible).  Fish transport unit.
11   BRYAN GRANT: You know, it's all good.
12   DOUG ENGEMANN: You know, I'm not -- we gained
13 a little operating money at the state level just because
14 the way the overhead is going to be redirected.
15   BRYAN GRANT: I still get ticked off when I
16 see a Moxie invoice.
17   DOUG ENGEMANN: Mr. Moxie Joe and I are going
18 to have a little heart to heart.  He is scheduled on
19 that schedule, so he'll be visiting the hatchery, and he
20 and I are going to talk about the efficacy of his
21 program relative to what he's charging us.
22   BRYAN GRANT: Good.
23   DOUG ENGEMANN: And so that's the --
24   BRYAN GRANT: I'm not going to lie, man.  I
25 have to pull out my pack of Tums every time you send me

Page 36

1 that.
2   DOUG ENGEMANN: I don't -- I don't --
3   BRYAN GRANT: It's really starting to hurt me.
4   DOUG ENGEMANN: Yeah.  I don't enjoy sending
5 them.  And Joe and I have had a conversation on the
6 phone.  And I said, "Dude, we're not doing this on the
7 phone anymore.  You need to come here, and we're going
8 to walk around, and I'm going to show you the extent of
9 the damage here, and then we're going to talk about" --
10 and I think they're going in the direction of increasing
11 the bait versus the frequency of the visits, but
12 increasing that perimeter.
13   BRYAN GRANT: I'll be the first to admit, your
14 homes should have something.
15   DOUG ENGEMANN: Uh-huh.
16   BRYAN GRANT: It's unacceptable to have homes
17 with rodent issues.  It is.
18   DOUG ENGEMANN: It is.
19   BRYAN GRANT: It devalues your investments.
20   DOUG ENGEMANN: Uh-huh.
21   BRYAN GRANT: Now, these buildings and
22 everything, it's also important, but I don't know.
23 (Unintelligible).
24   DOUG ENGEMANN: These units around the outside
25 of this wing have been pretty efficacious, I think.

Page 37

1   BRYAN GRANT: I just almost think that we need
2 to be straight up with them and say, "You know what?
3 Our purchasing is telling us that this" -- make
4 something up.
5   DOUG ENGEMANN: No, that's what I told him.
6   BRYAN GRANT: "This is exceeding our
7 allowance.  We need to have a contract in place."
8   DOUG ENGEMANN: Yep.
9   BRYAN GRANT: "What are you guys willing to
10 charge on an annual basis?"
11   DOUG ENGEMANN: He's -- Joe and I are going to
12 have a very serious chat about his visit here because I
13 am most --
14   BRYAN GRANT: Rather than this 349.99 a month
15 thing, let's set up a contract with Moxie --
16   DOUG ENGEMANN: Uh-huh.
17   BRYAN GRANT: -- once a year.  We'll renew it.
18   DOUG ENGEMANN: Yeah.
19   BRYAN GRANT: But this $4,000 a year thing for
20 you to come and dink off and throw some bait in --
21   DOUG ENGEMANN: And I'll tell you what,
22 that -- yeah, that -- I feel that way at times, too.
23 I'm -- I'm at the same level with it.  I am most --
24 Brandon here has ordered a whole bunch of additional
25 bait boxes and poison, you know, which, in my opinion,

Dorsch v.
State of Idaho, Department of Fish & Game

New Recording 5
April 9, 2019

Page 38

1  we shouldn't have to do, but we've done it.  And I
2  just -- you know, "Joe, this has got your name on it.
3  This thing has your -- this pest patrol program at
4  Springfield, Joe, has your name on it."
5          And he's like, "I don't like that."
6          I says, "I'm -- and we may need twice as much
7  bait and twice as many boxes.  But right now, for what
8  we're getting, for what we are spending each and every
9  month" --
10         BRYAN GRANT: I'll just tell you right now, I
11 have a side business on the weekend where I'll come and
12 put bait around for you for 179.99.  Sold.  179.99.
13         DOUG MUNSON: I kind of have a similar
14 business.  Any surgery, 29.95.
15         (Speakers talking over each other.)
16         (Unintelligible.)
17         DOUG ENGEMANN: The bottle in front of me, not
18 frontal lobotomy.
19         DOUG MUNSON: No, you should have been here
20 last night.  We had good booze.
21         BRANDON FILLOON: Comes coast to coast
22 (unintelligible).
23         BRYAN GRANT: Yeah.  We need to call Black
24 Foot (unintelligible)?
25         BRANDON FILLOON: (Unintelligible).

Page 39

1          BRYAN GRANT: (Unintelligible).
2          DOUG ENGEMANN: We're still working on some --
3          BRYAN GRANT: Got to protect your home
4  investment.  A little backyard pump investment.
5          (Unintelligible background dialogue.)
6          (No conversation.)
7          BRANDON FILLOON: How's it going in there?
8          LEAH SCHULZ: Huh?
9          BRANDON FILLOON: I said, how's it going in
10 there?
11         (Unintelligible.)
12         (Unintelligible background dialogue.)
13         (No conversation.)
14         BRANDON FILLOON: We'll see you guys.
15         BRYAN GRANT: Doug, I'm out of here.  I've got
16 to go get Neil his stuff and then mark a claim.
17         DOUG ENGEMANN: Cool, man.  Thank you, Bryan.
18         BRYAN GRANT: Leah, it seems like she's doing
19 good.  (Unintelligible.)
20         DOUG ENGEMANN: We're having a good week
21 around here.
22         BRYAN GRANT: Some Filloon guy just e-mailed
23 me.
24         DOUG ENGEMANN: Oh, he's such a character.  I
25 hope he found a forklift we could actually afford.  He

Page 40

1  thinks money grows on trees around this fricking
2  project.
3          BRANDON FILLOON: (Unintelligible) forklift.
4  Don't you worry about that.
5          BRYAN GRANT: (Unintelligible) but a million
6  fish and a million fish is going to be a million bucks.
7          DOUG ENGEMANN: You put it in perspective.  I
8  mean, right now, with two pumps running and not at full
9  (unintelligible), my utility bills are right around
10 10 G's every month.  So, you know, that's without
11 ramping nothing up.  It's like --
12         (Unintelligible.)
13         DOUG ENGEMANN: Well, how else can I go about
14 it?  It was for medical purposes.
15         BRYAN GRANT: Brand new car payments on there.
16 Oh, wouldn't that be nice.  I'll send you mine, too.
17         DOUG ENGEMANN: What are yours?  If I might
18 ask.  What is it for your new truck?
19         BRYAN GRANT: For my new truck, well -- and
20 this will be misleading.
21         DOUG ENGEMANN: Okay.
22         BRYAN GRANT: Because I received employee
23 pricing.
24         DOUG ENGEMANN: Okay.
25         BRYAN GRANT: So I got that truck for like

Page 41

1  8,000 off sticker value.
2          DOUG ENGEMANN: Nice.
3          BRYAN GRANT: Then my old trade-in I got like
4  6500.
5          DOUG ENGEMANN: Okay.
6          BRYAN GRANT: So that went towards it.  My
7  truck payment is 475.
8          DOUG ENGEMANN: Okay.  Okay.
9          BRYAN GRANT: Four -- yeah, 472, something
10 like that.
11         DOUG ENGEMANN: Okay.
12         BRYAN GRANT: Four-door, though.
13         DOUG ENGEMANN: I could have --
14         BRYAN GRANT: I mean, it's a four-door truck,
15 V8.
16         DOUG ENGEMANN: Yeah.
17         BRYAN GRANT: When you're cruising on the
18 interstate, though, that sucker kicks itself down to a
19 four-cylinder.
20         DOUG ENGEMANN: Oh, it does?  Okay.
21         BRYAN GRANT: Dude, I get like 22 miles a
22 gallon.
23         DOUG ENGEMANN: I was going to say -- Brandon
24 and I were talking about kind of generalization things,
25 and I said the one thing that we have today that --

Dorsch v.
State of Idaho, Department of Fish & Game

New Recording 5
April 9, 2019

---

Page 42

1 200,000-mile engines, which did not exist when I was
2 growing up. You just -- you just didn't get that. If
3 you got 100,000, it was a gift.
4         BRYAN GRANT: That was like, yeah, monumental.
5         DOUG ENGEMANN: And we did not have
6 400-horsepower, V8 pickup trucks, three-quarter ton --
7         BRYAN GRANT: Getting 20 miles to the gallon.
8         DOUG ENGEMANN: Getting 20 plus MPG's. You
9 might get eight.
10        BRYAN GRANT: Yeah.
11        DOUG ENGEMANN: With the wind blowing you, you
12 might get eight.
13        BRYAN GRANT: Yeah. No. When I'm cruising
14 down the interstate I get 21 to 22. It is good. I've
15 got -- I've got 24.7 is the best I've got. I had a good
16 tailwind and just --
17        DOUG ENGEMANN: Yeah.
18        BRANDON FILLOON: Going downhill.
19        BRYAN GRANT: You know, just cruise control is
20 key.
21        DOUG ENGEMANN: Yeah. You might get even
22 more, though, as that truck breaks in.
23        BRYAN GRANT: We'll see.
24        BRANDON FILLOON: Is it new, or was it used?
25        BRYAN GRANT: It was new.

---

Page 43

1         DOUG ENGEMANN: Yeah, I mean...
2         BRYAN GRANT: Dude, with my dad being a
3 retiree, it's like you can go and look at the used ones,
4 and it's like, seriously, for 5,000 more, 6,000 more --
5         DOUG ENGEMANN: Yeah.
6         BRYAN GRANT: -- you can get a brand new one.
7         BRANDON FILLOON: Unless you move down like
8 ten years.
9         BRYAN GRANT: Right. But, you know, I had a
10 little short-box Chevy. Loved it. First truck I ever
11 bought. First major purchase I ever bought on my own
12 after --
13        DOUG ENGEMANN: Yeah.
14        BRYAN GRANT: -- school and getting a job. I
15 hated to get rid of that thing. But the first time I
16 took my son to Grandma's with the little stick shift
17 here and the car seat there, it was like this ain't
18 right.
19        DOUG ENGEMANN: Gotcha.
20        BRYAN GRANT: Literally, that day after work,
21 I went down, looked at trucks and was like, Well, this
22 is going to be a car payment, but I need it, man, for my
23 child's safety. I need it.
24        DOUG ENGEMANN: When Heather was a little --
25        BRYAN GRANT: And I've got to have a truck. I

---

Page 44

1 just do.
2         DOUG ENGEMANN: Yeah.
3         BRYAN GRANT: Our life-style doesn't work if
4 we don't.
5         DOUG ENGEMANN: I tried to buy an S-10.
6         BRYAN GRANT: Oh, I had an S-10. That was my
7 first --
8         DOUG ENGEMANN: I loved it. I loved it, but
9 it wouldn't work with Heather's car seat. Same thing.
10 I had a manual transmission.
11        BRYAN GRANT: Do you even know what an S-10
12 is?
13        BRANDON FILLOON: Yeah.
14        BRYAN GRANT: Oh, okay.
15        BRANDON FILLOON: It's the old Colorado's.
16        BRYAN GRANT: Yeah, essentially.
17        BRYAN GRANT: My first truck was a short-box
18 with steps on it. I think it was still in the
19 three-quarter-ton platform, but it had a 327 Chevy --
20 it's '68. Had a 327 V8 and a three-speed on the column.
21 Now the three on the column wasn't very practical,
22 really.
23        BRYAN GRANT: But the new Colorado's are
24 actually pretty sweet, dude.
25        BRANDON FILLOON: Oh, really?

---

Page 45

1         BRYAN GRANT: The four-doors, Colorado's.
2 They're pretty roomy inside. Not much bed, you know.
3         DOUG ENGEMANN: Note to the wise, I don't know
4 if it means anything or not, but I was just out there
5 doing wells, and well 8 was 95 degrees when we shot the
6 temperature yesterday. It was 105 degrees when I shot
7 it this morning, and it's a cold, cold morning. So I
8 don't know if that means anything, but we might want to
9 keep our eye on number 8.
10        BRYAN GRANT: Meaning temperature of the --
11        DOUG ENGEMANN: Of the motor. The electric
12 motor. Now, that's --
13        BRYAN GRANT: What are they supposed to run
14 at?
15        DOUG ENGEMANN: Well, it's a huge range.
16        BRYAN GRANT: Excuse me.
17        DOUG ENGEMANN: Because it depends on how
18 you've got the VFD's cranked, but it's odd because we
19 have --
20        BRYAN GRANT: What's operating temps? The
21 manual has got to say something.
22        DOUG ENGEMANN: It doesn't say much. It's not
23 very specific, because it depends how you're running the
24 VFD's. Some are fixed and some are VFD's, but...
25        BRYAN GRANT: Is there an optimal running

---

Page 46

1 temperature?
2     BRANDON FILLOON: They do have Aberdeen canal
3 up and going now, so...
4     DOUG ENGEMANN: Oh.
5     BRYAN GRANT: So maybe it's sucking from D.
6     DOUG ENGEMANN: Yeah.
7     BRANDON FILLOON: Maybe.
8     DOUG ENGEMANN: Yeah.  Okay.
9     BRANDON FILLOON: But if you look at
10 Springfield Reservoir, that usually fills up when that
11 starts.
12     DOUG ENGEMANN: Right.  That's pretty low
13 right now.
14     BRANDON FILLOON: Because it leaks so much.
15     DOUG ENGEMANN: It leaks so much.
16     BRANDON FILLOON: Maybe.
17     DOUG ENGEMANN: Right.
18     BRYAN GRANT: No holding invoice yet?
19     DOUG ENGEMANN: Nothing.  Rebecca called me
20 and said, "I'm working on one."
21     BRYAN GRANT: Yeah.
22     DOUG ENGEMANN: "We've got to get it in,
23 Rebecca.  We've got to get it in."
24     BRYAN GRANT: I forwarded that to Gina, so you
25 might call her again.

Page 47

1     DOUG ENGEMANN: Yeah, I'll call.  You know,
2 unless they just don't want to get paid, because they're
3 going down the wrong path.  I'm not going to say that.
4 But, you know, you bump against the end of the state
5 fiscal year, it might be a different discussion.
6     I think it's odd John and I spoke previously,
7 as was in my e-mail.  When John and I spoke, yeah, he
8 was going to have it here any day.  But the next thing I
9 know, I get a call from Rebecca telling me you've got to
10 hand it off to her, so I don't know.
11     BRYAN GRANT: I don't know.  Well, we need it.
12     DOUG ENGEMANN: We do, and --
13     BRYAN GRANT: I mean, that's at the request of
14 others.
15     DOUG ENGEMANN: Yes.
16     BRANDON FILLOON: I've got to use the bathroom,
17 and then I'm out of here.
18     DOUG ENGEMANN: It puts Gina in an awkward
19 position, too.
20     BRYAN GRANT: Yeah.  She's enjoying
21 Costa Rica.  I think she's still there.
22     DOUG ENGEMANN: She said she'd bring cigars,
23 so we shall see.
24     So what did you end up with in your forklift
25 stuff?

Page 48

1     BRANDON FILLOON: I got two numbers.  Arnold
2 with IF and then a place in Idaho Falls.
3     DOUG ENGEMANN: Okay.
4     BRANDON FILLOON: That's what I've gotten so
5 far.
6     DOUG ENGEMANN: I mean, I'm assuming you want
7 to be able to pick up an entire 50-bag pallet of feed, I
8 mean, ideally.
9     BRANDON FILLOON: I got it about 3,000 pounds.
10     DOUG ENGEMANN: Okay.
11     BRANDON FILLOON: We need to be up 12 to 15
12 feet in the air.
13     DOUG ENGEMANN: Maximum.
14     BRANDON FILLOON: This year, though, we're not
15 going to have a forklift.  So either we need to rent one
16 for the week --
17     DOUG ENGEMANN: I think we should.
18     BRANDON FILLOON: It's going to save us.
19     DOUG ENGEMANN: Uh-huh.
20     BRANDON FILLOON: All it's going to take is
21 one person to slip.  Either the person is going off with
22 the bottle on them, or the bottle is falling off.
23     DOUG ENGEMANN: Right, and becoming an
24 unguided missile, potentially, for the next mess, too.
25     BRANDON FILLOON: Correct.

Page 49

1     DOUG ENGEMANN: So we don't want that.  Okay.
2 I'll call Leo, too, and find out what size bottles he
3 needs and how many of them.  I think you can do that
4 math.  You've done that one before.
5     BRANDON FILLOON: Three.  We're going to need
6 three.  Five, three.
7     DOUG ENGEMANN: That's nine.  Hey, I did it.
8     BRANDON FILLOON: Times two, two days.  We're
9 going to need 18 bottles sitting here just in case.
10 They're not going to go through 18 bottles.
11     DOUG ENGEMANN: Right.  But we need them.
12     BRANDON FILLOON: But you want three full
13 bottles on that truck every day.
14     DOUG ENGEMANN: And if I heard that right in
15 there, they arrive empty, right, when those tankers
16 come?  They don't have 02 on them?
17     BRANDON FILLOON: Those would be Magic
18 Valley --
19     BRYAN GRANT: No.  He said that you'll need to
20 get oxygen arranged.
21     DOUG ENGEMANN: Excellent.  I'll make the
22 call.
23     (Speakers talking over each other.)
24     BRYAN GRANT: (Unintelligible), he said he can
25 do either.  You'll have to work that out with him.

Dorsch v.
State of Idaho, Department of Fish & Game

New Recording 5
April 9, 2019

Page 50

1        (Unintelligible.)
2        DOUG ENGEMANN: We need to talk to Norco
3  anyway before that oxygen system -- you know, will you
4  be able to pigtail multiple bottles together for that
5  emergency.
6        BRANDON FILLOON: I'll call --
7        BRYAN GRANT: I will -- I should be getting
8  this, the stuff I need from Neil, all of his insurance
9  requirements.
10       DOUG ENGEMANN: Okay.
11       BRYAN GRANT: When I get that, I'm going to
12 fit -- I am going to complete a BA-1.
13       DOUG ENGEMANN: Okay.
14       BRYAN GRANT: Send it to Brandon to sign,
15 you're PCA leader, I'm signing for bureau chief, so we
16 can get this thing --
17       DOUG ENGEMANN: Boom.  Boom, boom, boom.
18       BRYAN GRANT: -- fired through.
19       DOUG ENGEMANN: Excellent.
20       BRYAN GRANT: So technically Brandon will be
21 the one who is -- who has arranged this.  All of the
22 details will be in the BA-1.
23       DOUG ENGEMANN: Okay.
24       BRYAN GRANT: You'll be PCA leader.  I'll sign
25 off.  And we'll -- we should be good.  Because Mark

Page 51

1  McClain didn't -- I told Mark McClain, I said, "Look,
2  Mark, I want this particular guy to do it.  I know it's
3  5,000 bucks."  But I said, "Technically, he's hired two
4  days, hauling for two separate days."
5        Mark was like, "No, I get what you're saying.
6  Just send it to me, and we'll get it taken care of."
7        DOUG ENGEMANN: Okay.
8        BRYAN GRANT: Because I said I want this
9  guy -- and I guarantee you, everybody in the fisheries
10 bureau would concur that for this particular species
11 living here, we need the most experienced person, and
12 that's Neil.
13       DOUG ENGEMANN: Yeah.  Absolutely.
14       BRYAN GRANT: So when you see this BA-1,
15 there's going to be a little spot in there that says
16 "service provider requirements."
17       DOUG ENGEMANN: Gotcha.
18       BRYAN GRANT: "Fish-hauling and transport."
19 You know, "fish-loading and transport experience,
20 knowledge of disinfection procedures, biosecurity
21 protocols, ability to work on -- or, you know, ability
22 to repair and assess tanker" --
23       DOUG ENGEMANN: It almost puts him in as
24 sole --
25       BRYAN GRANT: Yeah.

Page 52

1        DOUG ENGEMANN: Sole -- sole provider.
2        BRYAN GRANT: It does.
3        DOUG ENGEMANN: Which is what we want here.
4        BRYAN GRANT: Yes.
5        DOUG ENGEMANN: Just like with the fish pump.
6  If you can't --
7        BRYAN GRANT: Knowledge of oxygen --
8        DOUG ENGEMANN: Yeah.
9        BRYAN GRANT: -- supply systems.
10       DOUG ENGEMANN: Exactly.
11       BRYAN GRANT: All these things are going to
12 be --
13       (Speakers talking over each other.)
14       DOUG ENGEMANN: Loading densities.  Nice.  I
15 smell what you're stepping into.
16       BRYAN GRANT: Yeah.
17       DOUG ENGEMANN: Excellent.  This is really
18 cool.  This is just -- you know, I was so worried, and
19 it just seems to be falling into place now, you know.
20 We hadn't heard anything forever.  Jeff and I had been
21 kicking it around, and, you know, where are we at with
22 that.
23       BRYAN GRANT: Well, Jeff kicks a lot of stuff
24 around in that.  I -- you know, I'm learning.  I'm just
25 going to start (unintelligible).

