**LAWRENCE G. WASDEN**
**ATTORNEY GENERAL**

**MICHAEL J. KANE**
**SPECIAL DEPUTY ATTORNEY GENERAL**
**MICHAEL KANE & ASSOCIATES, PLLC**
4355 West Emerald Street, Suite 190
Post Office Box 2865
Boise, Idaho 83701-2865
Telephone: (208) 342-4545
Facsimile: (208) 342-2323
Email: mkane@ktlaw.net
Idaho State Bar No. 2652

ATTORNEYS FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DANIELLE DORSCH, <br><br> Plaintiff, <br><br> vs. <br><br> STATE OF IDAHO DEPARTMENT OF FISH AND GAME, a political subdivision of the State of Idaho; JOHN/JANE DOES I through X whose true identities are presently unknown; <br><br> Defendants. | Case No. 1:17-cv-00428-BLW <br><br> STIPULATION TO DISMISS |

COME NOW the Plaintiff, **DANIELLE DORSCH**, by and through her attorney of record, Chad M. Nicholson of McConnell, Wagner, Sykes & Stacey, PLLC, and Defendant, **STATE OF IDAHO DEPARTMENT OF FISH AND GAME,** by and through its attorney of record, Michael J. Kane, of the firm Michael Kane & Associates, PLLC, and hereby stipulate and

agree to dismiss the Complaint (Dkt. 1) filed in the above-entitled matter, with prejudice, and that each party bears its own costs and attorney fees.

DATED this 30th day of September, 2019.

                McCONNELL, WAGNER, SYKES & STACEY, PLLC

BY:   */s/ Chad M. Nicholson*
       CHAD M. NICHOLSON
       Attorneys for Plaintiff

DATED this 30th day of September, 2019.

                MICHAEL KANE & ASSOCIATES, PLLC

BY:   */s/ Michael J. Kane*
       MICHAEL J. KANE
       Attorney for Defendant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of September, 2019, I electronically filed the foregoing document with the U.S. District Court. Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court's CM/ECF System for this action:

- **Chad M. Nicholson**
  nicholson@mwsslawyers.com; white@mwsslawyers.com; shippy@mwsslawyers.com

- **Michael J. Kane**
  mkane@ktlaw.net; tpresler@ktlaw.net

                    */s/ Michael J. Kane*
                    MICHAEL J. KANE