IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF IDAHO

| DANIELLE DORSCH, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | Case No. 1:17-cv-00428-BLW |
| vs. | ) ) | ORDER OF DISMISSAL |
| STATE OF IDAHO DEPARTMENT OF FISH AND GAME, a political subdivision of the State of Idaho; JOHN/JANE DOES I through X whose true identities are presently unknown; | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

THIS MATTER having come before the Court on the stipulation of the parties (**Dkt. 33**) and good cause appearing therefore,

IT IS HEREBY ORDERED that the Stipulation of Dismissal (docket no. 33) is APPROVED, and that the above-entitled matter be DISMISSED WITH PREJUDICE, each party shall bear their own costs and attorney's fees associated with the dismissal of the above-named Defendants.  The Clerk shall close this case.



DATED: October 3, 2019

_____
B. Lynn Winmill

United States District Judge