Page 53

1        DOUG ENGEMANN: Yeah, man.  Thank you, Bryan.
2        BRYAN GRANT: We'll see ya.
3        DOUG ENGEMANN: Safe travels.  Are you heading
4  down to American Falls from here or...
5        BRYAN GRANT: No.  Brent said he
6  (unintelligible).
7        DOUG ENGEMANN: (Unintelligible).
8        BRYAN GRANT: Yeah.  So, anyway...
9        DOUG ENGEMANN: Okay.
10       BRYAN GRANT: I'm headed to the office.
11       DOUG ENGEMANN: Thank you, sir.
12       BRYAN GRANT: See ya.
13       DOUG ENGEMANN: Appreciate it, Bryan.
14       BRYAN GRANT: See ya.
15       DOUG ENGEMANN: Most cool.  Yeah, it's really
16 weird that pump thing jumped up 10 degrees.
17       BRANDON FILLOON: Every time I do it, it's
18 higher than when you do it.
19       DOUG ENGEMANN: Really?  Yeah, I was at 95 or
20 96 yesterday.  It was like 105 something today, just a
21 tad under 106, I think.  I'm like, Wow.  And I'm pretty
22 consistent.  I know I shoot from the same distance, the
23 same angle, same aiming point to the left-hand side of
24 that metal tag.  I'm like -- so I don't know.
25       Maybe you're right.  Maybe it's just the

Dorsch v.
State of Idaho, Department of Fish & Game

New Recording 5
April 9, 2019

Page 54

1 aquifer is dropping and the pumps are having to work a
2 little harder. If not, you know, we need to keep an eye
3 on that. That's a big shift, particularly as cold as it
4 is. If it were a 70-degree afternoon, you know, that
5 wouldn't -- I wouldn't bat an eye, but it isn't. It's
6 very cold out there. Very cold.
7         Well, cool. I mean, we came up pretty well on
8 the biosecurity audit, and...
9         BRANDON FILLOON: I forgot all about those
10 two. Two signs.
11        DOUG ENGEMANN: Yeah. You know, we were
12 talking about rubber at one time for, you know, predator
13 exclusion out there. I don't know where that went. I
14 don't -- Danielle was looking at that. I can't
15 remember.
16        BRANDON FILLOON: Well, remember, you said no
17 more. We're just going to get this done.
18        DOUG ENGEMANN: Yeah. Okay. So we just
19 couldn't keep --
20        BRANDON FILLOON: We have the rubber.
21        DOUG ENGEMANN: Yeah.
22        BRANDON FILLOON: His problem is not with the
23 bottom.
24        DOUG ENGEMANN: Uh-huh.
25        BRANDON FILLOON: His problem is with that

Page 55

1 side.
2         DOUG ENGEMANN: Right. Well, in theory, if we
3 fix it properly, it should allow us to operate -- to
4 swing gates and still -- I don't -- nothing is 100
5 percent. You're not going to have 100 percent predator
6 exclusion. You're just not.
7         BRANDON FILLOON: Yeah, I don't know, Doug.
8 Until it's on the gate --
9         DOUG ENGEMANN: Yeah.
10        BRANDON FILLOON: -- try to open it --
11        DOUG ENGEMANN: Uh-huh.
12        BRANDON FILLOON: -- I'm not -- I can't
13 say that.
14        DOUG ENGEMANN: No.
15        BRANDON FILLOON: It's going to allow it to
16 open. But if it needs to be taken down for hauling,
17 then it needs to be taken down for hauling.
18        DOUG ENGEMANN: Yeah. Yeah.
19        BRANDON FILLOON: That's the other --
20        DOUG ENGEMANN: Yeah. Agreed. Well, good.
21 That went pretty well.
22        BRANDON FILLOON: Do I not recall the same
23 conversation with the forklift? And I brought it up
24 and --
25        DOUG ENGEMANN: Yeah, a long time ago.

Page 56

1         BRANDON FILLOON: -- we were told, "No, you're
2 not going to get one"?
3         DOUG ENGEMANN: Yeah, a long time ago. Same
4 thing with the tractor. I really needed the next size
5 up. You know, the one -- the one that had enough
6 horsepower to drive the mid -- the mid chassis PTO for
7 front and rear power attachments. It was just the next
8 model up. It was about 12 grand more. And we needed
9 that because I think that would have given you the
10 forklift that you needed. I think that had the
11 horsepower to drive the PTO.
12        BRANDON FILLOON: The good thing about the
13 forklift, though, is it does this --
14        DOUG ENGEMANN: Uh-huh.
15        BRANDON FILLOON: -- side to side --
16        DOUG ENGEMANN: Right.
17        BRANDON FILLOON: -- which we need. Tractors,
18 work stuff.
19        DOUG ENGEMANN: Yeah. And we need a forklift.
20 I mean, if -- and it's okay now, if that's -- if he's --
21 if -- you know, it just takes everything -- well, not
22 everything, but a hell of a lot of things I've tried to
23 do here from office furniture selection to backup heat
24 sources at the homes to the size of the tractor. All of
25 that stuff has, quote, end quote, raised some eyebrows

Page 57

1 downtown. It's like, you know, it's going to raise some
2 eyebrows with BPA if they buy us a tractor and then we
3 say, No, that isn't -- we need another tractor.
4         BRANDON FILLOON: Uh-huh.
5         DOUG ENGEMANN: You know, that's -- because
6 Jonathan is -- Jonathan is pretty detail-oriented. He
7 is. I mean, he looks at the money we spend. You know,
8 an $8 bag of coffee comes under scrutiny with Jonathan.
9         "Well, that's for a meeting, right?"
10        "Yeah."
11        "Okay. That's great. Now, can you send me
12 the meeting notes and the list of the candies, please?"
13        BRANDON FILLOON: So it's just frustrating.
14 Now he's onboard with the forklift. Well, we brought
15 that up almost a year ago.
16        DOUG ENGEMANN: I had to bight my tongue a
17 couple of times. That was one event, and the other
18 event was -- well, the response to you was, I think,
19 "Well, we need solutions."
20        "I gave you a solution a year ago."
21        And the other thing was, you know,
22 disinfection of the thing from exophilic (phonetic)
23 spores, you know, when it comes back from the
24 (unintelligible), and that was deliberately taken out of
25 my first draft. And I'm like -- I mean, it's not a big

Min-U-Script®

Dorsch v.
State of Idaho, Department of Fish & Game

New Recording 5
April 9, 2019

---

Page 58

1 deal. I just reinsert it, but it's like, you know, I
2 mean, at some point, you've got to trust Engemann and
3 Filloon. You know, we -- this is not our first dance.
4 It may be at this hatchery, but it's not our first
5 dance, you know.
6 　　　　BRANDON FILLOON: I was told that you just set
7 it up there, and then you put it on --
8 　　　　DOUG ENGEMANN: Yeah.
9 　　　　BRANDON FILLOON: -- the thing. That's how I
10 do it.
11 　　　　DOUG ENGEMANN: Uh-huh. Yeah.
12 　　　　BRANDON FILLOON: I remember that
13 conversation.
14 　　　　DOUG ENGEMANN: Uh-huh.
15 　　　　BRANDON FILLOON: Yeah, it's just like, Come
16 on.
17 　　　　DOUG ENGEMANN: Yeah, agreed. No, we'll
18 let -- I'll call Beatty over there at Western -- at
19 Western Tool and see what we need to do to rent a
20 forklift for the week. You know, and actually, I mean,
21 in the interim period if we do get turned down on
22 purchasing one, we can -- I guess if we need the date
23 the feed's coming, then we can always -- you know what?
24 Oh, (unintelligible). And you know what? We're going
25 to rent a forklift for that day.

Page 59

1 　　　　BRANDON FILLOON: Uh-huh.
2 　　　　DOUG ENGEMANN: I don't know. You know, being
3 kind of old school, we used to do 300 bags at a time or
4 more. I think the worst was like 700 some odd bags, and
5 that was a big day. We just had a little thing -- I
6 don't know what you call them, but they have little
7 roller wheels.
8 　　　　BRANDON FILLOON: Right.
9 　　　　DOUG ENGEMANN: The dude just, whoosh, comes
10 down off the truck, and then somebody is down there at
11 the tail end receiving. And that helps a lot. But
12 you're still having to pick up 50 pounds, you know. And
13 with enough bodies it goes pretty quick, if you have the
14 bodies.
15 　　　　BRANDON FILLOON: But it throws out our method
16 of, okay, we're going to have the feed trucks stop
17 there.
18 　　　　DOUG ENGEMANN: Yeah.
19 　　　　BRANDON FILLOON: How are we going to get it
20 from there to there?
21 　　　　DOUG ENGEMANN: Correct. Correct.
22 　　　　BRANDON FILLOON: Without -- out there, fine.
23 　　　　DOUG ENGEMANN: Yeah.
24 　　　　BRANDON FILLOON: But...
25 　　　　DOUG ENGEMANN: Yeah, without asphalt, you're

Page 60

1 kind of --
2 　　　　BRANDON FILLOON: A 2,000-pound pallet on
3 gravel --
4 　　　　DOUG ENGEMANN: Agreed.
5 　　　　BRANDON FILLOON: -- it's a little tough.
6 　　　　DOUG ENGEMANN: Yeah. It might be a little
7 bit awkward, I think, if you were to try that.
8 　　　　BRANDON FILLOON: Now, the bottle thing, I
9 don't know how -- we can do it. It's not that hard.
10 　　　　DOUG ENGEMANN: Uh-huh.
11 　　　　BRANDON FILLOON: In fact, we can probably
12 just put them in the back of the truck, lift them from
13 the back of the truck into the thing. Or we can strap
14 them to the bucket --
15 　　　　DOUG ENGEMANN: Yeah.
16 　　　　BRANDON FILLOON: -- upright and set them in.
17 But someone still has to make that step from the bucket
18 to the back of the truck --
19 　　　　DOUG ENGEMANN: Yep.
20 　　　　BRANDON FILLOON: -- to lift them up. That --
21 there's a lot of things that can go south.
22 　　　　DOUG ENGEMANN: Uh-huh. So with the -- with
23 the forklift, you would sit -- how would -- you're going
24 to lift the bottle via chain?
25 　　　　BRANDON FILLOON: No. So they make this

Page 61

1 little strap that has little rubber things.
2 　　　　DOUG ENGEMANN: Yeah.
3 　　　　BRANDON FILLOON: Just pick the bottle up.
4 　　　　DOUG ENGEMANN: Oh, yeah, okay.
5 　　　　BRANDON FILLOON: Set the bottle right in,
6 undo your strap.
7 　　　　DOUG ENGEMANN: Do we need to buy one of
8 those?
9 　　　　BRANDON FILLOON: Yeah. We can get them at
10 Norco.
11 　　　　DOUG ENGEMANN: Where's that? Oh, Norco sells
12 them?
13 　　　　BRANDON FILLOON: Yeah.
14 　　　　DOUG ENGEMANN: Okay. We've got to talk to
15 Norco anyways, because we've got to talk about that,
16 once I confirm with Neil what he wants, and we've also
17 got to get some ideas as far as that emergency --
18 　　　　BRANDON FILLOON: I'm just going to order 18 K
19 or T's, whichever one is bigger --
20 　　　　DOUG ENGEMANN: Okay.
21 　　　　BRANDON FILLOON: -- and have them delivered
22 out here.
23 　　　　DOUG ENGEMANN: Yeah.
24 　　　　BRANDON FILLOON: Now, where do we put those
25 bottles --

Dorsch v.
State of Idaho, Department of Fish & Game

New Recording 5
April 9, 2019

Page 62

1    DOUG ENGEMANN: Good point.
2    BRANDON FILLOON: -- that we can secure them
3 to a wall? Old shop? Drill holes, eye bolts.
4    DOUG ENGEMANN: You know, that's where they
5 used to do it when this was a private trout farm.
6 That's where they would put them. That might be a good
7 place to have them, Brandon.
8    BRANDON FILLOON: Clean out that other bay.
9    DOUG ENGEMANN: Yeah.
10    BRANDON FILLOON: Have them right there.
11    DOUG ENGEMANN: We could have it right up
12 there front and center. Are they -- well, let's take a
13 look. Do you have time?
14    BRANDON FILLOON: Yeah.
15    DOUG ENGEMANN: I need -- I can't even hardly
16 move today. I need -- I need a high pressure system.
17 Danielle and Doug got this handle --
18    (Unintelligible background dialogue.)
19    BRANDON FILLOON: Do you do the Sawtooth's?
20    DOUG MUNSON: Yeah.
21    BRANDON FILLOON: What are they compared to
22 those?
23    DOUG MUNSON: Yours are bigger and fatter.
24    (Unintelligible.)
25    BRANDON FILLOON: As long as you sound like

Page 63

1 you know what you're talking about, you know what you're
2 talking about.
3    DOUG MUNSON: You don't know how true that is.
4 And the angrier you get, the more people will believe
5 you.
6    (Unintelligible.)
7    DOUG ENGEMANN: I'm not even letting him on
8 the hatchery. Son of a bitch won't even return my phone
9 calls.
10    (Unintelligible.)
11    BRANDON FILLOON: Do you want to come?
12    DOUG MUNSON: Yeah.
13    BRANDON FILLOON: Want to come?
14    DOUG MUNSON: Load it up.
15    BRANDON FILLOON: Travis Brown wants to come?
16    DOUG MUNSON: Yeah. He was. But he's not --
17 he was up there putting the trap in yesterday.
18    DOUG ENGEMANN: Is Curtis up there, too?
19    DOUG MUNSON: Yes.
20    DOUG ENGEMANN: Okay. Because he won't return
21 my e-mails either. I'm starting to get angry.
22    DOUG MUNSON: No, they're all up there.
23 They're all up there fishing.
24    DOUG ENGEMANN: Okay. I knew that was going
25 down.

Page 64

1    DOUG MUNSON: Yesterday, they were all out in
2 the parking lot. They had the traps and all of their
3 gear up on there (unintelligible), and the trucks
4 pulling trailers and okay (unintelligible).
5    DOUG ENGEMANN: Okay.
6    DOUG MUNSON: That's why Travis backed out.
7    DOUG ENGEMANN: You know, I asked -- you know,
8 I shot a couple of e-mails to Dan, and phone calls, and
9 I haven't received answers on them. But he was on the
10 BPA conference call, so maybe he did it from Stanley or
11 something. I don't know.
12    DOUG MUNSON: No, he was at the hatchery
13 yesterday.
14    DOUG ENGEMANN: I just fear a backslide will
15 back into that, you know.
16    (Unintelligible.)
17    (End of audio.)
18
19
20
21
22
23
24
25

Page 65

REPORTER'S CERTIFICATE

2

I, KAMRA TOALSON, CSR No. 756, Certified
Shorthand Reporter, certify:

That the audio recording of the proceedings were
transcribed by me or under my direction.

That the foregoing is a true and correct
transcription of all testimony given, to the best of my
ability.

I further certify that I am not a relative or
employee of any attorney or party, nor am I financially
interested in the action.

In witness whereof, I set my hand and seal this
3rd day of May, 2019.


_____
KAMRA TOALSON, CSR NO. 756
Notary Public
Post Office Box 2636
Boise, Idaho 83701-2636
My commission expires May 23, 2024

Dorsch v.
State of Idaho, Department of Fish & Game

## $

**$4,000 (1)**
37:19
**$6 (2)**
15:1,4
**$8 (1)**
57:8

## A

**Abbott (1)**
5:15
**Aberdeen (1)**
46:2
**ability (2)**
51:21,21
**able (2)**
48:7;50:4
**above (1)**
35:9
**Absolutely (1)**
51:13
**acclimation (2)**
12:3,4
**across (1)**
11:12
**actually (7)**
12:5;17:9;25:4;32:3;39:25;
44:24;58:20
**add (1)**
23:7
**addition (1)**
25:7
**additional (2)**
11:11;37:24
**admit (1)**
36:13
**advantage (1)**
16:17
**afford (1)**
39:25
**AFS (1)**
27:10
**afternoon (1)**
54:4
**again (1)**
46:25
**against (1)**
47:4
**age (1)**
16:12
**ago (5)**
25:10;55:25;56:3;57:15,20
**Agreed (3)**
55:20;58:17;60:4
**ahead (1)**
23:24
**aiming (1)**
53:23
**ain't (2)**
2:3;43:17

**air (2)**
12:1;48:12
**air-cooling (1)**
10:9
**alive (3)**
2:5,7,12
**allow (5)**
9:12;10:4,5;55:3,15
**allowance (1)**
37:7
**almost (4)**
12:3;37:1;51:23;57:15
**always (3)**
4:17;24:3;58:23
**America (1)**
33:8
**American (2)**
10:16;53:4
**amount (1)**
8:6
**angle (1)**
53:23
**angrier (1)**
63:4
**angry (1)**
63:21
**animal (1)**
8:10
**annual (1)**
37:10
**anticipate (1)**
23:1
**anymore (4)**
7:18;15:16;25:1;36:7
**anyways (1)**
61:15
**app (1)**
30:16
**apparatus (1)**
15:4
**applied (1)**
27:2
**Appreciate (1)**
53:13
**apps (1)**
25:24
**AquaChronic (1)**
12:22
**aquaculture (1)**
12:24
**Aquatic (1)**
28:15
**aquifer (1)**
54:1
**arm (3)**
2:20;15:6,7
**Arnold (1)**
48:1
**around (9)**
3:17;36:8,24;38:12;39:21;
40:1,9;52:21,24
**arranged (2)**
49:20;50:21

**arrive (1)**
49:15
**Ashton (3)**
9:25;10:15,16
**asleep (1)**
14:4
**asphalt (1)**
59:25
**assess (1)**
51:22
**assuming (1)**
48:6
**attach (1)**
15:1
**attachments (1)**
56:7
**attack (1)**
3:14
**audio (1)**
64:17
**audit (2)**
19:4;54:8
**away (3)**
9:10;15:11;26:3
**awkward (2)**
47:18;60:7

## B

**BA-1 (3)**
50:12,22;51:14
**back (16)**
4:3,6;6:15;7:8;9:8;10:3;
11:19;25:25;26:2,6,6;57:23;
60:12,13,18;64:15
**backed (1)**
64:6
**background (9)**
19:2;29:8,10;30:14;32:6,15;
39:5,12;62:18
**backslide (1)**
64:14
**backup (1)**
56:23
**backyard (1)**
39:4
**bacti/viral (1)**
22:8
**bad (8)**
13:24;14:1,12;15:17,23;
16:10;28:5;34:21
**bag (1)**
57:8
**bags (3)**
8:5;59:3,4
**bait (5)**
36:11;37:20,25;38:7,12
**bank (2)**
28:3,4
**bare (1)**
3:4
**basement (1)**
13:7

**basically (1)**
10:25
**basis (2)**
6:22;37:10
**bat (1)**
35:3;54:5
**bathroom (1)**
47:16
**bay (1)**
62:8
**Beatty (1)**
58:18
**become (2)**
3:12,13
**becoming (1)**
48:23
**bed (1)**
45:2
**bell-shaped (1)**
7:24
**bench-press (1)**
15:7
**Bert (1)**
33:22
**best (1)**
42:15
**bet (1)**
33:2
**Betadine (1)**
3:4
**better (5)**
3:17;11:25;12:1,5,5
**big (7)**
9:1;28:2;30:4,4;54:3;57:25;
59:5
**bigger (3)**
15:9;61:19;62:23
**bight (1)**
57:16
**bills (1)**
40:9
**bio (1)**
19:11
**bio-aide (2)**
18:6;25:24
**biosecurity (7)**
19:3,12;30:5;31:3;34:2;
51:20;54:8
**bit (2)**
9:23;60:7
**bitch (1)**
63:8
**Black (1)**
38:23
**blast (1)**
7:3
**bless (1)**
33:15
**blood (3)**
2:20,22;3:3
**blow (1)**
17:7
**blowing (1)**

Min-U-Script®

42:11
**bodies (2)**
59:13,14
**bolts (1)**
62:3
**boom (4)**
50:17,17,17,17
**boost (1)**
10:6
**booze (1)**
38:20
**boring (1)**
3:13
**borrow (1)**
17:4
**both (2)**
5:8;7:9
**bother (1)**
3:5
**bottle (7)**
38:17;48:22,22;60:8,24;61:3,
5
**bottles (7)**
23:18;49:2,9,10,13;50:4;
61:25
**bottom (1)**
54:23
**bought (2)**
43:11,11
**boxes (2)**
37:25;38:7
**BPA (2)**
57:2;64:10
**Brand (2)**
40:15;43:6
**BRANDON (175)**
6:4,10,12,14;7:4,19,21,25;
10:17;12:15;17:8,11,14;18:2,
15,18,20,24,25;19:5,8,16,18,23;
20:2,5,10,16,23;21:14,19,21,23,
25;22:17,21,24;23:9,11,13,17,
20;24:2,5,8,12,14,17,20,23,25;
25:3,6,9,13,16,20,23,25;26:2,5,
12,15,17,23;27:14,20;28:6,10,
15,19,22;29:1,4,6,11,17,21,23;
30:2,9,15,20;31:11;32:7,9,13;
34:3;37:24;38:21,25;39:7,9,14;
40:3;41:23;42:18,24;43:7;
44:13,15,25;46:2,7,9,14,16;
48:1,4,9,11,14,18,20,25;49:5,8,
12,17;50:6,14,20;53:17;54:9,
16,20,22,25;55:7,10,12,15,19,
22;56:1,12,15,17;57:4,13;58:6,
9,12,15;59:1,8,15,19,22,24;
60:2,5,8,11,16,20,25;61:3,5,9,
13,18,21,24;62:2,7,8,10,14,19,
21,25;63:11,13,15
**break (1)**
8:10
**breakdown (1)**
17:7
**breakout (1)**
5:12

**breaks (1)**
42:22
**Brent (1)**
53:5
**bring (2)**
23:23;47:22
**brood (2)**
12:11,14
**brooms (1)**
3:18
**brought (3)**
5:13;55:23;57:14
**brown (3)**
7:15,15;63:15
**Brunson (1)**
9:12
**Brunson's (1)**
9:11
**brushes (2)**
4:11;7:1
**BRYAN (117)**
30:13,15,16;31:1,5,7,12,15,
18,22,24;32:2,12;34:1,4,9,11,
15,17,20,22;35:6,11,15,22,24;
36:3,13,16,19,21;37:1,6,9,14,
17,19;38:10,23;39:1,3,15,17,
18,22;40:5,15,19,22,25;41:3,6,
9,12,14,17,21;42:4,7,10,13,19,
23,25;43:2,6,9,14,20,25;44:3,6,
11,14,16,23;45:1,10,13,16,20,
25;46:5,18,21,24;47:11,13,16,
20;49:19,24;50:7,11,14,18,20,
24;51:8,14,18,25;52:2,4,7,9,11,
16,23;53:1,2,5,8,10,12,13,14
**Bryan's (1)**
19:14
**bucket (2)**
60:14,17
**buckets (1)**
25:21
**bucks (3)**
34:18;40:6;51:3
**building (1)**
25:4
**buildings (1)**
36:21
**built (1)**
11:1
**bump (1)**
47:4
**bunch (1)**
37:24
**bureau (2)**
50:15;51:10
**business (4)**
9:21;12:25;38:11,14
**businesses (1)**
12:22
**buy (9)**
11:11;13:12;14:21,25;15:1,4;
44:5;57:2;61:7
**buzz (1)**
30:23

## C

**call (12)**
18:9;26:25;38:23;46:25;
47:1,9;49:2,22;50:6;58:18;
59:6;64:10
**called (1)**
46:19
**calls (2)**
63:9;64:8
**came (2)**
29:6;54:7
**can (35)**
2:20;3:3,17;6:22;8:13,15,16;
9:10,18;11:23;14:18;15:4;
21:10,12,22:18;23:14;27:4;
34:1;35:3,4;40:13;43:3,6;49:3,
24;50:16;57:11;58:22,23;60:9,
11,13,21;61:9;62:2
**canal (1)**
46:2
**candies (1)**
57:12
**car (6)**
2:21;14:23;40:15;43:17,22;
44:9
**care (1)**
51:6
**carriers (1)**
9:2
**cartilage (1)**
15:25
**case (3)**
15:5;27:16;49:9
**catch (2)**
8:17;18:12
**catchables (1)**
31:20
**caveat (1)**
6:18
**center (1)**
62:12
**certain (1)**
8:6
**certificate (1)**
33:18
**chain (1)**
60:24
**change (1)**
22:25
**Chapman (1)**
10:4
**character (1)**
39:24
**charge (1)**
37:10
**charging (1)**
35:21
**chart (1)**
20:24
**charts (1)**
17:12

**chassis (1)**
56:6
**chat (1)**
37:12
**check (2)**
32:16,21
**cherry (1)**
34:20
**Chevy (2)**
43:10;44:19
**chief (1)**
50:15
**child's (1)**
43:23
**Chris (1)**
13:15
**chunk (1)**
4:25
**cigars (1)**
47:22
**circles (1)**
9:8
**circular (3)**
12:9,20;26:23
**claim (1)**
39:16
**clean (3)**
2:18;6:19;62:8
**cleaning (2)**
3:4,5
**client (1)**
15:8
**Clinton (1)**
34:11
**closed (1)**
26:14
**coast (2)**
38:21,21
**coffee (1)**
57:8
**cold (10)**
8:18,20;10:12;15:17;33:11;
45:7,7;54:3,6,6
**collect (1)**
22:18
**College (1)**
2:22
**colonies (1)**
8:25
**colonized (2)**
4:23;7:8
**Colorado (1)**
28:20
**Colorado's (3)**
44:15,23;45:1
**column (1)**
44:20,21
**combination (1)**
9:7
**coming (1)**
58:23
**comment (1)**
22:22

Dorsch v.
State of Idaho, Department of Fish & Game

commercial (1)
12:22
compared (1)
62:21
competition (1)
26:20
complete (2)
11:7;50:12
completed (1)
19:4
concur (1)
51:10
condemn (1)
33:22
condemns (1)
33:24
conference (2)
31:2;64:10
confirm (1)
61:16
considered (1)
32:5
consistent (1)
53:22
contaminated (1)
8:5
contents (1)
22:5
contract (2)
37:7,15
control (2)
30:7;42:19
controversy (1)
17:3
conversation (6)
29:9;36:5;39:6,13;55:23;
58:13
cool (5)
3:11;39:17;52:18;53:15;54:7
copy (3)
19:5;29:12;32:7
correctly (1)
4:1
cost (1)
34:23
Costa (1)
47:21
count (1)
25:21
couple (3)
7:14;57:17;64:8
cow (1)
34:25
cramp (1)
13:24
cranked (1)
45:18
crawl (2)
14:1;16:5
creel (1)
11:25
crew (1)
6:25

critical (1)
30:7
critter (1)
10:14
Cross (1)
3:2
cruise (1)
42:19
cruising (2)
41:17;42:13
culture (1)
13:16
Curtis (1)
63:18
curve (1)
7:24

# D

dad (1)
43:2
damage (1)
36:9
Dan (1)
64:8
dance (1)
34:13;58:3,5
DANIELLE (86)
2:7,14,23;3:10,18,22,25;4:2,
5,8,13,16,19,24;5:3,21;6:3;
10:18;11:14,17;12:8,12,17,21;
13:4,8,21;14:3,7,10,15,19,21,
23;15:3,11,14,18,23;16:7,19,
25;17:19,23;20:12,21,24;21:6,
8,12;22:2,6,9,13,19,23;23:4,6,
12,16,19,22;24:4,6,10,13,16,19,
21;25:2,5,8,11,15,18,22;27:16,
18;28:8,11,14;32:16,24;33:3;
54:14;62:17
data (1)
12:5
date (1)
58:22
David (1)
32:18
day (10)
5:23;17:25;24:15;26:9;33:9;
43:20;47:8;49:13;58:25;59:5
days (6)
2:3;7:14;8:20;49:8;51:4,4
dead (3)
8:23;16:2;33:5
deadly (1)
9:4
deal (1)
58:1
deals (1)
26:24
debated (1)
10:13
debating (2)
2:10,11
debridement (1)

15:21
decent (1)
9:23
decided (1)
15:5
dedicated (1)
5:8
degrees (3)
45:5,6;53:16
deliberately (1)
57:24
delivered (2)
35:6;61:21
delivery (1)
10:8
dense (1)
7:2
densities (1)
52:14
density (1)
9:14
Department (2)
28:21;33:23
depends (6)
24:8,12,14,15;45:17,23
desk (2)
19:21;33:18
de-stress (1)
9:9
detail-oriented (1)
57:6
details (1)
50:22
devalues (1)
36:19
device (1)
14:11
dialogue (9)
19:2;29:8,10;30:14;32:6,15;
39:5,12;62:18
die (1)
9:13
different (6)
2:4;3:14,15;19:14,23;47:5
dink (1)
37:20
direction (2)
19:15;36:10
disaster (1)
10:25
disc (1)
13:24
discussion (2)
31:18;47:5
disinfection (4)
5:14,14;51:20;57:22
distance (1)
53:22
doctor (1)
16:11
document (1)
31:13
documents (1)

19:14
dog (1)
18:23
do-gooders (1)
8:24
Don (3)
24:18,20,20
done (6)
22:10;23:15;28:17;38:1;
49:4;54:17
doomsday (1)
13:3
door (1)
15:2
dormitory (1)
18:11
DORSCH (83)
2:7,14,23;3:10,18,22,25;4:2,
5,8,13,16,19,24;5:3,21;6:3;
10:18;11:14,17;12:8,12,17,21;
13:4,8,21;14:3,7,10,15,19,21,
23;15:3,11,14,18,23;16:7,19,
25;17:19,23;20:12,21,24;21:6,
8,12;22:2,6,9,13,19,23;23:4,6,
12,16,19,22;24:4,6,10,13,16,19,
21;25:2,5,8,11,15,18,22;27:16,
18;28:8,11,14;32:16;33:3
dose (2)
8:6,8
DOUG (363)
2:2,8,10,15,19,24;3:2,8,11,
11,12,21,23;4:1,4,7,10,14,17,
20,25;5:4,6,7,22;6:8,11,13,17,
18,21,21,23,24;7:1,6,8,17,20,
23;8:2,9:19,20;10:2,15,23;
11:3,4,6,10,11,16,18;12:9,13,
16,18;13:2,6,9,15,19,22;14:5,9,
13,17,20,22,25;15:4,13,15,20,
24;16:9,15,17,20,23;17:1,9,12,
17,21,24;18:4,5,6,7,8,10,13,17,
19,22;19:1,3,4,7,10,17,20,24;
20:4,7,11,14,18,19;21:2,3,5,7,9,
13,17,20,22;22:4,7,7,7,10,15;
23:1,5,10,13;24:21,23,24;
25:14,23;26:4,9,10,11,14,16,18,
25;27:5,15,17,22;28:1,7,11,12,
17,20,23;29:3,5,7,13,18,22;
30:1,3,11,19,22;31:3,6,10,14,
17,21,23,25;32:7,11,14,18,21,
23,23,24;33:1,5,7,13,14;34:6,8,
10,13,16,21;35:3,5,9,12,17,23;
36:2,4,15,18,20,24;37:5,8,11,
16,18,21;38:13,17,19;39:2,15,
17,20,24;40:7,13,17,21,24;
41:2,5,8,11,13,16,20,23;42:5,8,
11,17,21;43:1,5,13,19,24;44:2,
5,8,17;45:3,11,15,17,22;46:4,6,
8,12,15,17,19,22;47:1,12,15,18,
22;48:3,6,10,13,17,19,23;49:1,
7,11,14,21;50:2,10,13,17,19,23;
51:7,13,17,23;52:1,3,5,8,10,14,
17;53:1,3,7,9,11,13,15,19;
54:11,18,21,24;55:2,7,9,11,14,

Dorsch v.
State of Idaho, Department of Fish & Game

18,20,25;56:3,14,16,19;57:5,
16;58:8,11,14,17;59:2,9,18,21,
23,25;60:4,6,10,15,19,22;61:2,
4,7,11,14,20,23;62:1,4,9,11,15,
17,20,23;63:3,7,12,14,16,18,19,
20,22,24;64:1,5,6,7,12,14
**Doug's (1)**
14:13
**down (22)**
2:22;3:2;4:17;5:1;10:19;
14:8,18;15:6;17:15;23:7;41:18;
42:14;43:7,21;47:3;53:4;55:16,
17;58:21;59:10,10;63:25
**downhill (1)**
42:18
**downtown (1)**
57:1
**Dr (1)**
33:18
**draft (1)**
57:25
**Drill (1)**
62:3
**drink (1)**
8:17
**drive (2)**
56:6,11
**Drobo (1)**
25:12
**drop (1)**
10:19
**dropping (1)**
54:1
**dry (1)**
2:2
**Dude (5)**
36:6;41:21;43:2;44:24;59:9
**dug (1)**
27:6
**during (1)**
14:24
**duty (3)**
6:25;18:15,18
**Dworshak (1)**
5:12
**dying (1)**
16:13

### E

**early (1)**
10:24
**easier (2)**
3:12,12
**easily (1)**
35:4
**easy (3)**
27:4,4,5
**Ebola (1)**
9:4
**echinacea (1)**
33:15
**effective (2)**

**8:6,8**
**efficacious (1)**
36:25
**efficacy (1)**
35:20
**efficient (1)**
12:10
**eight (2)**
42:9,12
**either (7)**
18:13;28:4;34:14;48:15,21;
49:25;63:21
**elbow (1)**
15:21
**electric (1)**
45:11
**else (1)**
40:13
**em (1)**
28:12
**e-mail (5)**
19:6,6,8,9;47:7
**e-mailed (1)**
39:22
**e-mails (2)**
63:21;64:8
**emergency (2)**
50:5;61:17
**employee (1)**
40:22
**employees (2)**
5:9,24
**empty (1)**
49:15
**end (9)**
8:1;10:7,22;23:2;47:4,24;
56:25;59:11;64:17
**ended (1)**
19:13
**ENGEMANN (227)**
2:15;3:8,11;5:6;6:18,23;7:1;
9:19;10:2,23;11:4,6,11;13:15;
16:17;17:9;18:5,8,13;19:3,7,10,
17,20,24;20:4,7,11,14,18;21:3;
22:4,7,10,15;23:1,5,10;24:24;
25:23;26:4,9,11;29:13,18,22;
30:1,3,11,19,22;31:3,6,10,14,
17,21,23,25;32:7,11,14,21,24;
33:5,13;34:8,10,16,21;35:5,9,
12,17,23;36:2,4,15,18,20,24;
37:5,8,11,16,18,21;38:17;39:2,
17,20,24;40:7,13,17,21,24;
41:2,5,8,11,13,16,20,23;42:5,8,
11,17,21;43:1,5,13,19,24;44:2,
5,8,17;45:3,11,15,17,22;46:4,6,
8,12,15,17,19,22;47:1,12,15,18,
22;48:3,6,10,13,17,19,23;49:1,
7,11,14,21;50:2,10,13,17,19,23;
51:7,13,17,23;52:1,3,5,8,10,14,
17;53:1,3,7,9,11,13,15,19;
54:11,18,21,24;55:2,9,11,14,18,
20,25;56:3,14,16,19;57:5,16;
58:2,8,11,14,17;59:2,9,18,21,

23,25;60:4,6,10,15,19,22;61:2,
4,7,11,14,20,23;62:1,4,9,11,15;
63:7,18,20,24;64:5,7,14
**engineering (1)**
10:25
**engines (1)**
42:1
**enjoy (1)**
36:4
**enjoying (1)**
47:20
**enough (3)**
11:8;56:5;59:13
**enter (1)**
22:22
**entire (1)**
48:7
**entity (1)**
2:6
**environment (2)**
9:8,9
**equipment (3)**
6:16,19;21:10
**era (1)**
10:4
**essentially (1)**
44:16
**establish (1)**
8:11
**estimates (1)**
34:23
**euthanasia (3)**
33:7,12,16
**euthanize (1)**
32:25
**euthanized (1)**
33:2
**even (8)**
8:7;16:5;18:2;42:21;44:11;
62:15;63:7,8
**event (2)**
57:17,18
**everybody (1)**
51:9
**Ew (1)**
31:21
**exactly (2)**
27:7;52:10
**exceeding (1)**
37:6
**Excellent (4)**
19:7;49:21;50:19;52:17
**exclusion (1)**
54:13;55:6
**Excuse (1)**
45:16
**executive (1)**
27:11
**exist (1)**
42:1
**exophilic (1)**
57:22
**expanded (1)**

10:23
**experience (2)**
27:10;51:19
**experienced (1)**
51:11
**exposed (1)**
4:21
**extent (1)**
36:8
**eye (5)**
8:19;45:9;54:2,5;62:3
**eyebrows (2)**
56:25;57:2

### F

**Facebook (1)**
33:11
**fact (2)**
26:20;60:11
**fall (2)**
13:22;14:3
**falling (2)**
48:22;52:19
**Falls (3)**
10:16;48:2;53:4
**far (4)**
27:9;30:6;48:5;61:17
**farm (1)**
62:5
**fast (1)**
24:8
**fatter (1)**
62:23
**favorite (1)**
2:19
**fear (1)**
64:14
**February (1)**
17:20
**feed (5)**
5:23;8:6;35:6;48:7;59:16
**feed's (1)**
58:23
**feel (1)**
37:22
**feet (2)**
35:9;48:12
**fewer (1)**
30:7
**Fifteen (1)**
17:1
**file (2)**
20:17;26:24
**FILLOON (168)**
6:4,10,12,14;7:19,21,25;
10:17;12:15;17:8,11,14;18:2,
15,18,20,25;19:5,8,16,18,23;
20:2,5,10,16,23;21:14,19,21,23,
25;22:17,21,24;23:9,11,13,17,
20;24:2,5,8,12,14,17,20,23,25;
25:3,6,9,13,16,20,25;26:2,5,12,
15,17,23;27:14,20;28:6,10,15,

19,22;29:1,4,6,11,17,21,23;
30:2,9,15,20;31:11;32:9,13;
34:3;38:21,25;39:7,9,14,22;
40:3;42:18,24;43:7;44:13,15,
25;46:2,7,9,14,16;48:1,4,9,11,
14,18,20,25;49:5,8,12,17;50:6;
53:17;54:9,16,20,22,25;55:7,
10,12,15,19,22;56:1,12,15,17;
57:4,13;58:3,6,9,12,15;59:1,8,
15,19,22,24;60:2,5,8,11,16,20,
25;61:3,5,9,13,18,21,24;62:2,8,
10,14,19,21,25;63:11,13,15
**fills (1)**
46:10
**finally (1)**
29:3
**find (3)**
22:15,17;49:2
**fine (1)**
59:22
**finger (1)**
8:18
**fingers (1)**
14:3
**fired (1)**
50:18
**First (15)**
5:16;7:13;9:13;23:24;33:1;
34:24;36:13;43:10,11,15;44:7,
17;57:25;58:3,4
**fiscal (1)**
47:5
**fish (23)**
5:12;9:12,17;10:13;11:24,24;
12:2;13:10;16:20;19:12,13;
22:1,12;25:14;26:6;27:10;
29:15;30:6;32:25;35:10;40:6,6;
52:5
**fisheries (1)**
51:9
**Fish-hauling (1)**
51:18
**fishing (1)**
63:23
**fish-loading (1)**
51:19
**fishy (1)**
33:6
**fit (1)**
50:12
**five (2)**
9:16;49:6
**fix (2)**
25:11;55:3
**fixed (1)**
45:24
**flagger (1)**
33:23
**flip (1)**
8:13
**folder (2)**
19:10;25:24
**following (2)**

**21:1;32:5**
**Foot (1)**
38:24
**forever (1)**
52:20
**forget (1)**
19:22
**forgot (2)**
24:17;54:9
**forklift (13)**
34:24;39:25;40:3;47:24;
48:15;55:23;56:10,13,19;
57:14;58:20,25;60:23
**form (3)**
19:4;29:20;31:12
**forward (1)**
16:13
**forwarded (1)**
46:24
**found (2)**
31:19;39:25
**four (2)**
16:23;41:9
**four-cylinder (1)**
41:19
**Four-door (2)**
41:12,14
**four-doors (1)**
45:1
**Fourteen (1)**
30:2
**free (1)**
13:10
**frequency (1)**
36:11
**fricking (1)**
40:1
**Frog (1)**
15:7
**front (3)**
38:17;56:7;62:12
**frontal (1)**
38:18
**frustrating (1)**
57:13
**full (2)**
40:8;49:12
**funds (1)**
35:3
**fungus (1)**
7:12
**funny (2)**
12:8,21
**furniture (1)**
56:23
**fusion (1)**
13:25

## G

**gain (1)**
35:5
**gained (1)**

**35:12**
**gallon (2)**
41:22;42:7
**Gary (1)**
32:3
**gasket (1)**
17:7
**gate (1)**
55:8
**gates (1)**
55:4
**gave (4)**
20:4;25:25;26:2;57:20
**gear (1)**
64:3
**general (2)**
19:11;30:5
**generalization (1)**
41:24
**genetics (1)**
17:4
**gets (5)**
4:22;5:1;24:17,20;27:12
**gift (2)**
33:18;42:3
**Gina (2)**
46:24;47:18
**girl (1)**
34:14
**given (1)**
56:9
**God (2)**
29:14;33:15
**goes (4)**
5:17,20;27:5;59:13
**good (17)**
4:9,15;31:22;34:4,5;35:11,
22;38:20;39:19,20;42:14,15;
50:25;55:20;56:12;62:1,6
**Gotcha (2)**
43:19;51:17
**grab (1)**
19:18
**grad (1)**
13:17
**grade (1)**
35:9
**graduate (1)**
8:11
**grand (1)**
56:8
**Grandma's (1)**
43:16
**GRANT (112)**
30:13,16;31:1,5,7,12,15,18,
22,24;32:2;34:1,4,9,11,15,17,
20,22;35:6,11,15,22,24;36:3,
13,16,19,21;37:1,6,9,14,17,19;
38:10,23;39:1,3,15,18,22;40:5,
15,19,22,25;41:3,6,9,12,14,17,
21;42:4,7,10,13,19,23,25;43:2,
6,9,14,20,25;44:3,6,11,14,16,
23;45:1,10,13,16,20,25;46:5,

18,21,24;47:11,13,16,20;49:19,
24;50:7,11,14,18,20,24;51:8,
14,18,25;52:2,4,7,9,11,16,23;
53:2,5,8,10,12,14
**gravel (1)**
60:3
**great (2)**
32:3;57:11
**grey (1)**
7:15
**greyish (1)**
7:15
**grossly (2)**
21:22,23
**growing (1)**
42:2
**grows (1)**
40:1
**G's (1)**
40:10
**guarantee (1)**
51:9
**guess (4)**
17:4;31:4;32:5;58:22
**gut (2)**
8:24;22:5
**guy (7)**
18:9;29:16;34:15,24;39:22;
51:2,9
**guys (5)**
9:16;32:4;34:23;37:9;39:14

## H

**HACCP (6)**
19:12,12,13;29:15;30:6,6
**hand (2)**
3:4;47:10
**handle (1)**
62:17
**hanging (1)**
17:14
**happened (2)**
6:6;21:2
**hard (3)**
19:5;29:11;60:9
**harder (1)**
54:2
**hardly (1)**
62:15
**hatchery (5)**
27:24;35:19;58:4;63:8;64:12
**hated (1)**
43:15
**hauling (3)**
51:4;55:16,17
**head (2)**
13:20;14:15
**headed (1)**
53:10
**heading (1)**
53:3
**Health (1)**

Dorsch v.
State of Idaho, Department of Fish & Game

New Recording 5
April 9, 2019

27:10
**hear** (1)
  8:24
**heard** (2)
  49:14;52:20
**hearing** (1)
  16:10
**heart** (2)
  35:18,18
**heat** (1)
  56:23
**Heather** (1)
  43:24
**Heather's** (1)
  44:9
**heavy** (1)
  33:6
**hell** (1)
  56:22
**help** (3)
  21:25;27:2;32:25
**helpful** (1)
  35:1
**helps** (1)
  59:11
**Here's** (1)
  17:11
**herpes** (1)
  9:3
**herpesvirus** (2)
  8:21;9:4
**Hey** (2)
  23:14;49:7
**high** (1)
  62:16
**higher** (2)
  27:9;53:18
**highly** (1)
  12:19
**hire** (1)
  18:5
**hired** (1)
  51:3
**hold** (1)
  7:2
**holding** (1)
  46:18
**holes** (1)
  62:3
**holy** (1)
  34:25
**home** (1)
  39:3
**homes** (3)
  36:14,16;56:24
**Honestly** (1)
  10:2
**hope** (2)
  33:16;39:25
**Hopefully** (1)
  7:17
**horsepower** (2)
  56:6,11

**host** (1)
  9:8
**hours** (1)
  8:23
**house** (1)
  7:3
**How's** (3)
  13:22;39:7,9
**huge** (1)
  45:15
**Huh** (1)
  39:8
**human** (1)
  8:14
**hurt** (1)
  36:3

**I**

**Idaho** (2)
  9:23;48:2
**idea** (1)
  2:12
**ideally** (1)
  48:8
**ideas** (1)
  61:17
**IHM** (1)
  5:11
**IHN** (3)
  2:2;7:5;8:8
**imagine** (1)
  16:9
**immune** (2)
  8:10,23
**important** (1)
  36:22
**increasing** (2)
  36:10,12
**indexes** (1)
  9:14
**individual** (1)
  4:11
**indoor** (1)
  17:21
**infection** (2)
  8:11;9:7
**infrastructure** (2)
  10:5,19
**inhale** (1)
  34:8
**injections** (1)
  2:16
**injury** (1)
  35:2
**inside** (3)
  17:13,14;45:2
**inspection** (2)
  29:19;31:8
**insurance** (3)
  14:25;16:15;50:8
**intensive** (1)
  13:16

**interesting** (2)
  8:4;27:8
**interim** (1)
  58:21
**interstate** (2)
  41:18;42:14
**into** (8)
  4:20;5:20;9:12;13:25;52:15,
  19;60:13;64:15
**investment** (2)
  39:4,4
**investments** (1)
  36:19
**invoice** (2)
  35:16;46:18
**IPM** (2)
  2:4,4
**IPM-like** (1)
  2:5
**isolate** (1)
  22:18
**isolated** (1)
  6:5
**isolation** (1)
  6:15
**issue** (2)
  2:4;9:6
**issues** (2)
  13:19;36:17

**J**

**jeep** (1)
  33:20
**Jeeze** (2)
  3:8;33:13
**Jeff** (2)
  52:20,23
**job** (2)
  27:3;43:14
**Joe** (5)
  35:17;36:5;37:11;38:2,4
**John** (2)
  47:6,7
**Johnson** (1)
  24:18
**join** (1)
  18:8
**Jonathan** (3)
  57:6,6,8
**jumped** (1)
  53:16
**jumping** (1)
  12:22
**justify** (2)
  10:3;35:4

**K**

**keep** (4)
  4:11;45:9;54:2,19
**Keith** (1)
  33:17

**Kermit** (1)
  15:7
**Kevorkian** (1)
  33:18
**key** (1)
  42:20
**kicking** (1)
  52:21
**kicks** (2)
  41:18;52:23
**kill** (7)
  2:13,14;10:13;16:20;28:12;
  29:21,23
**killed** (1)
  5:12
**kind** (11)
  5:15;7:14,20;13:13;26:18,21;
  27:11;38:13;41:24;59:3;60:1
**knee** (1)
  15:21
**knew** (1)
  63:24
**knock** (1)
  4:17
**knocked** (1)
  5:1
**knowledge** (2)
  51:20;52:7

**L**

**lab** (2)
  17:6;25:1
**labels** (1)
  23:23
**Lance** (1)
  6:1
**large** (1)
  12:22
**last** (8)
  9:22;15:20,22,25;17:20;27:6,
  7;38:20
**lay** (1)
  14:18
**leader** (2)
  50:15,24
**LEAH** (2)
  39:8,18
**leaking** (1)
  10:21
**leaks** (2)
  46:14,15
**leaning** (1)
  7:20
**learning** (1)
  52:24
**least** (5)
  5:18;11:23;12:20;18:23;25:9
**leave** (1)
  16:18
**left-hand** (1)
  53:23
**lengthy** (1)

31:18
Leo (1)
  49:2
lesion (1)
  7:18
lethal (1)
  2:16
letting (1)
  63:7
level (3)
  10:24;35:13;37:23
LHO's (1)
  10:7
licenses (1)
  9:22
lie (1)
  35:24
life (1)
  7:23
life-style (1)
  44:3
lift (3)
  60:12,20,24
ligament (2)
  16:1,2
limp (1)
  16:6
liquid (1)
  10:8
list (1)
  57:12
Literally (1)
  43:20
little (15)
  30:24;35:13,18;39:4;43:10,
  16,24;51:15;54:2;59:5,6;60:5,
  6;61:1,1
living (1)
  51:11
Load (1)
  63:14
Loading (1)
  52:14
lobotomy (1)
  38:18
location (1)
  29:16
log (1)
  20:23
loneliness (1)
  9:13
long (6)
  4:10,10;5:7;55:25;56:3;
  62:25
longer (2)
  16:16;21:11
Look (12)
  4:4;9:5;16:13;18:22;21:7;
  28:2,7;34:15;43:3;46:9;51:1;
  62:13
looked (3)
  7:13;15:6;43:21
looking (3)

7:14;30:5;54:14
looks (3)
  12:4;17:17;57:7
lot (10)
  9:2,17;11:20;21:11;27:19;
  52:23;56:22;59:11;60:21;64:2
Lou (1)
  5:24
loud (1)
  7:11
Loved (3)
  43:10;44:8,8
low (3)
  8:1;9:14;46:12
lower (2)
  10:24;27:12

M

Magic (1)
  49:17
mailroom (1)
  34:14
major (1)
  43:11
makes (6)
  3:4;9:4;15:2;23:25;30:24;
  34:7
making (2)
  12:10;13:10
Man (6)
  31:18;34:17;35:24;39:17;
  43:22;53:1
management (1)
  28:5
manager (1)
  32:4
manilla (1)
  25:24
manual (2)
  44:10;45:21
many (6)
  9:17;10:13;13:2;27:18;38:7;
  49:3
march (2)
  2:22;17:20
mark (5)
  39:16;50:25;51:1,2,5
masters (1)
  13:16
material (1)
  4:22
math (1)
  49:4
Maximum (1)
  48:13
may (10)
  3:13;6:15,24;14:5;24:2,2;
  26:5;27:2;38:6;58:4
maybe (6)
  46:5,7,16;53:25,25;64:10
McClain (2)
  51:1,1

mean (16)
  7:3;13:5;16:10;19:1;40:8;
  41:14;43:1;47:13;48:6,8;54:7;
  56:20;57:7,25;58:2,20
Meaning (1)
  45:10
means (2)
  45:4,8
meant (1)
  33:14
mechanical (1)
  14:17
medical (1)
  9:1;40:14
meeting (1)
  57:9,12
mess (1)
  48:24
metal (1)
  53:24
method (1)
  59:15
Michigan (1)
  13:17
mid (1)
  56:6,6
might (11)
  2:4;13:22;40:17;42:9,12,21;
  45:8;46:25;47:5;60:6;62:6
miles (2)
  41:21;42:7
million (7)
  5:12;8:15,17,18;40:5,6,6
mine (1)
  40:16
misleading (1)
  40:20
missile (1)
  48:24
mode (1)
  4:18
model (1)
  56:8
moment (1)
  18:9
money (4)
  28:5;35:13;40:1;57:7
monkey (2)
  8:22,25
monkeys (1)
  8:25
monogamous (1)
  12:2
month (3)
  37:14;38:9;40:10
monumental (1)
  42:4
more (11)
  14:11;15:18;23:3;27:10;
  42:22;43:4,4;54:17;56:8;59:4;
  63:4
morning (2)
  2:25;30:13;45:7,7

mortality (1)
  17:12
most (4)
  37:13,23;51:11;53:15
mother-in-law (2)
  33:10,15
motor (2)
  45:11,12
move (2)
  43:7;62:16
movement (1)
  15:15
moving (1)
  17:25
Moxie (3)
  35:16,17;37:15
MPG's (1)
  42:8
MSDS (1)
  4:4
much (7)
  16:10,16;38:6;45:2,22;46:14,
  15
mud (7)
  2:3;18:10;20:1,14;29:19,25;
  31:8
muddy (1)
  5:19
multiple (1)
  50:4
MUNSON (122)
  2:2,8,10,19,24;3:2,12,21,23;
  4:1,4,7,10,14,17,20,25;5:4,7,22;
  6:8,11,13,17,21,24;7:6,8,17,20,
  23;8:2;9:20;10:15;11:3,10,16,
  18;12:9,13,16,18;13:2,6,9,19,
  22;14:5,9,13,17,20,22,25;15:4,
  13,15,20,24;16:9,15,20,23;
  17:1,12,17,21,24;18:4,7,10,17,
  19,22;19:1;20:19;21:2,5,7,9,13,
  17,20,22;26:10,14,16,18,25;
  27:15,17,22;28:1,7,12,17,20,
  23;29:3,5,7;31:7;32:18,23;
  33:1,7,14;34:6,13;38:13,19;
  62:20,23;63:3,12,14,16,19,22;
  64:1,6,12
murder (1)
  9:10
Must (1)
  29:4
myself (2)
  21:13;27:23

N

name (3)
  24:18;38:2,4
Nampa (1)
  31:20
national (1)
  11:20
neck (3)
  13:23;14:6;15:13

Dorsch v.
State of Idaho, Department of Fish & Game

New Recording 5
April 9, 2019

need (38)
  6:19;15:9;21:9;22:21;25:16;
  27:2,18;28:1;34:20,25;36:7;
  37:1,7;38:6,23;43:22,23;47:11;
  48:11,15;49:5,9,11,19;50:2,8;
  51:11;54:2;56:17,19;57:3,19;
  58:19,22;61:7;62:15,16,16
needed (5)
  10:13;17:25;56:4,8,10
needles (2)
  2:15,18
needs (3)
  49:3;55:16,17
neighbors (1)
  11:12
Neil (4)
  39:16;50:8;51:12;61:16
nerve (1)
  16:4
new (16)
  5:8;20:1,14;24:5;25:6;29:19,
  25;31:8,19;40:15,18,19;42:24,
  25;43:6;44:23
next (5)
  9:16;47:8;48:24;56:4,7
Niagara (1)
  5:13
nice (5)
  2:18;11:8;40:16;41:2;52:14
nick (1)
  16:4
night (1)
  38:20
nine (1)
  49:7
nitrogen (1)
  23:3
noise (1)
  30:24
nonliving (1)
  2:6
nonspecific (2)
  8:10,22
nontoxic (1)
  3:24
noose (1)
  14:14
Nope (1)
  26:6
Norco (4)
  50:2;61:10,11,15
Note (1)
  45:3
notes (2)
  23:7;57:12
number (2)
  30:4;45:9
numbers (1)
  48:1
nurse (1)
  3:4

**O**

o'clock (1)
  2:24
odd (4)
  30:8;45:18;47:6;59:4
off (17)
  3:3,19,20;5:1;10:1;13:22;
  29:12,13;32:10;35:15;37:20;
  41:1;47:10;48:21,22;50:25;
  59:10
office (3)
  25:6;53:10;56:23
often (2)
  7:22;10:13
old (7)
  10:19;18:24;25:4;41:3;
  44:15;59:3;62:3
onboard (1)
  57:14
once (5)
  6:19;7:3;23:3;37:17;61:16
one (52)
  2:19;5:10,18;7:21;8:7,22;
  9:13;13:24;14:17;17:4,16,18,
  25;18:2;19:19,23;20:2,4,6,8,10;
  21:3;24:21,22;26:24;29:12,13,
  16,25;30:4,4,9,12,23;32:9;33:1;
  34:2;41:25;43:6;46:20;48:15,
  21;49:4;50:21;54:12;56:2,5,5;
  57:17;58:22;61:7,19
ones (1)
  43:3
one-ton (1)
  35:6
only (2)
  22:11;33:5
open (3)
  29:6;55:10,16
operate (1)
  55:3
operating (2)
  35:13;45:20
opinion (1)
  37:25
optimal (1)
  45:25
option (1)
  10:3
order (1)
  61:18
ordered (1)
  37:24
organic (1)
  4:22
others (1)
  47:14
ought (4)
  4:7;9:9;11:16;22:12
ours (1)
  32:8
out (29)

2:2;5:18,19;7:11;8:25;9:15;
  12:13;16:23;17:3;22:18;25:4;
  26:22,25;27:1;35:25;39:15;
  45:4;47:17;49:2,25;54:6,13;
  57:24;59:15,22;61:22;62:8;
  64:1,6
outbreak (3)
  5:11;6:6;7:5
outside (7)
  11:9;17:13,15,16,24;25:21;
  36:24
over (13)
  10:6;12:23;14:13;15:8;17:7;
  26:9;31:25;33:25;35:8;38:15;
  49:23;52:13;58:18
overhead (1)
  35:14
own (1)
  43:11
oxygen (3)
  49:20;50:3;52:7

**P**

P&FHPC (1)
  27:11
pack (1)
  35:25
pages (4)
  30:2,4,8,8
paid (1)
  47:2
pallet (2)
  48:7;60:2
pallets (1)
  35:7
parenthesis (1)
  23:11
parking (1)
  64:2
particles (2)
  8:9,16
particular (2)
  51:2,10
particularly (1)
  54:3
past (1)
  8:22
path (1)
  47:3
pathogen (2)
  4:18;9:8
pathogens (1)
  8:14
patrol (1)
  38:3
Paul (1)
  5:15
pay (1)
  14:20
payment (2)
  41:7;43:22
payments (1)

40:15
PCA (2)
  50:15,24
people (1)
  63:4
per (2)
  18:2;19:14
percent (4)
  8:23;10:6;55:5,5
perch (3)
  13:7,12,16
perimeter (1)
  36:12
period (1)
  58:21
person (3)
  48:21,21;51:11
personally (2)
  26:19;29:2
perspective (1)
  40:7
pest (1)
  38:3
phased (1)
  25:4
Phoma (4)
  7:10,11,14;8:8
phone (6)
  27:1;30:17;36:6,7;63:8;64:8
phonetic (2)
  7:12;57:22
physical (1)
  16:11
pick (3)
  48:7;59:12;61:3
picker (1)
  34:20
pickup (1)
  42:6
picture (1)
  28:2
pigtail (1)
  50:4
pile (1)
  7:2
pinheads (1)
  21:8
pipes (1)
  10:21
PKN (4)
  23:6,8,11,12
place (7)
  18:11;30:12;31:25;37:7;
  48:2;52:19;62:7
plan (1)
  32:3
plate (1)
  7:13
platform (1)
  44:19
please (1)
  57:12
plenty (1)

need - plenty

17:6
plus (1)
    42:8
point (6)
    3:14,15;6:8;53:23;58:2;62:1
points (1)
    30:7
poison (1)
    37:25
popped (1)
    15:13
population (1)
    8:5
position (1)
    47:19
potential (1)
    4:18
potentially (1)
    48:24
pound (1)
    25:21
pounds (4)
    15:8,9;48:9;59:12
power (1)
    56:7
practical (1)
    44:21
predator (2)
    54:12;55:5
preppers (1)
    13:3
president (1)
    27:11
pressure (2)
    9:17;62:16
pretty (12)
    4:9,15;22:12;36:25;44:24;
    45:2;46:12;53:21;54:7;55:21;
    57:6;59:13
prevent (1)
    35:2
previously (1)
    47:6
pricing (1)
    40:23
print (2)
    29:12,13
printed (1)
    32:10
private (2)
    33:20;62:5
probably (6)
    5:25;7:10;10:19;22:24;23:2;
    60:11
problem (2)
    54:22,25
procedures (1)
    51:20
production (2)
    10:5,6
program (3)
    13:17;35:21;38:3
project (2)

12:10;40:2
properly (1)
    55:3
protect (1)
    39:3
protecting (1)
    27:23
protocols (1)
    51:21
provider (2)
    51:16;52:1
proving (1)
    11:23
PTO (2)
    56:6,11
Publications (1)
    27:10
pull (1)
    35:25
pulling (1)
    64:4
pulls (1)
    14:15
pump (3)
    39:4;52:5;53:16
pumps (2)
    40:8;54:1
purchase (1)
    43:11
purchasing (2)
    37:3;58:22
purposes (1)
    40:14
pushing (1)
    9:17
put (22)
    3:18;4:20;19:21;20:16,24;
    23:7,23;24:5;26:3,5;27:12;
    33:10,17,21,23;34:1;38:12;
    40:7;58:7;60:12;61:24;62:6
puts (2)
    47:18;51:23
putting (3)
    12:19;26:19;63:17

## Q

quarantine (1)
    6:9
quick (2)
    29:12;59:13
Quit (1)
    13:20
quote (2)
    56:25,25

## R

raceway (2)
    4:21;9:12
raceways (5)
    4:14;5:8;11:9;16:23;17:22
radial (2)

15:24;16:2
raise (2)
    11:24;57:1
raised (1)
    56:25
raising (2)
    13:7,11
ramping (1)
    40:11
Ramsey (2)
    23:14;24:21
range (1)
    45:15
Rather (1)
    37:14
Ray (2)
    9:11,12
ready (4)
    22:11;26:13;28:9,11
real (2)
    3:15;29:12
Really (12)
    2:23;9:22;24:25;33:21;
    34:10;36:3;44:22,25;52:17;
    53:15,19;56:4
rear (1)
    56:7
rearing (1)
    10:24
reason (2)
    17:7;24:11
Rebecca (3)
    46:19,23;47:9
rebel (1)
    3:9
recall (1)
    55:22
received (1)
    40:22;64:9
receiving (1)
    59:11
re-circuit (1)
    12:6
recognize (1)
    35:1
recontaminate (1)
    3:6
records (1)
    25:19
recovering (1)
    16:9
Red (1)
    3:2
redirected (1)
    35:14
Redistribution (2)
    10:17,18
rehash (1)
    12:4
re-inhabited (1)
    4:22
reinsert (1)
    58:1

rejected (1)
    13:25
relative (1)
    35:21
releasing (1)
    8:24
remember (8)
    3:3;4:1;7:10;13:17;30:3;
    54:15,16;58:12
remove (1)
    27:23
renew (1)
    37:17
rent (3)
    48:15;58:19,25
repair (1)
    51:22
replacement (1)
    15:21
request (1)
    47:13
requested (1)
    32:3
requirements (2)
    50:9;51:16
research (8)
    10:17,18;11:14,17;12:10,23,
    24;13:11
Reservoir (1)
    46:10
resident (2)
    11:24;34:24
response (1)
    57:18
restore (1)
    10:5
resulted (1)
    19:25
retarded (1)
    26:3
retired (2)
    24:22;29:3
retiree (1)
    43:3
return (2)
    63:8,20
returning (1)
    11:25
reuse (3)
    12:6,7,14
rhinoviruses (1)
    8:16
Rica (1)
    47:21
rid (2)
    12:19;43:15
right (35)
    2:14;3:16;5:5;10:21;19:16,
    18,21;20:10,13;27:20;29:24;
    31:9;32:14;34:11;38:7,10;40:8,
    9;43:9,18;46:12,13,17;48:23;
    49:11,14,15;53:25;55:2;56:16;
    57:9;59:8;61:5;62:10,11

rights (1)
    11:12
rinse (3)
    3:19,20;4:8
robbed (1)
    28:4
Roberta's (1)
    16:7
rodent (1)
    36:17
roll (1)
    30:12
roller (1)
    59:7
room (2)
    7:9;31:2
roomy (1)
    45:2
rope (1)
    15:1
rub (1)
    8:19
rubber (3)
    54:12,20;61:1
run (2)
    9:21;45:13
running (3)
    40:8;45:23,25

S

S-10 (3)
    44:5,6,11
Safe (1)
    53:3
safety (1)
    43:23
safolamia (2)
    7:12,13
same (10)
    13:23;27:7;28:24;37:23;
    44:9;53:22,23,23;55:22;56:3
sampling (1)
    25:18
SAR's (1)
    12:1
satisfied (1)
    5:9
save (1)
    48:18
saved (1)
    29:24
saw (1)
    28:19
Sawtooth's (1)
    62:19
saying (1)
    51:5
scale (1)
    12:22
scaring (1)
    16:3
schedule (1)

35:19
scheduled (1)
    35:18
school (2)
    43:14;59:3
schools (2)
    9:1,1
SCHULZ (1)
    39:8
score (2)
    27:9,13
scrutiny (1)
    57:8
season (1)
    15:25
seat (2)
    43:17;44:9
second (2)
    5:23;9:12
secretary (1)
    27:11
Section (1)
    27:10
secure (1)
    62:2
seed (1)
    13:13
seeing (2)
    7:17;34:23
seemed (1)
    34:25
seems (4)
    20:22,25;39:18;52:19
selection (1)
    56:23
self-fusing (1)
    15:16
sell (1)
    9:21
sells (1)
    61:11
send (8)
    22:16;30:17;31:24;35:25;
    40:16;50:14;51:6;57:11
sending (1)
    36:4
sent (2)
    31:16;32:4
separate (1)
    51:4
serious (3)
    34:22;35:2;37:12
seriously (1)
    43:4
serve (1)
    31:8
service (2)
    30:20;51:16
set (6)
    17:2;23:24;37:15;58:6;
    60:16;61:5
setting (2)
    17:10;18:6

settlement (2)
    14:24,24
shaking (1)
    13:20
shall (1)
    47:23
Sharon (1)
    12:13
sheet (1)
    4:4
shift (2)
    43:16;54:3
shit (3)
    6:20;18:23;32:14
shoot (1)
    53:22
shop (1)
    62:3
short (1)
    19:24
short-box (2)
    43:10;44:17
shortcuts (1)
    5:10
shot (3)
    45:5,6;64:8
show (2)
    17:5;36:8
sick (2)
    16:13,17
side (7)
    8:13;16:6;38:11;53:23;55:1;
    56:15,15
sign (2)
    50:14,24
signing (1)
    50:15
signs (1)
    54:10
simian (2)
    8:21;9:3
similar (1)
    38:13
sit (3)
    6:20;31:1;60:23
sitting (4)
    3:17;19:6,9;49:9
situation (2)
    5:18;9:11
six (1)
    30:7
size (3)
    49:2;56:4,24
slacking (1)
    34:16
slash (1)
    23:7
slip (1)
    48:21
smell (1)
    52:15
snail (6)
    20:1,15;22:17;29:19,25;31:8

snails (2)
    22:15;31:19
soft (2)
    7:1,2
Sold (1)
    38:12
sole (2)
    51:24;52:1,1
solenoids (1)
    10:8
solution (1)
    57:20
solutions (1)
    57:19
somebody (1)
    59:10
someone (1)
    60:17
son (2)
    43:16;63:8
sorry (4)
    18:10;29:18;30:25;32:14
sound (8)
    3:5;4:11;6:2;11:2;14:2;15:2;
    34:7;62:25
sources (1)
    56:24
south (1)
    60:21
spawning (1)
    15:25
Speakers (5)
    33:25;35:8;38:15;49:23;
    52:13
species (1)
    51:10
specific (2)
    20:1;45:23
spelled (1)
    26:21
spend (1)
    57:7
spending (1)
    38:8
spiking (2)
    20:25,25
spoke (2)
    47:6,7
spores (1)
    57:23
spot (1)
    51:15
Springfield (3)
    23:25;38:4;46:10
Springs (1)
    5:13
standing (1)
    11:19
standpipes (1)
    10:9
Stanley (1)
    64:10
Stars' (1)

13:15
start (4)
  10:1;12:10,20;52:25
started (1)
  7:14
starter (1)
  13:10
starting (2)
  36:3;63:21
starts (2)
  9:7;46:11
state (4)
  9:23;13:18;35:13;47:4
Station (3)
  2:22;12:14;13:11
step (1)
  60:17
stepped (1)
  6:10
stepping (1)
  52:15
steps (1)
  44:18
sterilize (4)
  2:15;23:22,24;24:6
Steve (1)
  12:13
stick (3)
  3:20;5:4;43:16
sticker (2)
  24:1;41:1
stickers (1)
  24:5
still (12)
  2:10;4:21;14:10;26:17;28:2;
  35:15;39:2;44:18;47:21;55:4;
  59:12;60:17
stock (3)
  12:11,14;13:13
stop (1)
  59:16
straight (1)
  37:2
strain (2)
  9:4;10:12
strap (3)
  60:13;61:1,6
stressed (1)
  9:15
stressful (1)
  9:10
student (1)
  13:6
students (1)
  8:12
studying (1)
  9:3
stuff (15)
  5:15;7:2;10:10;13:13;22:8;
  26:7;27:12;30:17;33:21;39:16;
  47:25;50:8;52:23;56:18,25
stupidest (1)
  2:16

subjects (2)
  27:18,19
sucker (1)
  41:18
sucking (1)
  46:5
sucks (1)
  18:24
suggest (1)
  12:19
supervisor (2)
  25:3;28:1
supervisory (1)
  26:12
supply (1)
  52:9
support (1)
  12:5
supposed (2)
  3:23;45:13
sure (4)
  10:20;16:21;18:7;30:11
surgeons (1)
  16:3
surgeries (2)
  15:19,20
surgery (3)
  15:6;16:8;38:14
swab (1)
  2:17
sweeping (2)
  18:15,18
sweet (1)
  44:24
swing (1)
  55:4
system (7)
  8:10,23;9:18;10:8,9;50:3;
  62:16
systems (1)
  52:9

## T

tad (1)
  53:21
tag (1)
  53:24
tail (1)
  59:11
tailwind (1)
  42:16
talk (8)
  23:13;33:7,8;35:20;36:9;
  50:2;61:14,15
talked (1)
  34:6
talking (12)
  3:17;21:13;32:19;33:25;
  35:8;38:15;41:24;49:23;52:13;
  54:12;63:1,2
tank (2)
  4:6;26:7

tanker (1)
  51:22
tankers (1)
  49:15
tanks (4)
  10:24;11:9;12:9,20
Taser (1)
  30:16
tear (1)
  10:19
technically (2)
  50:20;51:3
technology (3)
  11:21,22,22
telling (2)
  37:3;47:9
temperature (5)
  24:12,14;45:6,10;46:1
temporaries (1)
  5:18
temporary (1)
  5:25
temps (1)
  45:20
Ten (4)
  8:20;9:17;27:3;43:8
test (1)
  27:7
texts (1)
  30:22
Theoretically (1)
  9:25
theory (2)
  9:11;55:2
thesis (1)
  13:16
Thorough (1)
  3:21
though (7)
  30:23;34:22;41:12,18;42:22;
  48:14;56:13
thought (3)
  3:16;20:16;24:10
three (11)
  2:24;14:3;20:20,21;25:10;
  27:20;44:21;49:5,6,6,12
three-quarter (1)
  42:6
three-quarter-ton (1)
  44:19
three-speed (1)
  44:20
throw (3)
  4:2,5;37:20
throws (1)
  59:15
ticked (1)
  35:15
times (3)
  37:22;49:8;57:17
tip (1)
  8:18
today (5)

25:14;30:5;41:25;53:20;
  62:16
today's (1)
  31:7
to-do (1)
  9:2
together (1)
  50:4
told (6)
  13:24;27:22;37:5;51:1;56:1;
  58:6
ton (1)
  42:6
tongue (1)
  57:16
took (2)
  27:7;43:16
Tool (1)
  58:19
tore (1)
  15:25
total (1)
  23:3
totally (1)
  10:23
touch (1)
  16:3
tough (1)
  60:5
towards (1)
  41:6
tracked (1)
  18:10
tracking (1)
  18:23
tracks (2)
  2:20;18:20
traction (3)
  14:11,12;15:12
tractor (4)
  56:4,24;57:2,3
Tractors (1)
  56:17
trade (2)
  4:12,14
trade-in (1)
  41:3
trailers (1)
  64:4
transmission (1)
  44:10
transport (6)
  19:12,13;29:15;35:10;51:18,
  19
transportation (2)
  30:6;33:24
trap (1)
  63:17
traps (1)
  64:2
travels (1)
  53:3
Travis (2)

Dorsch v.
State of Idaho, Department of Fish & Game

New Recording 5
April 9, 2019

63:15;64:6
**treat (1)**
10:14
**trees (1)**
40:1
**trend (1)**
21:1
**tried (2)**
44:5;56:22
**Troublemaker (1)**
3:8
**trout (1)**
62:5
**truck (14)**
40:18,19,25;41:7,14;42:22;
43:10,25;44:17;49:13;59:10;
60:12,13,18
**trucks (4)**
42:6;43:21;59:16;64:3
**true (1)**
63:3
**trust (1)**
58:2
**try (6)**
2:14;11:11,16,18;55:10;60:7
**trying (1)**
11:18
**T's (1)**
61:19
**tubs (1)**
3:19
**Tums (1)**
35:25
**tunnel (2)**
15:24;16:3
**Turned (2)**
7:14;58:21
**twice (3)**
23:3;38:6,7
**two (16)**
2:24;15:22;17:25;18:2;
19:14;20:19;23:15;25:10;40:8;
48:1;49:8,8;51:3,4;54:10,10

**U**

**unacceptable (1)**
36:16
**undecided (1)**
26:17
**under (2)**
53:21;57:8
**undo (1)**
61:6
**unguided (1)**
48:24
**Unintelligible (116)**
2:1,4,9,11,17;3:1,7;5:1,2,5,
14,16,17,19,20,22;6:3,20;7:5,7,
16;8:19;9:24;10:11,12,14;11:3,
5,7,13,15,20;12:15;13:7;16:5,
14,21,22;17:1,8;18:1,3;19:2;
20:6,8,9,11,13,18,20;21:4,15,

16,20,21,24;22:14,20;23:5,21;
26:1,8,10;27:1,14,25;28:16,18,
22,24,25;29:2,8,10,14,24;
30:14;32:6,15,20;33:4,16,17,
19,20;34:12,19;35:10;36:23;
38:16,22,24,25;39:1,5,11,12,
19;40:3,5,9,12;49:24;50:1;
52:25;53:6,7;57:24;58:24;
62:18,24;63:6,10;64:3,4,16
**unit (1)**
35:10
**units (1)**
36:24
**unless (4)**
25:19;26:2;43:7;47:2
**unproven (3)**
11:21,21,22
**up (52)**
3:4,6;5:16,17;6:10;11:11;
12:1,22;13:9,12,24;14:16;
15:10,16;17:2,10;18:6;19:14;
22:5;23:2;24:9;27:6,6,17;
33:22;37:2,4,15;40:11;42:2;
46:3,10;47:24;48:7,11;53:16;
54:7;55:23;56:5,8;57:15;58:7;
59:12;60:20;61:3;62:11;63:14,
17,18,22,23;64:3
**upright (1)**
60:16
**use (3)**
10:20;14:10;47:16
**used (7)**
2:16,21;15:7;42:24;43:3;
59:3;62:5
**using (1)**
14:11
**usually (2)**
18:23;46:10
**utensils (1)**
5:7
**utility (1)**
40:9

**V**

**V8 (3)**
41:15;42:6;44:20
**Valley (1)**
49:18
**value (2)**
3:15;41:1
**vat (2)**
4:21;17:15
**vats (4)**
4:12,12;6:5;20:12
**vehicle (1)**
33:24
**vehicles (2)**
17:3,6
**version (1)**
19:25
**versus (2)**
30:8;36:11

**vet (1)**
8:25
**veterinarian (1)**
28:15
**veterinary (1)**
13:6
**VFD's (3)**
45:18,24,24
**via (1)**
60:24
**vibrate (1)**
30:24
**view (1)**
3:15
**vigilant (1)**
5:24
**viral (3)**
8:9,14,15
**Virkon (1)**
3:19
**viruses (2)**
2:5,5
**visit (1)**
37:12
**visiting (1)**
35:19
**visits (1)**
36:11

**W**

**Wait (1)**
26:9
**walk (1)**
36:8
**wall (1)**
62:3
**wants (2)**
61:16;63:15
**Watch (1)**
27:12
**water (7)**
5:19;9:23,23;10:12,25;11:6,
12
**way (6)**
11:12;18:22;22:11;27:4;
35:14;37:22
**weather (2)**
13:23;14:1
**week (4)**
8:20;39:20;48:16;58:20
**weekend (2)**
6:25;38:11
**weekly (1)**
6:22
**weird (1)**
53:16
**wells (2)**
32:22;45:5
**weren't (1)**
10:15
**Western (2)**
58:18,19

**Wet (2)**
2:3;27:16
**What's (5)**
18:17;24:24;26:4;29:22;
45:20
**wheels (1)**
59:7
**whenever (1)**
2:21;15:5
**Where's (2)**
17:12;61:11
**whichever (1)**
61:19
**whatever (1)**
61:19
**whistling (1)**
4:11;6:2;11:2;14:2
**whole (3)**
11:1,20;37:24
**whoosh (1)**
59:9
**who's (1)**
26:18
**willing (1)**
37:9
**wind (1)**
42:11
**wing (1)**
36:25
**winter (1)**
15:17
**wise (1)**
45:3
**wish (1)**
8:3
**without (5)**
21:10;34:23;40:10;59:22,25
**word (1)**
23:9
**work (13)**
13:8;19:25;22:5;24:9,25;
25:14;43:20;44:3,9;49:25;
51:21;54:1;56:18
**working (7)**
12:20,25;20:12;24:15;33:20;
39:2;46:20
**workload (1)**
34:17
**worried (1)**
52:18
**worry (1)**
40:4
**worst (1)**
59:4
**Wow (1)**
34:21;53:21
**wreck (1)**
2:21
**wrist (3)**
16:1,2,7
**write (1)**
23:17
**wrong (2)**
20:8;47:3
**Wyoming (1)**

| | | |
|---|---|---|
| 12:13 | 49:9,10;61:18 | 43:4 |
| **Y** | **2** | **60** (1)<br>16:20 |
| | | **6500** (1)<br>41:4 |
| **ya** (3)<br>53:2,12,14 | **2,000-pound** (1)<br>60:2 | **68** (1)<br>44:20 |
| **year** (7)<br>15:8;37:17,19;47:5;48:14;<br>57:15,20 | **20** (3)<br>30:8;42:7,8<br>**200,000-mile** (1)<br>42:1 | **7** |
| **years** (7)<br>9:17;12:2,3;25:10;27:3;34:6;<br>43:8 | **2012** (1)<br>15:21<br>**21** (1) | **700** (1)<br>59:4<br>**70-degree** (1) |
| **year's** (1)<br>25:24 | 42:14<br>**22** (2) | 54:4 |
| **yellow** (2)<br>13:11,16 | 41:21;42:14<br>**24** (1) | **8** |
| **Yep** (3)<br>15:24;37:8;60:19 | 8:23<br>**24.7** (1) | **8** (2)<br>45:5,9 |
| **yesterday** (6)<br>31:19;45:6;53:20;63:17;<br>64:1,13 | 42:15<br>**29.95** (1)<br>38:14 | **8,000** (2)<br>34:18;41:1<br>**85** (1) |
| **youth** (1)<br>33:8 | **3** | 27:7 |
| **Z** | **3,000** (1)<br>48:9 | **9** |
| **zaps** (1)<br>30:17 | **30** (1)<br>2:2<br>**300** (3) | **95** (2)<br>45:5;53:19<br>**96** (1) |
| **Zealand** (6)<br>20:1,14;29:19,25;31:8,19 | 15:8,9;59:3<br>**327** (2) | 53:20 |
| **zinger** (1)<br>14:7 | 44:19,20<br>**349.99** (1) | |
| **zingers** (1)<br>15:11 | 37:14<br>**35** (1)<br>10:6 | |
| **0** | **4** | |
| **02** (2)<br>10:8;49:16 | **400-horsepower** (1)<br>42:6 | |
| **1** | **472** (1)<br>41:9<br>**475** (1) | |
| **10** (2)<br>40:10;53:16 | 41:7 | |
| **100** (4)<br>8:17,23;55:4,5 | **5** | |
| **100,000** (1)<br>42:3 | **5,000** (2)<br>43:4;51:3 | |
| **105** (2)<br>45:6;53:20 | **50** (1)<br>59:12 | |
| **106** (1)<br>53:21 | **500,000** (2)<br>8:9,9 | |
| **12** (3)<br>35:9;48:11;56:8 | **50-bag** (1)<br>48:7 | |
| **139** (1)<br>5:11 | **6** | |
| **14** (1)<br>30:9 | **6** (2)<br>8:15,18 | |
| **15** (5)<br>21:17;22:12;28:9,11;48:11 | **6,000** (1) | |
| **179.99** (2)<br>38:12,12 | | |
| **18** (3) | | |

**Audio Transcription**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DANIELLE DORSCH, | ) Case No. |
| Plaintiff, | ) 1:17-cv-00428-BLW |
| vs. | ) |
| STATE OF IDAHO | ) |
| DEPARTMENT OF FISH AND GAME, | ) |
| a political subdivision | ) |
| of the State of Idaho; | ) |
| JOHN/JANE DOES I through X | ) |
| whose true identities | ) |
| are presently unknown; | ) |
| Defendants. | ) |
| _____ | ) |

TRANSCRIPT OF FEEDING FISH 01-30

TRANSCRIBED BY:

KAMRA TOALSON, CSR No. 756

Notary Public



Page 2

1    DOUG ENGEMANN: Oh, okay. Just quickly.
2 Wanted to confirm, I did not send an e-mail to Bryan yet
3 regarding your visit.
4      Okay. As you were -- your battery is an
5 issue, I think. Are you going to post -- are you going
6 to postpone, Doug?
7      Oh, you're not. Okay. All right. Yeah, I
8 knew that -- I told Lonnie what's going to happen is
9 after about the fifth battery your alternator is going
10 to give up, and then everything kind of goes downhill
11 rather quickly from there.
12      Okay. I wasn't sure how we were set. I will
13 let him know then that on Thursday, the 9th, that you're
14 coming. Okay, prelim and biosecurity audit combined.
15      Thank you, sir. I'll go ahead and get this
16 out. Is Travis Brown wanting to come up? This is fine?
17      Oh, okay. Okay. Yeah. That's okay. He'd
18 just be jealous because our fish look so good.
19      It really did. I mean, cutting the feed back
20 made it almost immediate. I mean, God, within like 48
21 hours of that decision we were, you know, coming down in
22 like halves. And then we'd ramp back up because of the
23 pinheads and dropouts, which is something we're probably
24 going to struggle with forever.
25      Now we've got, let's see, out of -- you know,

Page 3

1 all but three tanks look great. 11 through 13 still
2 have a lot of pinheads and dropouts. They just didn't
3 get with the program, and they had an awfully hard start
4 in life. But, oh, the rest of them, Doug, look really
5 good.
6      So thank you for the help with that. I
7 honestly don't think I would have done that on my own
8 and would have continued to recur some high levels of
9 loss, so...
10      You know, I keep going through this, you know,
11 this little mental exercise in the last three tanks that
12 didn't break with it, and nothing in the work diary,
13 nothing on paper, nothing mathematically is anything
14 significantly different from what we did with the other
15 broods. It's just like they never got it.
16      You know, if it was in the feed -- you know,
17 you have the whole story, you know. I'm just like, What
18 in the world? I hope someday I figure this out, but I'm
19 not going to hold my breath.
20      Wow. Yeah. Good point.
21      Well, Doug, I guess with that, Thursday, sir.
22 Wednesday afternoon, right. But you're going
23 to do the actual work on Thursday, right, Doug?
24      Okay. Okay. I just wanted to make sure.
25 We're going to have to do the gut fungus thing for the

Page 4

1 New Zealand mud snail, too.
2      Yeah, we'll do that. We'll do that.
3      Well, you don't want to squeeze some fish
4 guts? What's wrong with you?
5      There we go. Yeah.
6      So on that happy note, Doug, thank you, man.
7 I will send that e-mail out.
8      Thanks, Doug. Bye-bye.
9      (No conversation.)
10      UNIDENTIFIED SPEAKER: Oh, it's cold out
11 there.
12      DOUG ENGEMANN: And getting worse, I think.
13      UNIDENTIFIED SPEAKER: Yeah. Well, there's
14 supposed to be another little front after this, so
15 tomorrow is supposed to be worse than today. Possibly
16 snow. I mean, it was snowing when me and you were
17 talking outside.
18      DOUG ENGEMANN: Yeah.
19      UNIDENTIFIED SPEAKER: But I guess we're
20 supposed to get quite a bit of snow. Well, maybe not
21 here because...
22      DOUG ENGEMANN: You know, we haven't had much
23 of a winter.
24      UNIDENTIFIED SPEAKER: Yeah. But, I mean,
25 look at those hilltops over there.

Page 5

1      DOUG ENGEMANN: The check is coming due. The
2 check is coming due.
3      (Unintelligible.)
4      UNIDENTIFIED SPEAKER: Okay. Well, I have two
5 hours left. And since I'm still outside, I'm going to
6 do -- I'm going to get those shops. They need cleaning.
7      DOUG ENGEMANN: Yeah, and it's a nice inside
8 job, too.
9      UNIDENTIFIED SPEAKER: Yeah, but I'm going to
10 have to do the bait boxes. Now, Brandon didn't want me
11 to spread all the Gold (unintelligible). He wanted to
12 save some. We have one full bucket left, which is
13 about -- with Leah spreading, it's one spreading.
14      DOUG ENGEMANN: Okay.
15      UNIDENTIFIED SPEAKER: With me, it's two
16 spreadings.
17      DOUG ENGEMANN: Okay.
18      UNIDENTIFIED SPEAKER: Because, you know, I'll
19 walk around the properties. But I would rather not
20 spread it today, one, because it's wet.
21      DOUG ENGEMANN: Yeah.
22      UNIDENTIFIED SPEAKER: But I can do the bait
23 boxes. Is there anything else that has priority besides
24 pond screens?
25      DOUG ENGEMANN: I think the shop cleanup stuff

Page 6

1 is really good.
2 　　　UNIDENTIFIED SPEAKER: Okay.
3 　　　DOUG ENGEMANN: Because, you know,
4 particularly, like the feed rooms.
5 　　　UNIDENTIFIED SPEAKER: Yeah.
6 　　　DOUG ENGEMANN: Stuff like that. That's stuff
7 Munson is going to be looking at on Thursday.
8 　　　UNIDENTIFIED SPEAKER: Okay.
9 　　　DOUG ENGEMANN: I'm taking that minimum -- you
10 know, cleaning above and beyond that, second priority.
11 　　　UNIDENTIFIED SPEAKER: Okay.
12 　　　DOUG ENGEMANN: You know, that would be --
13 this time we've got a lot of buildings around here and a
14 lot of different rooms in those buildings.
15 　　　UNIDENTIFIED SPEAKER: Is he going to be
16 checking out all the wells?
17 　　　DOUG ENGEMANN: Shouldn't be.
18 　　　UNIDENTIFIED SPEAKER: Okay.
19 　　　DOUG ENGEMANN: Not for a biosecurity audit.
20 　　　UNIDENTIFIED SPEAKER: Okay. Well, I was just
21 asking, because it is Monday. Usually, you know, I like
22 to know ahead of time what to do so I can plan my days.
23 　　　DOUG ENGEMANN: Yeah.
24 　　　UNIDENTIFIED SPEAKER: Because I know
25 biosecurity stuff and trying to go through this

Page 7

1 checklist --
2 　　　DOUG ENGEMANN: It helps.
3 　　　UNIDENTIFIED SPEAKER: -- there's some things
4 that don't apply to this.
5 　　　DOUG ENGEMANN: No. No. (Unintelligible).
6 (Phone ringing.)
7 　　　UNIDENTIFIED SPEAKER: Okay.
8 　　　DOUG ENGEMANN: But, yeah. You know what?
9 So this is important. (Unintelligible). The
10 only -- the only place the public should be able to just
11 walk straight in is either this door or that, which we
12 don't (unintelligible).
13 　　　UNIDENTIFIED SPEAKER: Yeah.
14 　　　DOUG ENGEMANN: And the visitor's thing over
15 there.
16 　　　UNIDENTIFIED SPEAKER: Yeah.
17 　　　DOUG ENGEMANN: This stuff is super important.
18 This stuff is pretty important. This is super
19 important. This is super important. We don't have any
20 (unintelligible).
21 　　　UNIDENTIFIED SPEAKER: Yeah.
22 　　　DOUG ENGEMANN: This is super important.
23 These doors, I mean, just clean all that.
24 (Unintelligible). We want to make sure that all that
25 stuff is cleaned up. Separate buckets, yeah. Brooms,

Page 8

1 (unintelligible). Fish feeding, (unintelligible). Fish
2 (unintelligible) and chemical storage, that needs to be
3 either in the lab or in the shop.
4 　　　UNIDENTIFIED SPEAKER: So --
5 　　　DOUG ENGEMANN: (Unintelligible), not the
6 shop.
7 　　　UNIDENTIFIED SPEAKER: Now, if it's in the
8 chem room, is that okay? Does it have to be in the
9 container? Because like I can't put all the buckets and
10 stuff in there.
11 　　　DOUG ENGEMANN: Of?
12 　　　UNIDENTIFIED SPEAKER: Of -- well, for one,
13 the chlorine. I can't put that bucket in there because
14 we have like two bags of sodium thiosulfate and 15
15 Virkon things, so we can't --
16 　　　DOUG ENGEMANN: Can you (unintelligible)?
17 　　　UNIDENTIFIED SPEAKER: They're all in the
18 container in the metal storage. That's what I was
19 talking about.
20 　　　DOUG ENGEMANN: I think you're okay, as long
21 as they're all separate.
22 　　　UNIDENTIFIED SPEAKER: Okay.
23 　　　DOUG ENGEMANN: The chlorine and -- you can
24 store chlorine and sodium thio next to one another and
25 don't have any issues.

Page 9

1 　　　UNIDENTIFIED SPEAKER: No. I just mean I
2 can't fit it in the chemical storage container.
3 　　　DOUG ENGEMANN: Right.
4 　　　UNIDENTIFIED SPEAKER: So if that's okay.
5 　　　DOUG ENGEMANN: Yeah. It's all powder.
6 　　　UNIDENTIFIED SPEAKER: Yeah.
7 　　　DOUG ENGEMANN: Yeah. Okay. So what else?
8 Just you want to make sure again that there's not any
9 gaping holes in this stuff, any mice get under it.
10 　　　UNIDENTIFIED SPEAKER: Okay.
11 　　　DOUG ENGEMANN: That it's closed.
12 (Unintelligible). We won't have those issues.
13 　　　UNIDENTIFIED SPEAKER: Only outside.
14 　　　DOUG ENGEMANN: Uh-huh.
15 (Unintelligible.)
16 　　　DOUG ENGEMANN: Density, yep.
17 (Unintelligible). You know, not so much
18 (unintelligible). Yep, get rid of them. Put them in
19 the freezer. (Unintelligible).
20 　　　UNIDENTIFIED SPEAKER: So we should probably
21 dump them out. When does trash come? Tuesdays?
22 　　　DOUG ENGEMANN: Thursdays. (Unintelligible).
23 That freezer has like a spot of water or something on
24 top of it in there. That's the kind of stuff -- get
25 that off of there.

Dorsch v.
State of Idaho, Department of Fish & Game

Audio Transcription

Feeding Fish I_30
April 9, 2019

---

Page 10

1 UNIDENTIFIED SPEAKER: Okay.
2 DOUG ENGEMANN: Same thing out there.
3 UNIDENTIFIED SPEAKER: Okay.
4 DOUG ENGEMANN: Sanitary.  Is the alcohol
5 stuff -- if he goes up and pushes on that, is the
6 alcohol coming out?
7 UNIDENTIFIED SPEAKER: Yeah.
8 DOUG ENGEMANN: Because that's pretty
9 worthless if it doesn't.
10 UNIDENTIFIED SPEAKER: Yeah.  Okay.  I'll
11 check them all.
12 DOUG ENGEMANN: Spawning (unintelligible).
13 That's not our problem.  (Unintelligible).  Hatchery
14 hatch-house logs, that's not so much a biosecurity issue
15 because that's (unintelligible).
16 UNIDENTIFIED SPEAKER: Okay.  Yeah.
17 DOUG ENGEMANN: Yeah.  This form is just what
18 he takes, or his resident hatchery counterpart,
19 everywhere you go.
20 UNIDENTIFIED SPEAKER: Okay.
21 DOUG ENGEMANN: So I need to run some things
22 to the house.
23 UNIDENTIFIED SPEAKER: Okay.
24 DOUG ENGEMANN: And then you're doing cleaning
25 duty, I guess.

---

Page 11

1 UNIDENTIFIED SPEAKER: Yep.
2 DOUG ENGEMANN: Okay.  So, yeah, just get what
3 you can.  I mean, you know, do it within a day.
4 UNIDENTIFIED SPEAKER: Yeah.  Oh, no, it will
5 only take me 30 minutes to do all of them.  It's pretty
6 quick.  I mean, you cleaned up the feed room pretty
7 well.
8 DOUG ENGEMANN: Yeah.  And I even missed some.
9 UNIDENTIFIED SPEAKER: Yeah.
10 DOUG ENGEMANN: The pellets --
11 UNIDENTIFIED SPEAKER: I think it's stuck in
12 the broom, too.  That's the worst part.
13 DOUG ENGEMANN: Yeah.  You might end up having
14 to use the dry-vac to get the stuff out of the brooms.
15 You don't want to see any semblance of pelletized feed.
16 It's probably too windy, because it's hard to
17 open those trash receptacle lids out there at the road,
18 but all those empty feed bags I would get out of the
19 trash and into there.
20 UNIDENTIFIED SPEAKER: Okay.
21 DOUG ENGEMANN: I would probably -- probably
22 should put liners in those, even though you don't
23 normally.
24 UNIDENTIFIED SPEAKER: Okay.
25 DOUG ENGEMANN: Put trash items in those cans.

---

Page 12

1 UNIDENTIFIED SPEAKER: Okay.
2 DOUG ENGEMANN: Stuff like that.  Just, again,
3 you know, it's really pretty good to go.  I don't
4 think -- because you've already gone through this once.
5 UNIDENTIFIED SPEAKER: Yeah.
6 DOUG ENGEMANN: So there isn't too much new
7 work --
8 UNIDENTIFIED SPEAKER: Yeah.
9 DOUG ENGEMANN: -- to do.
10 UNIDENTIFIED SPEAKER: Okay.  Do I have to
11 worry about sterilizing?  I know they're not bad, bad,
12 but it's one of those things.
13 DOUG ENGEMANN: I would put them dead last.
14 UNIDENTIFIED SPEAKER: Okay.
15 DOUG ENGEMANN: I would put them dead last.
16 UNIDENTIFIED SPEAKER: Yeah.  It's just one of
17 those things.  Every time I look up, I'm like, Oh, my
18 God --
19 DOUG ENGEMANN: Uh-huh.
20 UNIDENTIFIED SPEAKER: -- I just did this.
21 Because I did it last week.  It's crazy.
22 DOUG ENGEMANN: And it will get worse now,
23 because now this cold front is blowing through here, and
24 now he's going to want to come in to where it's warm.
25 UNIDENTIFIED SPEAKER: Yeah.  It's a good

---

Page 13

1 idea.  I'll call.  I think we have one of those.  I
2 changed out like four or five of them already.
3 DOUG ENGEMANN: Because that would just be a
4 logical thing to do for the guys.  Okay.  Here you are
5 next to a freezer where you're putting morts.  I mean,
6 if I were a pathologist, I would be, Oh, yeah.  Okay,
7 here's (unintelligible).
8 UNIDENTIFIED SPEAKER: Maybe I'll show you.
9 (Unintelligible).  I've got to show you that piece that
10 broke off into the broom head.
11 DOUG ENGEMANN: Oh, that guy.
12 UNIDENTIFIED SPEAKER: The metal piece, it
13 broke right off.
14 DOUG ENGEMANN: Dude, you're way -- you've got
15 to work out or something.
16 UNIDENTIFIED SPEAKER: No, that's -- that's --
17 DOUG ENGEMANN: Get rid of some of that
18 tension.
19 UNIDENTIFIED SPEAKER: No, I was trying to
20 move that dam board, and it just went "plop."
21 DOUG ENGEMANN: Oh, jeez.
22 UNIDENTIFIED SPEAKER: I think it was already
23 a little bent, because some people don't have them all
24 the way screwed on, but I can't believe that happened.
25 (Unintelligible).

---

Dorsch v.
State of Idaho, Department of Fish & Game

Audio Transcription

Feeding Fish 1_30
April 9, 2019

**Page 14**

1  DOUG ENGEMANN: Yeah.
2  UNIDENTIFIED SPEAKER: But, yeah, maybe when
3 the broom guy comes next month --
4  DOUG ENGEMANN: Yeah.
5  UNIDENTIFIED SPEAKER: -- ask him for more of
6 these in case the other ones break.
7  DOUG ENGEMANN: Okay.
8  DOUG ENGEMANN: Because it only
9 requires one rivet.
10  DOUG ENGEMANN: Okay.
11  UNIDENTIFIED SPEAKER: So I can replace the
12 one on the broom handle.  (Unintelligible).  Yeah, no,
13 it looked like it had already been ripped, and then it
14 broke.
15  DOUG ENGEMANN: Okay.  I hate those raceways,
16 because the angle is just so hard --
17  UNIDENTIFIED SPEAKER: Yeah.
18  DOUG ENGEMANN: -- you know, to get -- you
19 need -- you need these stupid, you know, extendible
20 fiberglass handles, and they're really weak --
21  UNIDENTIFIED SPEAKER: Yeah.
22  DOUG ENGEMANN: -- because they're extended
23 all the way out, so there's the flex factor there.
24  UNIDENTIFIED SPEAKER: Uh-huh.
25  DOUG ENGEMANN: You can't really lean into

**Page 15**

1 them and (unintelligible) on them the way you'd like --
2  UNIDENTIFIED SPEAKER: Yeah.
3  DOUG ENGEMANN: -- like to clean a wall or to
4 clean a screen with them, because they just start to
5 bend in the middle, and you're just like, Oh, please.
6  UNIDENTIFIED SPEAKER: Yeah.
7  DOUG ENGEMANN: You know, whoever -- the dudes
8 that built this have a lot of hatchery building
9 experience, but it's like adult trapping and holding
10 facilities.
11  UNIDENTIFIED SPEAKER: Yeah.
12  DOUG ENGEMANN: It's not like juvenile
13 production facilities.  It's a whole different game --
14  UNIDENTIFIED SPEAKER: Yeah.
15  DOUG ENGEMANN: -- that we live in.  You know,
16 they really show their inexperience in this.  It's like,
17 Uh.  Same thing with their vacuum-solids collection
18 system over there.
19  UNIDENTIFIED SPEAKER: Well, and it doesn't
20 make sense, because in order for us to put out the best
21 quality for the fish, you have to have something that's
22 not as labor-intensive.
23  DOUG ENGEMANN: Yeah.  I mean, to be in there
24 every day is a stressor.
25  UNIDENTIFIED SPEAKER: Yeah.

**Page 16**

1  DOUG ENGEMANN: To be in there every day, you
2 know, now particularly as they're growing.
3  UNIDENTIFIED SPEAKER: Yeah.
4  DOUG ENGEMANN: You know, even though we've
5 extended them, they just don't have as far to -- you
6 know, they don't have the space anymore to swim away
7 from us --
8  UNIDENTIFIED SPEAKER: Right.
9  DOUG ENGEMANN: -- as we clean.  And it's
10 already stressful because they're smolting.  So this is
11 why I was -- I mean, I beat this drum every Monday
12 morning, Watch them fish, because we've only got a month
13 and they're out the gate.
14  UNIDENTIFIED SPEAKER: Yeah.
15  DOUG ENGEMANN: But, boy, a lot can go to crap
16 in that month.  Look what happened to brood year '14 in
17 a month.  Didn't help.  For that matter, in two weeks.
18  UNIDENTIFIED SPEAKER: Yeah.
19  DOUG ENGEMANN: We went from, Well, they had a
20 white spot, but they're up and feed-training, and
21 kickoff looks good, and all the siamese twins are out
22 and all of this.  They're looking pretty good, you know.
23 Maybe we can -- and then the next week, (makes sound).
24  UNIDENTIFIED SPEAKER: Yeah.  Well, and it was
25 like the pinheads came up pretty hard, too.

**Page 17**

1  DOUG ENGEMANN: Yep.
2  UNIDENTIFIED SPEAKER: It was just like one
3 day it was 100 and the next day it was 300.
4  DOUG ENGEMANN: Uh-huh.
5  UNIDENTIFIED SPEAKER: I was like, Oh, my
6 gosh, this again.  We could have had a buffer zone.
7  DOUG ENGEMANN: Yeah, our buffer zone in terms
8 of our percent survival expectations is rapidly being
9 used up.
10  UNIDENTIFIED SPEAKER: Yeah.
11  DOUG ENGEMANN: What the -- what the gut
12 fungus did to that number the pinheads surely will do to
13 that number, so you're getting close to that.  You know,
14 okay, you know, which overall survival you need to --
15 you know, that we agreed -- not that we'd need to have
16 but what we agreed we'd do.
17  Okay.  Let's shoot for 85 percent survival
18 from egg right to smolt.  Well, we're already at about
19 88 percent.  So, I mean, we don't have a lot of buffer,
20 you know, if you're going to meet that.
21  UNIDENTIFIED SPEAKER: Yeah.
22  DOUG ENGEMANN: I mean, that's -- it's not in
23 the permit that you meet that, but it was -- it was the
24 design criteria for the hatchery that we'd meet that.
25  UNIDENTIFIED SPEAKER: Yeah.

Dorsch v.
State of Idaho, Department of Fish & Game

**Audio Transcription**

Feeding Fish 1_30
April 9, 2019

---

Page 18

1    DOUG ENGEMANN: In the bio-programming part of
2 the design phase, so...
3    UNIDENTIFIED SPEAKER: Yeah.
4    DOUG ENGEMANN: You know, like, yeah.
5    UNIDENTIFIED SPEAKER: Well, do you know
6 percentage-wise how much you lost after you ponded those
7 fish for brood year '13?  I mean, sorry --
8    DOUG ENGEMANN: Well, on these guys we thought
9 we had, you know, like 88 percent or something.
10    UNIDENTIFIED SPEAKER: Out this door?
11    DOUG ENGEMANN: Out this door until marking.
12    UNIDENTIFIED SPEAKER: Okay.  Oh, okay.
13    DOUG ENGEMANN: Then we ended up being
14 6 percent short when we marked.  So the question is,
15 what really happened?  Is it just we were -- you know,
16 those -- they're in those tanks a long time, and they're
17 very -- they're very small for a very long time.
18    UNIDENTIFIED SPEAKER: Yeah.
19    DOUG ENGEMANN: Did we just not get a good
20 count, or did we miss them in the egg room when the fry
21 were dying in those trays, you know?
22    UNIDENTIFIED SPEAKER: Uh-huh.
23    DOUG ENGEMANN: Which they do.
24    UNIDENTIFIED SPEAKER: Yeah.
25    DOUG ENGEMANN: And (unintelligible).

---

Page 19

1    UNIDENTIFIED SPEAKER: Yeah.
2    DOUG ENGEMANN: You know, this may not be as
3 bad as it seems.  I don't know yet.  Or it might be.
4    UNIDENTIFIED SPEAKER: Huh.
5    DOUG ENGEMANN: More significant to me, you
6 know, is that the fish have started their life already
7 compromised.  They've already had a tough go of it.
8    UNIDENTIFIED SPEAKER: Yeah.
9    DOUG ENGEMANN: So they could potentially be
10 more susceptible now to other stress-related kinds of
11 things, you know.
12    UNIDENTIFIED SPEAKER: Yeah.
13    DOUG ENGEMANN: Cold water disease or
14 bacterial gill, or, you know, just whatever else.
15    UNIDENTIFIED SPEAKER: Or maybe they're tough
16 as nails.
17    DOUG ENGEMANN: Or they're tough as nails, and
18 these are the healthy fish that survive that first
19 onslaught.  Most of these tanks look really good.  I
20 mean, 11, 12 -- let's see, 14 -- to me, 14 to 22.
21    UNIDENTIFIED SPEAKER: Yeah, they're out of --
22    DOUG ENGEMANN: I'd put up against any -- you
23 know, anyone that's doing sockeye right now --
24    UNIDENTIFIED SPEAKER: Yeah.
25    DOUG ENGEMANN: -- our tank 14 all the way

---

Page 20

1 through tank 22 are looking real good.
2    UNIDENTIFIED SPEAKER: Yeah.
3    DOUG ENGEMANN: 11 through 13, got a ways to
4 go.
5    UNIDENTIFIED SPEAKER: They're in that one
6 month that have been ponded period.
7    DOUG ENGEMANN: Uh-huh.
8    UNIDENTIFIED SPEAKER: I give them -- I give
9 them a week, and then they should be --
10    DOUG ENGEMANN: Yeah.
11    UNIDENTIFIED SPEAKER: -- up with -- I mean,
12 they're getting a lot more feed, though.  They are.
13    DOUG ENGEMANN: They're eating it.  I mean,
14 they haven't -- again, we want to watch for that gut
15 fungus thing again, because we are right up in that
16 percent body weight where they broke with it last time.
17    UNIDENTIFIED SPEAKER: Yeah.  I didn't see any
18 big guys with it, with the --
19    DOUG ENGEMANN: Me neither.
20    UNIDENTIFIED SPEAKER: -- feces hanging out,
21 so...
22    DOUG ENGEMANN: Knock on wood.  You should
23 know probably by the end of this work week --
24    UNIDENTIFIED SPEAKER: Yeah.
25    DOUG ENGEMANN: -- if it's feed-related again

---

Page 21

1 or if it isn't.
2    UNIDENTIFIED SPEAKER: Yeah.
3    DOUG ENGEMANN: I don't suspect that it is
4 now.
5    UNIDENTIFIED SPEAKER: Yeah.
6    DOUG ENGEMANN: But I think the guys with the
7 coag yolk and the gut plugs are gone and the pinheads
8 ain't coming back.
9    UNIDENTIFIED SPEAKER: Thank God.
10    DOUG ENGEMANN: So once they're dead and out
11 of the population we should be left with good fish.
12    UNIDENTIFIED SPEAKER: Yep.
13    DOUG ENGEMANN: But, you know, it just depends
14 on who you talk to.  You know, you talk to Oxbow,
15 they've got historically pretty good survival, but they
16 get pinheads.  Sawtooth certainly gets them, but they're
17 -- they're in cold water, too.
18    UNIDENTIFIED SPEAKER: Yeah.
19    DOUG ENGEMANN: Eagle says about 1 percent,
20 but I can't feed like Eagle feeds.
21    UNIDENTIFIED SPEAKER: No.
22    DOUG ENGEMANN: And then if you talk to
23 somebody else over there, they'll say, "Well, yeah, we
24 don't even sample until the end of April because we want
25 the pinheads out of the sample."

---

Page 22

1  Well, what does that tell you?  Is it really
2  1 percent then?  I'm just asking.
3  UNIDENTIFIED SPEAKER: No.  Yeah, no.
4  (Speakers talking over each other.)
5  UNIDENTIFIED SPEAKER: Well, and the other
6  thing is --
7  DOUG ENGEMANN: Dude, that seems like, you
8  know --
9  UNIDENTIFIED SPEAKER: -- they can treat less
10  fish better.
11  DOUG ENGEMANN: Yeah.
12  UNIDENTIFIED SPEAKER: So...
13  DOUG ENGEMANN: They have the -- you know, I
14  don't really like these.  They're good in that the
15  sockeye can do what sockeye really like to do, and
16  that's stack up like this.
17  UNIDENTIFIED SPEAKER: Yeah.
18  DOUG ENGEMANN: So it's kind of like the fish
19  really likes it, and these tanks really let them do what
20  they like.
21  UNIDENTIFIED SPEAKER: Uh-huh.
22  DOUG ENGEMANN: But on the other hand, you've
23  got a size zero feed that floats.  You've got to mash.
24  UNIDENTIFIED SPEAKER: Yeah.
25  DOUG ENGEMANN: And once you go to -- once you

Page 23

1  take them off these little short standpipes, those dudes
2  that haven't figured out they've got to come up --
3  UNIDENTIFIED SPEAKER: Yeah.
4  DOUG ENGEMANN: -- it's too late.  You know, I
5  gave them three weeks or so, but --
6  UNIDENTIFIED SPEAKER: Yeah.
7  DOUG ENGEMANN: -- it's too late.  If you
8  don't figure it out in three weeks, fish, you're going
9  away.  Whereas at Eagle, they've got those little half
10  liter, you know --
11  UNIDENTIFIED SPEAKER: Oh, my gosh.
12  DOUG ENGEMANN: -- you know, half meter --
13  UNIDENTIFIED SPEAKER: Yeah.
14  DOUG ENGEMANN: -- semicirculars.  And you can
15  do that.  You can feed 20 times the feed chart if you're
16  willing to suction out the wasted feed and stuff, and
17  most of it they don't even have to do because it goes
18  down that floor drain.
19  UNIDENTIFIED SPEAKER: Oh, yeah.
20  DOUG ENGEMANN: So they've got the option of
21  actually naming these fish and going, "Well, come on
22  Suzy, you've got to eat."
23  UNIDENTIFIED SPEAKER: Well, yeah.  It's like
24  50 fish in (unintelligible).
25  DOUG ENGEMANN: Uh-huh.

Page 24

1  UNIDENTIFIED SPEAKER: It really is.  It's
2  like on their big guys they're in -- I mean, I get it.
3  They -- they do have to process into their whole life
4  pretty much.
5  DOUG ENGEMANN: Uh-huh.
6  UNIDENTIFIED SPEAKER: But only a select few.
7  DOUG ENGEMANN: Yeah.  They've got 1500 adult
8  brood replacement fish.  That's -- the production side
9  of Eagle is that.  It's 1500, you know, captive brood
10  fish.  That's -- that's replacement.  They have to
11  maintain 1500.  So does Noah.
12  UNIDENTIFIED SPEAKER: Yeah.
13  DOUG ENGEMANN: They have to, you know,
14  replace 1500.  So you can have little tanks with small
15  groups of fish and just feed 'em, feed 'em, feed 'em,
16  feed 'em, feed 'em, feed 'em, suction out all of that
17  nasty -- and with the floor drains, the uneaten feed,
18  most of it goes out.  What that doesn't do they can
19  suction out.
20  UNIDENTIFIED SPEAKER: Yeah.
21  DOUG ENGEMANN: But here it's like I can't --
22  you know, like, you know, "Come on, Suzy," you know,
23  because I've got 49,000 of Suzy's brothers and sisters
24  and cousins and stuff in that same tank.
25  UNIDENTIFIED SPEAKER: Yeah.  It would be

Page 25

1  nice, wouldn't it?
2  DOUG ENGEMANN: Well, I hate to handle fish
3  excessively, but I -- you know, knowing what I know now,
4  I mean, we couldn't do it, but I really like Oxbow's.
5  They've got like really small 17 -- like 17-foot tanks,
6  if they're even that big.  They're a little over 2 foot
7  wide, and they're about, I don't know, probably
8  14 inches deep.
9  UNIDENTIFIED SPEAKER: Oh.
10  DOUG ENGEMANN: And they use the entire thing
11  when they pond them, but it's very low flow.
12  UNIDENTIFIED SPEAKER: Huh.
13  DOUG ENGEMANN: But because of the
14  small (unintelligible) --
15  (Phone ringing.)
16  DOUG ENGEMANN: -- it's high turnover rate.
17  So they still get that.  But the feed -- the fish can
18  get the feed, I guess is the point.  They can get to the
19  feed --
20  UNIDENTIFIED SPEAKER: Yeah.
21  DOUG ENGEMANN: -- while they're in there, and
22  they're in there for a long time.  The water is colder.
23  They're 45 degrees to our 50.
24  UNIDENTIFIED SPEAKER: Oh, okay.
25  DOUG ENGEMANN: That kind of thing.  So it's a

Page 26

1 little different discussion.
2     UNIDENTIFIED SPEAKER: Yeah.
3     DOUG ENGEMANN: And, you know, with us, we've
4 got 50 something -- anywhere from 50- to 60K per tank,
5 and it's 50 degrees. They're either with it or they've
6 lost it. They miss that window, you know, (makes
7 sound). I was playing with it a little on Sunday
8 crushing up the -- you know, as fine as it is, I'm
9 sitting there rolling it between my thumb and
10 forefinger, and then I'm going away.
11     UNIDENTIFIED SPEAKER: Yeah.
12     DOUG ENGEMANN: Coming back. And once in a
13 while one pinhead or two might come up and try.
14     UNIDENTIFIED SPEAKER: Yeah.
15     DOUG ENGEMANN: The rest of them that are down
16 there about 8 inches deep or more, they ain't coming up.
17 They're not -- they're not waiting for food to come
18 down. They're level. They're just done. They're done.
19 Those are the fish you're taking off your screens as you
20 clean.
21     UNIDENTIFIED SPEAKER: Yeah.
22     DOUG ENGEMANN: (Unintelligible).
23     UNIDENTIFIED SPEAKER: In pieces. I mean,
24 they're making food for the other guys.
25     DOUG ENGEMANN: They are. They, after about

Page 27

1 60 days, start to become an hors d'oeuvre.
2     UNIDENTIFIED SPEAKER: Yeah.
3     DOUG ENGEMANN: And I don't like it. But I
4 think we -- you know, if we can find a way to improve
5 it, we should. Like, it has to be that point where,
6 okay, 99 percent of the fish in this tank are done. I
7 know that. 90 percent of the fish on this tank are
8 feed-trained and are ready to go. I don't like the fact
9 that maybe 10 percent aren't.
10     UNIDENTIFIED SPEAKER: Yeah.
11     DOUG ENGEMANN: But how long do I keep them on
12 a standpipe that's only this high?
13     UNIDENTIFIED SPEAKER: Yeah.
14     DOUG ENGEMANN: Because that's going to cause
15 other issues for the other 90 percent that are healthy.
16     UNIDENTIFIED SPEAKER: Yeah.
17     DOUG ENGEMANN: So what do you do?
18     (End of audio.)
19
20
21
22
23
24
25

Page 28

1              REPORTER'S CERTIFICATE
2
3      I, KAMRA TOALSON, CSR No. 756, Certified
4 Shorthand Reporter, certify:
5      That the audio recording of the proceedings were
6 transcribed by me or under my direction.
7      That the foregoing is a true and correct
8 transcription of all testimony given, to the best of my
9 ability.
10      I further certify that I am not a relative or
11 employee of any attorney or party, nor am I financially
12 interested in the action.
13      In witness whereof, I set my hand and seal this
14 1st day of May, 2019.
15
16
17
18
19            KAMRA TOALSON, CSR NO. 756
20              Notary Public
21            Post Office Box 2636
22           Boise, Idaho 83701-2636
23 My commission expires May 23, 2024
24
25

## A

able (1)
7:10
above (1)
6:10
actual (1)
3:23
actually (1)
23:21
adult (2)
15:9;24:7
afternoon (1)
3:22
again (6)
9:8;12:2;17:6;20:14,15,25
against (1)
19:22
agreed (2)
17:15,16
ahead (2)
2:15;6:22
ain't (2)
21:8;26:16
alcohol (2)
10:4,6
almost (1)
2:20
alternator (1)
2:9
angle (1)
14:16
anymore (1)
16:6
apply (1)
7:4
April (1)
21:24
around (2)
5:19;6:13
audio (1)
27:18
audit (2)
2:14;6:19
away (3)
16:6;23:9;26:10
awfully (1)
3:3

## B

back (4)
2:19,22;21:8;26:12
bacterial (1)
19:14
bad (3)
12:11,11;19:3
bags (2)
8:14;11:18
bait (2)
5:10,22
battery (2)

2:4,9
beat (1)
16:11
become (1)
27:1
bend (1)
15:5
bent (1)
13:23
besides (1)
5:23
best (1)
15:20
better (1)
22:10
beyond (1)
6:10
big (3)
20:18;24:2;25:6
bio-programming (1)
18:1
biosecurity (4)
2:14;6:19,25;10:14
bit (1)
4:20
blowing (1)
12:23
board (1)
13:20
body (1)
20:16
boxes (2)
5:10,23
boy (1)
16:15
Brandon (1)
5:10
break (2)
3:12;14:6
breath (1)
3:19
broke (4)
13:10,13;14:14;20:16
brood (4)
16:16;18:7;24:8,9
broods (1)
3:15
broom (4)
11:12;13:10;14:3,12
Brooms (2)
7:25;11:14
brothers (1)
24:23
Brown (1)
2:16
Bryan (1)
2:2
bucket (2)
5:12;8:13
buckets (2)
7:25;8:9
buffer (3)
17:6,7,19

building (1)
15:8
buildings (2)
6:13,14
built (1)
15:8
Bye-bye (1)
4:8

## C

call (1)
13:1
came (1)
16:25
can (17)
5:22;6:22;8:16,23;11:3;
14:11;16:15,23;22:9,15;23:14,
15;24:14,18;25:17,18;27:4
cans (1)
11:25
captive (1)
24:9
case (1)
14:6
cause (1)
27:14
certainly (1)
21:16
changed (1)
13:2
chart (1)
23:15
check (3)
5:1,2;10:11
checking (1)
6:16
checklist (1)
7:1
chem (1)
8:8
chemical (2)
8:2;9:2
chlorine (3)
8:13,23,24
clean (5)
7:23;15:3,4;16:9;26:20
cleaned (2)
7:25;11:6
cleaning (3)
5:6;6:10;10:24
cleanup (1)
5:25
close (1)
17:13
closed (1)
9:11
coag (1)
21:7
cold (4)
4:10;12:23;19:13;21:17
colder (1)
25:22

collection (1)
15:17
combined (1)
2:14
coming (8)
2:14,21;5:1,2;10:6;21:8;
26:12,16
compromised (1)
19:7
confirm (1)
2:2
container (3)
8:9,18;9:2
continued (1)
3:8
conversation (1)
4:9
count (1)
18:20
counterpart (1)
10:18
cousins (1)
24:24
crap (1)
16:15
crazy (1)
12:21
criteria (1)
17:24
crushing (1)
26:8
cutting (1)
2:19

## D

dam (1)
13:20
day (5)
11:3;15:24;16:1;17:3,3
days (2)
6:22;27:1
dead (3)
12:13,15;21:10
decision (1)
2:21
deep (2)
25:8;26:16
degrees (2)
25:23;26:5
Density (1)
9:16
depends (1)
21:13
design (2)
17:24;18:2
diary (1)
3:12
different (4)
3:14;6:14;15:13;26:1
discussion (1)
26:1
disease (1)

Dorsch v.
State of Idaho, Department of Fish & Game

Audio Transcription

Feeding Fish 1_30
April 9, 2019

19:13
**d'oeuvre (1)**
  27:1
**done (4)**
  3:7;26:18,18;27:6
**door (3)**
  7:11;18:10,11
**doors (1)**
  7:23
**DOUG (148)**
  2:1,6;3:4,21,23;4:6,8,12,18,
  22;5:1,7,14,17,21,25;6:3,6,9,12,
  17,19,23;7:2,5,8,14,17,22;8:5,
  11,16,20,23;9:3,5,7,11,14,16,
  22;10:2,4,8,12,17,21,24;11:2,8,
  10,13,21,25;12:2,6,9,13,15,19,
  22;13:3,11,14,17,21;14:1,4,7,
  10,15,18,22,25;15:3,7,12,15,23;
  16:1,4,9,15,19;17:1,4,7,11,22;
  18:1,4,8,11,13,19,23,25;19:2,5,
  9,13,17,22,25;20:3,7,10,13,19,
  22,25;21:3,6,10,13,19,22;22:7,
  11,13,18,22,25;23:4,7,12,14,20,
  25;24:5,7,13,21;25:2,10,13,16,
  21,25;26:3,12,15,22,25;27:3,
  11,14,17
**down (4)**
  2:21;23:18;26:15,18
**downhill (1)**
  2:10
**drain (1)**
  23:18
**drains (1)**
  24:17
**dropouts (2)**
  2:23;3:2
**drum (1)**
  16:11
**dry-vac (1)**
  11:14
**Dude (2)**
  13:14;22:7
**dudes (2)**
  15:7;23:1
**due (2)**
  5:1,2
**dump (1)**
  9:21
**duty (1)**
  10:25
**dying (1)**
  18:21

---

### E

**Eagle (4)**
  21:19,20;23:9;24:9
**eat (1)**
  23:22
**eating (1)**
  20:13
**egg (2)**
  17:18;18:20

**either (3)**
  7:11;8:3;26:5
**else (4)**
  5:23;9:7;19:14;21:23
**em (6)**
  24:15,15,15,16,16,16
**e-mail (2)**
  2:2;4:7
**empty (1)**
  11:18
**end (4)**
  11:13;20:23;21:24;27:18
**ended (1)**
  18:13
**ENGEMANN (142)**
  2:1;4:12,18,22;5:1,7,14,17,
  21,25;6:3,6,9,12;7:19,23;7:2,5,
  8,14,17,22;8:5,11,16,20,23;9:3,
  5,7,11,14,16,22;10:2,4,8,12,17,
  21,24;11:2,8,10,13,21,25;12:2,
  6,9,13,15,19,22;13:3,11,14,17,
  21;14:1,4,7,10,15,18,22,25;
  15:3,7,12,15,23;16:1,4,9,15,19;
  17:1,4,7,11,22;18:1,4,8,11,13,
  19,23,25;19:2,5,9,13,17,22,25;
  20:3,7,10,13,19,22,25;21:3,6,
  10,13,19,22;22:7,11,13,18,22,
  25;23:4,7,12,14,20,25;24:5,7,
  13,21;25:2,10,13,16,21,25;
  26:3,12,15,22,25;27:3,11,14,17
**entire (1)**
  25:10
**even (6)**
  11:8,22;16:4;21:24;23:17;
  25:6
**everywhere (1)**
  10:19
**excessively (1)**
  25:3
**exercise (1)**
  3:11
**expectations (1)**
  17:8
**experience (1)**
  15:9
**extended (2)**
  14:22;16:5
**extendible (1)**
  14:19

---

### F

**facilities (2)**
  15:10,13
**fact (1)**
  27:8
**factor (1)**
  14:23
**far (1)**
  16:5
**feces (1)**
  20:20
**feed (22)**

  2:19;3:16;6:4;11:6,15,18;
  20:12;21:20;22:23;23:15,15,
  16;24:15,15,15,16,16,16,17;
  25:17,18,19
**feeding (1)**
  8:1
**feed-related (1)**
  20:25
**feeds (1)**
  21:20
**feed-trained (1)**
  27:8
**feed-training (1)**
  16:20
**few (1)**
  24:6
**fiberglass (1)**
  14:20
**fifth (1)**
  2:9
**figure (2)**
  3:18;23:8
**figured (1)**
  23:2
**find (1)**
  27:4
**fine (2)**
  2:16;26:8
**first (1)**
  19:18
**fish (23)**
  2:18;4:3;8:1,1;15:21;16:12;
  18:7;19:6,18;21:11;22:10,18;
  23:8,21,24;24:8,10,15;25:2,17;
  26:19;27:6,7
**fit (1)**
  9:2
**five (1)**
  13:2
**flex (1)**
  14:23
**floats (1)**
  22:23
**floor (2)**
  23:18;24:17
**flow (1)**
  25:11
**food (2)**
  26:17,24
**foot (1)**
  25:6
**forefinger (1)**
  26:10
**forever (1)**
  2:24
**form (1)**
  10:17
**four (1)**
  13:2
**freezer (3)**
  9:19,23;13:5
**front (2)**
  4:14;12:23

**fry (1)**
  18:20
**full (1)**
  5:12
**fungus (3)**
  3:25;17:12;20:15

---

### G

**game (1)**
  15:13
**gaping (1)**
  9:9
**gate (1)**
  16:13
**gave (1)**
  23:5
**gets (1)**
  21:16
**gill (1)**
  19:14
**God (3)**
  2:20;12:18;21:9
**goes (2)**
  2:10;10:5;23:17;24:18
**Gold (1)**
  5:11
**good (14)**
  2:18;3:5,20;6:1;12:3,25;
  16:21,22;18:19;19:19;20:1;
  21:11,15;22:14
**gosh (2)**
  17:6;23:11
**great (1)**
  3:1
**groups (1)**
  24:15
**growing (1)**
  16:2
**guess (4)**
  3:21;4:19;10:25;25:18
**gut (4)**
  3:25;17:11;20:14;21:7
**guts (1)**
  4:4
**guy (2)**
  13:11;14:3
**guys (6)**
  13:4;18:8;20:18;21:6;24:2;
  26:24

---

### H

**half (2)**
  23:9,12
**halves (1)**
  2:22
**hand (1)**
  22:22
**handle (2)**
  14:12;25:2
**handles (1)**
  14:20

---

Audio Transcription

**hanging (1)**
20:20
**happen (1)**
2:8
**happened (3)**
13:24;16:16;18:15
**happy (1)**
4:6
**hard (4)**
3:3;11:16;14:16;16:25
**Hatchery (4)**
10:13,18;15:8;17:24
**hatch-house (1)**
10:14
**hate (2)**
14:15;25:2
**head (1)**
13:10
**healthy (2)**
19:18;27:15
**help (2)**
3:6;16:17
**helps (1)**
7:2
**here's (1)**
13:7
**high (3)**
3:8;25:16;27:12
**hilltops (1)**
4:25
**historically (1)**
21:15
**hold (1)**
3:19
**holding (1)**
15:9
**holes (1)**
9:9
**honestly (1)**
3:7
**hope (1)**
3:18
**hors (1)**
27:1
**hours (2)**
2:21;5:5
**house (1)**
10:22
**Huh (2)**
19:4;25:12

**I**

**idea (1)**
13:1
**immediate (1)**
2:20
**important (6)**
7:9,17,18,19,19,22
**improve (1)**
27:4
**inches (2)**
25:8;26:16

**inexperience (1)**
15:16
**inside (1)**
5:7
**into (4)**
11:19;13:10;14:25;24:3
**issue (2)**
2:5;10:14
**issues (3)**
8:25;9:12;27:15
**items (1)**
11:25

**J**

**jealous (1)**
2:18
**jeez (1)**
13:21
**job (1)**
5:8
**juvenile (1)**
15:12

**K**

**keep (2)**
3:10;27:11
**kickoff (1)**
16:21
**kind (4)**
2:10;9:24;22:18;25:25
**kinds (1)**
19:10
**knew (1)**
2:8
**Knock (1)**
20:22
**knowing (1)**
25:3

**L**

**lab (1)**
8:3
**labor-intensive (1)**
15:22
**last (5)**
3:11;12:13,15,21;20:16
**late (2)**
23:4,7
**Leah (1)**
5:13
**lean (1)**
14:25
**left (3)**
5:5,12;21:11
**less (1)**
22:9
**level (1)**
26:18
**levels (1)**
3:8

**lids (1)**
11:17
**life (3)**
3:4;19:6;24:3
**likes (1)**
22:19
**liners (1)**
11:22
**liter (1)**
23:10
**little (9)**
3:11;4:14;13:23;23:1,9;
24:14;25:6;26:1,7
**live (1)**
15:15
**logical (1)**
13:4
**logs (1)**
10:14
**long (5)**
8:20;18:16,17;25:22;27:11
**Lonnie (1)**
2:8
**look (7)**
2:18;3:1,4;4:25;12:17;16:16;
19:19
**looked (1)**
14:13
**looking (3)**
6:7;16:22;20:1
**looks (1)**
16:21
**loss (1)**
3:9
**lost (2)**
18:6;26:6
**lot (7)**
3:2;6:13,14;15:8;16:15;
17:19;20:12
**low (1)**
25:11

**M**

**maintain (1)**
24:11
**makes (2)**
16:23;26:6
**making (1)**
26:24
**man (1)**
4:6
**marked (1)**
18:14
**marking (1)**
18:11
**mash (1)**
22:23
**mathematically (1)**
3:13
**matter (1)**
16:17
**may (1)**

19:2
**maybe (6)**
4:20;13:8;14:2;16:23;19:15;
27:9
**mean (20)**
2:19,20;4:16,24;7:23;9:1;
11:3,6;13:5;15:23;16:11;17:19,
22;18:7;19:20;20:11,13;24:2;
25:4;26:23
**meet (3)**
17:20,23,24
**mental (1)**
3:11
**metal (2)**
8:18;13:12
**meter (1)**
23:12
**mice (1)**
9:9
**middle (1)**
15:5
**might (3)**
11:13;19:3;26:13
**minimum (1)**
6:9
**minutes (1)**
11:5
**miss (2)**
18:20;26:6
**missed (1)**
11:8
**Monday (2)**
6:21;16:11
**month (5)**
14:3;16:12,16,17;20:6
**more (5)**
14:5;19:5,10;20:12;26:16
**morning (1)**
16:12
**morts (1)**
13:5
**Most (3)**
19:19;23:17;24:18
**move (1)**
13:20
**much (6)**
4:22;9:17;10:14;12:6;18:6;
24:4
**mud (1)**
4:1
**Munson (1)**
6:7

**N**

**nails (2)**
19:16,17
**naming (1)**
23:21
**nasty (1)**
24:17
**need (6)**
5:6;10:21;14:19,19;17:14,15

**needs (1)**
8:2
**neither (1)**
20:19
**New (2)**
4:1;12:6
**next (5)**
8:24;13:5;14:3;16:23;17:3
**nice (2)**
5:7;25:1
**Noah (1)**
24:11
**normally (1)**
11:23
**note (1)**
4:6
**number (2)**
17:12,13

**O**

**off (5)**
9:25;13:10,13;23:1;26:19
**once (5)**
12:4;21:10;22:25,25;26:12
**one (13)**
5:12,13,20;8:12,24;12:12,16;
13:1;14:9,12;17:2;20:5;26:13
**ones (1)**
14:6
**only (8)**
7:10,10;9:13;11:5;14:8;
16:12;24:6;27:12
**onslaught (1)**
19:19
**open (1)**
11:17
**option (1)**
23:20
**order (1)**
15:20
**out (30)**
2:16,25;3:18;4:7,10;6:16;
9:21;10:2,6;11:14,17,18;13:2,
15;14:23;15:20;16:13,21;
18:10,11;19:21;20:20;21:10,
25;23:2,8,16;24:16,18,19
**outside (3)**
4:17;5:5;9:13
**over (6)**
4:25;7:14;15:18;21:23;22:4;
25:6
**overall (1)**
17:14
**own (1)**
3:7
**Oxbow (1)**
21:14
**Oxbow's (1)**
25:4

**P**

**paper (1)**
3:13
**part (2)**
11:12;18:1
**particularly (2)**
6:4;16:2
**pathologist (1)**
13:6
**pelletized (1)**
11:15
**pellets (1)**
11:10
**people (1)**
13:23
**per (1)**
26:4
**percent (12)**
17:8,17,19;18:9,14;20:16;
21:19;22:2;27:6,7,9,15
**percentage-wise (1)**
18:6
**period (1)**
20:6
**permit (1)**
17:23
**phase (1)**
18:2
**Phone (2)**
7:6;25:15
**piece (2)**
13:9,12
**pieces (1)**
26:23
**pinhead (1)**
26:13
**pinheads (7)**
2:23;3:2;16:25;17:12;21:7,
16,25
**place (1)**
7:10
**plan (1)**
6:22
**playing (1)**
26:7
**please (1)**
15:5
**plop (1)**
13:20
**plugs (1)**
21:7
**point (3)**
3:20;25:18;27:5
**pond (2)**
5:24;25:11
**ponded (2)**
18:6;20:6
**population (1)**
21:11
**Possibly (1)**
4:15
**post (1)**
2:5
**postpone (1)**

2:6
**potentially (1)**
19:9
**powder (1)**
9:5
**prelim (1)**
2:14
**pretty (9)**
7:18;10:8;11:5,6;12:3;16:22,
25;21:15;24:4
**priority (2)**
5:23;6:10
**probably (7)**
2:23;9:20;11:16,21,21;20:23;
25:7
**problem (1)**
10:13
**process (1)**
24:3
**production (2)**
15:13;24:8
**program (1)**
3:3
**properties (1)**
5:19
**public (1)**
7:10
**pushes (1)**
10:5
**put (9)**
8:9,13;9:18;11:22,25;12:13,
15;15:20;19:22
**putting (1)**
13:5

**Q**

**quality (1)**
15:21
**quick (1)**
11:6
**quickly (2)**
2:1,11
**quite (1)**
4:20

**R**

**raceways (1)**
14:15
**ramp (1)**
2:22
**rapidly (1)**
17:8
**rate (1)**
25:16
**rather (2)**
2:11;5:19
**ready (1)**
27:8
**real (1)**
20:1
**really (17)**

2:19;3:4;6:1;12:3;14:20,25;
15:16;18:15;19:19;22:1,14,15,
19,19;24:1;25:4,5
**receptacle (1)**
11:17
**recur (1)**
3:8
**regarding (1)**
2:3
**replace (2)**
14:11;24:14
**replacement (2)**
24:8,10
**requires (1)**
14:9
**resident (1)**
10:18
**rest (2)**
3:4;26:15
**rid (2)**
9:18;13:17
**right (9)**
2:7;3:22,23;9:3;13:13;16:8;
17:18;19:23;20:15
**ringing (2)**
7:6;25:15
**ripped (1)**
14:13
**rivet (1)**
14:9
**road (1)**
11:17
**rolling (1)**
26:9
**room (3)**
8:8;11:6;18:20
**rooms (2)**
6:4,14
**run (1)**
10:21

**S**

**Same (3)**
10:2;15:17;24:24
**sample (1)**
21:24,25
**Sanitary (1)**
10:4
**save (1)**
5:12
**Sawtooth (1)**
21:16
**screen (1)**
15:4
**screens (2)**
5:24;26:19
**screwed (1)**
13:24
**second (1)**
6:10
**seems (2)**
19:3;22:7

select (1)
  24:6
semblance (1)
  11:15
semicirculars (1)
  23:14
send (2)
  2:2;4:7
sense (1)
  15:20
Separate (2)
  7:25;8:21
set (1)
  2:12
shoot (1)
  17:17
shop (3)
  5:25;8:3,6
shops (1)
  5:6
short (2)
  18:14;23:1
show (3)
  13:8,9;15:16
siamese (1)
  16:21
side (1)
  24:8
significant (1)
  19:5
significantly (1)
  3:14
sisters (1)
  24:23
sitting (1)
  26:9
size (1)
  22:23
small (4)
  18:17;24:14;25:5,14
smolt (1)
  17:18
smolting (1)
  16:10
snail (1)
  4:1
snow (2)
  4:16,20
snowing (1)
  4:16
sockeye (3)
  19:23;22:15,15
sodium (2)
  8:14,24
somebody (1)
  21:23
someday (1)
  3:18
sorry (1)
  18:7
sound (2)
  16:23;26:7
space (1)

16:6
Spawning (1)
  10:12
SPEAKER (140)
  4:10,13,19,24;5:4,9,15,18,22;
  6:2,5,8,11,15,18,20,24;7:3,7,13,
  16,21;8:4,7,12,17,22;9:1,4,6,10,
  13,20;10:1,3,7,10,16,20,23;
  11:1,4,9,11,20,24;12:1,5,8,10,
  14,16,20,25;13:8,12,16,19,22;
  14:2,5,8,11,17,21,24;15:2,6,11,
  14,19,25;16:3,8,14,18,24;17:2,
  5,10,21,25;18:3,5,10,12,18,22,
  24;19:1,4,8,12,15,21,24;20:2,5,
  8,11,17,20,24;21:2,5,9,12,18,
  21;22:3,5,9,12,17,21,24;23:3,6,
  11,13,19,23;24:1,6,12,20,25;
  25:9,12,20,24;26:2,11,14,21,
  23;27:2,10,13,16
Speakers (1)
  22:4
spot (1)
  9:23;16:20
spread (2)
  5:11,20
spreading (2)
  5:13,13
spreadings (1)
  5:16
squeeze (1)
  4:3
stack (1)
  22:16
standpipe (1)
  27:12
standpipes (1)
  23:1
start (3)
  3:3;15:4;27:1
started (1)
  19:6
sterilizing (1)
  12:11
still (3)
  3:1;5:5;25:17
storage (3)
  8:2,18;9:2
store (1)
  8:24
story (1)
  3:17
straight (1)
  7:11
stressful (1)
  16:10
stressor (1)
  15:24
stress-related (1)
  19:10
struggle (1)
  2:24
stuck (1)
  11:11

stuff (15)
  5:25;6:6,6,25;7:17,18,25;
  8:10;9:9,24;10:5;11:14;12:2;
  23:16;24:24
stupid (1)
  14:19
suction (3)
  23:16;24:16,19
Sunday (1)
  26:7
super (4)
  7:17,18,19,22
supposed (3)
  4:14,15,20
sure (4)
  2:12;3:24;7:24;9:8
surely (1)
  17:12
survival (4)
  17:8,14,17;21:15
survive (1)
  19:18
susceptible (1)
  19:10
suspect (1)
  21:3
Suzy (2)
  23:22;24:22
Suzy's (1)
  24:23
swim (1)
  16:6
system (1)
  15:18

## T

talk (3)
  21:14,14,22
talking (3)
  4:17;8:19;22:4
tank (6)
  19:25;20:1;24:24;26:4;27:6,
  7
tanks (7)
  3:1,11;18:16;19:19;22:19;
  24:14;25:5
tension (1)
  13:18
terms (1)
  17:7
Thanks (1)
  4:8
thio (1)
  8:24
thiosulfate (1)
  8:14
though (3)
  11:22;16:4;20:12
thought (1)
  18:8
three (3)
  3:1,11;23:5,8

thumb (1)
  26:9
Thursday (4)
  2:13;3:21,23;6:7
Thursdays (1)
  9:22
times (1)
  23:15
today (2)
  4:15;5:20
told (1)
  2:8
tomorrow (1)
  4:15
top (1)
  9:24
tough (3)
  19:7,15,17
trapping (1)
  15:9
trash (4)
  9:21;11:17,19,25
Travis (1)
  2:16
trays (1)
  18:21
treat (1)
  22:9
try (1)
  26:13
trying (2)
  6:25;13:19
Tuesdays (1)
  9:21
turnover (1)
  25:16
twins (1)
  16:21
two (5)
  5:4,15;8:14;16:17;26:13

## U

Uh (1)
  15:17
under (1)
  9:9
uneaten (1)
  24:17
UNIDENTIFIED (140)
  4:10,13,19,24;5:4,9,15,18,22;
  6:2,5,8,11,15,18,20,24;7:3,7,13,
  16,21;8:4,7,12,17,22;9:1,4,6,10,
  13,20;10:1,3,7,10,16,20,23;
  11:1,4,9,11,20,24;12:1,5,8,10,
  14,16,20,25;13:8,12,16,19,22;
  14:2,5,8,11,17,21,24;15:2,6,11,
  14,19,25;16:3,8,14,18,24;17:2,
  5,10,21,25;18:3,5,10,12,18,22,
  24;19:1,4,8,12,15,21,24;20:2,5,
  8,11,17,20,24;21:2,5,9,12,18,
  21;22:3,5,9,12,17,21,24;23:3,6,
  11,13,19,23;24:1,6,12,20,25;

25:9,12,20,24;26:2,11,14,21,
23;27:2,10,13,16
**Unintelligible (30)**
5:3,11;7:5,9,12,20,24;8:1,1,2,
5,16;9:12,15,17,18,19,22;
10:12,13,15;13:7,9,25;14:12;
15:1;18:25;23:24;25:14;26:22
**up (20)**
2:10,16,22;7:25;10:5;11:6,
13;12:17;16:20,25;17:9;18:13;
19:22;20:11,15;22:16;23:2;
26:8,13,16
**use (2)**
11:14;25:10
**used (1)**
17:9
**Usually (1)**
6:21

---

### V

**vacuum-solids (1)**
15:17
**Virkon (1)**
8:15
**visit (1)**
2:3
**visitor's (1)**
7:14

---

### W

**waiting (1)**
26:17
**walk (2)**
5:19;7:11
**wall (1)**
15:3
**warm (1)**
12:24
**wasted (1)**
23:16
**Watch (2)**
16:12;20:14
**water (4)**
9:23;19:13;21:17;25:22
**way (6)**
13:14,24;14:23;15:1;19:25;
27:4
**ways (1)**
20:3
**weak (1)**
14:20
**Wednesday (1)**
3:22
**week (4)**
12:21;16:23;20:9,23
**weeks (3)**
16:17;23:5,8
**weight (1)**
20:16
**wells (1)**
6:16

**wet (1)**
5:20
**what's (2)**
2:8;4:4
**Whereas (1)**
23:9
**white (1)**
16:20
**whole (3)**
3:17;15:13;24:3
**wide (1)**
25:7
**willing (1)**
23:16
**window (1)**
26:6
**windy (1)**
11:16
**winter (1)**
4:23
**within (2)**
2:20;11:3
**wood (1)**
20:22
**work (5)**
3:12,23;12:7;13:15;20:23
**world (1)**
3:18
**worry (1)**
12:11
**worse (3)**
4:12,15;12:22
**worst (1)**
11:12
**worthless (1)**
10:9
**Wow (1)**
3:20
**wrong (1)**
4:4

---

### Y

**year (2)**
16:16;18:7
**yep (5)**
9:16,18;11:1;17:1;21:12
**yolk (1)**
21:7

---

### Z

**Zealand (1)**
4:1
**zero (1)**
22:23
**zone (2)**
17:6,7

---

### 1

**1 (2)**
21:19;22:2

**10 (1)**
27:9
**100 (1)**
17:3
**11 (3)**
3:1;19:20;20:3
**12 (1)**
19:20
**13 (3)**
3:1;18:7;20:3
**14 (5)**
16:16;19:20,20,25;25:8
**15 (1)**
8:14
**1500 (4)**
24:7,9,11,14
**17 (1)**
25:5
**17-foot (1)**
25:5

---

### 2

**2 (1)**
25:6
**20 (1)**
23:15
**22 (2)**
19:20;20:1

---

### 3

**30 (1)**
11:5
**300 (1)**
17:3

---

### 4

**45 (1)**
25:23
**48 (1)**
2:20
**49,000 (1)**
24:23

---

### 5

**50 (4)**
23:24;25:23;26:4,5
**50- (1)**
26:4

---

### 6

**6 (1)**
18:14
**60 (1)**
27:1
**60K (1)**
26:4

---

### 8

**8 (1)**
26:16
**85 (1)**
17:17
**88 (2)**
17:19;18:9

---

### 9

**90 (2)**
27:7,15
**99 (1)**
27:6
**9th (1)**
2:13

---